FILED by ____ D.C.
ELECTRONIC
MAY 6, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20266-CR-ALTONAGA/BROWN

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(2)(B)(iii)
18 U.S.C. § 982(a)(6)(A)

UNITED STATES OF AMERICA

vs.

ABIMEL CARABALLO,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between in or around June 2007, and on or about August 7, 2007, in Miami-Dade County, in the Southern District of Florida, the exact dates being unknown to the Grand Jury, the defendant,

**ABIMEL CARABALLO,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-12

On or about August 7, 2007, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ABIMEL CARABALLO,**

did knowingly encourage and induce an alien, as set forth in Counts 2 through 12 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|---|---|
| 2 | Chen Yong Hua |
| 3 | Xu Ming Shan |
| 4 | Wong Shur An |
| 5 | Mahendra Sahadeo |
| 6 | Shun Shan An |
| 7 | Chan Wei Hua |
| 8 | Lui Laz Yan |
| 9 | Lui Jin Zi |
| 10 | Lut Tian Wap |
| 11 | Li Shun Jin |
| 12 | C. W. X. (Minor) |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), and Title 18, United States Code, Section 2.

2

## COUNTS 13 – 23

On or about August 7, 2007, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ABIMEL CARABALLO,**

knowingly brought into the United States an alien, as set forth in Counts 13 through 23 below, and did not upon arrival immediately bring and present such alien to an appropriate immigration officer at a designated port of entry, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, and regardless of any official action which may later be taken with respect to such alien:

| Count | Alien |
|---|---|
| 13 | Chen Yong Hua |
| 14 | Xu Ming Shan |
| 15 | Wong Shur An |
| 16 | Mahendra Sahadeo |
| 17 | Shun Shan An |
| 18 | Chan Wei Hua |
| 19 | Lui Laz Yan |
| 20 | Lui Jin Zi |
| 21 | Lut Tian Wap |
| 22 | Li Shun Jin |
| 23 | C. W. X. (Minor) |

In violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE

The allegations of Counts 1 through 23 of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6).

Upon the conviction of any violation of Title 8, United States Code, Section 1324(a), defendant **ABIMEL CARABALLO** shall forfeit to the United States (1) any conveyances, including vessel, vehicle or aircraft used in the commission of the aforesaid offenses and (2) any property, real or personal, constituting or derived from or traceable to proceeds the defendants obtained directly or indirectly as the result of the aforesaid offenses. Such property includes, but is not limited to, One 26-foot, 1988 Oceanic open fish style vessel, registration number FL2102GE, hull identification number OCBV1097B888, and two 225-horsepower Mercury outboard engines.

All pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6) and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
DONALD L. BROWN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ABIMEL CARABALLO,

                    Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)           Yes ____    No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I   0 to 5 days       X          Petty    ____
   II  6 to 10 days      ____       Minor    ____
   III 11 to 20 days     ____       Misdem.  ____
   IV  21 to 60 days     ____       Felony   X
   V   61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:  07-20649-CR-UU
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes  X  No


                              _____
                              DONALD L. BROWN
                              ASSISTANT UNITED STATES ATTORNEY
                              Florida Bar No./Court No. 0685291

*Penalty Sheet(s) attached                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>ABIMEL CARABALLO</u>

Case No: _____   _____

Count # 1:

<u>Conspiracy to Smuggle Aliens</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)</u>

**\* Max. Penalty**:  <u>Ten years' imprisonment</u>

Counts # 2-12:

<u>Encouraging and Inducing Aliens to Come to, Enter and Reside in the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv)</u>

**\*Max. Penalty:**  <u>Five years' imprisonment</u>

Counts #13-23:

<u>Bringing Aliens to a Place Other Than a Designated Port of Entry</u>

<u>Title 8, United States Code, Section 1324(a)(2)(B)(iii)</u>

**\*Max. Penalty:**  <u>Fifteen years' imprisonment</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**