# COURT MINUTES

**U.S. MAGISTRATE JUDGE WILLIAM C. TURNOFF - COURTROOM X**
DATE: 05/15/08     TIME: 1:30 P.M.     PAGE: 11

| | |
|---|---|
| DEFT: ABIMEL CARABALLO (J)81159-004 | CASE NO: 08-20266-CR-ALTONAGA |
| AUSA: Donald Brown | ATTY: Martin J. Bazoisitian-Tenep |
| AGENT: ICE | VIOL: ALIEN SMUGGLING |
| PROCEEDING: INITIAL APPEARANCE | RECOMMENDED BOND: |
| BOND/PTD CONTESTED HRG - yes / no | CJA APP'T: |
| BOND SET @: | To be cosigned by: |
| | INTERPRETER: Spanish |

Disposition: Stip $100,000 10% W/Nebbia
100,000 PSB
Co signed by sisters (both bonds)
Nebbia is satisfied

- ✓ All Standard Conditions.
- ✓ Surrender / or do not obtain passports / travel documents
- ✓ Rpt to PTS as directed / or 1 x's a week/month in person; 2 x's a week/month by phone
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ✓ Not to encumber property.
- ✓ Maintain or seek full - time employment/education.

Deft will reside w/sister at [REDACTED]

- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ✓ Travel extended to: SD of FL
- ☐ Home Confinement/Electronic Monitoring/Curfew 12:00 AM. to 6:00 AM paid by
- ✓ Other May work as a mechanic at marina but not permitting to travel out in the waters on any boats, etc.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 5/30 | 10:00 | Dube | Miami |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. ~~OR REMOVAL~~: | 5/30 | 10:00 | Duby | Miami |
| STATUS CONFERENCE | | | | |

TAPE No. 07-G- 24    Begin: 2735     TIME IN COURT: 10 minutes
25    683