

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
                    Plaintiff
        -vs-

ABIMEL CARABALLO
                    Defendant

CASE NUMBER: CR: 08-20266-CR-Altonaga

REPORT COMMENCING CRIMINAL ACTION

81159 004
USMS NUMBER

TO: CLERK'S OFFICE        (MIAMI)       FT. LAUDERDALE       W. PALM BEACH
U.S. DISTRICT COURT                     (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 5-15-08    AM ___ 10/0 PM ___

(2) LANGUAGE SPOKEN: SPANISH

(3) OFFENSE (S) CHARGED: ALIEN SMUGGLING — 8 USC 1324

(4) DATE OF BIRTH: 09-12-1972

5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
    {✓} INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORINGINATING DISTRICT: SOUTH FLORIDA

6) REMARKS: N/A

7) DATE: 05/15/08   (8) ARRESTING OFFICER: SAMPLES

9) AGENCY: ICE    (10) PHONE: 305 530 7131 x 138

11) COMMENTS: N/A