%AO 442 (Rev. 05/07) Warrant for Arrest

INS2 1487828

# UNITED STATES DISTRICT COURT

Southern District of Florida

UNITED STATES OF AMERICA

V.

ABIMEL CARABALLO

**WARRANT FOR ARREST**

Case Number: 08-20266-CR-ALTONAGA

MAGISTRATE JUDGE BROWN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ABIMEL CARABALLO___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release ☐ Probation ☐ Supervised Release ☐ Violation Notice
Violation Petition Violation Petition Violation

FILED by JC D.C.
MAY 20 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

RECEIVED UNITED STATES MARSHAL
SOUTHERN DISTRICT OF FLORIDA WARRANTS
2008 MAY -7 AM 9:08

charging him or her with (brief description of offense)

Conspiracy to Smuggle Aliens, Encouraging and Inducing Aliens to Come to the U.S., Bringing Aliens to a Place Other Than a Designated Port of Entry,

in violation of Title __8__ United States Code, Section(s) __1324 (a)(1)(A)(v)(I), (a)(1)(A)(iv), (a)(2)(B)(iii)__

| Steven M. Larimore | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Court Administrator/Clerk of the Court | 05/06/08    Miami, Florida |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at Miami, FL by ICE.

| DATE RECEIVED<br>05-07-08 | NAME AND TITLE OF ARRESTING OFFICER<br>CHRISTINA PHARO | SIGNATURE OF ARRESTING OFFICER<br>BY: JOE GODSK [signature] |
|---|---|---|
| DATE OF ARREST<br>05-15-08 | U.S. MARSHAL, SD/FL | SDUSM, SD/FL |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __ABIMEL CARABALLO__

$100,000 CSB w/Nebbia
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _Donald Brown_
**Donald Brown**
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Last Known Address: 1753 West 59th Street

Hialeah, FL

What Facility:

Agent(s): Mark Samples / Customs
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)