UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20266-CR-CMA

**UNITED STATES OF AMERICA**

vs.

**ABIMEL CARABALLO**

       **Defendant.**
_____/

**UNITED STATES' NOTICE OF REASSIGNMENT**

    Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Don Brown, is no longer counsel of record for the United States in this matter.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

    s/   Russ. Brown
    Russ Brown
    Court ID No. A5501216
    Special Assistant United States Attorney
    99 N.E. 4th Street, 6thFloor
    Miami, Florida 33132
    Tel: (305) 961-9279
    Fax: (305) 530-7976

**CERTIFICATE OF SERVICE**

I hereby certify that on ___May 29, 2008,_____, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

s/   Russ Brown

Special Assistant United States Attorney