UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20266-CR-ALTONGA

UNITED STATES OF AMERICA

vs.

ABIMAEL CARABALLO

    Defendants.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, the undersigned attorney and notices his appearance for the Defendant, ABIMAEL CARABALLO, through trial only in this cause and requests that copies of any and all pleadings, notices, correspondence, or other matters pertaining to this cause be directed to his office.

Respectfully submitted,

s/s MARTIN BEGUIRISTAIN_____
Martin Beguiristain
Attorney for Defendant
Florida Bar No. 0146072
12930 SW 128th Street, Ste 103
Miami, Florida 33186
(305) 251-2302

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed VIA CM/ECF this 29th day of May 2008.

s/s MARTIN BEGUIRISTAIN
Martin Beguiristain