# COURT MINUTES
## U.S. MAGISTRATE JUDGE TED E. BANDSTRA COURTROOM  EAST

DATE: Fri., May 30, 2008    TIME: 10:00 a.m.    PAGE 17

DEFT: ABIMEL CARABALLO (B)    CASE NO: 08-20266-CR-ALTONAGA
AUSA: _____    ATTY: MARTIN BEGUIRISTAIN, TEMP
AGENT: _____    VIOL: CONSP/SMUGGLE ALIENS
PROCEEDING: RRC; ARRAIGN    RECOMMENDED BOND: _____
BOND/PTD HEARING HELD - yes / no    COUNSEL APPOINTED: _____
BOND SET @: $100,000 PSB; $100,000 10%    To be cosigned by: _____

INTERPRETER: Spanish
Disposition: Filed Permanent

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement/Electronic Monitoring/Curfew ____, paid by _____
- ☐ Other _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
REPORT RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

TAPE No. 08-E 43    Begin: 2222    TIME: 5