UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20266-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

ABIMEL CARABALLO
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _(on bond)_

Language: _Spanish_

The above-named Defendant appeared before **Magistrate Judge TED E. BANDSTRA**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:_____

                       _____

                       Tel. No:_____

Defense Counsel:    Name  :_Martin Bequiristan_

                       Address:_____

                       _____

                       Tel. No:_____

Bond Set/Continued:    $ 100,000 10%; $100,000 PSB

Dated this 30th day of May, 2008.

                    STEVEN LARIMORE, CLERK

                    BY _PATRICIA FITZPATRICK_
                          Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 08E-_432222_
DIGITAL START NO._____