UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  08-20266-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ABIMEL CARABALLO**,

    Defendants.

_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a status conference in the above styled case has been set for **Monday, June 23, 2008, at 8:50 a.m.**, in the 4th Floor Courtroom before the Honorable Cecilia M. Altonaga.  Defendants are not required to attend hearing.  Defendants in custody will not be requested from the Bureau of Prisons for this hearing, nor will an interpreter be available, unless counsel notifies the Court's courtroom deputy they wish for the Defendant to be present.

Date:  June 4, 2008

                    STEVEN M. LARIMORE, CLERK

            By:   Patricia Snead
            Courtroom Deputy for the
            Honorable Cecilia M. Altonaga
            (305) 523-5515

cc:   counsel of record