UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20266-CR-ALTONGA

UNITED STATES OF AMERICA

vs.

ABIMAEL CARABALLO

    Defendants.

_____/

**UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF RESIDENCY**

    COMES NOW the Defendant, ABIMAEL CARABALLO, by and through his undersigned counsel and respectfully requests that this Court enter an order granting him permission to temporary modify his residency as follows:

1. Defendant currently lives with his Sister at 15379 SW 20th Lane, Miami, FL 33185.

2. Defendant currently has a curfew of 12:00am to 7:00am.

3. Defendant respectfully requests permission to spend this weekend away from his current address of 15379 SW 20th Lane, Miami, FL 33185 to the home of his girlfriend at 18912 NW 57th Avenue # 107, Miami Lakes, FL 33015.

4. Defense counsel spoke with AUSA Russ Brown and he has no objection to this Motion.

5. Defense counsel has not been able to speak with Pretrial Services Officer Jose Blanco.

WHEREFORE, it is respectfully requested that this Court enter an order giving Defendant permission to spend this weekend away from his current address 15379 SW 20th Lane, Miami, FL 33185 to the home of his girlfriend at 18912 NW 57th Avenue # 107, Miami Lakes, FL 33015.

Respectfully submitted,

s/Martin J. Beguiristain_____
Martin J. Beguiristain
Attorney for Defendant
Florida Bar No. 0146072
12930 SW 128th Street, Suite 103
Miami, FL 33186-6038
305-251-2302     Fax: 305-252-7392

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered electronically VIA CM/EMF this 18th day of June 2008

s/ Martin J. Beguiristain_____
MARTIN J. BEGUIRISTAIN