UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20266-CR-ALTONGA

UNITED STATES OF AMERICA

vs.

ABIMAEL CARABALLO

    Defendants.
_____/

# PROPOSED ORDER FOR TEMPORARY MODIFICATION OF RESIDENCE

THIS CAUSE came before the Court on June 19, 2008, upon the Defendants' Motion for Temporary Modification of Residence. The Court having reviewed the attached motion and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

Defendants' Motion is granted. Defendant has permission to spend this weekend away from his current address 15379 SW 20th Lane, Miami, FL 33185 to the home of his girlfriend at 18912 NW 57th Avenue # 107, Miami Lakes, FL 33015.

DONE AND ORDERED in Chambers at Dade County, Florida this _____ day of _____, 2008.

                                                               Honorable Cecilia M. Altonaga

Copies furnished to
Martin Beguiristain, Esq.
Russ Brown, Esq.
Jose Blanco – Pretrial Services