UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20266-CR-ALTONGA

UNITED STATES OF AMERICA

vs.

ABIMAEL CARABALLO

    Defendants.
_____/

**NOTICE OF STRIKING DOCKET ENTRY 17 & 18**

COMES NOW, the Defendant, ABIMAEL CARABALLO, by and through their undersigned counsel and hereby file this Notice of Striking Docket Entry 17 & 18 due to the fact that they were incorrectly filed.

<u>Certificate of Service</u>

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed VIA CM/ECF this 29th day of May 2008.

                                                   s/s MARTIN BEGUIRISTAIN
                                                   Martin Beguiristain