UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-20266-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ABIMEL CARABALLO**,

    Defendant.
_____/

### ORDER FOR TEMPORARY MODIFICATION OF RESIDENCE

THIS CAUSE came before the Court on the Defendant, Abimel Caraballo's Motion for Temporary Modification of Residence. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** the Motion is **GRANTED**. Defendant has permission to spend this weekend away from his current address, 15379 SW 20th Lane, Miami, FL 33185 to the home of his girlfriend at 18912 NW 57th Avenue # 107, Miami Lakes, FL 33015.

**DONE AND ORDERED** in Chambers in Miami, Florida this 20th day of June, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to
Martin Beguiristain, Esq.
Russ Brown, Esq.
Jose Blanco – Pretrial Services