CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE CECILIA M. ALTONAGA

Case No. 08-20266-CA   Date 6/23/08
Clerk Glen Hammond   Reporter Barbara Medina
USPO ___   Interpreter ___
USPTS ___   In-Court Time 5 mins

AUSA Russ Brown
Def. Atty. Martin Beguiristain

USA v. Abimel Caraballo

Defendant(s): Present ___   Not Present ___   In Custody ___
Reason for Hearing  Motion Hearing

Results of Hearing  Call Call + Motion Hearing  7/10/08 8:30

Misc. ___