UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-20266-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ABIMAEL CARABALLO**,

    Defendant.
_____/

## ORDER FOR MODIFICATION OF RESIDENCE

THIS CAUSE came before the Court on July 2, 2008, upon the Defendant's Motion for Modification of Residence. The Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Motion is **GRANTED**. Defendant, Abimael Caraballo, is permitted to change his residence from his current address, 15379 SW 20th Lane, Miami, FL 33185, to the home of his girlfriend, 18912 NW 57th Avenue, # 107, Miami Lakes, Florida 33015; telephone number (305) 622-7713.

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of July, 2008.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to
Martin Beguiristain, Esq.
Russ Brown, Esq.
David Alvarado – Pretrial Services