UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20266-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

ABIMEL CARABALLO

    Defendant.

_____

## GOVERNMENT'S SECOND RESPONSE TO

## THE STANDING DISCOVERY ORDER

    The United States hereby files this second response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10. All responses from the original Government's Response to the Standing Discovery Order are incorporated herein.

    The NCIC of the defendant is enclosed. Additionally, the Government does not intend to call an expert witness to testify at trial. The attachments to this response are numbered 303-863. Please contact the undersigned assistant United States attorney if any attachments are missing.

    Respectfully submitted,
    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

By:   s/ Russ Brown
Special Assistant
United States Attorney
Court ID No. A5501216
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9279
Fax: (305) 536-4699

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered personally by the undersigned this 3rd day of July, July 3, 2008 to: Martin Beguiristain, Attorney for Defendant, 12930 SW 128th St., Ste. 103, Miami, fL 33186.

s/Russ Brown
Special Assistant United States Attorney