U.S. Immigration
and Customs
Enforcement

## DECLARACIÓN DE DERECHOS

Antes de que le hagamos cualquier pregunta, Ud. debe conocer sus derechos.

Ud. tiene derecho a permanecer callado(a). E M

Cualquier cosa que Ud. diga puede usarse en su contra en un tribunal o en cualquier otro procedimiento. E M

Ud. tiene derecho a consultar un abogado antes de que Ud. haga cualquier declaración o conteste cualquier pregunta. E M

Ud. tiene derecho a tener un abogado presente con Ud. durante el interrogatorio. E M

Si no puede pagar un abogado, se le proporcionará uno antes de que le hagamos cualquier pregunta, si Ud. lo desea. E M

Si decide responder a nuestras preguntas ahora, Ud. aún retiene el derecho de detener el interrogatorio en cualquier momento, o de detener el interrogatorio para el propósito de consultar con un abogado. E M

## RENUNCIA A LOS DERECHOS

Me han leído y explicado esta declaración de mis derechos y entiendo completamente estos derechos. Renuncio a ellos libre y voluntariamente, sin ser amenazado(a) ni intimidado(a), y sin promesa de compensación o inmunidad. Fui detenido(a) a la(s) __1502hrs__ (hora), en el __08/07/07__ (fecha), y he firmado este documento a la(s) __1502__ (hora), en el __8/7/07__ (fecha).

__EDEL MIRANDA__
Nombre                                              Firma

Testigo: __M. Suplee__                              Fecha: __8/7/07__

Testigo: __E.M__                                    Fecha: __8/07/07__

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

STATEMENT OF RIGHTS (SPANISH)
DECLARACION DE DERECHOS

Antes de hacerle cualquier pregunta, es mi deber advertirle sus derechos.

Usted tiene el derecho de permanecer callado.

Cualquier cosa que usted diga se puede usar en contra suya en una Corte o otro procedimiento penal.

Usted tiene el derecho de consultar a un abogado antes de hacer cualquier declaracion o contestar cualquier pregunta, y usted puede tener a su abogado presente con usted mientras le interrogamos.

Si usted quiere obtener un abogado pero no puede pagarle por su propia cuenta, el Juez de los Estados Unidos en esta ciudad o la Corte Federal le asignara un abogado gratuitamente.

Si usted decide contestar nuestras preguntas en este instante con o sin un abogado que le represente, usted aun retiene el derecho de terminar la interrogacion en cualquier momento y puede suspender la interrogacion cuando usted diga para consultar a un abogado.

SIN EMBARGO,

Usted puede ceder el derecho de ser aconsejado por un abogado y el derecho de permanecer callado, y puede contestar las preguntas que se le hagan, y puede hacer una declaracion sin consultar a un abogado si usted asi lo desea.

RENUNCIA VOLUNTARIA

Se me ha leido la declaracion de mis derechos que aparece anteriormente y se me ha explicado mis derechos. Yo entiendo estos derechos en su totalidad y renuncio voluntariamente a ellos sin que se me haya amenazado o intimidado y sin haber recibido ninguna promesa de recompensa o de inmunidad por hacer esta declaracion. Me detuvieron a las _____ (horas), el _____ de _____ de _____ (fecha), y firmo este documento a las _____ (horas) el _____ de _____ de _____ (fecha).

FECHA: 8/07/07  FIRMA: _____

TESTIGOS: _____  M. _____

M/S

**U.S. Immigration and Customs Enforcement**

AB mArce CAbABALO
ANDARCIC

## DECLARACIÓN DE DERECHOS

Antes de que le hagamos cualquier pregunta, Ud. debe conocer sus derechos.

Ud. tiene derecho a permanecer callado(a). *AC*

Cualquier cosa que Ud. diga puede usarse en su contra en un tribunal o en cualquier otro procedimiento. *AC*

Ud. tiene derecho a consultar un abogado antes de que Ud. haga cualquier declaración o conteste cualquier pregunta. *AC*

Ud. tiene derecho a tener un abogado presente con Ud. durante el interrogatorio. *AC*

Si no puede pagar un abogado, se le proporcionará uno antes de que le hagamos cualquier pregunta, si Ud. lo desea. *AC*

Si decide responder a nuestras preguntas ahora, Ud. aún retiene el derecho de detener el interrogatorio en cualquier momento, o de detener el interrogatorio para el propósito de consultar con un abogado. *AC*

---

## RENUNCIA A LOS DERECHOS

Me han leído y explicado esta declaración de mis derechos y entiendo completamente estos derechos. Renuncio a ellos libre y voluntariamente, sin ser amenazado(a) ni intimidado(a), y sin promesa de compensación o inmunidad. Fui detenido(a) a la(s) __1537__ (hora), en el __8/7/07__ (fecha), y he firmado este documento a la(s) __1537__ (hora), en el __8/7/07__ (fecha).

