**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-20266-CR-ALTONAGA**

**UNITED STATES OF AMERICA,**

vs.

**ABIMEL CARABALLO,**

  **Defendant.**
_____/

**NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL**

  COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files its notice of Attorney Appearance as Co-Counsel and in support states that on July 8, 2008, Assistant United States Attorney Marc Anton has been assigned to the above-captioned case as co-counsel.

           Respectfully submitted,

           R. ALEXANDER ACOSTA
           UNITED STATES ATTORNEY

       By:  /s/ MARC S. ANTON
          MARC S. ANTON
          ASSISTANT U. S. ATTORNEY
          Florida Bar Number: 0148369
          500 East Broward Boulevard, Suite 700
          Fort Lauderdale, Florida  33394
          Telephone:  (954) 356-7255 x3608
          Facsimile:  (954) 356-7336
          E-Mail: Marc.Anton@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 9, 2008,  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

           /s/   MARC S. ANTON
           MARC S. ANTON
           ASSISTANT U.S. ATTORNEY