UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20266-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

ABIMEL CARABALLO,

    **Defendant.**
_____/

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America requests that the Court include in its voir dire the following questions:

1.    JUROR BACKGROUND

    a.    Please state your full name and address.

    b.    What kind of work do you do? If retired, please describe your work prior to retirement.

    c.    How far did you go in school?

    d.    Are you married? What type of work does your spouse do?

    e.    Do you have any children? If so, please tell us their ages, sex, school, and employment.

    f.    Have you served in the military?

    g.    Have you ever served on a jury before? If so, please state the type of case, whether the trial was in state or federal court, and whether a verdict was reached in the case.

2.  EXPERIENCES WITH LAW ENFORCEMENT

   a.  This case was investigated by a federal law enforcement agency, the United States Immigration and Customs Enforcemen.  To the best of your knowledge, have you, any member of your family, or any close friends had any experiences, positive or negative, with this law enforcement agency?

   If "yes," would you be able to put those feelings and experiences aside and render a verdict based on the evidence before you?

   b.  To the best of your knowledge, have you, or any member of your family, or any of your close friends, had any experiences with any local, state, or federal law enforcement officers that left you with strong feelings, good, or bad, about law enforcement officers?

   If "yes," would you be able to put those feelings and experiences aside and render a verdict based on the evidence before you?

   c.  If you and/or a close family member or friend has ever been the victim of a crime, were you satisfied or dissatisfied with the way you were treated by law enforcement officials and the judicial system?

   d.  Have you or any family member or close friend ever been accused, arrested or charged with a criminal offense? If so, what were the circumstances?
   (If any potential juror answers this question in the affirmative, the government respectfully requests that the Court question the potential juror regarding the circumstances, in private, at the bench, so as to avoid embarrassment to the potential juror).

   e.  Witnesses in this case will include law enforcement agents.  Would any of you be more likely to believe the testimony of a law enforcement agent just because that witness is a law enforcement agent? Would any of you be less likely to believe the testimony of a law enforcement agent just because that witness is a law enforcement agent?

3.  BIAS

   a.  The law requires that you base your verdict on the facts as you find them to be from the evidence. The law does not permit you to consider any emotion such as sympathy, prejudice, vengeance, fear, or hostility. Is there anyone here who feels that he or she cannot put these emotions out of his or her mind when deliberating on a verdict?

   b.  Does anyone have a religious or moral conviction which would make it difficult for

        you to sit in judgment of another person?

    c.    Have you now, or do you expect to have, a case against or a claim against or a dispute with the United States Government? If "yes," would you be able to put those feelings and experiences aside and render a verdict based on the evidence before you?

    d.    Do you know of any reasons why you would be biased or prejudiced for or against the Government in this case?

    e.    At the end of the case, Judge Altonaga will instruct you regarding the law applicable to this case. Judge Altonaga will tell you that you must follow her instructions on the law in this case, even if you disagree with the law. Does anyone believe that they will not be able to follow Judge Altonaga's instructions regarding the law for any reason?

4.    ALIEN SMUGGLING

    a.    This case involves an allegation that the defendant attempted to illegally bring foreign nationals to the United States. Does anyone believe that assisting foreign nationals to the United States without going through the required procedures should not be punished as a crime?

    b.    Do you have any personal objection to the laws of the United States that require foreign nationals seeking admission to the United States to register and request permission to enter before being granted admission?

    c.    Is there anything that you have read in newspapers, magazines, or viewed on television regarding immigration issues that would influence your ability to sit as a fair and impartial juror in this case?

    d.    Do you know anyone who has come into the United States in an illegal manner?

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By: _____
        Russ Brown
        Special Assistant United States Attorney
        99 N.E. 4th Street
        Miami, FL   33132
        Tel: (305) 961-9279
        Fax: (305) 530-7976
        Email: Russell.Brown2@usdoj.gov