UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20266-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

ABIMEL CARABALLO,

    Defendant.
_____/

## GOVERNMENT'S EXHIBIT LIST

The United States respectfully submits the attached Exhibit List in accordance with the Court's trial order in this matter. The United States respectfully requests leave to add additional exhibits as may be needed during trial.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

    By: s/ Russ Brown
    Russ Brown
    Special Assistant United States Attorney
    99 N.E. 4th Street
    Miami, FL  33132
    Tel: (305) 961-9279
    Fax: (305) 530-7976
    Email: Russell.Brown2@usdoj.gov

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States of America

v.

Abimel Caraballo

**EXHIBIT AND WITNESS LIST**

Case Number: 08-20266-CR-ALTONAGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cecilia M. Altonaga | Russ Brown Esq. and Mark Anton | Martin Beguiristain, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| July 21, 2008 | Barbara Medina | Patricia Snead |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Chen Yong Hua's Alien File |
| 2 | | | | | Xu Ming Shan's Alien File |
| 3 | | | | | Wong Shur An's Alien File |
| 4 | | | | | Shun Shan An's Alien File |
| 5 | | | | | Chan Wei Hua's Alien File |
| 6 | | | | | Lui Laz Yan's Alien File |
| 7 | | | | | Lui Jin Zi's Alien File |
| 8 | | | | | Lut Tian Wap's Alien File |
| 9 | | | | | Li Shun Jin's Alien File |
| 10 | | | | | .C.W.X. (a minor) Alien File |
| 11 | | | | | Mahendra Sahadeo Alien File |
| 12 | | | | | Toll records for (786) 333-9211 from July 25 through August 8, 2007 |
| 13 | | | | | Toll records for (786) 343-1961 from July 25 through August 8, 2007 |
| 14 | | | | | Toll records for IMEI number 300214010425190 from June 15 through August 8, 2007 |
| 15 | | | | | Picture of FL 2102 GE |
| 16 | | | | | Picture of FL 2102 GE |
| 17 | | | | | Picture of FL 2102 GE |
| 18 | | | | | Title for FL 2102 GE |
| 19 | | | | | Florida Registration for FL 2102 GE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.