UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20266-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

ABIMEL CARABALLO,

    Defendant.

_____/

## WITNESS LIST

The United States of America hereby files with the Court its Witness List. The United States respectfully seeks leave of the Court to add additional names to the Witness List as deemed necessary. At trial, the government intends to call the following witnesses:

1. Officer Mark Samples, United States Customs and Border Protection
2. Special Agent Eric Moreno, Immigration and Customs Enforcement
3. Special Agent Juan Martinez, Immigration and Customs Enforcement
4. Metro PCS Records Custodian
5. Iridium Satellite Records Custodian
6. Officer Dagoberto Andollo, Citizenship and Immigration Services
7. Anderson Lopez

8. Edel Miranda

            Respectfully submitted,

            R. ALEXANDER ACOSTA
            UNITED STATES ATTORNEY

         By: s/ Russ Brown
            Russ Brown
            Special Assistant United States Attorney
            99 N.E. 4th Street
            Miami, FL   33132
            Tel: (305) 961-9279
            Fax: (305) 530-7976
            Email: Russell.Brown2@usdoj.gov