UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20266-CR-ALTONAGA

**UNITED STATES OF AMERICA**

**v.**

**ABIMEL CARABALLO,**

    **Defendant.**

_____/

**WITNESS LIST**

The United States of America hereby files with the Court its Witness List. The United States respectfully seeks leave of the Court to add additional names to the Witness List as deemed necessary. At trial, the government intends to call the following witnesses:

1. Officer Mark Samples, United States Customs and Border Protection
2. Special Agent Eric Moreno, Immigration and Customs Enforcement
3. Special Agent Juan Martinez, Immigration and Customs Enforcement
4. Metro PCS Records Custodian
5. Iridium Satellite Records Custodian
6. Officer Dagoberto Andollo, Citizenship and Immigration Services
7. Anderson Lopez

8. Edel Miranda

9. Agent Steven Rose, U.S. Border Patrol

>Respectfully submitted,
>
>R. ALEXANDER ACOSTA
>UNITED STATES ATTORNEY
>
>By: s/ Russ Brown
>Russ Brown
>Special Assistant United States Attorney
>99 N.E. 4th Street
>Miami, FL   33132
>Tel: (305) 961-9279
>Fax: (305) 530-7976
>Email: Russell.Brown2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>s/Russ Brown
>Special Assistant United States Attorney