UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20266-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ABIMEL CARABALLO**,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court on July 28, 2008 for a Status Conference, and upon the Government's Motion for Reconsideration and Continuance [D.E. 52]. The Court has considered the arguments presented by counsel, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion for Continuance is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, July 23, 2008, to including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8). It is further

**ORDERED AND ADJUDGED** that the Government shall file its supplement to its Motion for Reconsideration on or before **August 8, 2008**. The trial will be rescheduled after an order on the Government's Motion for Reconsideration has been entered.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of July, 2008.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record