```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     Case 08-20266-CR-Altonaga
```

THE UNITED STATES OF AMERICA,

        Plaintiff,

                                  MIAMI, FLORIDA

vs.

                                  JULY 28, 2008

ABIMEL CARABALLO,

        Defendant.

---

```
                  TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                    UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:

                        RUSS BROWN, A.U.S.A.
                        STEPHEN SCHLESSINGER, A.U.S.A.
                        ROBERT LUCK, A.U.S.A.
                        Office of the U.S. Attorney
                        99 N.E. 4th Street
                        Miami, FL   33132         305.961.9199
                        Email:  russell.brown2@usdoj.gov

FOR THE DEFENDANT:

                        MARTIN J. BEGUIRISTAIN, ESQ.
                        12930 S.W. 128th Street, Ste. 103
                        Miami, FL 33186 - 305.251.2302

REPORTED BY:

                        BARBARA MEDINA, RPR-CM
                        Official United States Court Reporter
                        Federal Courthouse Square, Ste. 404
                        301 North Miami Avenue
                        Miami, FL  33128-7792    305.523.5518
                                        (Fax) 305.523.5519
                        Email:  barbmedina@aol.com

        TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

July 29, 2008

[Filed stamp: JUL 30 2008, STEVEN M. LARIMORE, CLERK U S DIST CT, S.D. of FLA. - MIAMI]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 08-20266-CR CMA
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

___

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____