```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                    Case 08-20266-CR-Altonaga

THE UNITED STATES OF AMERICA,

          Plaintiff,
                                            MIAMI, FLORIDA
    vs.
                                            JULY 10, 2008
ABIMEL CARABALLO,
          Defendant.
_____

              TRANSCRIPT OF MOTION TO SUPPRESS
          BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:
                         THOMAS R. BROWN, III, A.U.S.A.
                         Office of the U.S. Attorney
                         99 NE 4th Street
                         Miami, FL 33132 - 305.961.9279
                         Email: russell.brown2@usdoj.gov
                         MARC S. ANTON, A.U.S.A.
                         Office of the U.S. Attorney
                         500 E. Broward Boulevard, 7th Floor
                         Fort Lauderdale, FL 33301
                         954.356.7255
                         Email: marc.anton@usdoj.gov

FOR THE DEFENDANT:
                         MARTIN J. BEGUIRISTAIN, ESQ.
                         12930 SW 128th Street, Ste. 103
                         Miami, FL 33186 - 305.251.2302
                         Email: martinblaw@aol.com
```

FILED by ABD D.C.
AUG 12 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION
July 10, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 08-20266-CR CMA
## DE#

☐  **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

_____

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____