UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 08-20266-CR-Altonaga

THE UNITED STATES OF AMERICA,

       Plaintiff,

                      MIAMI, FLORIDA

vs.

                      OCTOBER 30, 2008

ABIMAEL CARABALLO,

       Defendant.
_____

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                      DUSTIN DAVIS, A.U.S.A., A.U.S.A.
                      JOSEPH H. HUYNH, A.U.S.A.
                      Office of the U.S. Attorney
                      99 NE 4th Street
                      Miami, FL 33132 - 305.961.93148
                      Email: joseph.huynh@usdoj.gov
                      dustin.davis@usdoj.gov

FOR THE DEFENDANT:

                      MARTIN J. BEGUIRISTAIN, ESQ.
                      12930 SW 128th Street, Ste. 103
                      Miami, FL 33186 - 305.251.2302
                      Email: martinblaw@aol.com

REPORTED BY:

                      BARBARA MEDINA,
                      Official United States Court Reporter
                      Wilkie D. Ferguson, Jr.
                      United States Courthouse
                      400 North Miami Avenue, Ste. 12-2
                      Miami, FL   3128 -    305.523.5518
                              (Fax) 305.523.5519
                      Email: barbmedina@aol.com

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

October 30, 2008

1                    **TABLE OF CONTENTS**

2                                                                  Page

3  Reporter's Certificate .................................... 13

4

5                     **INDEX TO EXHIBITS**

6  Exhibits                    Marked for          Received
                               Identification      in Evidence
7
   Description                 Page    Line        Page    Line
8

9

10                      **CITATION INDEX**

11                                                                 Page

12

13                   **SIDEBAR CONFERENCE INDEX**

14 Descriptions                                                    Page

15              **ADMINISTRATIVE CONVENTIONS:**

16       When counsel does not identify themselves each time they

17 address the Court during a telephone conference, the

18 industry-standard speaker identification is indicated by

19 chevrons, i.e., >>>:

20

21

22

23

24

25

                        **October 30, 2008**

1        THE COURT:  Good morning.  Please be seated.
2        Good morning.  I trust you've all had some time to
3   review the questionnaire forms.  I know I've been able to go
4   through them
5        MR. HUYNH:  Yes, Your Honor.
6        THE COURT:  I welcome two new faces here this morning.
7        MR. HUYNH:  Yes, Your Honor.  Joseph Huynh, on behalf
8   of the United States, along with Dustin Davis.
9        MR. DAVIS:  Yes, Your Honor.  Pleasure to be back.
10       THE COURT:  Mr. Davis will be doing voir dire for the
11  Government?
12       MR. HUYNH:  I will be doing the voir dire.
13       THE COURT:  Mr. Beguiristain, any issues before we
14  bring the panel in?
15       MR. BEGUIRISTAIN:  Not that I can think of.
16       MR. HUYNH:  We actually provided you with an amended
17  witness list and also we provided the Court with a courtesy
18  copy of the exhibit list and a courtesy copy of the exhibits,
19  as well as we provided them to defense counsel, Your Honor.
20       THE COURT:  Are there any additional names,
21  Mr. Beguiristain, that are not on this list that you would like
22  me to read to the panel?
23       MR. BEGUIRISTAIN:  Other than my client, no.
24       THE COURT:  All right.
25       I'll give each side 15 minutes for additional voir