Nombre: _____   Firma: _____

Testigo: M. Sap                    Fecha: 8/7/07

Testigo: _____   Fecha: 8/7/07

**FLORIDA UNIFORM BOATING CITATION**    U-323870

| Field | Value |
|---|---|
| COUNTY OF | [illegible] |
| CITY (IF APPLICABLE) | [illegible] |
| AGENCY | [illegible] |

☐ FMP ☐ FPP ☐ SFC ☐ PD ☐ SO ☐ OTHER

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE, AND DOES BELIEVE THAT ON

**OFFICER/AGENCY**

| DAY OF WEEK | MONTH | DAY | YEAR | ☐ A.M. ☐ P.M. |
|---|---|---|---|---|
| Tu | | 7 | | |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| EDEL | | MIRANDA |

STREET: [illegible]   IF DIFFERENT THAN SHOWN ON REGISTRATION, CHECK HERE →

| CITY | STATE | ZIP CODE |
|---|---|---|

| TELEPHONE NUMBER | DATE OF BIRTH MO / DAY / YR | RACE | SEX | HGT |
|---|---|---|---|---|

| DRIVER LICENSE NUMBER OR OTHER I.D. | STATE | TYPE OF I.D. | I.D. EXP. DATE |
|---|---|---|---|

| VESSEL REGISTRATION NUMBER | EXP. DATE | FUEL | PROPULSION | HP |
|---|---|---|---|---|
| FL 7122 G | | | | |

| YEAR | MAKE | VESSEL TYPE | LENGTH | COLOR |
|---|---|---|---|---|

UPON THE WATERS OF THE STATE OF FLORIDA, OR OTHER LOCATION, NAMELY:

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.   CHECK ONLY ONE OFFENSE EACH TICKET.

☐ WILLFUL OR WANTON RECKLESS OPERATION
☐ CARELESS OPERATION
☐ VIOLATION OF NAVIGATIONAL RULE
☐ INTERFERENCE WITH NAVIGATION
☐ RESTRICTED AREA/SPEED VIOLATION
☐ OPERATION OF A VESSEL UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCE OR OPERATING WITH AN UNLAWFUL BREATH/BLOOD ALCOHOL LEVEL OF .08% OR ABOVE   BLOOD ALCOHOL LEVEL _____ %
☐ WATER SKI VIOLATION
☐ IMPROPER/INSUFFICIENT SAFETY EQUIPMENT OR LIGHTS
☐ FAILURE TO TRANSFER TITLE/REGISTRATION
☐ OTHER (SEE COMMENTS)
☐ EXPIRED REGISTRATION
☐ REGISTRATION CERTIFICATE NOT ON BOARD
☐ REGISTRATION NUMBER NOT PROPERLY DISPLAYED
☐ OPERATION OF UNNUMBERED OR UNREGISTERED VESSEL
☐ NO BOATER I.D. CARD
☐ PWC VIOLATIONS

U-323870

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:

IN VIOLATION OF: ☐ ORDINANCE ☒ STATE STATUTE   STATUTE 372-570   RULE/ORDINANCE

| ACCIDENT CASE | CAUSED ACCIDENT | PROPERTY DAMAGE | PERSONAL INJURY | FATAL |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☐ NO | ☐ YES $____ ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |

☐ THIS CITATION IS FOR A CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED AS INDICATED BELOW.
☐ THIS CITATION IS FOR AN INFRACTION, COURT APPEARANCE REQUIRED AS INDICATED BELOW.
☐ THIS CITATION IS FOR AN INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT. (SEE REVERSE)

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO POST BOND OR ACCEPT AND SIGN THIS CITATION WILL RESULT IN ARREST. FAILURE TO PAY A CIVIL PENALTY WITHIN 10 DAYS OR TO REQUEST A HEARING AND APPEAR WILL RESULT IN ARREST.

X SIGNATURE OF DEFENDANT   MUST READ REVERSE FOR VIOLATOR EDUCATION REQUIREMENTS

**COURT INFORMATION**

| DATE | TIME |
|---|---|
| COURT | |
| LOCATION | |

☐ ARREST DELIVERED TO: _____
☐ ACCEPTED BOND ON SCENE (AMOUNT) _____ TYPE _____ RECEIPT NO. _____
DATE OF ARREST _____ ORG. OR UNIT _____

RANK - SIGNATURE AND IDENTITY OF OFFICER   I.D. NO.
DCF 20-100 (9/05)

**FLORIDA UNIFORM BOATING CITATION** U-323868

(Citation issued to ANDERSON, [First] Nicole [Last] LOPEZ)

Violation: Improper/Insufficient Safety Equipment or Lights
In Violation of State Statute: 33 CFR 175.15

**FLORIDA UNIFORM BOATING CITATION** U-323869

(Second citation, same subject)

In Violation of State Statute: 372.57(1)