**October 30, 2008**

1  dire after I've concluded.
2          MR. HUYNH:  That's fine.
3          MR. BEGUIRISTAIN:  There is a name that's going to
4  come out, and it's Gardino, in the trial --
5          THE COURT:  The Government can certainly explain to
6  the panel that we have another prosecutor who is busy next-door
7  who would love to be here and will be here on Monday when we
8  resume with the trial.
9          MR. HUYNH:  Yes, I can do that in the introductions.
10         THE COURT:  Do we know his status?
11         MR. HUYNH:  I believe they still have some witnesses.
12  I believe they're on the rebuttal case, Your Honor.
13         MR. BEGUIRISTAIN:  Your Honor, the name would be
14  Gardino Martinez Mesa.
15         THE COURT:  Very good.  Thank you.
16         Are we ready for the jury?
17         MR. HUYNH:  Yes, Your Honor.
18         THE COURT:  Let's bring them in.
19      [The jury venire enters the courtroom 10:57 a.m]
20         THE COURT:  Everyone please be seated.
21         Ladies and gentlemen, good morning and welcome to my
22  courtroom  My name is Cecilia Altonaga.  I am a United States
23  District Court Judge and we have brought you here this morning
24  in order to select a jury for the case that is about to be
25  tried.

1           We actually began this jury selection process earlier
2  when you filled out those written questionnaire forms in the
3  Jury Pool Section.  We then photocopied them and the attorneys
4  the parties and I read the information you provided.  We
5  continue with the jury selection process here in the courtroom
6           Similar to the questionnaires, the jury selection
7  process in the courtroom involves our asking you questions,
8  questions that touch upon your qualifications to serve as
9  jurors for this particular case.  We will also share
10 information with you during the process.
11          All of your answers to our questions need to be under
12 oath, so I would ask you to please stand and raise your right
13 hand so that my courtroom deputy may administer your oath as
14 prospective jurors.
15               [Voir dire reported but not transcribed.]
16               [The jury was sworn at 12:28 p.m]
17          THE DEPUTY CLERK:  Thank you.
18          You may be seated.
19          THE COURT:  Ladies and gentlemen of the jury, you have
20 now been sworn to try the issues in the case.  By your verdict,
21 you will decide the issues of fact.  I will decide all
22 questions of law that arise during the trial.  Before you
23 retire to deliberate together and decide the case at the end of
24 the trial, I will instruct you on the rules of law that you
25 must follow and apply in reaching your decision.

1                Because you will be called upon to decide the facts of
2    the case, you should give careful attention to the testimony
3    and evidence presented for your consideration during the trial,
4    but you should keep an open mind and you should not form or
5    state any opinion about the case one way or the other until you
6    have heard all of the evidence and have had the benefit of the
7    closing arguments of the lawyers, as well as my instructions to
8    you on the applicable law.
9                During the trial you must not discuss the case in any
10   manner among yourselves or with anyone else, and you must not
11   permit anyone to attempt to discuss it with you or in your
12   presence, and insofar as the lawyers are concerned, as well as
13   others whom you come to recognize as having some connection
14   with the case, you are instructed that in order to avoid even
15   the appearance of impropriety, you should have no conversation
16   whatever with those persons while you are serving on the jury.
17               You must also avoid reading any newspaper articles
18   that might be published about the case now that the trial has
19   begun and you must also avoid listening to or observing any
20   broadcast news program on either television or radio because of
21   the possibility that some mention might be made of the case
22   during such a broadcast now that the trial is in progress.
23               I will also add to these instructions that you should
24   avoid looking through the Internet and searching through any
25   topics you know related to those concerning this case.

October 30, 2008

1          The reason for these cautions, of course, lies in the
2  fact it will be your duty to decide this case only on the basis
3  of the testimony and evidence presented during the trial
4  without consideration of any other matters whatever.
5          From time to time during the trial I may be called
6  upon to make rulings of law on motions or objections made by
7  the lawyers.  You should not infer or conclude from any ruling
8  I may make that I have any opinions on the merits of the case
9  favoring one side or the other, and if I sustain an objection
10 to a question that goes unanswered by the witness, you should
11 not speculate on what answer might have been given.  Nor should
12 you draw any inferences or conclusions from the question
13 itself.
14         During the trial it may be necessary for me to confer
15 with the lawyers from time to time out of your hearing
16 concerning questions of law or procedure that require
17 consideration by the Court alone.  On some occasions you may be
18 excused from the courtroom as a convenience to you and to us
19 while I discuss such matters with the lawyers.  I will try to
20 limit such interruptions as much as possible, but you should
21 remember at all times the importance of the matter you are here
22 to determine and you should be patient even though the case may
23 seem to go slowly.
24         In that regard, as you were told during the process of
25 your selection, we expect the case to last three days, Monday,

1  Tuesday and Wednesday of next week, but I will make every
2  effort to expedite the trial whenever possible.
3              When you return on Monday, we will begin by affording
4  the lawyers on each side an opportunity to make opening
5  statements to you in which they may explain the issues in the
6  case and summarize the facts they expect the evidence will
7  show.
8              After all the testimony and evidence have been
9  presented, the lawyers are then given another opportunity to
10 address you at the end of the trial and make their summations
11 or final arguments in the case.  The statements the lawyers
12 make during opening and closing arguments are not to be
13 considered by you either as evidence in the case, which comes
14 only from the witnesses and the exhibits, or as your
15 instruction on the law, which comes only from me.
16 Nevertheless, those statements and arguments are intended to
17 help you understand the issues and the evidence as they come
18 in, as well as the position taken by both sides.
19             Ladies and gentlemen, I am going to ask that you
20 return Monday morning at 9:15 at which time we will begin with
21 those opening statements I mentioned earlier.
22             My courtroom deputy should be out shortly.  She will
23 be meeting with you outside our courtroom and she will share
24 with each one of you my business card which gives you a phone
25 number so that you can access my Chambers should there be any

October 30, 2008

1  reason or any emergency or any scheduling issue that might
2  arise between now and next Monday morning.
3         She will also ask each one of you to fill out
4  information for us.  She keeps it and I keep it in Chambers.
5  It does not become a public record.  We just need contact
6  numbers so we can reach you if there should be any scheduling
7  change last minute and we need to communicate with you.
8         So, you return Monday morning at 9:15.  You come
9  directly here.  This is courtroom 12-2.  You will gather
10 together in the jury room behind us.  When you come to this
11 floor, my courtroom deputy will instruct you how to go back
12 into the jury room
13        We cannot have any trial proceedings if any one of you
14 is missing or running late.  We wait for you.  That's not to
15 the put pressure on you.  It's to let you know we can't start
16 and have you join us after we've begun.  We wait for all of you
17 to be together to continue.
18        The attorneys and the parties can't have any contact
19 with you.  If on Monday morning they should happen to be
20 outside and you should cross paths with the attorneys and the
21 parties, please know they can't have contact with you.  They
22 can't even acknowledge you.  They are not being rude.  They are
23 simply avoiding the appearance of any improper contact.
24        You are now selected as a juror with me.  You no
25 longer need to call Jury Pool and check on your status or

October 30, 2008

1  availability for any other jury selection process.
2          Is there anyone here who might have a question before
3  I turn you over to my courtroom deputy?
4                     (No response.)
5          THE COURT:  Again, if any of you wants to take
6  advantage of early voting, the Government Center is open.  The
7  lines are not long at all.  You might want to accomplish that
8  before you leave downtown.
9          We'll see you Monday morning at 9:15.
10         [The jury leaves the courtroom at 12:36 p.m]
11         THE COURT:  Are there any issues we need to address
12 before I see everyone Monday morning?
13         MR. BEGUIRISTAIN:  There's one issue that's in my
14 head.  I'd like to get out of the way.  I was thinking of
15 waiting for Russ Brown to do it.  I filed numerous matters,
16 amongst one, a motion to dismiss.  You have completely ruled on
17 everything.  There was a Superseding Indictment.  I want to
18 renew each and everybody one of my motions with respect to the
19 Superseding Indictment.
20         I would imagine you are going to rule the same.  I
21 believe I need to do that to preserve appellate issues on the
22 Superseding Indictment.
23         THE COURT:  Very good.  Thank you.
24         Those motions are considered renewed and denied as to
25 the Superseding Indictment or we can have Mr. Huynh and

October 30, 2008

1  Mr. Davis address all of those matters right now.
2          MR. DAVIS:  I'd certainly love to.
3          MR. HUYNH:  We will stand by Your Honor's very
4  eloquent ruling.
5          THE COURT:  I just want to thank Mr. Davis and
6  Mr. Huynh for coming in and handling the matter for Mr. Brown
7  and Mr. Anton.
8          MR. HUYNH:  Mr. Brown will be here on Monday.
9          THE COURT:  You have a good weekend.
10          [There was a short recess at 1:07 p.m.]
11          THE COURT:  How do you want to proceed?  We're on the
12  record.  The defendant is not present, but the attorneys have
13  the letter that juror number 2 has supplied us.
14          What is the parties' position?
15          MR. BEGUIRISTAIN:  I believe by the letter -- I mean,
16  if she goes to her case manager's appointment and the case
17  manager says "Yeah, you're going in the hospital right now," I
18  think it becomes nothing to deal with.  At that point she's in
19  the hospital.  We use an alternate.
20          However, if everything is okay with her and she's able
21  to be here on Monday and she can move an appointment, I don't
22  see that there's an issue.  I think right this moment it would
23  be premature.  Had we known it in jury selection, it would be a
24  different issue.
25          MR. HUYNH:  From the Government's perspective, Your

October 30, 2008

1  Honor, we're more concerned she may not be able to sit through
2  the trial and listen to evidence.  She may be on medication.
3  It doesn't sound like it.  I can't tell.
4          THE COURT:  Why don't we tell her to come back Monday
5  morning as scheduled?  If anything develops, she has my number
6  to call tomorrow or over the weekend.  We'll see if she shows
7  up on Monday and if she's here and we're comfortable, we can
8  proceed.  The alternate is taking her place on Tuesday if she
9  hasn't rescheduled her Tuesday appointment.  We'll address it
10 at that time.
11         MR. BEGUIRISTAIN:  Sounds good.
12         MR. HUYNH:  That's fine.
13         THE COURT:  I'll have my courtroom deputy tell her to
14 come back on Monday as scheduled and if anything arises or
15 develops, to call this the number on my business card.
16
17
18
19
20
21
22
23
24
25

October 30, 2008

1     C E R T I F I C A T E

2     I hereby certify that the foregoing is an accurate

3     transcription of proceedings in the above-entitled matter.

4

5   11/30/08
    _____         _____
6       DATE                 BARBARA MEDINA
                             Official United States Court Reporter
                             Wilkie D. Ferguson, Jr.
7                            United States Courthouse
                             400 North Miami Avenue, Ste. 12-2
8                            Miami, FL    3128 -    305.523.5518
                                          (Fax)  305.523.5519
9                            Email:   barbmedina@aol.com

### A
**ABIMAEL** 1:8
**able** 3:3 11:20 12:1
**above-entitled** 13:3
**access** 1:26 8:25
**accomplish** 10:7
**accurate** 13:2
**acknowledge** 9:22
**add** 6:23
**additional** 3:20,25
**address** 2:17 8:10 10:11 11:1 12:9
**administer** 5:13
**ADMINISTRATIVE** 2:15
**advantage** 10:6
**affording** 8:3
**alternate** 11:19 12:8
**Altonaga** 1:11 4:22
**amended** 3:16
**AMERICA** 1:4
**answer** 7:11
**answers** 5:11
**Anton** 11:7
**appearance** 6:15 9:23
**APPEARANCES** 1:12
**appellate** 10:21
**applicable** 6:8
**apply** 5:25
**appointment** 11:16,21 12:9
**arguments** 6:7 8:11,12,16
**arises** 12:14
**articles** 6:17
**asking** 5:7
**attempt** 6:11
**attention** 6:2
**Attorney** 1:15
**attorneys** 5:3 9:18,20 11:12
**availability** 10:1
**Avenue** 1:23 13:7
**avoid** 6:14,17,19,24
**avoiding** 9:23
**a.m** 4:19
**A.U.S.A** 1:14,14,14

### B
**back** 3:9 9:11 12:4,14
**BARBARA** 1:21 13:5
**barbmedina@aol.com** 1:25 13:9
**basis** 7:2
**began** 5:1
**Beguiristain** 1:18 3:13,15,21,23 4:3,13 10:13 11:15 12:11
**begun** 6:19 9:16
**behalf** 3:7
**believe** 4:11,12 10:21 11:15
**benefit** 6:6
**bring** 3:14 4:18
**broadcast** 6:20,22
**brought** 4:23
**Brown** 10:15 11:6,8
**business** 8:24 12:15
**busy** 4:6

### C
**C** 13:1,1
**call** 9:25 12:6,15
**called** 6:1 7:5
**CARABALLO** 1:8
**card** 8:24 12:15
**careful** 6:2
**case** 1:3 4:12,24 5:9,20,23 6:2,5 6:9,14,18,21,25 7:2,8,22,25 8:6,11,13 11:16,16
**cautions** 7:1
**Cecilia** 1:11 4:22
**Center** 10:6
**certainly** 4:5 11:2
**Certificate** 2:3
**certify** 13:2
**Chambers** 8:25 9:4
**change** 9:7
**check** 9:25
**chevrons** 2:19
**CITATION** 2:10
**CLERK** 5:17
**client** 3:23
**closing** 6:7 8:12
**come** 4:4 6:13 8:17 9:8,10 12:4 12:14
**comes** 8:13,15
**comfortable** 12:7
**coming** 11:6
**communicate** 9:7
**completely** 10:16
**concerned** 6:12 12:1
**concerning** 6:25 7:16
**conclude** 7:7
**concluded** 4:1
**conclusions** 7:12
**confer** 7:14
**conference** 2:13,17
**connection** 6:13
**consideration** 6:3 7:4,17
**considered** 8:13 10:24
**contact** 9:5,18,21,23
**CONTENTS** 2:1
**continue** 5:5 9:17
**convenience** 7:18
**CONVENTIONS** 2:15
**conversation** 6:15
**copy** 3:18,18
**counsel** 2:16 3:19
**course** 7:1
**Court** 1:1,22 2:17 3:1,6,10,13,17 3:20,24 4:5,10,15,18,20,23 5:19 7:17 10:5,11,23 11:5,9,11 12:4,13 13:6
**courtesy** 3:17,18
**Courthouse** 1:23 13:7
**courtroom** 1:26 4:19,22 5:5,7,13 7:18 8:22,23 9:9,11 10:3,10 12:13
**cross** 9:20

### D
**D** 1:22 13:6
**DATE** 13:5
**Davis** 1:14 3:8,9,10 11:1,2,5
**days** 7:25
**deal** 11:18
**decide** 5:21,21,23 6:1 7:2
**decision** 5:25
**defendant** 1:9,17 11:12
**defense** 3:19
**deliberate** 5:23
**denied** 10:24
**deputy** 5:13,17 8:22 9:11 10:3 12:13
**Description** 2:7
**Descriptions** 2:14
**determine** 7:22
**develops** 12:5,15
**different** 11:24
**dire** 3:10,12 4:1 5:15
**directly** 9:9
**discuss** 6:9,11 7:19
**dismiss** 10:16
**District** 1:1,1,11 4:23
**DIVISION** 1:2
**doing** 3:10,12
**downtown** 10:8
**draw** 7:12
**Dustin** 1:14 3:8

**dustin.davis@usdoj.gov** 1:17
**duty** 7:2

### E
**E** 13:1,1
**earlier** 5:1 8:21
**early** 10:6
**effort** 8:2
**either** 6:20 8:13
**eloquent** 11:4
**Email** 1:16,20,25 13:9
**emergency** 9:1
**enters** 4:19
**ESQ** 1:18
**everybody** 10:18
**evidence** 2:6 6:3,6 7:3 8:6,8,13 8:17 12:2
**excused** 7:18
**exhibit** 3:18
**exhibits** 2:5,6 3:18 8:14
**expect** 7:25 8:6
**expedite** 8:2
**explain** 4:5 8:5

### F
**F** 13:1
**faces** 3:6
**fact** 5:21 7:2
**facts** 6:1 8:6
**favoring** 7:9
**Fax** 1:24 13:8
**Ferguson** 1:22 13:6
**filed** 10:15
**fill** 9:3
**filled** 5:2
**final** 8:11
**fine** 4:2 12:12
**FL** 1:16,19,24 13:8
**floor** 9:11
**FLORIDA** 1:1,6
**follow** 5:25
**foregoing** 13:2
**form** 6:4
**forms** 3:3 5:2

### G
**Gardino** 4:4,14
**gather** 9:9
**gentlemen** 4:21 5:19 8:19
**give** 3:25 6:2
**given** 7:11 8:9
**gives** 8:24
**go** 3:3 7:23 9:11
**goes** 7:10 11:16
**going** 4:3 8:19 10:20 11:17
**good** 3:1,2 4:15,21 10:23 11:9 12:11
**Government** 1:13 3:11 4:5 10:6
**Government's** 11:25

### H
**H** 1:14
**hand** 5:13
**handling** 11:6
**happen** 9:19
**head** 10:14
**heard** 6:6
**hearing** 7:15
**help** 8:17
**Honor** 3:5,7,9,19 4:12,13,17 12:1
**HONORABLE** 1:11
**Honor's** 11:3
**hospital** 11:17,19
**Huynh** 1:14 3:5,7,7,12,16 4:2,9 4:11,17 10:25 11:3,6,8,25 12:12

### I
**identification** 2:6,18
**identify** 2:16
**imagine** 10:20
**importance** 7:21
**improper** 9:23
**impropriety** 6:15
**INDEX** 2:5,10,13
**indicated** 2:18
**Indictment** 10:17,19,22,25
**industry-standard** 2:18
**infer** 7:7
**inferences** 7:12
**information** 5:4,10 9:4
**insofar** 6:12
**instruct** 5:24 9:11
**instructed** 6:14
**instruction** 8:15
**instructions** 6:7,23
**intended** 8:16
**Internet** 6:24
**interruptions** 7:20
**introductions** 4:9
**involves** 5:7
**issue** 9:1 10:13 11:22,24
**issues** 3:13 5:20,21 8:5,17 10:11 10:21
**i.e** 2:19

### J
**J** 1:18
**join** 9:16
**Joseph** 1:14 3:7
**joseph.huynh@usdoj.gov** 1:16
**Jr** 1:22 13:6
**Judge** 1:11 4:23
**juror** 9:24 11:13
**jurors** 5:9,14
**jury** 1:10 4:16,19,24 5:1,3,5,6,16 5:19 6:16 9:10,12,25 10:1,10 11:23

### K
**keep** 6:4 9:4
**keeps** 9:4
**know** 3:3 4:10 6:25 9:15,21
**known** 11:23

### L
**Ladies** 4:21 5:19 8:19
**late** 9:14
**law** 5:22,24 6:8 7:6,16 8:15
**lawyers** 6:7,12 7:7,15,19 8:4,9 8:11
**leave** 10:8
**leaves** 10:10
**letter** 11:13,15
**Let's** 4:18
**lies** 7:1
**limit** 7:20
**Line** 2:7,7
**lines** 10:7
**list** 3:17,18,21
**listen** 12:2
**listening** 6:19
**long** 10:7
**longer** 9:25
**looking** 6:24
**love** 4:7 11:2

### M
**M** 1:11
**manager** 11:17
**manager's** 11:16
**manner** 6:10
**Marked** 2:6

**MARTIN** 1:18
**martinblaw@aol.com** 1:20
**Martinez** 4:14
**matter** 7:21 11:6 13:3
**matters** 7:4,19 10:15 11:1
**mean** 11:15
**medication** 12:2
**MEDINA** 1:21 13:5
**meeting** 8:23
**mention** 6:21
**mentioned** 8:21
**merits** 7:8
**Mesa** 4:14
**Miami** 1:2,6,16,19,23,24 13:7,8
**mind** 6:4
**minute** 9:7
**minutes** 3:25
**missing** 9:14
**moment** 11:22
**Monday** 4:7 7:25 8:3,20 9:2,8,19 10:9,12 11:8,21 12:4,7,14
**morning** 3:1,2,6 4:21,23 8:20 9:2 9:8,19 10:9,12 12:5
**motion** 10:16
**motions** 7:6 10:18,24
**move** 11:21

**N**

**name** 4:3,13,22
**names** 3:20
**NE** 1:15
**necessary** 7:14
**need** 5:11 9:5,7,25 10:11,21
**Nevertheless** 8:16
**new** 3:6
**news** 6:20
**newspaper** 6:17
**next-door** 4:6
**North** 1:23 13:7
**number** 8:25 11:13 12:5,15
**numbers** 9:6
**numerous** 10:15

**O**

**oath** 5:12,13
**objection** 7:9
**objections** 7:6
**observing** 6:19
**occasions** 7:17
**OCTOBER** 1:7
**Office** 1:15
**Official** 1:22 13:6
**okay** 11:20
**open** 6:4 10:6
**opening** 8:4,12,21
**opinion** 6:5
**opinions** 7:8
**opportunity** 8:4,9
**order** 4:24 6:14
**outside** 8:23 9:20

**P**

**Page** 2:2,7,7,11,14
**panel** 3:14,22 4:6
**particular** 5:9
**parties** 5:4 9:18,21 11:14
**paths** 9:20
**patient** 7:22
**permit** 6:11
**persons** 6:16
**perspective** 11:25
**phone** 8:24
**photocopied** 5:3
**place** 12:8
**Plaintiff** 1:5
**please** 3:1 4:20 5:12 9:21
**Pleasure** 3:9

**point** 11:18
**Pool** 5:3 9:25
**position** 8:18 11:14
**possibility** 6:21
**possible** 7:20 8:2
**premature** 11:23
**presence** 6:12
**present** 11:12
**presented** 6:3 7:3 8:9
**preserve** 10:21
**pressure** 9:15
**procedure** 7:16
**proceed** 11:11 12:8
**proceedings** 1:10 9:13 13:3
**process** 5:1,5,7,10 7:24 10:1
**program** 6:20
**progress** 6:22
**prosecutor** 4:6
**prospective** 5:14
**provided** 3:16,17,19 5:4
**public** 9:5
**published** 6:18
**put** 9:15
**p.m** 5:16 10:10 11:10

**Q**

**qualifications** 5:8
**question** 7:10,12 10:2
**questionnaire** 3:3 5:2
**questionnaires** 5:6
**questions** 5:7,8,11,22 7:16

**R**

**R** 13:1
**radio** 6:20
**raise** 5:12
**reach** 9:6
**reaching** 5:25
**read** 3:22 5:4
**reading** 6:17
**ready** 4:16
**REALTIME** 1:26
**reason** 7:1 9:1
**rebuttal** 4:12
**Received** 2:6
**recess** 11:10
**recognize** 6:13
**record** 9:5 11:12
**regard** 7:24
**related** 6:25
**remember** 7:21
**renew** 10:18
**renewed** 10:24
**reported** 1:20 5:15
**Reporter** 1:22 13:6
**Reporter's** 2:3
**require** 7:16
**rescheduled** 12:9
**respect** 10:18
**response** 10:4
**resume** 4:8
**retire** 5:23
**return** 8:3,20 9:8
**review** 3:3
**right** 3:24 5:12 11:1,17,22
**room** 9:10,12
**rude** 9:22
**rule** 10:20
**ruled** 10:16
**rules** 5:24
**ruling** 7:7 11:4
**rulings** 7:6
**running** 9:14
**Russ** 10:15

**S**

**says** 11:17

**scheduled** 12:5,14
**scheduling** 9:1,6
**searching** 6:24
**seated** 3:1 4:20 5:18
**Section** 5:3
**see** 10:9,12 11:22 12:6
**select** 4:24
**selected** 9:24
**selection** 5:1,5,6 7:25 10:1 11:23
**serve** 5:8
**serving** 6:16
**share** 5:9 8:23
**short** 11:10
**shortly** 8:22
**show** 8:7
**shows** 12:6
**side** 3:25 7:9 8:4
**SIDEBAR** 2:13
**sides** 8:18
**Similar** 5:6
**simply** 9:23
**sit** 12:1
**slowly** 7:23
**sound** 12:3
**Sounds** 12:11
**SOUTHERN** 1:1
**speaker** 2:18
**speculate** 7:11
**stand** 5:12 11:3
**start** 9:15
**state** 6:5
**statements** 8:5,11,16,21
**States** 1:1,4,11,22,23 3:8 4:22 13:6,7
**status** 4:10 9:25
**Ste** 1:19,23 13:7
**Street** 1:15,19
**summarize** 8:6
**summations** 8:10
**Superseding** 10:17,19,22,25
**supplied** 11:13
**sustain** 7:9
**SW** 1:19
**sworn** 5:16,20

**T**

**T** 13:1,1
**TABLE** 2:1
**take** 10:5
**taken** 8:18
**telephone** 2:17
**television** 6:20
**tell** 12:3,4,13
**testimony** 6:2 7:3 8:8
**thank** 4:15 5:17 10:23 11:5
**think** 3:15 11:18,22
**thinking** 10:14
**three** 7:25
**time** 2:16 3:2 7:5,5,15,15 8:20 12:10
**times** 7:21
**told** 7:24
**tomorrow** 12:6
**topics** 6:25
**TOTAL** 1:26
**touch** 5:8
**transcribed** 5:15
**TRANSCRIPT** 1:10
**transcription** 1:26 13:3
**trial** 1:10 4:4,8 5:22,24 6:3,9,18 6:22 7:3,5,14 8:2,10 9:13 12:2
**tried** 4:25
**trust** 3:2
**try** 5:20 7:19
**Tuesday** 8:1 12:8,9
**turn** 10:3
**two** 3:6

**U**

**unanswered** 7:10
**understand** 8:17
**United** 1:1,4,11,22,23 3:8 4:22 13:6,7
**use** 11:19
**U.S** 1:15

**V**

**venire** 4:19
**verdict** 5:20
**voir** 3:10,12,25 5:15
**voting** 10:6
**vs** 1:7

**W**

**wait** 9:14,16
**waiting** 10:15
**want** 10:7,17 11:5,11
**wants** 10:5
**way** 6:5 10:14
**Wednesday** 8:1
**week** 8:1
**weekend** 11:9 12:6
**welcome** 3:6 4:21
**We'll** 10:9 12:6,9
**we're** 11:11 12:1,7
**we've** 9:16
**Wilkie** 1:22 13:6
**witness** 3:17 7:10
**witnesses** 4:11 8:14
**written** 5:2

**Y**

**Yeah** 11:17

**0**

**08-20266-CR-Altonaga** 1:3

**1**

**1:07** 11:10
**10:57** 4:19
**103** 1:19
**12-2** 1:23 9:9 13:7
**12:28** 5:16
**12:36** 10:10
**128th** 1:19
**12930** 1:19
**13** 2:3
**15** 3:25

**2**

**2** 11:13
**2008** 1:7

**3**

**30** 1:7
**305.251.2302** 1:19
**305.523.5518** 1:24 13:8
**305.523.5519** 1:24 13:8
**305.961.93148** 1:16
**3128** 1:24 13:8
**33132** 1:16
**33186** 1:19

**4**

**4th** 1:15
**400** 1:23 13:7

**9**

**9:15** 8:20 9:8 10:9
**99** 1:15