UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case 08-20266-CR-Altonaga

THE UNITED STATES OF AMERICA,

        Plaintiff,

                            MIAMI, FLORIDA

  vs.

                            NOVEMBER 3, 2008

ABIMEL CARABALLO,

        Defendant.
_____

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                   THOMAS R. BROWN, III, A.U.S.A.
                   JOSEPH H. HUYNH, A.U.S.A.
                   Office of the U.S. Attorney
                   99 NE 4th Street
                   Miami, FL 33132 - 305.961.93148
                   Email:  joseph.huynh@usdoj.gov
                   russell.brown2@usdoj.gov

FOR THE DEFENDANT:

                   MARTIN J. BEGUIRISTAIN, ESQ.
                   12930 SW 128th Street, Ste. 103
                   Miami, FL 33186 - 305.251.2302
                   Email:  martinblaw@aol.com

REPORTED BY:

                   BARBARA MEDINA,
                   Official United States Court Reporter
                   Wilkie D. Ferguson, Jr.
                   United States Courthouse
                   400 North Miami Avenue, Ste. 12-2
                   Miami, FL   3128 -   305.523.5518
                           (Fax) 305.523.5519
                   Email:  barbmedina@aol.com

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

November 4, 2008

2

1                        TABLE OF CONTENTS

2                                                              Page

3  Dagoberto Andollo ......................................... 21

4       Direct Examination By Mr. Brown ...................... 21

5       Cross-Examination By Mr. Beguiristain ................ 37

6  Stephen Lloyd Rose ........................................ 47

7       Direct Examination By Mr. Brown ...................... 47

8       Cross-Examination By Mr. Beguiristain ................ 58

9       Redirect Examination By Mr. Brown .................... 65

10 Mark Samples .............................................. 66

11      Direct Examination By Mr. Brown ...................... 66

12      Voir Dire Examination By Mr. Beguiristain ............ 73

13      Direct Examination By Mr. Brown ...................... 75

14      Cross-Examination By Mr. Beguiristain ................ 93

15      Redirect Examination By Mr. Brown ................... 104

16 Anderson Lopez ........................................... 107

17      Direct Examination By Mr. Brown ..................... 107

18      Cross-Examination By Mr. Beguiristain ............... 135

19      Redirect Examination By Mr. Brown ................... 166

20 Edel Miranda ............................................. 167

21      Direct Examination By Mr. Brown ..................... 167

22 Reporter's Certificate ................................... 190

23

24                       INDEX TO EXHIBITS

25 Exhibits                      Marked for        Received
                                 Identification    in Evidence

**TOTAL  ACCESS  COURTROOM REALTIME  TRANSCRIPTION**
**November  4,  2008**

| Description | Page | Line | Page | Line |
|---|---|---|---|---|
| Government Exhibits 1 .......... through 11 | 7 | 23 | 7 | 25 |
| Government Exhibit 45 .......... | 22 | 24 | 23 | 4 |
| Government Exhibits 17 and ..... 44 | 28 | 5 | 28 | 22 |
| Government Exhibit 18 .......... | 31 | 22 | 32 | 9 |
| Government Exhibit 19 .......... | 34 | 10 | 34 | 22 |
| Government Exhibits 1-11 ........ | 51 | 20 | 52 | 12 |
| Government Exhibits 24-35 ....... | 52 | 16 | 53 | 5 |
| Government Exhibit 13 .......... | 163 | 15 | | |
| Government Exhibit 15 .......... | 72 | 1 | 72 | 12 |
| Government Exhibit 16 .......... | 71 | 3 | 71 | 17 |
| Government Exhibit 21 .......... | 119 | 21 | 120 | 5 |
| Government Exhibit 22 .......... | 121 | 13 | 121 | 25 |
| Government Exhibit 35 .......... | 111 | 25 | 112 | 13 |
| Government Exhibit 36 .......... | 174 | 21 | 175 | 9 |
| Government Exhibit 37 .......... | 80 | 16 | 81 | 3 |
| Government Exhibit 38 .......... | 78 | 23 | 79 | 11 |
| Government Exhibit 39 .......... | 79 | 18 | 80 | 5 |
| Government Exhibit 40 .......... | 72 | 22 | 73 | 8 |
| Government Exhibit 41 .......... | 75 | 16 | 76 | 11 |
| Government Exhibit 42 .......... | 76 | 23 | 77 | 11 |
| Government Exhibit 43 .......... | 92 | 21 | 93 | 9 |
| Government Exhibit 46 .......... | 87 | 8 | 87 | 20 |
| Government Exhibit 47 .......... | 78 | 1 | 78 | 12 |

1

2                          CITATION INDEX

3                                                          Page

4

5                    SIDEBAR CONFERENCE INDEX

6    Descriptions                                          Page

7    Sidebar Conference Begins .................................  74

8    Proceedings In Open Court Resume ..........................  75

9    Sidebar Conference Begins .................................  84

10   Proceedings In Open Court Resume ..........................  86

11   Sidebar Conference Begins ................................. 145

12   Proceedings In Open Court Resume .......................... 146

13                 ADMINISTRATIVE CONVENTIONS:

14         When counsel does not identify themselves each time they

15   address the Court during a telephone conference, the

16   industry-standard speaker identification is indicated by

17   chevrons, i.e., >>>:

18

19

20

21

22

23

24

25

November 4, 2008

1        THE COURT:   Good morning.   Please be seated.

2              We just made contact with the one missing juror.

3   She's parking her car and she'll be here shortly.

4              The second juror selected reminded my courtroom deputy

5   that she could not be here tomorrow.   That was the one we

6   addressed on Thursday after jury selection.   So at some point

7   in time today, we'll have to make our decision with respect to

8   her.

9              Any other issues?

10        MR. BROWN:   Judge, yes, Your Honor.

11              Good morning, Your Honor.   Russ Brown, for the

12   Government.

13        THE COURT:   Good morning.

14        MR. BROWN:   Your Honor, I'd like to make an ore tenus

15   motion at this point.   There was a miscommunication in our

16   office.   The proper writ was not done in time for two witnesses

17   in this case that are in custody, Anderson Lopez and Edel

18   Miranda.   I'd like to make a motion at this time if the

19   Marshals could bring them over this afternoon.

20        THE COURT:   Are they in custody?

21        MR. BROWN:   Yes.

22        THE COURT:   The problem is there's no Marshal here for

23   me to order.   The defendant is not in custody.

24        MR. BROWN:   My secretary from the office is here

25   today, Your Honor.   She can go back -- if you'll grant a

**November 4, 2008**

1    motion, Your Honor, she can relay that.

2              THE COURT:  Certainly.  I think you'll need something

3    in writing though?  I'm seeing a nod in the affirmative.

4              Let me see if Wanda can do something for us here.

5              All right.

6              MR. BROWN:  The only other thing, Your Honor, a minor

7    scheduling issue.  Depending on whether we can get the

8    witnesses today, we would just probably take our case agent out

9    of turn, put him on the stand this afternoon and pick up with

10   the two individuals who we're trying to get this afternoon for

11   tomorrow morning.

12             I believe we're in agreement with the exhibits as

13   proposed.

14             MR. BEGUIRISTAIN:  Yes, Your Honor.

15             Now, of course, and I'll just -- Martin Beguiristain,

16   on behalf of Abinmel Caraballo.  Exhibits 1 through 11, which

17   are portions of the individuals' alien files -- and I believe

18   that's it -- we would stipulate to them being admitted,

19   however, subject to my motion in limine where I asked that they

20   be excluded.

21             THE COURT:  Preserving your objection.

22             MR. BEGUIRISTAIN:  Correct.

23   [Government Exhibits 1 through 11 marked for identification at

24                      10:25 a.m]

25   [Government Exhibits 1 through 11 received in evidence at 10:25

**November 4, 2008**

```
 1                           a. m ]

 2              MR. BEGUIRISTAIN:   The rest of the documents all seem

 3    to be -- no problem at all with the rest of the documents.

 4              I have a couple of issues, Your Honor.

 5              THE COURT:   All right.

 6              MR. BEGUIRISTAIN:   One -- and I discussed this with

 7    Russ Brown before and he assured me it wouldn't happen --   I

 8    used to file a formal motion in Federal Court in every trial

 9    asking the Government not be allowed to put up a case agent or

10    somebody to give a complete overview of the case before the

11    jury, and every Judge has told me "I'm not going to tell the

12        Government not to do what they know they can't do anyway."

13              THE COURT:   So you stopped filing the motion.

14              MR. BEGUIRISTAIN:   I stopped filing that particular

15    motion, but I want to make sure if that starts to happen, I

16    will be objecting and say "Subject to my pretrial motion."

17              Secondly, I filed a request to disclose expert

18    witnesses.   The Government has not disclosed any.   Therefore, I

19    would object to any opinion testimony from somebody claiming to

20    be an expert.

21              THE COURT:   You're not objecting to lay witness

22    opinion.   Is that right?

23              MR. BEGUIRISTAIN:   Not lay witness, but expert

24    witness, anybody who would be determined to be an expert.

25              MR. BROWN:   Just for the record, we did disclose we
```

**November 4, 2008**

1    would not be calling any experts.   We responded to the request.

2            MR. BEGUIRISTAIN:   Third -- and, again, I brought this

3    up with Russ Brown and he assured me it wouldn't happen --

4    informants or sources or whatever you want to call them, Edel

5    Miranda and Anderson Lopez, when I've come to see them, people

6    such as that get on the witness stand and they have a tendency

7    to embellish and talk about things they just heard on the

8    street.   I've asked Russ Brown to make sure that doesn't

9    happen.   It would all be hearsay, what they heard in Hialeah.

10            MR. BROWN:   Your Honor, the Government would just

11   request to reserve ruling to when that issue comes up on the

12   objection by the defense.

13            THE COURT:   Very well.   Just make sure you make a

14   timely objection.

15            MR. BEGUIRISTAIN:   Fourth, I have a suppression

16   hearing 12:45 in Bartow, Florida, Thursday.   I filed a motion,

17   of course, to continue it.   The problem with that case is when

18   it came up, I asked for a continuance like early on in the

19   case.   The next time it came up, I had a little hurricane go

20   through in Bartow.   The third time I was in a manslaughter

21   trial.

22            Is there any way your assistant can call?

23            THE COURT:   Do you have the name of the Judge?

24            MR. BEGUIRISTAIN:   I do.   Judge Beth Harlan.

25            THE COURT:   Phone number?

November 4, 2008

**9**

```
 1          MR. BEGUIRISTAIN:   I have two phone numbers.
 2  863/534-4374 and 863/534-4024.
 3          THE COURT:   4024?
 4          MR. BEGUIRISTAIN:   4024.   It's the case of State of
 5  Florida versus Maiquel, M-a-i-q-u-e-l, Hernandez, case number
 6  TT-08-002286-B, as in baker, A, as in apple.
 7          THE COURT:   All right.   I sent a message to Wanda.
 8          Mr. Brown.
 9          MR. BROWN:   Yes, ma'am
10          One last thing, Your Honor.   It came to the
11  Government's attention on Thursday -- I think defense counsel
12  brought it up and I haven't had a chance to talk to Martin
13  about it --  the first name of the defendant, there's a
14  clerical error.   It should be A-b-i-m-a-e-l.
15          THE COURT:   I thought Mr. Beguiristain was pronouncing
16  it incorrectly throughout.
17          MR. BROWN:   It was brought to the attention of the
18  Government Thursday.   Before it goes back to the jury, if we
19  could agree on the correct spelling.
20          THE COURT:   Any objection to correcting the client's
21  first name?
22          MR. BEGUIRISTAIN:   No objection.
23          THE COURT:   The jury is ready.   I gave the preliminary
24  instruction last Thursday.
25          We'll begin with your opening statement.
```

**November 4, 2008**

1          MR. BROWN:   Yes, Your Honor.

2          THE COURT:   We'll bring them in.

3      [The jury returns to the courtroom at 10:31 a.m]

4          THE COURT:   Everyone please be seated.

5          Good morning, ladies and gentlemen.   Welcome back.

6          Ladies and gentlemen, as you recall or as you may

7    recall from the instructions I gave you last week, we begin the

8    trial now with the attorneys giving you their opening

9    arguments.   They will explain the evidence that they anticipate

10   will be presented during the course of the trial.

11          I ask that you not take any notes during opening

12   statements.   I also will ask you not take any notes during

13   closing arguments because what the lawyers say is not evidence

14   in the case.

15          We'll begin with the Government

16          MR. HUYNH:   "Fish," that's how they refer to illegal

17   aliens, 11 fish caught in the Bahamas and brought into the

18   United States from the open sea.

19          Good morning, ladies and gentlemen.   My name is Joseph

20   Huynh and along with my colleague, Russ Brown, and our case

21   agent, Hector Oviedo, we represent the United States.

22          We are here today because of one man, one man who

23   recruited people to smuggle illegal aliens, one man who

24   provided them with a boat, with a direction and with the tools

25   to pick up these people from the Bahamas, and one man who met

1   the boat at a marina in Miami with his truck and a trailer and

2   hauled the boat on to shore, a boat that contained the illegal

3   aliens.

4          We are here, ladies and gentlemen, because the

5   defendant, Abimael Caraballo, is that man.  That's what the

6   evidence will prove.  That's what the evidence will show and

7   that's why he has been charged with conspiracy to smuggle

8   aliens, inducing and encouraging aliens to come to the United

9   States and bringing aliens into the United States.  That is

10   what the Government will prove, that he is guilty of those

11   crimes.

12          The evidence will show that on August 7th, 2007 at

13   approximately 11:30 a.m an officer of the North Miami Police

14   Department spotted a 25 foot blue and white vessel entering the

15   Haulover Inlet in Miami.  On board, he saw two individuals at

16   the controls.  He saw fishing poles and he saw the individuals

17   looking around suspiciously.

18          The officer followed the boat as it entered the

19   marina, followed it as it went to the Haulover Marina and saw

20   there at the docks a black truck with a trailer back up and the

21   boat get loaded on to it.

22          The officer decided to approach and investigate

23   further.  It was the beginning of lobster season and he wanted

24   to see if something was fishy on that boat.  He wanted to check

25   if they had licenses, if they had permits, if they had any

**November 4, 2008**

1    possible catch.

2             What did he find when he got on that boat?  Hidden in

3    the front cabin compartment of that boat were 11 illegal

4    aliens, 10 Chinese nationals and one Vietnamese national.

5             Who were the drivers of that boat?  Anderson Lopez and

6    Edel Miranda.  Who was the driver of that truck?  The

7    defendant.

8             You will hear more about what happened that day, not

9    from us, but from the people who were there.  You will hear it

10   from Officer Andollo, the North Miami police officer, who

11   spotted the boat, followed the boat as it went to the marina,

12   found the aliens and detained the defendant and his cohorts.

13            You will hear from officers who processed the aliens

14   and confirmed they were foreign nationals, and you will hear

15   from and Anderson Lopez and Edel Miranda, the two individuals

16   who smuggled the aliens that day.

17            They will tell you how the defendant not only was part

18   of the this crime, but he was one of the organizers of the

19   criminal venture.

20            They will tell you how a couple of days prior the

21   defendant contacted them, asked them, told them to smuggle some

22   Chinese aliens from the Bahamas and promised to pay them each

23   $7,000, a sum, pretty sizable, for two individuals who only

24   made about $500 a week.

25            They will tell you how the defendant provided them

November 4, 2008

1  with his boat.   They will tell you how he provided them with

2  the gas, enough gas to make a round trip to the Bahamas and

3  back, how the defendant provided them with GPS devices that had

4  the coordinates of where to pick up the aliens, and provided

5  them with a satellite phone so that he could continue to be in

6  contact with them and give them further directions as they

7  committed the smuggling venture.

8          They will also tell you how the defendant provided

9  them with a cover in case they were stopped by the police,

10  fishing poles and even boxed bait to make them look like they

11  were out fishing.   They will tell you how the defendant even

12  provided a cover for himself.   He told them "If you get caught,

13      tell the police I'm not involved, that I owned you this

14      boat overnight as part of a possible purchase, a possible

15      sale of that boat."

16          You will hear more from Mr. Lopez and Mr. Miranda.

17  You will hear they have pled guilty, that they've entered into

18  an agreement with the Government and they must testify.

19          You will also hear, ladies and gentlemen, that the

20  Government makes no apologies for presenting their testimony to

21  you.   You may not like that they committed this crime.   You may

22  not like that they were willing to commit this criminal

23  venture, but the defendant did and that is why he chose them,

24  and you will hear this is not the first time the defendant did

25  it.   He knew that they would do this venture because he had

**November 4, 2008**

1   asked them to smuggle and they did smuggle for him before.

2           You will also see evidence that the defendant owned

3   that boat, that the defendant owned that truck, the evidence of

4   the planned crime that day.

5           You will also see records of telephone calls from

6   Lopez and Miranda to the defendant from the satellite phone he

7   gave them, to the defendant on a phone that was found in the

8   defendant's black truck on the day he was arrested in the front

9   cabin.

10          After you have heard the testimony, after you've seen

11  the documents, we will ask you to return a verdict demanded by

12  the evidence in this case, that the defendant, Abimael

13  Caraballo, is guilty as charged.

14          Thank you for your time.

15          THE COURT:   Mr. Beguiristain.

16          MR. BEGUIRISTAIN:   Thank you, Your Honor.

17          Good morning, ladies and gentlemen.

18          The evidence in this case is going to show that

19  Anderson Lopez and Edel Miranda are alien smugglers.  That's

20  what they do.   You're going to hear several other names in this

21  case, among them Rolando Guedez also known as El Gordo, and

22  Gardino Martinez.   These two are organizers of alien smuggling

23  ventures.

24          This is not a case that's going to be very, very hard

25  to figure out that there was actually a crime that occurred

November 4, 2008

1    here.   There's no question about it.   11 people got smuggled

2    into the United States by Edel Miranda and Anderson Lopez and

3    that trip was organized by Rolando Guedez and Gardino Martinez.

4    That's what happened here.

5         Now, the evidence is going to show Abimael Caraballo

6    buys boats in very bad condition, repairs them and sells them

7    He is a boat mechanic and he does fiberglass work and he paints

8    them and so forth.   Unfortunately, he came in contact with

9    Gardino Martinez.   Unbeknownst to him, Gardino Martinez is an

10   organizer of smuggling missions.

11        Now, he does perform a service for Gardino Martinez.

12   Gardino Martinez knows that he buys and sells vessels.   Gardino

13   Martinez sends Anderson Lopez to purchase a vessel from Abimael

14   Caraballo, which is the vessel that ended up having the 11

15   aliens.

16        There's an agreement that is made between Anderson

17   Lopez and Abimael Caraballo as to the purchase of this vessel.

18   Anderson Lopez is going to take the vessel like everybody

19   should do -- it's a used vessel -- take it for one day, test it

20   out, check everything out on the vessel and the next day, he is

21   going to make a decision on purchasing the vessel.

22        Not very many people will buy a used vessel without

23   test-driving it.   What does Abimael Caraballo do?   He gets all

24   their information, gets Anderson Lopez', a copy of his driver's

25   license, wants to make sure this guy isn't going to disappear

**November 4, 2008**

1   with his boat.

2          What else does he do?  He drops them in the water.

3   They make arrangements tomorrow at noon.  Noon is coming

4   around.  He doesn't have contact with them  He starts calling

5   them  They call him  "Okay.  We're on our way.  We're on our

6      way.  We're on our way."  The phone records are going to

7   show there was communication between them in the days before

8   this incident.  Of course, there is.  They're arranging for the

9   purchase of this vessel.

10          Now, on August the 7th, Anderson Lopez and Edel

11  Miranda go and pick up these 11 aliens somewhere in the

12  Bahamas.  They bring them back to the country.  There's no

13  question a crime is being committed here, none at all.

14          They pull up to the Haulover pier and as planned,

15  Abimael Caraballo is there with his truck, with his trailer,

16  loads the boat onto the trailer and takes it out of the water.

17          Police come and stop Edel Miranda, Anderson Lopez and

18  Abimael Caraballo to do a fishing inspection on the vessel.

19  You're going to hear that from the officer.

20          He gets on the vessel.  He goes into the cabin and he

21  sees 11 people, 10 of whom look like they're from Chinese

22  descent.  He immediately arrests everyone and places them all

23  into handcuffs and then all the questioning starts and this is

24  where both Edel Miranda and Anderson Lopez tell all the police

25  officers right there, "Hey, look.  This guy doesn't have

**November 4, 2008**

1  anything to do with this.  It was us.  That's happened.  We

2  decided to go and do this.  We got the boat from him  We

3     went over.  We picked these people up.  He had nothing to

4     do with it."

5          August 7th, 2007 Edel Miranda Anderson Lopez are

6  arrested and they tell the police officers Abinnel had nothing

7  to do with this, which is the truth.

8          They get taken into custody.  They're arrested.

9  They're facing five year minimum mandatory sentences.  That's

10  what they're facing.  They end up with attorneys and they

11  decide to be what is called debriefed by the Government.

12          On September 14th Edel Miranda is debriefed.  35 days

13  after he's arrested, agents from United States Customs, his

14  attorney and the U.S. Attorney sit down in a room to see what's

15  going on.  At that point he knows he's facing a very, very

16  harsh penalty.  He has an attorney and the attorney is

17  explaining everything to him

18          They ask him "What happened here?  If you want to

19     cooperate with the Government, you need to tell us

20     everything.  You need to tell us the truth on everything."

21          On September 14th, Edel Miranda, as is the truth,

22  turns around and says to the Government in this debriefing,

23          "Look, this is the way the whole thing happened.  Here

24     is the way this was organized.  This is what we did."

25          Then they asked him "Well, what about Abinnel

1    Caraballo?"  He said "We duped him   We got his boat to
2    make this run.   That's all we were going to do.   We were
3    never going to buy the boat."  He says that to the agents
4  knowing full well they said "You better tell the truth."

5          September 24th, Anderson Lopez is debriefed.   The same
6  thing.   Agents, attorneys present, "Tell us exactly happened."
7  Anderson Lopez tells them the whole organized thing, how it all
8  worked.   They said "What about Abimael Caraballo?"  He said "He
9    had nothing to do with it.   We just got the boat from him
10   I got to know him through Gardino Martinez.   That's how I
11   went with the purpose of purchasing the boat and that's why
12   there were telephone calls to him and that's how I got the
13   boat from him to do this mission."

14         You are going to find out on October 16th,
15  approximately a month later, both of these individuals pled
16  guilty to smuggling aliens.   Both of them were explained by
17  their attorneys that "The minimum sentence that you will get is
18    five years imprisonment.   Now, your only way out of this is
19    to tell the Government that somebody else organized this
20    thing and make sure that somebody else goes to prison."

21         Following that, there's another debriefing and now
22  both of these guys, with every reason to lie, concoct this
23  incredible story how Abimael is the organizer, how he's the one
24  who did everything, how he's the one who made them do it.
25  That's what they're going to get up and say.

**November 4, 2008**

1          Now, each time when they didn't have any reason to
2    lie, they told the truth.   Now they need to lie.   Now they need
3    to bury somebody, and I'll ask them and we'll see what they
4    say.   "Are you doing this for a reduction in sentence?"
5    They'll will probably dance around it a little bit.   They'll
6    probably say "Well, no.   I'm here to tell the truth."
7          They're liars.   That's what they are.   They're
8    absolute liars.   That's what's going to come out on this.
9    Their only reason to get up on the witness stand is to take a
10   60 month sentence and turn it into a 30 to 40 month sentence.
11   They don't want to be where they are, which is right across the
12   street at the Federal Detention Center.
13          Thank you.
14          MR. BROWN:   The Government calls Officer Andollo, Your
15   Honor.
16          THE COURT:   Ladies and gentlemen, because transcripts
17   will not be available, you are permitted to take notes during
18   the trial if you want to do so.   On the other hand, of course,
19   you are not required to take notes if you do not want to.   That
20   will be left up to you individually.
21          If you do decide to take notes, please be careful not
22   to get so involved in notetaking that you become distracted
23   from the ongoing proceedings.   Don't try to summarize all of
24   the testimony.   Instead, limit your notetaking to specific
25   items of information that might be difficult to remember later

**November 4, 2008**

## Andollo - Direct

1   such as dates, times, amounts, measurements or identities and

2   relationships.    But remember that you must decide upon the

3   credibility or believability of each witness and you must

4   therefore observe the demeanor and the appearance of each

5   witness while testifying.    Notetaking must not distract you

6   from that task.

7            Also, your notes should be used only as aids to your

8   memory and whether you take notes or not, you should rely upon

9   your own independent recollection or memory of what the

10  testimony was and you should not be unduly influenced by the

11  notes of other jurors.    Notes are not entitled to any greater

12  weight than the recollection or the impression of each juror as

13  to what the testimony was.

14            Please come forward.

15         DAGOBERTO ANDOLLO, GOVERNMENT'S WITNESS, SWORN

16                    DIRECT EXAMINATION

17  [Beginning at 10:51 a.m]

18  BY MR. BROWN:

19  Q.   Please state your name and spell your last name for the

20  record.

21  A.   Officer Dagoberto Andollo.   Last name, A-n-d-o-l-l-o.

22  Q.   Good morning, Officer Andollo.   How are you, sir?

23  A.   Good morning, sir.

24  Q.   Who do you work for?

25  A.   City of North Miami.

## Andollo - Direct

1  Q.    How long have you worked for the city of North Miami?

2  A.    Just under 10 years.

3  Q.    And what is your title with the City of North Miami?

4  A.    Marine patrol officer.

5  Q.    How long have you been a marine patrol officer with the

6  City of North Miami?

7  A.    Just about over four years.

8  Q.    And what are your responsibilities in that capacity?

9  A.    Maintain our waterways, fisheries.  We do also interdiction

10  with Customs & Border Patrol.  Speeding through manatee zones,

11  protecting our sea walls in the canals.

12  Q.    Okay.

13       And turning your attention to why you're testifying

14  here today.  Do you remember the events of August 7th, 2007?

15  A.   Yes, I do.

16       MR. BROWN:   May I approach the witness, Your Honor.

17       THE COURT:   You may.

18  BY MR. BROWN:

19  Q.   Showing you what has been previously marked Government's

20  Exhibit 45 for identification.

21  A.   Yes.

22  Q.   That is a Google Earth map of Haulover Inlet?

23  A.   Yes.

24  [Government Exhibit 45 marked for identification at 10:52 a.m]

25       MR. BROWN:   Your Honor, at this time the Government

**November 4, 2008**

## Andollo - Direct

1    would move into evidence Government's Exhibit 45.

2              MR. BEGUIRISTAIN:   No objection.

3              THE COURT:   Admitted.

4         [Government Exhibit 45 received in evidence 10:53 a.m.]

5              MR. BROWN:   May I use the Elmo, Your Honor.

6              THE COURT:   You may.

7    BY MR. BROWN:

8    Q.   Officer Andollo, if you can, can you, please, identify or

9    tell us where you were on August 7th, 2007 first, please.

10   A.   I was underneath Haulover bridge.

11   Q.   And if you could, if you could please touch the screen

12   and/or circle it where you were located.

13   A.   (Complied.)

14   Q.   Just in that area right there?

15   A.   Well, there's a parking lot right underneath the bridge.

16   It's a -- a lot of people fish there.

17   Q.   In which direction were you facing?

18   A.   I was facing southbound.

19   Q.   Okay.

20              So on the left side of the screen is southbound -- is

21   that correct -- as we're looking at it?

22   A.   Yes.

23   Q.   Okay.

24              And what were you sitting in at the time?

25   A.   Unmarked white Explorer.

## Andollo - Direct

1  Q.   Why were you sitting there again?

2  A.   I was observing the inlet.  It was the beginning of lobster

3  season.   I was watching boaters come in from offshore.

4  Q.   While you were sitting there, what did you observe?

5  A.   I observed the 1988 blue 25-foot Oceanic come in from off

6  shore.

7  Q.   And what struck your attention about this vessel?

8  A.   When the two gentlemen entered the inlet, their boat --

9  looking around pretty nervously, just erratically looking

10  around, you know, nervous.

11        Their rods were a little mismatched which caught my

12  attention as well, but normally during the season I have had

13  people prior when they're looking around nervous like that,

14  they're looking for law enforcement.  We normally hang out by

15  the sand bar, patrol that area.  Myself, Indian Creek, Bay

16  Harbor Islands.

17  Q.   You said they were coming in from offshore.   In which

18  direction is offshore on this picture?

19  A.   It would be to our east from the bottom of the map.

20  Q.   Okay.

21        When you observed them, what was the closest

22  approximate distance they came to you parked underneath --

23  A.   When I first observed them or at the time?

24  Q.   I'm sorry?  When you first observed them

25  A.   Well, when I first observed them, they were coming from

**November 4, 2008**

## Andollo - Direct

1  offshore probably about half a mile.  The closest point was

2  probably 50 yards from me.

3  Q.   Did you have anything to aid your vision that day?

4  A.   Yes, binoculars.

5  Q.   I'm sorry?

6  A.   Binoculars.

7  Q.   Then you said that normally you sit around the sand bar.

8  Is that in another type of apparatus?

9  A.   When I'm in the vessel, we patrol the area, the sand bar

10  area, which on the map you can see the green spot in the water

11  to the top of the map.  That's the sand bar area.

12  Q.   You said you observed how many fishing poles, did you say?

13  A.   Three.

14  Q.   How were they looking around?  What made them suspicious to

15  you?

16  A.   They both were looking in different directions, just real

17  nervously looking around.

18  Q.   Okay.

19        And what did you do at that point when they came past

20  your position?

21  A.   At that point, I watched them  They were heading west into

22  the inlet and then they turned northbound to the bay area.  I

23  continued to watch them and followed them to make sure to see

24  which direction.  If they headed west around the sand bar, they

25  can go into Keystone or south to the ICW

**November 4, 2008**

## Andollo - Direct

1          They continued northbound to the ICW  At that point,

2    once they got passed the idle zone, which is a slow, no wake

3    zone, I left the parking area and got on to US-1 northbound.

4    Q.   Show us on the map, if you could, on the picture.   Draw a

5    line in the direction Mr. Lopez and Mr. Miranda were heading in

6    their boat.

7    A.   They would come into the inlet here and they would hug the

8    shore line here.

9    Q.   And at that point you thought you knew where they were

10   going?

11   A.   Yes.   I believed they were headed towards the Haulover boat

12   ramp.

13   Q.   Where is Haulover boat ramp.   If you could draw a circle of

14   that around the picture, please?

15          THE INTERPRETER:   Which ramp?

16          MR. BROWN:   Haulover.

17   A.   It's kind of hard to tell.   Right here.

18   Q.   Could you draw a circle around it?

19   A.   (Complied.)

20   Q.   Okay.   Thank you.

21          About how long did it take you to get to Haulover boat

22   ramp?

23   A.   It takes a minute.   You get right on US-1, northbound.

24   Q.   When you arrived at the boat ramp, what did you do?

25   A.   I entered the parking area where the other trucks and

**November 4, 2008**

## Andollo - Direct

1  trailers are parked and I parked behind the truck and trailer

2  at that time.

3  Q.  Can you show us approximately where on the picture you

4  parked?

5  A.  I think I might have drew on it.  It's in that parking lot

6  there.

7  Q.  In the parking lot there?

8  A.  That long line was a mistake.

9  Q.  All right.

10        When you pulled in, who did you park behind?

11  A.  I ended up parking behind a black Dodge 3500 with a trailer

12  attached.

13  Q.  It had a trailer attached?

14  A.  Yes, sir.

15  Q.  About how long after you arrived in the parking lot, did

16  Mr. Lopez and Mr. Miranda pull in?

17  A.  Within minutes.

18  Q.  When they pulled in, what happened?

19  A.  When they pulled in, they came around the point.  They

20  pulled up to the first finger dock.  There are several finger

21  docks there.  They pulled up to the first one and at that time

22  the truck and trailer that was in front of me -- I didn't know

23  at the time, somebody was sitting in it -- went ahead towards

24  them and backed up in a hurry to pick them up.

25        MR. BROWN:  May I approach the witness, Your Honor?

**November 4, 2008**

## Andollo - Direct

1              THE COURT:   You may.

2    BY MR. BROWN:

3    Q.   I'm going to show you what has been previously marked

4    Government's 17 and 44 for identification.

5      [Government Exhibits 17 and 44 marked for identification at

6    10:59 a.m.]

7    BY MR. BROWN:

8    Q.   Do you recognize this?

9    A.   Yes.

10   Q.   Are they a fair and accurate depiction of what you saw that

11   day?

12   A.   Yes.

13              MR. BROWN:   Your Honor, at this time the Government

14   moves into evidence --

15              THE INTERPRETER:   I can't hear you.

16              THE COURT:   He can't hear you.

17              MR. BROWN:   Your Honor, at this time the Government

18   would move into evidence Government's Exhibit Number 44 and

19   number 17, Your Honor.

20              MR. BEGUIRISTAIN:   No objection, Your Honor.

21              THE COURT:   Admitted.

22     [Government Exhibits 17 and 44 received in evidence at 10:59

23                           a.m.]

24   BY MR. BROWN:

25   Q.   Officer Andollo, again, is that the picture of the truck

**November 4, 2008**

## Andollo - Direct

1  that was parked in front of you that day?

2  A.   Yes.

3  Q.   And that's the back of the truck you were looking at?

4  A.   Yes.

5  Q.   So after the truck backed into the boat ramp, what did

6  Mr. Lopez and Mr. Miranda do?  What did you observe them do?

7  A.   Mr. Miranda I noticed exited the boat.  He was standing on

8  the finger dock.  Mr. Lopez was still on the boat.

9  Q.   And how long before you left the parking lot and went down

10 to the boat ramp?

11 A.   Probably about a minute.  It's right across.  I could see

12 them  It's --  they're kind of attached, the ramp and the

13 parking lot.

14 Q.   What did you observe on your way down to the boat ramp?

15 A.   I observed the driver of the truck exit the vehicle.  He

16 entered the boat for about a minute or something like that.  He

17 exited the boat, got back into the truck.

18         I pulled up.  Miranda was standing on the finger dock.

19 Mr. Lopez was on the boat.  Then exited the boat.

20 Q.   When you arrived, who did you first speak with?

21 A.   Lopez, Mr. Lopez.

22 Q.   What did you say?

23 A.   I asked them if they were fishing, if they caught any fish.

24 I asked if they caught any fish.

25 Q.   What was their reply?

**November 4, 2008**

## Andollo - Direct

1  A.   He first said "Yes."  Then he said "No."

2  Q.   And what other questions did you ask?

3  A.   At that time I asked him was it "Yes," or was it "No."  He

4  said "No," it was slow that day.

5  Q.   Did you ask if they had any fishing licenses?

6  A.   Yes.   At that time I asked if they had any fishing licenses

7  with them

8  Q.   What was the reply and who replied?

9  A.   They said "No."  The driver of the truck said "Yes," that

10  he had one.

11  Q.   The driver of the truck, do you see him here today?

12  A.   Yes.

13  Q.   Can you point to him, please?

14  A.   The gentleman behind you.

15          MR. BROWN:   Your Honor, let the record reflect the

16  witness has identified the defendant, Abinnel Caraballo, as the

17  driver of the truck that day.

18          THE COURT:   The record so reflects.

19  BY MR. BROWN:

20  Q.   And just to be clear, so when you asked if they had any

21  fishing licenses, Mr. Caraballo answered he had one?

22  A.   Yes.

23  Q.   Who answered first out of the three of them?

24  A.   I don't remember exactly.

25  Q.   Okay.

**November 4, 2008**

## Andollo - Direct

1       And after he said he had a fishing license and the

2  other two said -- well, what was their answer again?  What did

3  Mr. Lopez and Mr. Miranda tell you?

4  A.  They did not have one.

5  Q.  What did you do at that point?

6  A.  At that time I asked them if they had any fish on board.

7  They said "No."

8       Mr. Lopez had jumped into the water, just waist deep

9  and started cranking up the boat.  I asked him for

10  identification.  He told me he did not have it on him, but it

11  was on about the boat.

12       I could see he had his wallet in the pocket, so I

13  asked him to pull out his wallet, get his ID out of his wallet.

14  At that time he opened his wallet and handed me his ID.  He was

15  extremely nervous.  His hand was shaking really bad when he

16  handed it to me.

17       MR. BROWN:  May I approach the witness, Your Honor?

18       THE COURT:  You may.

19  BY MR. BROWN:

20  Q.  I'm going to show you Government's Exhibit 18, what has

21  been marked previously for identification.

22     [Government Exhibit 18 marked for identification at

23  11:03 a.m.]

24  BY MR. BROWN:

25  Q.  Do you recognize it?

**November 4, 2008**

## Andollo - Direct

1  A.   Yes.

2  Q.   Is it a fair and accurate depiction of the way you remember

3  it that day?

4  A.   Yes.

5        MR. BROWN:   Your Honor, at this time the Government

6  would move into evidence Government's Exhibit 18.

7        MR. BEGUIRISTAIN:   No objection.

8        THE COURT:   Admitted.

9   [Government Exhibit 18 received in evidence at 11:03 a.m]

10 BY MR. BROWN:

11 Q.   Officer Andollo, what is this a picture of?

12 A.   A 1988 Oceanic.

13 Q.   Is this the vessel you observed Mr. Lopez and Mr. Miranda

14 on?

15 A.   Yes.

16 Q.   When you approached the scene at the boat ramp, where was

17 this vessel?

18 A.   I'm sorry?

19 Q.   When you approached the boat ramp, where was this vessel

20 located?

21 A.   It was on the first finger dock.

22 Q.   And did you observe it -- where in relation to it was it

23 with the trailer?

24 A.   It was halfway on the trailer.  It had -- Mr. Lopez had

25 begun to crank it up when I asked him to stop.

**November 4, 2008**

## Andollo - Direct

1  Q.   Okay.

2           After you've asked them whether they had a fishing

3  license or any fish on board, at what point did you go on board

4  the boat?

5  A.   When he gave me his -- when Mr. Lopez gave me his license,

6  again, he was very nervous, which made me nervous.  I then told

7  him if there was no fish, there was no problem  I pretended to

8  check his driver's license and over the radio I asked for a

9  backup.

10 Q.   Why did you ask for backup?

11 A.   They were making me nervous.  They were nervous, which made

12 me, in turn, nervous.  Through my experience, something was

13 wrong.

14 Q.   Okay.

15          What did you do after you asked for backup?

16 A.   Once backup got there, which was within minutes, I then had

17 Mr. Lopez, Miranda and Mr. Caraballo step to the left side, the

18 driver's side of the truck, and I explained to the officers

19 that I was going to conduct a fisheries check.  However, they

20 were making me extremely nervous.  If they could watch them

21 while I checked the vessel.

22 Q.   And how were you able to get onto the vessel?

23 A.   It's still right next to the finger dock.  I walked on the

24 finger dock and climbed over to it.

25 Q.   What did you do when you climbed onto the boat?

**November 4, 2008**

## Andollo - Direct

1  A.   Once I entered the vessel, I walked over to the cabin area.

2  It has got a hatch.   I opened the hatch up.

3  Q.   What did you find in the hatch?

4  A.   There was 11 people inside the hatch.

5              MR. BROWN:   May I approach the witness, Your Honor?

6              THE COURT:   You may.

7  BY MR. BROWN:

8  Q.   Showing you what has been marked as Government's Exhibit 19

9  for identification.

10       [Government Exhibit 19 marked for identification at

11  11:06 a.m]

12  BY MR. BROWN:

13  Q.   Do you recognize that?

14  A.   Yes, sir.

15  Q.   Is it a fair and accurate picture of the way you remember

16  it that day?

17  A.   Yes.

18              MR. BROWN:   Your Honor, at this time the Government

19  moves to admit into evidence Government's Exhibit 19.

20              MR. BEGUIRISTAIN:   No objection.

21              THE COURT:   Admitted.

22       [Government Exhibit 19 received in evidence at

23  BY MR. BROWN:

24  Q.   Officer Andollo, what is that a picture of?

25  A.   It's a cuddy cabin.   It's the front part of the boat.

## Andollo - Direct

1  Q.   That's the cuddy cabin at the boat ramp that day?

2  A.   Yes.

3  Q.   How big is the cuddy cabin?

4  A.   It's not that big.   It's a small boat.   It's a 25 foot

5  boat.

6  Q.   And how many people did you find in there?

7  A.   11.

8  Q.   Please describe to us the scene when you opened the door.

9  A.   They were, they were packed like sardines.   They were

10  tight.   They were sweating really bad.   It was an August day.

11  They were sweating.   They looked extremely scared.

12       I asked them if they were all all right.   They didn't

13  answer me.   I asked anybody if they spoke English.   At that

14  time, only one answered.   I believe it was a male from Guyana.

15  He said he did.

16       I asked him if he was okay.   He said he's all right.

17  I asked if he could speak to anybody else.   He could not.

18       At that point, I asked -- there was a hatch on the

19  front of the boat.   I asked them to open up the hatch so they

20  could get ventilation.

21  Q.   So the shadow in the picture, that white shadow there, is

22  that the sunlight from the hatch?

23  A.   Yes.   It's a glass hatch.

24  Q.   At the time you went in there, it was closed?

25  A.   It was closed, yes.

November 4, 2008

## Andollo - Direct

1  Q.   What else?  Did you give them any water or anything?

2  A.   Yes.

3         Once my partner got there, I handed them water.  We

4  then took their bags from them and one by one had them exit the

5  cabin.

6  Q.   After they exited the cabin, what did you do next?

7  A.   We kept them on the boat.  We moved the boat over to a

8  shaded area under a shaded tree.  We had already contacted ICE

9  and Border Patrol at that time.

10  Q.   What does ICE stand for?

11  A.   Immigration & Customs Enforcement.

12  Q.   That's who you called to arrive on the scene to assist?

13  A.   Yes, sir.

14  Q.   After that, what further involvement did you have?

15  A.   After that, we just -- once they got there, we removed the

16  people from the vessel, put them underneath the tree and,

17  basically, just two at a time we asked if they wanted to use

18  the restroom and gave them water and food and stuff.

19  Q.   Okay.

20         About what time was this?

21  A.   It was after 11:00.  It was around noon, I believe noon,

22  1:00.

23         MR. BROWN:   One moment, Your Honor.

24         Nothing further, Your Honor.

25         THE COURT:   Cross-examination.

**November 4, 2008**

## Andollo - Cross

1    CROSS EXAMINATION

2    [Beginning at 11:10 a.m., 11/3/08.]

3    BY MR. BEGUIRISTAIN:

4    Q.   Good morning, officer.

5    A.   Good morning.

6    Q.   Once you saw this vessel entering Haulover Inlet, you

7    decided that something was wrong with this vessel or the

8    occupants.   Correct?

9    A.   That something was wrong with it?

10   Q.   Something was suspicious.

11   A.   Yes.

12   Q.   And you had seen this vessel about a half mile offshore?

13   A.   Approximately.

14   Q.   It passed by you within 50 yards at Haulover Inlet?

15   A.   Yes, sir.

16   Q.   Now, at the pier, is there six or seven places to take

17   boats out?

18   A.   I wouldn't be 100 percent sure.   About six.

19   Q.   About six?

20   A.   Yes.

21   Q.   I mean, you patrol that area very often.

22   A.   Yes.

23   Q.   And you're charged with -- your job is to make sure that if

24   somebody commits a violation on the water that you investigate

25   it and you do what you need to do as a police officer.

November 4, 2008

## Andollo - Cross

1  Correct?

2  A.   Yes.

3  Q.   Okay.

4        And at that pier -- this was the first day of lobster

5  season?

6  A.   Yes, sir.  But it's a boat ramp, not a pier.

7  Q.   I'm sorry?

8  A.   A boat ramp.

9  Q.   The purpose of a boat ramp is to unload and load vessels.

10  Correct?

11  A.   Yes.

12  Q.   You don't just hang around there.   Right?

13  A.   No.

14  Q.   You don't park your boat there.

15  A.   I'm sorry?

16  Q.   You're not supposed to park your boat there.   Correct?

17  A.   No.   There's a marina next-door if you're going to leave

18  your boat overnight.

19  Q.   Right.

20        So if somebody comes to that boat ramp, they're

21  supposed to get their trailer in the water and get the boat on

22  the trailer.   Correct?

23  A.   Yes.

24        If you want to stay, you have to check with the park.

25  The park sometimes allows for different circumstances.

**November 4, 2008**

## Andollo - Cross

1  Q.   But there's a marina there to leave the boat overnight.

2  Correct?

3  A.   There's a marina you  have to pay for in advance, a month,

4  two months, a year.

5          If you have engine problems, you know, different

6  circumstances, you can leave the boat there.   You have to check

7  with the park officials.   But, normally, yes, every day it's in

8  and out.

9  Q.   The first day of lobster season -- was it mini lobster

10  season?

11  A.   No, regular lobster season.

12  Q.   The first day of lobster season, pretty busy?

13  A.   Somewhat.   Not at that time, but, yes.

14  Q.   And people go out in the morning, early in the morning to

15  do their fishing and lobstering?

16  A.   Yes.

17  Q.   And they come back a lot of times around noon?

18  A.   It depends.   Some people come back before that.   Some

19  people come after that.   It depends.

20  Q.   Boats are coming into the inlet and the boat ramp on a

21  steady basis.   Correct?

22  A.   Yes.

23  Q.   Okay.

24          So it's important that the boats get in and out of the

25  water quickly for other people to load and unload their

**November 4, 2008**

**Andollo - Cross**

1   vessels.   Correct?

2   A.   On a busy day, yes.

3   Q.   And this was the first day of lobster season?

4   A.   Yes, but it's not the same as mini season.

5   Q.   Now, you viewed Edel Miranda and Anderson Lopez -- well,

6   let's go back.   This boat comes up to the ramp.   Correct?

7   A.   I'm sorry.   You broke up.

8   Q.   This boat, the 25 foot boat we're talking about here today,

9   the blue one --

10   A.   Yes.

11   Q.   -- comes up to the ramp.   Correct?

12   A.   Yes.

13   Q.   And Edel Miranda and Anderson Lopez are the ones driving

14   it.   Correct?

15   A.   Mr. Lopez was driving, yes.   Miranda was on the vessel

16   itself.

17   Q.   Okay.

18         Was Abimnel Caraballo on the vessel?

19   A.   No.

20   Q.   So Abimnel Caraballo didn't take a trip anywhere on this

21   vessel that day?

22   A.   Not that I observed, no.

23   Q.   Now, he was in a truck in the parking area right by the

24   boat ramp.   Correct?

25   A.   Yes.

**November 4, 2008**

# Andollo - Cross

1  Q.   A black truck?

2  A.   Yes.

3  Q.   The one that there's a picture introduced in evidence?

4  A.   Yes, that's the one I saw him exit.

5  Q.   And it had a trailer attached to it.

6  A.   Yes.

7  Q.   And when He sees this boat come in, he takes the truck and

8  lowers the trailer into the water.   Correct?

9  A.   Yes.

10  Q.   And that would be an appropriate behavior in loading and

11  unloading a vessel.   Correct?

12  A.   Yes.

13  Q.   Okay.

14       And the quicker he gets that trailer in the water and

15  the vessel on it, the quicker that ramp is available for the

16  next vessel.   Correct?

17  A.   Yes.

18  Q.   Okay.

19       So he loads the trailer into the vessel and Anderson

20  Lopez decides to get in the water and hook up the hook on the

21  front of the boat.   Correct?

22  A.   Yes.

23  Q.   And start to crank it to put it up on the trailer.

24  Correct?

25  A.   Yes.

## Andollo - Cross

1  Q.   At that point is when you decided you were going to stop

2  these people.   Correct?

3  A.   No, I had stopped them before he did that.

4  Q.   You stopped them before he started to load the vessel?

5  A.   When I pulled up, the vessel was halfway on the trailer.

6  When I pulled up and started talking to him, asked him about

7  the fishing, Mr. Lopez, in the middle of that, jumped into the

8  water and started cranking it and that's when I told him to

9  stop.

10  Q.   Now, you stated that Mr. Caraballo, once he lowered the

11  trailer into the water, he jumped up on the vessel?

12  A.   Yes.

13  Q.   And did he go into the cabin?

14  A.   I didn't see him go into the cabin, no.

15  Q.   Okay.

16        So he just jumped on the vessel, looked in the vessel

17  and got off the vessel?

18  A.   I don't know what he did on the vessel.   He got on the

19  vessel.   He was behind the console.   I didn't see him go to the

20  cabin area.

21  Q.   Okay.

22        Now, this Government's Exhibit 18 -- you just stated

23  that Abinnel jumped up on the vessel and got behind the

24  console.   Correct?

25  A.   Yes.

## Andollo - Cross

1  Q.   Can you point out for in the jury where it is he was

2  standing on this vessel?

3  A.   In this approximate area.

4  Q.   That's behind the console.

5  A.   Yes.

6  Q.   Now, can you point out on this vessel where the cabin is?

7  A.   Yes.

8  Q.   Okay.

9       So it's safe to say that Abimnel Caraballo did not go

10  to the console when he jumped on the vessel.

11  A.   I can't say for sure.  I couldn't see his whole movement.

12  Q.   Well, you saw him behind the console.

13  A.   At the point when I saw him, yes.

14  Q.   And you inspected this vessel yourself.  Correct?

15  A.   Yes.

16  Q.   And the first thing you did when you got on the vessel was

17  run right to the cabin.  Correct?

18  A.   I didn't run, but, yes, I went to the cabin.

19  Q.   You didn't get behind the console, did you?

20  A.   Not at that time, no.

21  Q.   Okay.

22       And behind the console, that's where all the

23  electronics were on this vessel.  Correct?

24  Q.   In other words, if some of these expensive things were

25  missing, Abimnel Caraballo would have been able to see from

**November 4, 2008**

## Andollo - Cross

1  where he got on the vessel.  Correct?

2  A.   I assume so.

3  Q.   If he's concerned, "I want to make sure nothing is missing

4       from my vessel.  It has been gone for a day," the place he

5  would go is right behind the console?

6  A.   Sure.

7  Q.   You go right to the cabin.

8  A.   When I entered, I entered from the right side of the vessel

9  around the leaning post and into the cabin.

10  Q.   Let me ask you, when you decided to go on this vessel, did

11  Abimael Caraballo try to stop you?

12  A.   No.

13  Q.   Okay.

14       As a matter of fact, the two people who seemed

15  extremely nervous were Anderson Lopez and Edel Miranda.

16  Correct?

17  A.   Yes.

18  Q.   Okay.

19       And that's what caused you to have concern that

20  something was going on.

21  A.   Yes.

22  Q.   And that's when you called for backup under the guise of

23  calling in somebody's license or something.  Correct?

24  A.   Yes.

25  Q.   Then as a good officer, you stayed throughout the entire

**November 4, 2008**

## Andollo - Cross

1  incident with the Customs & Border Protection and ICE agents

2  once you saw these people of oriental descent.   Correct?

3  A.   Yes,  at Haulover.

4  Q.   And you helped them in any way that you could,  the ICE

5  officers.   Correct?

6  A.   Yes.

7  Q.   And immediately upon you just looking at these people and

8  making a determination and a fair determination most of them

9  were of Oriental descent,  you and other officers placed Edel

10 Miranda,  Anderson Lopez and Abimael Caraballo in handcuffs.

11 Correct?

12 A.   Yes.

13 Q.   Okay.

14         And did you tell Abimael Caraballo,  "Hey,  there's

15         illegal aliens aboard your boat.   You need to run them over

16         to Immigration."

17         Did you tell him that?

18 A.   No.

19 Q.   Was he able to do that?

20 A.   Not at that time,  no.

21 Q.   Because you put him in handcuffs.

22 A.   Yes.

23 Q.   Okay.

24         And he was cooperative with the entire process.

25 Correct?

**November 4, 2008**

## Andollo - Cross

1  A.   I did not speak with him, so I don't know how cooperative
2  he was.
3  Q.   All right.
4          Now, you were present when -- do you speak Spanish?
5  A.   Yes.
6  Q.   Okay.
7          Now, Edel Miranda speaks Spanish?
8  A.   Yes.
9  Q.   And Mr. Lopez speaks Spanish?
10  A.   I believe so.
11  Q.   And you were present during them being interviewed by the
12  ICE agents?
13  A.   No.
14  Q.   Okay.
15          Did you hear anything they said to the ICE agents?
16  A.   No.
17  Q.   Once you gave water and allowed these people to use the
18  bathroom and so on and so forth, they were taken into
19  Immigration custody.   Correct?
20  A.   Yes.   While we were there, Border Patrol showed up.
21  Q.   I'm talking about the 11 people that were in the cabin of
22  the vessel.   Border Patrol took them into custody?
23  A.   Eventually, yes.
24  Q.   Okay.
25          Was Anderson Lopez arrested?

**November 4, 2008**

## Rose - Direct

1  A.   ICE dealt with Lopez, Miranda and Caraballo.

2  Q.   Okay.

3       And Lopez and Miranda were arrested for smuggling

4  aliens at that point.   Correct?

5  A.   Eventually, yes.

6  Q.   Abinnel Caraballo was not.   Correct?

7  A.   I don't know what happened after that.

8       MR. BEGUIRISTAIN:   Nothing further for this witness,

9  Your Honor.

10       THE COURT:   Redirect.

11       MR. BROWN:   No redirect, Your Honor.

12       THE COURT:   Thank you.   You are excused.

13       [The witness was excused at 11:21 a.m]

14       THE COURT:   Your next witness.

15       MR. BROWN:   Government calls Border Patrol Agent Steve

16  Rose, Your Honor.

17       STEPHEN LLOYD ROSE, GOVERNMENT'S WITNESS, SWORN

18                   DIRECT EXAMINATION

19  [Beginning at 11:21 a.m]

20  BY MR. BROWN:

21  Q.   Please state your name and spell your last name for the

22  record.

23  A.   Stephen Lloyd Rose, R-o-s-e.

24  Q.   Officer Rose, who do you work for?

25  A.   I am an agent with the United States Border Patrol.

**November 4, 2008**

## Rose - Direct

1  Q.   And what do you do for the United States Border Patrol?

2  What type of laws do you enforce?

3  A.   I enforce laws of the Immigration & Nationality Act, Title

4  8.

5  Q.   What are your duties and responsibilities in that

6  enforcement as an agent?

7  A.   Basically, I am to prevent the entry of undocumented

8  immigrants entering the United States between the ports of

9  entry.

10  Q.   What kind of special training relating to Immigration have

11  you received?

12  A.   I am a graduate of the United States Border Patrol Academy,

13  282nd session in Glenco, Georgia, where I received extensive

14  training in Immigration law.

15  Q.   When foreign nationals land on United States sol, what kind

16  of information is asked of them?

17  A.   Biographical data, name, date of birth, place of birth,

18  mother and father's name, height, weight, address, U.S.

19  residence, if they have one, immigrant visa information.   The

20  most important thing being country of citizenship.

21  Q.   How is that information recorded?

22  A.   I record that on the I-213.   It's a record of biographical

23  data.

24  Q.   Is that I-213 form part of a bigger file?

25  A.   Yes, it is.   It's part of what we call an alien

**November 4, 2008**

**Rose - Direct**

1   registration file that all immigrants have.

2   Q.   How is that commonly referred to?

3   A.   In layman's terms, it's called an A-file.

4   Q.   What type of information is contained within an A-file?

5   A.   Basically, every document filled out for every person when

6   they immigrate to the United States.   Everything from the I-213

7   that was mentioned, to warrant of arrest, if one is executed,

8   to a notice of custody redetermination for bail -- excuse me --

9   for bond, a notice to appear, documents like that.

10  Q.   What is a warrant of deportation or removal?

11  A.   A warrant of deportation or removal is a document that a

12  Judge signs.   When an immigrant goes through a proceedings, if

13  at the end of the proceedings he's ordered removed, it's the

14  official document the Judge signs ordering that person's

15  removal.

16  Q.   When you say "a Judge," what kind of Judge are you

17  referring to?

18  A.   An Immigration Judge.

19  Q.   After this information is compiled into an A-file, who

20  keeps the A-file?

21  A.   Citizenship & Immigration Services, the agency in charge of

22  keeping the file.   They'll keep it at various locations around

23  the country.

24  Q.   Citizenship & Immigration Services is responsible for

25  keeping that?

**November 4, 2008**

## Rose - Direct

1  A.   Right.   Correct.

2  Q.   What are some of the places that keep these files?

3  A.   Miami has one, per se.   There's a national records center.

4  Los Angeles has one.   New York City.   I mean, just several

5  large cities around the country have these places.

6  Q.   Okay.

7            And are you familiar with the events of August 7th,

8  2007 at Haulover boat ramp?

9  A.   Yes, I am

10 Q.   And how were you involved with the events that day?

11 A.   I was the agent that was responsible for the initial

12 processing of the persons that were apprehended at the boat

13 ramp.

14 Q.   Where did that processing occur?

15 A.   At the Pembroke Pines Border Patrol Station in Pembroke

16 Pines, Florida.

17 Q.   And as part of that processing, what kind of questions did

18 you ask of these foreign nationals?

19 A.   Through an interpreter, I had to ask them their

20 citizenship, place of birth, date of birth, all the

21 biographical matter that goes on to the 213, as well as

22 informing them of their rights and trying to get the best

23 statement that we could from them at that time.

24            MR. BROWN:   One moment, Your Honor.

25 BY MR. BROWN:

November 4, 2008

## Rose - Direct

1  Q.   Did you collect some of that information that day?

2  A.   Yes, I did.

3  Q.   Do you remember how many individuals were interviewed that

4  day, foreign nationals

5  A.   I believe there were 10 Chinese nationals and one Guyanese

6  national.

7           MR. BEGUIRISTAIN:   I object and move to strike, Your

8  Honor, the last statement of the officer subject to my trial

9  motion.

10          MR. BROWN:   Your Honor, he has got the evidence --

11  excuse me.   He has knowledge of the evidence.   He was there

12  that day.   He saw the individuals.   We're getting to the I-213s

13  as well.

14          THE COURT:   Overruled.

15          MR. BROWN:   May I approach the witness?

16          THE COURT:   You may.

17  BY MR. BROWN:

18  Q.   Showing you what has been previously marked as Government's

19  Exhibits 1 through 11 for identification.

20      [Government Exhibits 1-11 marked for identification at

21  11:27 a.m]

22  BY MR. BROWN:

23  Q.   Do you recognize those?

24  A.   Yes, I do.

25  Q.   What are they?

**November 4, 2008**

## Rose - Direct

1    A.    The I-213s, the record of deportable and inadmissible alien

2    that I took that day.

3    Q.    Is this the same type of form you told us about before that

4    contains biographical type of information?

5    A.    Yes, it does.

6                MR. BROWN:    Your Honor, at this time the Government

7    moves to admit Government's Exhibits 1 through 11 into

8    evidence.

9                MR. BEGUIRISTAIN:    I object based on my pretrial

10    motion, Your Honor.

11                THE COURT:    Overruled.    Admitted.

12    [Government Exhibits 1-11 received in evidence at 11:28 a.m]

13    BY MR. BROWN:

14    Q.    Officer, I show you what has been previously marked

15    Government's Exhibits 24 through 35 for identification.

16    [Government Exhibits 24-35 marked for identification at

17    11:28 a.m

18    BY MR. BROWN:

19    Q.    Are those pictures of the aliens that day?

20    A.    Yes.

21    Q.    Are they in the same or similar condition as you remember

22    them on August 7th, 2007?

23    A.    Yes.

24                Yes, everything is the same.

25                MR. BROWN:    Your Honor, at this time the Government

**November 4, 2008**

## Rose - Direct

1  requests Government's Exhibits 24 through 35 be moved into

2  evidence.

3        MR. BEGUIRISTAIN:  No objection, Your Honor.

4        THE COURT:  Admitted.

5  [Government Exhibits 24-35 received in evidence at 11:29 a.m]

6  BY MR. BROWN:

7  Q.  Officer Rose, what form is this?

8  A.  This is the I-213.

9  Q.  Again, what kind of information do you see on this form?

10  A.  All the biographical data, as well as a FINS number, a

11  picture of the person, left and right index fingerprints, their

12  Immigration status at the time that they were arrested, the

13  length of time they were in the U.S., scars, marks, tattoos,

14  that this is a proof of alien registration as indicated in the

15  block marked "AR," immigration record, criminal record.

16  Q.  And who is this form for?

17  A.  It's a little blurry.  It looks like it's for Yong Hua

18  Chen, I believe.

19  Q.  What's the country of citizenship of Ms. Chen?

20  A.  She is a Chinese national.

21  Q.  I show you Government's Exhibit Number 2.  What is that?

22  A.  Once again, it's a 213 on one of the Chinese nationals from

23  that day.  Biographical data the same, issued A number, index

24  print photo.

25  Q.  Who is this one in particular for?

November 4, 2008

## Rose - Direct

1   A.   I believe the first name is Shun.   I can't make out the

2   middle name.   I believe the last name is An.

3   Q.   What is the country of citizenship?

4   A.   China.

5   Q.   Showing you what has been previously admitted as

6   Government's Exhibit 3.   What is this form?

7   A.   It's the I-213.

8   Q.   Who is this form for?

9   A.   This is going to be for Jin Ti Lui.

10   Q.   What is the country of citizenship?

11   A.   China.

12   Q.   Showing you Government's Exhibit 4.   What is this form

13   again?

14   A.   I-213.

15   Q.   Who is this for?

16   A.   I believe the person's last name is Chen as well.

17   Q.   What is the country of citizenship?

18   A.   China.

19   Q.   Government's Exhibit 5.   What is this form?

20   A.   That's an I-213.

21   Q.   And what's the name of the individual on the form?

22   A.   Mahendra Sahadeo.

23   Q.   And what is the country of citizenship?

24   A.   Guyana.

25   Q.   Government's Exhibit 6.   What is this form?

**November 4, 2008**

Rose - Direct

1   A.   I-213 for Shun Ti Jin.

2   Q.   What is the country of citizenship?

3   A.   China.

4   Q.   Government's Exhibit 7.   What is this form?

5   A.   It's the I-213.

6   Q.   And who is this for?

7   A.   Guang Xue An.

8   Q.   What is the country of citizenship?

9   A.   China.

10  Q.   What is this form?

11  A.   It's the I-213.

12  Q.   Who is this for?

13  A.   I can't really make out the middle name but, Quan.

14  Q.   What is the country of origin.

15  A.   China.

16  Q.   What is this form?

17  A.   I-213.

18  Q.   Who is it for?

19  A.   Caiyan Chui, from China.

20  Q.   Okay.

21           Government's Exhibit 10.   What is this form?

22  A.   It's the I-213.

23  Q.   What's the name?

24  A.   Tian Yu Cui.

25  Q.   Country of citizenship?

November 4, 2008

**Rose - Direct**

1  A.    China.

2  Q.    What is this form, again, Government's Exhibit 11?

3  A.    213.

4  Q.    What is the name on the form?

5  A.    Ming Chan Xu or Hu.   I can't make out the first letter.

6  Q.    What is the country of citizenship?

7  A.    China.

8  Q.    And were you able to determine whether these

9  individuals, were they illegal aliens?  Were they --

10  A.    Yes, they were illegal aliens.

11  Q.    And why were they illegal aliens

12  A.    They entered at a place not designated by the Attorney

13  General as a port of entry.

14  Q.    And what is a port of entry?  What does that term mean?

15  A.    A port of entry is, basically, where persons entering and

16  departing the United States.   It's a place where people come

17  and leave the United States lawfully.

18  Q.    Can you give us some examples of those types of places?

19  A.    Port of Miami, Miami International Airport.   Those are two

20  of the spots here in Dade County that are well-known.

21  Q.    Where would one look to find designated port of entries?

22  A.    ATF form 100.   It's an outline as to what the designated

23  ports of entry are.

24  Q.    Is Haulover Boat Inlet a designated port of entry?

25  A.    No, it's not.

**November 4, 2008**

## Rose  -  Direct

1   Q.   And are you familiar with Title 8, United States Code, §

2   1324?

3   A.   Yes, I am

4   Q.   What is that statute?

5   A.   It's the statute for bringing persons into the United

6   States.   In layman's terms, alien smuggling.

7   Q.   Okay.

8        Are you familiar with the requirements of Title 8,

9   U.S. 1324 requiring that an alien be brought and presented upon

10  arrival to the United States to an Immigration officer at a

11  designated port of entry?

12  A.   Yes, I am

13  Q.   And what is your understanding of that part of the statute?

14       MR. BEGUIRISTAIN:   Objection, Your Honor.   I don't

15  believe that this witness has been qualified as a lawyer, a

16  legal expert.   He is about to give his interpretation of what 8

17  USC 1324 means.

18       THE COURT:   Sustained.

19  BY MR. BROWN:

20  Q.   What does that require, that part of the statute?   How does

21  that affect you in your job?

22  A.   Basically, when persons enter the country, if they do not

23  do so at a designated port of entry, then --

24       MR. BEGUIRISTAIN:   Same objection, Your Honor.

25       THE COURT:   Overruled.

**November 4, 2008**

**Rose - Cross**

1  A.    -- I then arrest them for -- let me rephrase that.

2           If a person is bringing someone into the country, say

3  between the ports of entry, and I stop them after they've

4  entered and I can, I believe they've entered the country

5  unlawfully, then I arrest that person for bringing that

6  undocumented alien into the country, if that makes sense.    I

7  hope I explained that good.

8  Q.    Does the statute require them to say anything to an

9  Immigration officer?

10  A.    If questioned by an Immigration officer, yes.

11  Q.    But does the statute specifically say they have to answer

12  questions?

13  A.    The alien does, but the other person, I guess, wouldn't,

14  would not, unless questioned.

15           MR. BROWN:   One moment, Your Honor.

16  BY MR. BROWN:

17  Q.    So just to be clear, someone could present aliens to you

18  without having to make a statement themselves.   correct?

19  A.    Correct.

20           MR. BROWN:   Nothing further, Your Honor.

21           THE COURT:   Cross-examination.

22                    CROSS EXAMINATION

23  [Beginning at 11:39 a.m, 11/3/08.]

24  BY MR. BEGUIRISTAIN:

25  Q.    How long have you been a Border Patrol agent?

**November 4, 2008**

## Rose - Cross

1    A.   I've been an agent for 13 and a half years.

2    Q.   In South Florida?

3    A.   I've been assigned to various locations.  I have been in

4    South Florida for four years, almost four years.

5    Q.   Miami?

6    A.   No, Pembroke Pines.  I have worked in the Keys.

7    Q.   Oh, a Border Patrol officer in Marathon?

8    A.   I've been detailed down there before, yes.

9    Q.   Okay.

10           Now, did you go to the Haulover Inlet on August 7th,

11   2007?

12   A.   No, I did not.

13   Q.   You were just at Pembroke Pines and somebody brought these

14   11 people to you?

15   A.   Correct.

16   Q.   Where is the designated port of entry in Dade County?

17   A.   Which one?

18   Q.   For vessels.

19   A.   Well, from -- what kind of vessels are you talking about?

20   Are you talking about cruise ships?  "Vessels" would have to

21   be -- the Port of Miami is the only designated port of entry

22   in, on the water in South Florida.

23   Q.   And that's where all the cruise ships are?

24   A.   Correct.

25   Q.   About a half mile from here.  Correct?

**November 4, 2008**

**Rose - Cross**

1  A.   Correct.

2  Q.   And have you ever been there?

3  A.   Port of Miami?  Yes, I have.

4  Q.   A lot of big boats coming in and out of there?

5  A.   Ships, yes.

6  Q.   Very few little boats.  Correct?

7  A.   Yes.

8  Q.   They don't want little boats in that neighborhood.

9  Correct?

10  A.   Correct.

11  Q.   They would rather little boats dock some place else, not in

12  the Port of Miami?

13  A.   Correct.

14  Q.   So to enter into the United States on a small boat, it

15  would be okay to dock some place else as long as whoever the

16  alien is is immediately brought to Immigration at a designated

17  port of entry.  Correct?

18  A.   No.

19  Q.   No?

20        So where must you dock?

21  A.   You cannot enter the United States if you are an immigrant

22  or a noncitizen at a place other than a port of entry.

23  Q.   Okay.

24        Now, if you're on a vessel, a small boat --

25  A.   Aha.

**November 4, 2008**

## Rose - Cross

1   Q.    -- and you arrive on Miami Beach, or how is it that you're

2   supposed to get into the United States?  Are you supposed to go

3   into where all these cruise ships are?

4   A.    No.

5   Q.    How do you get in?

6   A.    Well, if you want to enter the United States legally, you

7   would fly into Miami International Airport.  If you're coming

8   from -- if you're coming from outside, I'm going to assume

9   outside the coastal areas of Florida, that you would present

10  yourself for inspection at the Miami International Airport, or

11  if you were coming by merchant ship, you would present yourself

12  at the Seaport of Miami.

13  Q.    If you are on a small vessel, is it your testimony if

14  you're on a small vessel you are not allowed to come into in

15  the United States?

16  A.    That's not what I'm saying.

17  Q.    If you were on a small vessel, how would you legally enter

18  at a designated port of entry where they don't want small

19  vessels to go?  All these cruise ships and ships are around.

20  How would you get in legally?

21  A.    If you're an American citizen?  If you're an American

22  citizen, you could contact -- there's a 1-800 number you call.

23  You contact CBP.  You go to your marina and a CBP officer will

24  meet you there and conduct an examination of you.

25  Q.    So you're coming in at someplace other than a designated

**Rose - Cross**

1  port of entry.

2  A.   If a U.S. citizen is examined, not inspected, a U.S.

3  citizen is authorized that right, not an immigrant.

4  Q.   What about a lawful permanent resident?

5  A.   Got to depart and enter at a port of entry.

6  Q.   And the port of entry is --

7  A.   Seaport of Miami or Miami International Airport.

8  Q.   We're on vessels here, so let's forget about Miami

9  International Airport unless is it okay to present yourself at

10  Miami International Airport if you come in by a vessel?

11  A.   No, it's not.

12  Q.   Okay.

13  A.   It is not a designated port of entry.

14  Q.   Now, you're familiar with the Keys.

15  A.   I have been there.

16  Q.   Okay.

17       And the designated port of entry is at 301 Simonton

18  Street?

19  A.   I don't know.

20       MR. BEGUIRISTAIN:   Your Honor, if I could approach the

21  witness and show him a document to maybe jog his memory.

22       THE COURT:   You may.

23  A.   Okay.   Here in Key West, yes, 301 Simonton Street.   This is

24  off the website.

25  Q.   So the designated entry in Key West is 301 Simonton Street.

**November 4, 2008**

**Rose - Cross**

1   Correct?

2   A.   Yes, where the cruise ships dock.

3   Q.   You are familiar with Key West.  You were there doing law

4   enforcement.

5   A.   Yes.

6   Q.   301 Simonton is actually the U.S. Federal Courthouse?

7   A.   If you say it is, I'll take your word for it.

8   Q.   Okay.

9        You've been to that courthouse?

10  A.   Yes.

11  Q.   That courthouse is about three blocks from the closest

12  water?

13  A.   Yes, it's where the Immigration office is.

14  Q.   Right, on the second floor?

15  A.   Yes.

16  Q.   So that's the designated port of entry?

17  A.   No.   When a ship comes in, the inspectors go out to the

18  dock.   I guess this would be like the mailing address.

19       When you enter the United States, if you depart by

20  vessel and if you come back in, you call the 1-800 number.

21  They come down to the dock and inspect you and your vessel

22  because your vessel has to be inspected as well or examined if

23  you're a United States citizen.

24  Q.   So according to the Customs website, the designated port of

25  entry is 301 Simonton Street.

**November 4, 2008**

## Rose - Cross

1  A.   Yes.

2  Q.   So Customs is telling the public "If you're going to come

3       into the country at a designated port of entry, you have to

4       come to 301 Simonton Street."

5  A.   It also says you phone in your arrival.  The vessel master

6  must have a phone in their arrival and have the following

7  information available after they phone in their arrival.  Then

8  the inspectors go down to dockside and inspect you.

9  Q.   Now, there's no way to pull a vessel up to the courthouse

10 in Key West.  Correct?

11 A.   Correct.  That is why the inspectors come to you to board

12 your vessel.

13 Q.   So the designated port of entry of the courthouse in Key

14 West actually is not where you really want to show up with your

15 vessel.  It's going to be at the water and somehow or another

16 notify Immigration to come to you.  Correct?

17 A.   Prior to your entry, you're supposed to call.

18 Q.   Okay.

19       When is the actual legal entry into the country?  Is

20 it when you dock the boat?  Is it when you get off the boat?

21 A.   It is after the inspector has admitted you.

22 Q.   Okay.

23       So in this case, presuming that these 11 people were

24 inside this vessel and never got off the vessel until told so

25 by Immigration officers, they had not entered the United

**November 4, 2008**

## Rose - Redirect

1  States.   Correct?

2  A.   Correct.   They had not set foot on land.

3           MR. BEGUIRISTAIN:   I have nothing further, Your Honor.

4           MR. BROWN:   One moment, Your Honor.

5                    **REDIRECT EXAMINATION**

6  [Beginning at 11:47 a.m., 11/3/08.]

7  BY MR. BROWN:

8  Q.   Officer Rose, could someone arrange for transportation to a

9  CBP officer and an Immigration officer to be checked in without

10 having to identify themselves or making any statements?

11 A.   Yes.

12 Q.   Somebody would arrange an alien's transportation to be

13 checked in and would not have to identify themselves?

14 A.   Absolutely.

15 Q.   As being the person who brought them into the United

16 States?

17 A.   Absolutely.

18           MR. BROWN:   Nothing further, Your Honor.

19           THE COURT:   Thank you.   You are excused.

20           [The witness was excused at 11:48 a.m.]

21           THE COURT:   We'll take a morning recess, ladies and

22 gentlemen.   We'll take 10 minutes.   Please do not discuss this

23 case.

24           [The jury leaves the courtroom at 11:48 a.m.]

25           THE COURT:   All right.   We're in recess.

**November 4, 2008**

## Samples - Direct

1          MR. HUYNH:   Thank you.

2               [There was a short recess at 11:49 a.m.]

3          THE COURT:   Do you have your next witness ready?

4          MR. BROWN:   Your Honor, we would like to go with

5    Mr. Lopez and Mr. Miranda.   We're checking to see whether they

6    have been brought over yet.

7          THE COURT:   I don't think so, no.   I think they barely

8    just got the writ.

9          MR. BROWN:   We have Mr. Samples available.   We'll

10   proceed that way.

11         THE COURT:   That's fine.

12         MR. BROWN:   Okay, Judge.

13         THE COURT:   Bring the jury in.

14        [The jury returns to the courtroom at 12:04 p.m.]

15             Everyone please be seated.

16         MR. BROWN:   Your Honor, the Government calls officer

17   Mark Samples to the stand.

18             MARK SAMPLES, GOVERNMENT'S WITNESS, SWORN

19                       DIRECT EXAMINATION

20   [Beginning at 12:05 p.m.].

21   BY MR. BROWN:

22   Q.   Please state your name and spell your last name for the

23   record.

24   A.   Mark Samples, S-a-m-p-l-e-s.

25   Q.   Mr. Samples, where do you work?

**November 4, 2008**

## Samples - Direct

1   A.   I work for Customs & Border Protection as a marine

2   interdiction agent.

3   Q.   How long have you worked there?

4   A.   Approximately six months

5        Prior to working for Customs & Border Protection as an

6   air marine agent, who did you work for?

7   A.   Prior to that I was a special agent with Immigration &

8   Customs Enforcement for about six years and prior to that I was

9   a police officer with the City of North Miami for seven years.

10  Q.   As a special agent with Immigration & Customs Enforcement,

11  what types of crimes did you investigate?

12  A.   The group I was in, I was responsible for investigating

13  smuggling of aliens and narcotics.

14  Q.   And what kind of special training did you receive in your

15  criminal investigation background?

16  A.   I attended approximately six months at the Federal Law

17  Enforcement Center in Glenco, Georgia.

18  Q.   Okay.

19       Let's turn to the events now of August 7th, 2007.  Are

20  you familiar with the events at Haulover Inlet that day?

21  A.   Yes, I am

22  Q.   How were you first notified of the events?

23  A.   I was the duty agent, which means I received all the calls

24  for our group that day, and I received a call from Officer

25  Andollo with North Miami Police Department.

## Samples - Direct

1   Q.   After you received this call, what did you do?

2   A.   I responded to Haulover Inlet or Haulover Park.

3   Q.   When you arrived at Haulover Park, please describe to me

4   what you saw when you arrived on the scene.

5   A.   When I arrived on scene, the information we were given is

6   Officer Andollo had stopped a vessel which he believed was used

7   to smuggle in illegal aliens.

8          When I arrived on scene, I observed a vessel on a

9   trailer attached to a black pickup truck still at the ramp and

10  there were several, or, actually, the illegal aliens were

11  sitting on a curb and there were three subjects separated from

12  them on the curb also.

13  Q.   Do you remember how many aliens were on scene?

14  A.   I believe there were 11.

15  Q.   Now, who took custody eventually of the aliens?

16  A.   Border Patrol.

17  Q.   And who took custody of the three suspects at the time?

18  A.   ICE, myself and several other agents in my group.

19  Q.   And did you have an opportunity to interview all three

20  suspects?

21  A.   Yes, I did.

22  Q.   And did you have an opportunity to interview the defendant?

23  A.   Yes, I did.

24  Q.   And who was there that day?  Who were the three suspects?

25  A.   Mr. Lopez, Mr. Miranda and Mr. Caraballo.

**November 4, 2008**

## Samples - Direct

1   Q.   Do you recognize one of the three defendants in court here

2   today?

3   A.   Yes, I do.

4   Q.   Who is that person?

5   A.   Mr. Caraballo.

6   Q.   Can you point to him, please?

7   A.   He's directly behind you.

8          MR. BROWN:   Your Honor, let the record reflect the

9   witness has identified the defendant, Mr. Caraballo.

10          THE COURT:   The record so reflects.

11  BY MR. BROWN:

12  Q.   After you arrived at -- well, where did you take the three

13  individuals?

14  A.   We took them to our office, the ICE office on the Miami

15  River.

16  Q.   And after you arrived at the ICE office, who did you speak

17  with first?

18  A.   Very first, I believe, was Mr. Miranda.

19  Q.   And what did Mr. Miranda tell you?

20  A.   He told us during that interview, after he waived his

21  Miranda Rights, that he and Mr. Lopez had taken the vessel from

22  Mr. Caraballo in order to test run it for a purchase they were

23  considering, that Mr. Lopez was considering.

24  Q.   Who did you speak with next?

25  A.   Mr. Lopez.

**November 4, 2008**

## Samples - Direct

1  Q.   And what did Mr. Lopez tell you?

2  A.   Mr. Lopez initially told us the same story also, that he

3  had taken a boat for a test run and that they were just going

4  to test run it for purpose of buying it.

5  Q.   And then did you have an opportunity to speak with the

6  defendant, Mr. Caraballo?

7  A.   Yes I did.

8  Q.   Was this post-Miranda?

9  A.   Yes, it was.

10  Q.   And he chose to answer your questions?

11  A.   Yes.

12  Q.   What did Mr. Caraballo tell you?

13  A.   He told us the same story, that he had lent the vessel to

14  Mr. Lopez and Mr. Miranda in order for them to test the vessel

15  because they were considering purchasing it.

16  Q.   Did he tell you anything about these purchases or how it

17  was going to transpire?

18  A.   He only told us he had only known Mr. Lopez several days

19  prior to that date, the 7th, and that the vessel was for sale

20  in the Boat Trader and that's how he had met them

21  Q.   Did you have an opportunity to seize evidence in this case?

22  A.   Yes, I did.

23           MR. BROWN:   May I approach the witness, Your Honor?

24           THE COURT:   You may.

25  BY MR. BROWN:

## Samples - Direct

1    Q.   Let me show you what has been previously marked

2    Government's Exhibit 16 for identification.

3           [Government Exhibit 16 marked for identification at

4    12:11 p.m.]

5    Q.   Do you recognize that?

6    A.   Yes.

7    Q.   Is it the same and accurate copy as the last time you

8    remember it?

9    A.   Yes, it is.

10   Q.   What is it?

11   A.   The vessel registration for the vessel that was seized that

12   day, a vessel registered to Mr. Caraballo.

13           MR. BROWN:   At this time the Government would move

14   into evidence Government's Exhibit 16.

15           MR. BEGUIRISTAIN:   No objection, Your Honor.

16           THE COURT:   Admitted.

17    [Government Exhibit 16 received in evidence at 12:11 p.m.]

18   BY MR. BROWN:

19   Q.   Who was the vessel registered under?

20   A.   Abimael Caraballo.

21           MR. BROWN:   May I approach the witness, Your Honor?

22           THE COURT:   You may.

23   BY MR. BROWN:

24   Q.   I'm going to show you what has been previously marked

25   Government's Exhibit 15 for identification.

**November 4, 2008**

## Samples - Direct

1  [Government Exhibit 15 marked for identification at 12:12 p.m.]

2  BY MR. BROWN:

3  Q.   Do you recognize that?

4  A.   Yes.

5  Q.   What is that?

6  A.   It's the title for the vessel we just mentioned owned by

7  Mr. Caraballo.

8         MR. BROWN:   Your Honor, at this time the Government

9  moves into evidence Government's Exhibit 15.

10        MR. BEGUIRISTAIN:   No objection.

11        THE COURT:   Admitted.

12   [Government Exhibit 15 received in evidence at 12:12 p.m.]

13  BY MR. BROWN:

14  Q.   What other types of items did you seize that day?

15  A.   There were several cell phones and a satellite phone, along

16  with the vessel, the truck and the trailer.

17        MR. BROWN:   May I approach the witness, Your Honor?

18        THE COURT:   You may.

19  BY MR. BROWN:

20  Q.   I'm showing you what has been previously marked

21  Government's Exhibit 40 for identification.

22       [Government Exhibit 40 marked for identification at

23  12:14 p.m.]

24  BY MR. BROWN:

25  Q.   Do you recognize that?

November 4, 2008

## Samples - Voir Dire

1  A.   Yes, I do.

2  Q.   Whose cell phone is that?

3  A.   Mr. Lopez.

4        MR. BROWN:   Your Honor, at this time the Government

5  would move into evidence Government's Exhibit 40.

6        MR. BEGUIRISTAIN:   No objection.

7        THE COURT:   Admitted.

8    [Government Exhibit 40 received in evidence at 12:14 p.m]

9  BY MR. BROWN:

10 Q.   And where did this phone come from?

11 A.   Mr. Lopez himself.

12       MR. BEGUIRISTAIN:   May I inquire, Your Honor?  Can I

13 voir dire the witness on one issue, on the cell phone?

14       THE COURT:   You may.

15                    VOIR DIRE EXAMINATION

16 BY MR. BEGUIRISTAIN:

17 Q.   When you arrived at the scene, did Mr. Lopez have the cell

18 phone in his possession?

19 A.   It was removed from him by North Miami and it was separated

20 as his property.

21 Q.   Okay.

22       MR. BEGUIRISTAIN:   Your Honor, I would move to strike

23 the witness' previous answer.  It's hearsay.

24       THE COURT:   Why don't you approach?

25

## Samples - Voir Dire

1        **[Proceedings at sidebar follow]:**

2            **THE COURT:**   Do you have another way of getting that

3     information?

4            **MR. BROWN:**   Your Honor, it was clearly marked and

5     given to him

6            **THE COURT:**   You can say it was in his bag marked as

7     Lopez' possessions.

8            **MR. BEGUIRISTAIN:**   It would still be hearsay.

9            **THE COURT:**   It's a bag that contains his possessions.

10    He is not bringing in the statement.   It's identifying Lopez'

11    things.

12           **MR. BEGUIRISTAIN:**   It's going to be the same thing on

13    the other two.   He probably got handed the bag.   Now he's going

14    to testify this phone belongs to this person, this phone

15    belongs to this person, which is critical.

16           **MR. HUYNH:**   Your Honor, this is, essentially, a chain

17    of custody argument.   Why --

18           **THE COURT:**   Why don't we just clarify he doesn't

19    really know that?

20

21

22

23

24

25

**November 4, 2008**

## Samples - Direct

1          [Proceedings in open court follow]:

2                  DIRECT EXAMINATION

3    BY MR. BROWN:

4    Q.   Officer Samples, with respect to Mr. Lopez' phone, where

5    did the phone come from?  Where did you get it?

6    A.   On the scene -- excuse me -- when Mr. Lopez was detained on

7    the curb, it's routine to remove the property for officers'

8    safety.

9    Q.   When did you first get the phone?

10   A.   On the scene.

11   Q.   Who removed the phone from Mr. Lopez?

12   A.   North Miami Police.

13   BY MR. BROWN:

14   Q.   I'll show you what has been previously marked now as

15   Government's Exhibit Number 41.

16        [Government Exhibit 41 marked for identification at

17   12:17 p.m.]

18   BY MR. BROWN:

19   Q.   Do you recognize that?

20   A.   Yes, I do.

21            MR. BROWN:  For identification.  Excuse me, Your

22   Honor.

23   BY MR. BROWN:

24   Q.   What is that?

25   A.   This is Mr. Miranda's phone, and I didn't state earlier the

**November 4, 2008**

## Samples - Direct

1  reason I know this, I wrote the names of each person myself so

2  they wouldn't be confused.

3  Q.   How did you get this phone?

4  A.   The same way, on the scene.

5  Q.   On the scene?

6  A.   Yes.

7           MR. BROWN:   Your Honor, at this time the Government

8  moves into evidence Government's Exhibit 41.

9           MR. BEGUIRISTAIN:   No objection, Your Honor.

10          THE COURT:   Admitted.

11    [Government Exhibit 41 received in evidence at 12:18 p.m.]

12  BY MR. BROWN:

13  Q.   Then did you have occasion to recover a phone from the

14  defendant, Mr. Abinael Caraballo?

15  A.   A phone was recovered from his vehicle, yes.

16  Q.   Where was that recovered?

17  A.   That was recovered from his vehicle which was seized on the

18  scene, but I actually recovered it from the Border Patrol who

19  took custody of it for us because we had no where to store it

20  at that point.

21          MR. BROWN:   Let me show you what has been marked

22  Government's Exhibit 42 for identification.

23      [Government Exhibit 42 marked for identification at

24  12:18 p.m.]

25  BY MR. BROWN:

**November 4, 2008**

## Samples - Direct

1  Q.   What is that?

2  A.   This is the phone recovered from the front seat of

3  Mr. Caraballo's pickup truck.   Again, I wrote the name on the

4  phone so we would know which one it belongs to.

5  Q.   You received this from Border Patrol?

6  A.   Yes.

7         MR. BROWN:   At this time the Government would move

8  into evidence Government's Exhibit 42.

9         MR. BEGUIRISTAIN:   No objection, Your Honor.

10         THE COURT:   Admitted.

11   [Government Exhibit 42 received in evidence at 12:19 p.m.]

12  BY MR. BROWN:

13  Q.   And with respect to the defendant's phone, Government's

14  Exhibit 42, is that the only phone that was recovered from the

15  defendant's truck?

16  A.   There was also a satellite phone that was placed in the

17  truck that was recovered.

18  Q.   Where was that satellite phone initially recovered from?

19  A.   Initially it was in the boat.   It was locked in the vehicle

20  for safety storage.

21         MR. BROWN:   Approach the witness, Your Honor?

22         THE COURT:   You may.

23  BY MR. BROWN:

24  Q.   Officer Samples, I'm going to show you what has been marked

25  Government's Exhibit 47 for identification.

November 4, 2008

## Samples - Direct

1 [Government Exhibit 47 marked for identification at 12:19 p.m]

2 BY MR. BROWN:

3 Q.   Do you recognize that?

4 A.   Yes, I do.

5 Q.   What is that?

6 A.   That is the satellite phone that was recovered from the

7 vessel that was placed in Mr. Caraballo's truck for storage.

8          MR. BROWN:   Your Honor, at this time the Government

9 moves into evidence Government's Exhibit 47.

10          MR. BEGUIRISTAIN:   No objection.

11          THE COURT:   Admitted.

12   [Government Exhibit 47 received in evidence at 12:20 p.m]

13 BY MR. BROWN:

14 Q.   Officer Samples, did you have an occasion with the phone

15 that was found in the defendant's truck to subpoena records

16 from that cell phone?

17 A.   Yes, I did.

18          MR. BROWN:   May I approach the witness, Your Honor?

19          THE COURT:   You may.

20 BY MR. BROWN:

21 Q.   I show you what has been previously marked Government's

22 Exhibit 38 for identification.

23      [Government Exhibit 38 marked for identification at

24 12:21 p.m]

25 BY MR. BROWN:

## Samples - Direct

1  Q.   What number are those records for, the cell phone number?

2  A.   786/333-9211.

3  Q.   Did you determine that those records belong to the cell

4  phone that was in Mr. Caraballo's truck?

5  A.   Yes, I did.

6           MR. BROWN:   Your Honor, at this time the Government

7  would move for admission into evidence of Government's Exhibit

8  38.

9           MR. BEGUIRISTAIN:   No objection, Your Honor.

10          THE COURT:   Admitted.

11    [Government Exhibit 38 received in evidence at 12:21 p.m]

12  BY MR. BROWN:

13          MR. BROWN:   Approach the witness, Your Honor?

14          THE COURT:   You may.

15  BY MR. BROWN:

16  Q.   I show you what has been previously marked as Government's

17  Exhibit Number 39 for identification.

18      [Government Exhibit 39 marked for identification at

19  12:22 p.m]

20  Q.   Do you recognize that?

21  A.   Yes, I do.

22  Q.   And whose records -- what cell phone is that for?

23  A.   The one seized from Mr. Miranda.

24  Q.   What's the cell phone number?

25  A.   786/343-1961.

## Samples - Direct

1          MR. BROWN:   Your Honor, at this time the Government

2   moves into evidence Government's Exhibit 39.

3          MR. BEGUIRISTAIN:   No objection.

4          THE COURT:   Admitted.

5     [Government Exhibit 39 received in evidence at 12:22 p.m]

6   BY MR. BROWN:

7   Q.   Did you have an opportunity to also subpoena the records

8   from the satellite phone that was found on the vessel and

9   transferred into the truck?

10  A.   Yes, I did.

11         MR. BROWN:   May I approach the witness, Your Honor?

12         THE COURT:   You may.

13  BY MR. BROWN:

14  Q.   I show you what has been previously marked Government's

15  Exhibit 37 for identification.

16      [Government Exhibit 37 marked for identification at

17  12:23 p.m]

18  BY MR. BROWN:

19  Q.   Are those the two pages on August 6th and 7th of the

20  satellite phone record?

21  A.   Yes.

22         MR. BROWN:   Your Honor, at this time the Government

23  moves into evidence Government's Exhibit 37.

24         MR. BEGUIRISTAIN:   If I could just see them one

25  minute.

## Samples - Direct

1          No objection.

2          THE COURT:   Admitted.

3     [Government Exhibit 37 received in evidence at 12:23 p.m.]

4  BY MR. BROWN:

5  Q.   Officer Samples, I'm going to show you Government's Exhibit

6  38 which you previously identified as the cell phone found in

7  the defendant's truck.

8          MR. BEGUIRISTAIN:   Your Honor, I believe the

9  interpreter is having the trouble hearing the witness when he

10 separates from the microphone.

11 BY MR. BROWN:

12 Q.   Who is this phone registered to, Mr. Samples?

13 A.   Can you zoom out a little bit?

14 Q.   (Complied.)

15 A.   Eduardo Alvarez.

16 Q.   Where did you find the phone?

17 A.   In Mr. Caraballo's truck.

18 Q.   This was the only phone found in Mr. Caraballo's truck?

19 A.   Yes.

20 Q.   Besides the satellite phone?

21 A.   Yes.

22 Q.   And did you have an opportunity to compare these phone

23 records with the phone numbers of Mr. Lopez and Mr. Miranda?

24 A.   Yes, I did.

25 Q.   I'm showing you what has been previously admitted as

**November 4, 2008**

## Samples - Direct

1   Government's Exhibit 39.   Whose phone records are these again?

2   A.   Mr. Miranda's.

3   Q.   Have you had an opportunity to compare these records with

4   the phone found in Mr. Caraballo's --

5   A.   Yes, I did.

6   Q.   And how did you determine the phone number for Mr. Anderson

7   Lopez?

8   A.   From -- excuse me -- he stated his telephone number and we

9   were also able to correlate that with the numbers called

10  between Mr. Lopez and Mr. Caraballo on the records that were

11  subpoenaed.

12  Q.   So you had three cell phone numbers that you were able to

13  compare and those three phone numbers were ones associated with

14  the defendant from a phone found in his truck, as well as one

15  from Mr. Lopez and Mr. Miranda?

16         MR. BEGUIRISTAIN:   Objection.   Leading, Your Honor.

17         THE COURT:   Sustained.

18  BY MR. BROWN:

19  Q.   How many phone numbers were you able to compare?

20  A.   Three.

21  Q.   Whose phone numbers were they?

22  A.   Mr. Lopez, Mr. Miranda and the phone found in

23  Mr. Caraballo's truck.

24  Q.   And from the dates of approximately around August 4th

25  through August 7th, how many times did the individuals call one

**November 4, 2008**

## Samples - Direct

1  another?

2          MR. BEGUIRISTAIN:   Objection, Your Honor.   If we could

3  go sidebar?

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**November 4, 2008**

## Samples - Direct

1          [Proceedings at sidebar follow]:

2          MR. BEGUIRISTAIN:  I stipulated with Russ Brown to the

3     phone numbers being allowed to be introduced without the

4     custodian of records.  The phone records are now in evidence.

5     That's the evidence before the jury.

6          This witness shouldn't be able to in any way tell the

7     jury what these phone records say.  That was my concern on

8     opinion testimony.

9          The phone records can be introduced.  They're

10     introduced.  They can go back into the jury room  In closing

11     argument, Russ Brown, or whoever does closing argument, can say

12          "This is what they show."

13          You cannot have a witness from the witness stand --

14     especially some of these phone records I'm seeing.  I have had

15     to have people in phone records tell me what they say because

16     like the satellite phone ones, they have a longitude, a

17     latitude and they just have a string of number across that make

18     no sense to anybody except someone who is an expert in the

19     field.

20          MR. BROWN:  Your Honor, he clearly has the three phone

21     numbers.  It's in the record.  He was able to compare the time

22     each person called each other.  He's going to give the

23     approximate number.  It's clearly within his knowledge.

24          THE COURT:  I think you can probe that in

25     cross-examination as to how he arrived at those numbers.

**November 4, 2008**

## Samples - Direct

1           Once the exhibits are in evidence, they're in

2    evidence.   Anybody can talk about it, including you in closing

3    argument.   "How did you define the 10 calls?" and have him go

4    through it.

5           Overruled.

## Samples - Direct

1              [Proceedings in open court follow]:

2  BY MR. BROWN:

3  Q.   Officer Samples, from August 4th through August 7th,

4  approximately how many calls occurred between these three

5  individuals?

6  A.   From Mr. -- between Mr. Caraballo and Mr. Lopez, I believe

7  there were approximately 16, and between Miranda, Mr. Miranda

8  and Mr. Caraballo, there were approximately 15.

9  Q.   How did you come up with this number?

10 A.   Just by going through the toll records I subpoenaed.  It

11 shows the call detail.  Just like anyone's cell phone, it will

12 show the actual time, date and duration of the call between the

13 callers.

14 Q.   From approximately July 25th up until August 3rd, how many

15 times did Mr. Caraballo and Mr. Lopez, their cell phones

16 activate one another?

17 A.   From what I recall, there were approximately 58 calls, I

18 believe.

19 Q.   Again, how did you determine this information?

20 A.   The same way, just going through the call detail printouts.

21 Q.   I previously showed you what has been admitted as

22 Government's Exhibit 37 into evidence which is the satellite

23 phone information.

24         Did you have an opportunity to plot, see the

25 coordinates from that satellite phone when it was called, where

## Samples - Direct

1  it was plotted?

2  A.   Yes, I did.

3              MR. BROWN:   Your Honor, may I approach the witness?

4              THE COURT:   You may.

5  BY MR. BROWN:

6  Q.   I show you what has been previously marked as Government's

7  Exhibit Number 46 for identification.

8      [Government Exhibit 46 marked for identification at

9  11:30 p.m.]

10  BY MR. BROWN:

11  Q.   Do you recognize that?

12  A.   Yes, I do.

13  Q.   What is it?

14  A.   It's the calls between the satellite phone and

15  Mr. Caraballo's phone plotted out on a Google Earth map.

16              MR. BROWN:   Your Honor, at this time the Government

17  moves for admission of Government's Exhibit 46 into evidence.

18              MR. BEGUIRISTAIN:   No objection.

19              THE COURT:   Admitted.

20    [Government Exhibit 46 received in evidence at 11:31 p.m.]

21              MR. BROWN:   May I approach the witness, Your Honor?

22              THE COURT:   You may.

23  BY MR. BROWN:

24  Q.   Officer Samples, I'm going to hand you Government's Exhibit

25  Number 37 while we review Government's Exhibit 46.

**November 4, 2008**

## Samples - Direct

1              It's kind of hard to see from the picture, but can you

2    just point to where the first call is made geographically on

3    this chart?

4    A.    This area.

5    Q.    And how many calls were made in that position?

6    A.    I believe there were three at that position.

7    Q.    In what time frame or what time reference did the

8    information record it on the satellite?

9    A.    The satellite phone records in Greenwich Mean Time, which

10   keeps it at a universal time throughout the world.

11   Q.    What would be the local time in the month of August?

12   A.    Minus four hours.

13   Q.    So when was the first call made on August 7th from that

14   satellite phone?

15   A.    Give me just a second to look it up here.

16   Q.    That might help you a little bit.

17   A.    That helps.

18              At 12:47 a.m

19   Q.    Okay.

20              To what phone number was that called placed from the

21   satellite phone?

22   A.    The 786/333-9211 number.

23   Q.    That's the phone number from the cell phone recovered from

24   Mr. Caraballo's truck?

25   A.    That's correct.

**November 4, 2008**

## Samples - Direct

1  Q.   When was the next call placed?

2  A.   I'm going to have to convert it.   Give me one second to

3  find it on here.

4          It would have been at 4:48 Greenwich Mean Time.

5  Q.   What would that have been locally?

6  A.   Excuse me.   12:48.

7  Q.   12:48 a.m?

8  A.   Yes.

9  Q.   I didn't ask you on the first one, but if you could tell us

10 what was the duration of those calls, the first and second?

11 A.   The first call was 15 seconds.   The second call was 68

12 seconds.

13 Q.   Again, what cell phone did the second phone call go to?

14 A.   786/333-9211.

15 Q.   Again, that was the cell phone recovered from the

16 defendant's truck?

17 A.   Yes.

18 Q.   The third call?

19 A.   12:57 a.m

20 Q.   You are converting it to local time?

21 A.   Yes.

22 Q.   How long was the call duration?

23 A.   238 seconds.

24 Q.   That was to what cell phone number?

25 A.   The same number again, the 786/333-9211 number, which was

**November 4, 2008**

## Samples - Direct

1  the phone found in Mr. Caraballo's car.

2  Q.   And geographically, where are we looking in this picture

3  off the Bahamas?

4  A.   That is just offshore or in the area of Freeport, Bahamas.

5  Q.   Okay.

6        Let's go to call number 4.   Can you find that on the

7  Government exhibit you have in front of you, please?

8  A.   Yes.

9  Q.   What time was that call made?

10 A.   11:54 Greenwich Mean Time.

11 Q.   What time is that local time?

12 A.   7:54.

13 Q.   How long was that call?

14 A.   77 seconds.

15 Q.   Who was that call made to?  What phone?

16 A.   The same number 786/333-9211.

17 Q.   For how long was that call?

18 A.   That was 77 seconds.

19 Q.   Okay.

20        And then let's go to the next call, call number 5.

21 When was that made?

22 A.   That was at 8:26.

23 Q.   And how long was that call?

24 A.   38 seconds.

25 Q.   And to what cell phone was that call made?

**November 4, 2008**

## Samples - Direct

1   A.   Again, the same number 786/333-9211.

2   Q.   And call number 6, when was that call made?

3   A.   It would be 9:27.

4   Q.   For how long?

5   A.   51 seconds.

6   Q.   And, again, to whose phone or what cell phone was called by

7   the satellite phone?

8   A.   786/333-9211.

9   Q.   Where was that cell phone that was called recovered from?

10  A.   I'm sorry?  Say that again.

11  Q.   Where was that cell phone that was called recovered from?

12  A.   Mr. Caraballo's pickup truck.

13  Q.   Okay.

14       Call number 7, what time was that call made?

15  A.   That would be 10:09.

16  Q.   For how long was that call?

17  A.   97 seconds.

18  Q.   To what number was that call made to?

19  A.   786/333-9211.

20  Q.   And the last call, call number 8, what time did that occur?

21  A.   10:51.

22  Q.   How long was that call?

23  A.   99 seconds.

24  Q.   To what phone is that call made to?

25  A.   786/333-9211.

## Samples - Direct

1  Q.  All these calls were made on August 7th?

2  A.  That's correct.

3  Q.  So how many phone calls were made to the phone found in the

4  defendant's truck?

5  A.  I believe it's eight calls.

6  Q.  When were these calls all made?

7  A.  August 7th.

8  Q.  About what time of the morning or day?

9  A.  The morning, morning hours.

10  Q.  Why would one need to use a satellite phone instead of a

11  cell phone offshore?

12       MR. BEGUIRISTAIN:  Objection.  Calls for speculation,

13  Your Honor.

14       THE COURT:  Overruled.

15  A.  Cell phones work off cellular antennas which are

16  land-based, where satellite phones work off of satellites.

17  They are pretty much worldwide coverage.  You can use them

18  anywhere that a satellite is available.

19  Q.  Officer Samples, I am going to show you what has been

20  previously marked Government's Exhibit 43 for identification.

21       [Government Exhibit 43 marked for identification at

22  11:39 p.m]

23  BY MR. BROWN:

24  Q.  Do you recognize that?

25  A.  Yes, I do.

## Samples - Cross

1  Q.   What is that?

2  A.   It is a border crossing record.

3  Q.   Border crossing record for whom?

4  A.   Rolando Guedez.

5          MR. BROWN:   Your Honor, at this time the Government

6  moves into evidence Government's Exhibit 43.

7          MR. BEGUIRISTAIN:   I have no objection, Your Honor.

8          THE COURT:   Admitted.

9     [Government Exhibit 43 received in evidence at 11:40 p.m]

10 BY MR. BROWN:

11 Q.   Officer Samples, when does that border crossing record show

12 Mr. Guedez returned from Freeport, Bahamas?

13 A.   There is a record of crossing on 7/21/07 and also from

14 Nassau there's a record from 6/8/07.

15          MR. BROWN:   Your Honor, may I approach the witness and

16 retrieve Government's Exhibit 43?

17          THE COURT:   You may.

18          MR. BROWN:   One moment, Your Honor.

19          Nothing further at this time, Your Honor.

20          THE COURT:   Cross-examination.

21                   CROSS EXAMINATION

22 [Beginning at 11:42 p.m., 11/3/08.]

23 BY MR. BEGUIRISTAIN:

24 Q.   Did you recover either one of these three cell phones from

25 either Edel Miranda, Anderson Lopez or Abinael Caraballo?

**November 4, 2008**

## Samples - Cross

1    A.   Not off their person, no.

2    Q.   Some other officer recovered them  Correct?

3    A.   Correct.

4    Q.   And they handed them to you?

5    A.   Correct.

6    Q.   And they prepared a chain of custody receipt for the

7    property.   Correct?

8    A.   I did the chain of custody receipt.

9          MR. BEGUIRISTAIN:   May I approach the witness, Your

10   Honor?

11         THE COURT:   You may.

12   BY MR. BEGUIRISTAIN:

13   Q.   On the chain of custody receipt you indicate that you

14   recovered all three of these cell phones from Anderson Lopez.

15   Correct?

16   A.   That's the name of the case.   That's what the case was put

17   under.

18   Q.   It says "Seized from" and it says "Anderson Lopez."

19   Correct?

20   A.   That's correct.

21   Q.   In reality, you don't know where these phones were seized

22   from  Correct?

23   A.   No, that's not true.

24   Q.   Who handed you the phones?

25   A.   What is routinely done is on scene when the defendants were

**November 4, 2008**

## Samples - Cross

1   sat down on the curb, the property was removed from them and

2   placed in front of them.  At that time, when we transport them,

3   the subjects would put all the property in the bag with each

4   individual and we would take that with us.

5   Q.   When you were arrived at the scene, where were these three

6   cell phones?

7   A.   That and other property like wallets and change and money

8   were all separated in front or beside the subjects.

9   Q.   This satellite phone, where was that when you arrived?

10  A.   The satellite phone was in the vessel.

11  Q.   It wasn't in Abinnel Caraballo's truck.  Correct?

12  A.   No.

13  Q.   So you seized this satellite phone from the vessel?

14  A.   Well, the vessel and the truck were seized by Border

15  Patrol, stored for us by Border Patrol because we don't have

16  the facilities to do that.  What they did, they took the

17  electronics from the boat, bagged it and put it in the vehicle

18  until I recovered it.

19  Q.   Clearly, this satellite phone was taken off the vessel, not

20  the truck.  Correct?

21  A.   Yes.

22  Q.   Now, when you arrived at the scene, was Edel Lopez in

23  handcuffs?

24  A.   Yes.

25  Q.   And -- excuse me -- Edel Miranda.

**November 4, 2008**

## Samples - Cross

1   A.   Yes.

2   Q.   Anderson Lopez?

3   A.   Yes.

4   Q.   Abinnel Caraballo?

5   A.   Yes.

6   Q.   You work for Customs & Border Protection?

7   A.   Correct.

8   Q.   And the place to enter into the United States is the Miami

9   Marine Unit.  Correct?

10   A.   I'm not sure if I understand your question.

11   Q.   Okay.  I'm sorry.

12         If you come in an airplane, you land at Miami

13   International Airport.  You go through Immigration.  Correct?

14   A.   That's a port of entry, correct

15   Q.   And if you come by sea, the port of entry, is it at 903

16   America's Way?

17         MR. BROWN:  Objection, Your Honor.  Outside the scope

18   of direct.

19         THE COURT:  Overruled.

20   A.   I'm not sure of the exact address, but it's the Port of

21   Miami.

22   Q.   Okay.

23         There's a little Customs office there at the Port of

24   Miami.  Correct?

25   A.   Yes.

**November 4, 2008**

## Samples - Cross

1    Q.   Next to the parking lot?

2    A.   There are several parking lots, but, yes.

3    Q.   Okay.

4         Next to one of the parking lots.

5    A.   Okay.

6    Q.   When people get a deferred inspection, they go over there

7    to do whatever it is they do to enter the country.   Correct?

8    A.   I'm not really familiar with what you're saying.   Maybe you

9    can rephrase that.

10   Q.   Are there times people are allowed to enter into the

11   country, but not admitted?

12   A.   For small vessels, yes.

13   Q.   So they're allowed to come into the country, but not

14   admitted yet until they go to this office at America's Way.

15   Correct?

16   A.   Yes.

17   Q.   Now, you seem to be relying a lot on these phone records.

18   Do you have a lot of experience relying on phone records?

19   A.   I have had several investigations where toll records were

20   used, yes.

21            MR. BEGUIRISTAIN:   May I approach, Your Honor?

22            THE COURT:   You may.

23            MR. BEGUIRISTAIN:   Thank you.

24   BY MR. BEGUIRISTAIN:

25   Q.   Looking at Government's Exhibit Number 46, are those phone

## Samples - Cross

1    calls that you plotted only to number 786/333-9211?

2    A.   Yes.

3    Q.   In other words, no other phone numbers were plotted on that

4    chart?

5    A.   Yes.

6    Q.   These would be phone numbers from the satellite phone to

7    786/333-2911?

8    A.   That's correct.

9    Q.   You are relying on these phone records being accurate

10   numbers?

11   A.   Yes.

12   Q.   These phone records not only tell you what number a phone

13   has called, it tells you from where?

14   A.   Latitude and longitude.

15   Q.   That's what you plotted on this chart?

16   A.   Correct.

17   Q.   Is the latitude and longitude of where the satellite phone

18   was when it made the phone call?

19   A.   Correct.

20   Q.   You are relying on the phone records to do that?

21   A.   Yes.

22   Q.   I want you to look at the first page of this phone record.

23   Over to the right, it shows the latitude, longitude and the

24   country from where the calls are made.   Correct?

25   A.   It shows the area.   It doesn't give countries or regions.

**November 4, 2008**

## Samples - Cross

1  Q.   So an example, at 12:47 at night, this satellite phone was

2  allegedly in the Bahamas.   Correct?

3  A.   Are you going by Greenwich Mean Time.

4  Q.   Latitude 26.4488, longitudes 78.8751, third call from the

5  top.   That satellite phone would be in the Bahamas.   Correct?

6  A.   That's correct.

7  Q.   And the way you determined that, although the phone records

8  has 4:47 in the morning, you subtract four hours from that

9  time, the Greenwich Meridian difference to Eastern Standard

10 Time.   Correct?

11 A.   That's correct.

12 Q.   You are saying according to that, at 12:47 at night the

13 phone call was made while the phone was in the Bahamas to

14 786/333-9211 which lasted approximately 15 seconds.   Correct?

15 A.   Correct.

16 Q.   Do you have any record of what was said on that call?

17 A.   No.

18 Q.   Is there any way to determine what was said on that call?

19 A.   No, toll records don't include the conversations.

20 Q.   Let's go down to about the middle of the page.   Let's go to

21 6:25 Greenwich Meridian which would be 2:25 Eastern Time.   Do

22 you see a call there?

23 A.   Yes.

24 Q.   And that call was made from the Bahamas?

25 A.   Correct.

November 4, 2008

## Samples - Cross

1  Q.   While this phone was in the Bahamas, according to the
2  record.
3  A.   Correct.
4  Q.   Now, that call was not made to 786/333-9211.   That was made
5  to another phone number.   Correct?
6  A.   That's correct.
7  Q.   Okay.
8        There's a series of phone calls from midnight to
9  approximately 8:00 in the morning, 9:00 in the morning, 10:00
10 in the morning -- I'm sorry.   No, 8:00 in the morning Eastern
11 Time.   None of those calls are to 786/333-9211.   Correct?
12 A.   That's correct.
13 Q.   There's numerous calls to other numbers.   Correct?
14 A.   That's correct.
15 Q.   Again, as to the accuracy of these phone records, according
16 to these records at 6:25 Greenwich Meridian, which is about
17 2:25 Eastern Time, this phone was in the Bahamas.   Correct?
18 A.   Correct.
19 Q.   Eight minutes later, according to these records, this phone
20 was in Florida.
21 A.   Well, that's what the hit or the location is showing, but
22 it doesn't actually show that phone number, the IMEA number.
23 It shows zero.
24 Q.   But the record is showing that this phone was in Florida.
25 A.   It's showing a hit there, but, again, it's not showing that

## Samples - Cross

1  this phone -- the IEM number is, basically, a serial number and

2  it's showing a zero there, not the 20 digit number of that

3  phone.   So I can't say it is that phone because there's no IMEA

4  number.

5  Q.   Something happened that this record is not going to be

6  accurate where this phone was?

7  A.   That's correct.

8  Q.   So the records are inaccurate?

9  A.   That particular one, I can't verify.

10  Q.   You don't know if any of these are accurate.

11  A.   I'm going by what they give me.   I'm not an expert in

12  satellite communications.

13  Q.   Thank you.

14       Now, when you received the phone call when you were

15  the duty officer of the day, you drove your car out to Haulover

16  Inlet?

17  A.   To the boat ramp.

18  Q.   When you arrived there, three people had handcuffs on and

19  there were 10 people who appeared to be of Chinese descent.

20  A.   All but one.   There was one that was Guyanese.

21  Q.   11 people in total?

22  A.   Yes.

23  Q.   Was Mr. Caraballo cooperative with you?

24  A.   Yes.

25  Q.   Did Anderson Lopez and Edel Miranda seem extremely nervous?

**November 4, 2008**

## Samples - Cross

1   A.   Not when I arrived on the scene, no.

2   Q.   And you and a couple of other agents took them back to your

3   office?

4   A.   Correct.

5   Q.   And you had a conversation with Edel Miranda?

6   A.   Correct.

7   Q.   And do you speak Spanish?

8   A.   No, I don't.

9   Q.   Did you use an interpreter?

10  A.   Yes, I did.

11  Q.   Do you remember who that interpreter was?

12  A.   That would have been agent -- there were several agents

13  there.  I don't remember who.  I can't recall right offhand

14  Q.   Okay.

15          But through an interpreter you had a conversation with

16  Edel Miranda?

17  A.   Correct.

18  Q.   And you asked Edel Miranda what happened?

19  A.   Correct.

20  Q.   And you asked him what involvement did anybody have in this

21  particular incident.  Correct?

22  A.   That's correct.

23  Q.   You had read him his Miranda warnings before?

24  A.   Correct.

25  Q.   You offered to get him an attorney if he wanted one?

**November 4, 2008**

## Samples - Cross

1   A.   Correct.

2   Q.   And he decided to speak with you without an attorney

3   present.   Correct?

4   A.   That's correct.

5   Q.   And at that time he tells you that Abimael Caraballo had

6   nothing to do with the aliens.   Correct?

7   A.   That's what he told us at that time.

8   Q.   Okay.

9        And then you had an interview with Anderson Lopez?

10  A.   Correct.

11  Q.   And used an interpreter also?

12  A.   Correct.

13  Q.   Offered him an attorney?

14  A.   Correct.

15  Q.   And had a discussion with him about what happened?

16  A.   Correct.

17  Q.   And at that point Anderson Lopez told you that Abimael

18  Caraballo had nothing to do with these 11 people that were

19  aboard the vessel.   Correct?

20  A.   At that time, that's correct.

21  Q.   You called the U.S. Attorney's Office?

22  A.   Yes.

23  Q.   And you told them that you had these two guys, Anderson

24  Lopez and Edel Miranda, that were just trying to bring these 11

25  people into the country.   Correct?

November 4, 2008

## Samples - Redirect

1    A.    Correct.

2    Q.    And you wrote out an arrest affidavit?

3    A.    That's correct.

4    Q.    And signed it in front of a Magistrate?

5    A.    Correct.

6    Q.    And both of these people were arrested?

7    A.    That's correct.

8    Q.    And the next day they had a bond hearing in Federal Court.

9    Correct?

10   A.    Yes.

11   Q.    You seized Mr. Caraballo's truck and his boat as evidence.

12   Correct?

13   A.    That's correct.

14   Q.    Took all the pictures and everything?

15   A.    Correct.

16   Q.    And based upon all the information you had, you released

17   Mr. Caraballo because he had nothing to do with this alien

18   smuggling venture.   Correct?

19   A.    Based on the information we had at that time, that's

20   correct.

21          MR. BEGUIRISTAIN:   I have nothing further at this

22   point, Your Honor.

23          THE COURT:   Redirect.

24                  REDIRECT EXAMINATION

25   [Beginning at 11:59 p.m., 11/3/08.]

November 4, 2008

## Samples - Redirect

1   BY MR. BROWN:

2   Q.   Officer Samples, when you spoke with Defendant Caraballo

3   post-Miranda, what did he tell you he was doing with the boat?

4   A.   He said he was attempting to sell the vessel.

5   Q.   Did he tell you for how much?

6   A.   I believe it was approximately $25,000.

7           MR. BROWN:   Nothing further, Your Honor.

8           THE COURT:   Thank you.   You may step down.

9           [The witness was excused at 11:59 p.m]

10          THE COURT:   Ladies and gentlemen, I think this might

11  be a good time for us to take our lunchbreak.

12          I will ask you not to discuss the case with each other

13  or anyone else during this recess, that you avoid contact with

14  the lawyers and the parties.   They cannot have any contact with

15  you.   If you happen to be in the same area, please know they

16  cannot even acknowledge you or say "Good day."

17          I will ask that you all return by 1:30.   We're taking

18  a rather extended lunchbreak because we're hopeful to get

19  additional witnesses here by that time.

20          We'll continue at 1:30.   Have a good lunch.

21          [The jury leaves the courtroom at 12:00 a.m]

22          THE COURT:   All right.   I'm trying to find out what

23  the status is.   I sent a note to Wanda to see if she would

24  know.   I haven't heard.   I think they bring folks over around

25  1:00 for Magistrate court.

**November 4, 2008**

**105**

# Samples - Redirect

1        Those are your two remaining witnesses?

2        MR. BROWN:   Correct, and that's it, Your Honor.

3        THE COURT:   Have a good lunch.

4        MR. BROWN:   Thanks Your Honor.

5              [Luncheon recess at 12:01 a.m.]

6        THE COURT:   Do we have our witness?

7        MR. BROWN:   Yes, Your Honor.

8        THE COURT:   Very good.   Please be seated.

9        Have you all had the opportunity of reviewing the

10   juror's letter or note?

11       THE DEPUTY CLERK:   (Handing to Mr. Brown, Mr. Huynh

12   and Mr. Beguiristain.)

13       MR. HUYNH:   The Government has read it.

14       MR. BEGUIRISTAIN:   I just read it.

15       THE COURT:   Perhaps at the end of the day we can

16   excuse her and tell her she need not return tomorrow or we can

17   also inquire of her until what time her session is expected to

18   last and maybe we could start later in the day.

19       MR. HUYNH:   That's fine with the Government.   We could

20   start later in the day.

21       We anticipate finishing our case in chief anyway this

22   afternoon.   We expect there to be a charge conference.   I don't

23   know how many witnesses the defense intends to put on.

24       THE COURT:   Mr. Beguiristain?

25       MR. BEGUIRISTAIN:   I think that's a good option.

**November 4, 2008**

## Lopez - Direct

1          THE COURT:   We'll hold on to this.   Before we're done

2     today, we'll speak with her.

3          MR. HUYNH:   It may give the jurors a chance to go out

4     and vote tomorrow.

5          THE COURT:   That's true too.

6          Bring the jury in.

7          [The jury returns to the courtroom at 1:39 a.m]

8     ANDERSON LOPEZ, GOVERNMENT'S WITNESS, SWORN THROUGH INTERPRETER

9                          DIRECT EXAMINATION

10    BY MR. BROWN:

11    Q.   Sir state your name and spell your last name for the

12    record.

13    A.   Anderson Lopez, A-n-d-e -- L-o-p-e-z.

14    Q.   Okay, sir.   That's fine.

15          Good afternoon, sir.   How are you?

16    A.   Fine.

17    Q.   Mr. Lopez, how old are you?

18    A.   29.

19    Q.   How long have you been in the United States?

20    A.   Four years and a half.

21    Q.   How did you first come to if the United States?

22    A.   By route.

23    Q.   Okay.

24          And before you were incarcerated, which we'll talk

25    about, where did you work?

### Lopez - Direct

1  A.   I was working for a floor company.

2  Q.   And about how much would you make in a week with this floor

3  company?

4  A.   $300.

5  Q.   Okay.

6        Let's talk about now, why you're testifying today.   Do

7  you remember what happened to you on August 7th, 2007.

8  A.   We were arrested.

9  Q.   What were you arrested for?

10 A.   They arrested us because we were bringing smuggled people.

11 Q.   How were you arrested with?

12 A.   With Mr. Edel Miranda and Mr. Abinnel Caraballo.

13 Q.   Do you see Mr. Abinnel Caraballo here today?

14 A.   Yes.

15 Q.   Would you, please, point to him?

16 A.   Over there.

17        MR. BROWN:   Let the record reflect, Your Honor, the

18 witness has identified the defendant, Abinnel Caraballo.

19        THE COURT:   The record so reflects.

20 BY MR. BROWN:

21 Q.   What happened, Mr. Lopez, to your case when you were

22 charged with alien smuggling?

23 A.   I was sentenced to five years in prison.

24 Q.   And did you plead guilty?

25 A.   Yes, guilty.

## Lopez - Direct

1  Q.   And as a result of that guilty plea, what did you agree to

2  do with the Government?

3  A.   To tell the truth.

4  Q.   But did you enter into a cooperation agreement in your

5  guilty plea with the Government?

6  A.   Yes.

7  Q.   And what promises has the Government made to you?

8  A.   None.

9  Q.   What are you hoping to get as a result of your testimony

10  today, though?

11  A.   To reduce my sentence.

12  Q.   And in order to get a reduction of your sentence, what are

13  you obligated to do today?

14  A.   Say it again.

15  Q.   In order to get a reduction of your sentence, what are you

16  obligated to do today in court?

17  A.   To tell the truth.

18  Q.   Okay.

19        Let's turn to August 7th, 2007.  You said you were

20  arrested that day for alien smuggling.

21  A.   Yes.

22  Q.   How did you first become involved in alien smuggling for

23  that day?

24  A.   That day, because we were coming from the Bahamas with 11

25  persons.

## Lopez - Direct

1  Q.   Okay.

2         Before we talk about the event, how did you first

3  become involved in planning this event?

4  A.   Oh, because of Mr. Gardino who called me on the telephone

5  and he tells me that he has a deal for me, and then I go to his

6  house and he introduced me to Mr. Abinmel and they tell me

7  about going to Freeport in the Bahamas.

8  Q.   Okay.

9         Before we talk about this --

10  A.   Yes.

11  Q.   -- where did the meeting occur when you were planning the

12  events that led to your arrest on August 7th, 2007, that event?

13  A.   At the house of Mr. Abinmel in Hialeah.

14  Q.   When did that meeting occur prior to August 7th?

15  A.   On the 4th.

16  Q.   Who was present at that meeting?

17  A.   Mr. Gardino, Mr. Abinmel Caraballo and Mr. Ariel.

18  Q.   And you said this meeting occurred at the defendant's

19  house.   Where in the house did the meeting occur?

20  A.   In the living room of his home.

21  Q.   About how long did this meeting take place?

22  A.   Approximately one hour.

23  Q.   And what were you asked to do by the defendant, Mr. Abinmel

24  Caraballo, at the meeting?

25  A.   He asked me that I had to go to Bahamas, Freeport to pick

**Lopez  -  Direct**

1  up 11 Chinese aliens.

2  Q.   And when did you next meet about this planning this event?

3  A.   We had two meetings, on the 5th and on the 6th.

4  Q.   And during this time -- let me back up.

5        When did you actually leave to go to Freeport, Bahamas

6  on this trip?

7  A.   On the 6th.

8  Q.   And between the 4th and the 6th, did you speak with the

9  defendant, Abimael Caraballo, on his cell phone?

10  A.   Yes, I spoke on the cell phone and also in person.

11        MR. BROWN:   Approach the witness, Your Honor?

12        THE COURT:   You may.

13  BY MR. BROWN:

14  Q.   Sir, I'm going to show you what has been marked as

15  Government's Exhibit 41.   Is that your cell phone?

16  A.   Yes, this is it.

17  Q.   Thank you.

18        And in your cell phone, did you have the phone number

19  for Mr. Abimael Caraballo.

20  A.   Two telephone numbers.

21        MR. BROWN:   May I approach the witness, Your Honor?

22        THE COURT:   You may.

23        MR. BROWN:   Showing the witness what has been marked

24  as Government's Exhibit Number 35 for identification.

25     [Government Exhibit 35 marked for identification at

**November 4, 2008**

## Lopez - Direct

1  1:50 a.m]

2  BY MR. BROWN:

3  Q.  Do you recognize that?

4  A.  Yes.

5  Q.  Is it a fair and accurate picture of Rolodex on your cell

6  phone?

7  A.  Yes.

8          MR. BROWN:  Your Honor, at this time the Government

9  moves for admission into evidence Government's Exhibit 35.

10         THE COURT:  Any objection?

11         MR. BEGUIRISTAIN:  No objection.

12         THE COURT:  Admitted.

13     [Government Exhibit 35 received in evidence at 1:51 a.m]

14  BY MR. BROWN:

15  Q.  Mr. Lopez, is this one of the phone numbers you had for the

16  defendant in your phone?

17  A.  That is it.

18  Q.  And what does "Calvo" mean?

19  A.  Well, "Calvo" is in order to avoid putting his own name.

20  It's sort of a code.

21  Q.  Okay.  But what does the word "Calvo" mean?

22  A.  A bald person, somebody who has no hair on his head or her

23  head.  In this case, his.

24  Q.  After August 4th, when did the next meeting in person

25  occur?

**November 4, 2008**

## Lopez - Direct

1   A.    After the 4th and the 5th?

2   Q.    Yes.

3   A.    The first meeting was on the 4th.

4   Q.    When was the last meeting that occurred prior to you going

5   down to Haulover boat ramp?

6   A.    On the 6th.

7   Q.    Where did that meeting occur

8   A.    At the house of Mr. Abimael Caraballo in Hialeah.

9   Q.    Who was present at that meeting?

10  A.    Mr. Abimael Caraballo, Mr. Edel Miranda and Mr. Ariel.

11  Q.    What did you discuss with Mr. Abimael Caraballo at that

12  meeting?

13  A.    He told me how to get to Bahamas, Freeport and he gave me

14  instructions as to what I had to do once I got there.

15  Q.    Okay.

16          And were you given anything, any items at this meeting

17  to help you get to the Bahamas.

18  A.    A global or satellite telephone and a GPS aid.

19  Q.    And who gave you these items?

20  A.    Mr. Ariel gave me the satellite telephone and Mr. Abimael

21  gave me the GPS

22  Q.    And what was supposed to be your job for this trip?

23  A.    I had to get to the Bahamas and to bring 11 aliens.

24  Q.    What job did you have to get to the Bahamas?  What were you

25  supposed to do?

**November 4, 2008**

## Lopez - Direct

1  A.   My job, I was the helmsman, the one that --

2  Q.   Whose boat were you supposed to use?

3             THE INTERPRETER:   Say it again.

4  BY MR. BROWN:

5  Q.   Whose boat were you supposed to use?

6  A.   Mr. Abimael Caraballo and Mr. Ariel.

7  Q.   And can you describe this boat for us?

8  A.   Yes.

9  Q.   What does it look like?

10  A.   Blue outside, white inside.

11  Q.   Okay, sir.

12             I'm going to show you what has previously been

13  admitted as Government's Exhibit 18.   Is this the boat?

14  A.   Yes.

15  Q.   And whose boat is this?

16  A.   Mr. Abimael and Ariel.

17  Q.   And how do you know it's Mr. Abimael's boat?

18  A.   Because it is the boat that we used to go on trips to the

19  Bahamas so as to bring the persons down here.

20  Q.   And where -- whose house did you see this boat at?

21  A.   The boat was in the yard of Mr. Abimael's house.

22  Q.   Okay.

23             So on the 6th of August, about what time did this

24  meeting occur at Mr. Caraballo's house?

25  A.   That meeting took place about 1:00 p.m

November 4, 2008

## Lopez - Direct

1  Q.   And were you going to the Bahamas by yourself or was

2  someone else going with you?

3  A.   No, Mr. Edel Miranda was going to go.

4  Q.   And were you supposed to get paid for this trip?

5  A.   Yes.

6  Q.   How much money were you supposed to get?

7  A.   $7,000.

8  Q.   And who was going to pay you?

9  A.   Mr. Abimael.

10 Q.   So what happened at the conclusion of your meeting on

11 August the 6th?

12 A.   At the end, Mr. Edel Miranda drove my car to the marina to

13 go and supervise, make sure there was no police around.

14 Q.   Why did Mr. Edel Miranda drive your car to the marina?

15 A.   Because the boat was bringing on top of it a number of gas

16 tanks.

17 Q.   And why did the boat having a lot of gas cans mean

18 Mr. Miranda had to drive your car?

19 A.   Well, the gas was for the long trips that were going to be

20 taken and he drove my car to get there ahead and look around

21 and make sure there was no police officer around.

22 Q.   Why did he get there ahead to make sure there were no

23 police officers around?

24 A.   So that when the boat would get there, they would not check

25 out the boat and would not find the gas cans in sight.

November 4, 2008

## Lopez - Direct

1   Q.   And who came up with that part of the plan?

2          THE INTERPRETER:   Say that again.

3   BY MR. BROWN:

4   Q.   Who came up with that part of the plan for Mr. Miranda to

5   go to the parking lot first?

6   A.   Mr. Ariel and Mr. Abinnel were the ones who came up with

7   the idea to do that.

8   Q.   Now, where were you when Edel left?

9   A.   When Mr. Ariel -- when Mr. Edel left for the marina, I was

10  with Mr. Caraballo.

11  Q.   Okay.

12          But let me back up for just a minute.   Can you please

13  describe your car for the Court?

14  A.   My car?

15  Q.   What does your car look like, sir?

16  A.   My car was a Chevrolet Cavalier, 2003, gray color, two

17  door.

18  Q.   Thank you, sir.

19          And when you -- so you were left with Mr. Abinnel

20  Caraballo when Edel left?

21  A.   Yes.

22  Q.   What did you and Mr. Abinnel do while Edel left?

23  A.   Well, we stayed at home and he made me sign a paper there

24  saying that if I got caught by the police or the Coast Guard I

25  should tell them that he was selling the boat to me.

November 4, 2008

**116**

## Lopez - Direct

1    Q.   And did you sign a piece of paper?

2    A.   Yes, I did sign it.

3    Q.   And what was on this piece of paper?

4    A.   The license number, name and last name.

5    Q.   And who kept this piece of paper?

6    A.   Mr. Abinmel.

7    Q.   Okay.

8             So after this occurred, did Edel Miranda eventually

9    call?

10   A.   Yes.   Edel Miranda called him up and told him that

11   everything was cleared up and there was no problem, to do what

12   we had to do.

13   Q.   To be clear, who did Edel call to say the coast was clear?

14   A.   In launching the boat at the marina.

15   Q.   So we're clear, who did Edel Miranda call to tell him the

16   marina was clear?

17   A.   Mr. Abinmel.

18   Q.   And after Mr. Abinmel received that call from Mr. Miranda,

19   what did the two of you -- what did you do with Mr. Abinmel?

20   A.   When Mr. Abinmel got the call, Mr. Abinmel and myself, we

21   drove to the marina.

22   Q.   And what did you drive in to the marina?

23   A.   On a pickup van, truck.

24   Q.   Whose pickup truck?

25   A.   Mr. Abinmel's.

**November 4, 2008**

## Lopez - Direct

1  Q.   Sir, I'm going to show you what has previously been

2  admitted as Government's Exhibit 17 in evidence.

3            Is that the truck you drove in that day to the marina?

4  A.   Yes, sir.

5  Q.   And how do you know that's Abinmel's truck?

6  A.   Because it was the truck that he had purchased on those

7  days precisely for those trips.

8  Q.   And behind this truck, what were you pulling?

9  A.   The trailer with the boat.

10  Q.   Showing you Exhibit 18.  So we're clear, this is the boat

11  that you were pulling on the trailer behind the truck?

12  A.   Yes, it is.

13  Q.   And how long did it take you to get to Haulover boat ramp

14  after the call from Edel?

15  A.   Approximately 30 minutes or 35 minutes.

16  Q.   When you arrived at Haulover boat ramp, did you put the

17  boat right in the water?

18  A.   Yes, directly.  Mr. Abinmel took the boat.  He backed up

19  and put it into the water.

20  Q.   After the boat was put in the water, did you get on the

21  boat?

22  A.   No.  When Mr. Abinmel put the boat on the water, I left and

23  I just disconnected the boat.  He got up from the truck and he

24  went to the marina to buy bait, ice and water.

25  Q.   And who accompanied him to the marina?

## Lopez - Direct

1  A.   Mr. Edel Miranda.

2  Q.   And when they were at the marina, where were you?

3  A.   In the boat, waiting.

4  Q.   And when they returned again, what items did they have?

5  A.   They were already bringing water, ice and fishing bait.

6  Q.   Why did Mr. Caraballo buy fishing bait?

7  A.   Yes, because he was the one responsible for purchasing fuel

8  for the boat.

9  Q.   Okay.   But why was fishing bait bought at the marina store?

10  A.   Fishing bait was bought so everybody who might be looking

11  at us would think we were going out fishing.

12  Q.   Just so I'm clear, you said "fishing bait"?

13  A.   Yes, fishing bait.

14             MR. BROWN:   May I approach the witness, Your Honor?

15             THE COURT:   Yes.

16             MR. BROWN:   May I approach, Your Honor?

17             THE COURT:   You may.

18  BY MR. BROWN:

19  Q.   I'm going to show you what has been marked Government's

20  Exhibit 21 for identification.

21        [Government Exhibit 21 marked for identification at

22  2:08 a.m.]

23  Q.   Is that a fair and accurate rendition of the way you

24  remember Exhibit 21 that day?

25  A.   Yes.

**November 4, 2008**

119

### Lopez - Direct

1          MR. BROWN:   At this time the Government moves into

2    evidence Government's Exhibit 21.

3          MR. BEGUIRISTAIN:   No objection.

4          THE COURT:   Admitted.

5    [Government Exhibit 21 received in evidence at 2:09 a.m.]

6    BY MR. BROWN:

7    Q.   Okay, Mr. Lopez.

8          Government's Exhibit 21, is that a picture of the

9    fishing poles that were on the boat?

10   A.   Yes.

11   Q.   Who put those fishing poles on the boat?

12   A.   Those fishing poles were always on the boat.  Mr. Abinmel

13   was the one who put them there.

14   Q.   And who came up with the fishing story should you have been

15   pulled over by law enforcement?

16   A.   Supposedly the one who came up with it or present it was I,

17   myself.

18   Q.   Okay.

19          And you mentioned that -- how much gasoline did you

20   have to put on the boat in order to get from Freeport, Bahamas

21   and back?

22   A.   It was about 180 gallons of gas.

23   Q.   That is how much is inside the boat?

24   A.   Yes, with the both tanks and the tanks that are outside.

25   Q.   The tanks that are outside?  Did you have extra gasoline

November 4, 2008

**Lopez - Direct**

1    tanks?

2    A.   Yes, extra, extra.

3    Q.   How many extra gasoline tanks?

4    A.   Some 12 or 13 tanks at least.

5    Q.   Can you describe what these tanks look like?

6    A.   Yes.

7    Q.   What do they look like?

8    A.   Yes, six gallon tanks.

9              MR. BROWN:   May I approach the witness, Your Honor?

10             THE COURT:   You may.

11             MR. BROWN:   Showing the witness what has been

12   previously marked Government's Exhibit 22 for identification.

13        [Government Exhibit 22 marked for identification at

14   2:11 a.m]

15   BY MR. BROWN:

16   Q.   Do you recognize this?

17   A.   Yes.

18   Q.   Is it a fair and accurate picture of the way you recognize

19   these items on that day?

20   A.   Yes, sir.

21             MR. BROWN:   Your Honor, at this time the Government

22   moves into evidence Government's Exhibit 22.

23             MR. BEGUIRISTAIN:   No objection.

24             THE COURT:   Admitted.

25        [Government Exhibit 22 received in evidence at 2:11 a.m]

**November 4, 2008**

## Lopez - Direct

1  BY MR. BROWN:

2  Q.   Sir, is that one of the gas cans that was on the boat that

3  day?

4  A.   Yes.

5  Q.   Is that also the bait that was bought at the marina?

6  A.   The bait, yes.

7  Q.   Who put the gasoline on the boat that day?

8  A.   Well, the one who was always in charge of fueling the boat

9  always was Mr. Abinnel.

10 Q.   So was the gasoline on the boat prior to arriving at

11 Haulover boat ramp?

12 A.   Yes.

13 Q.   Okay.

14          And then after you loaded the items from the marina

15 store and took care of the other items on the boat, about what

16 time did you leave from Haulover boat ramp?

17 A.   We departed -- we left about 5:30 in the afternoon.

18 Q.   Again, where were you heading?

19 A.   To the Bahamas.

20 Q.   Where in the Bahamas?

21 A.   Bahamas, Freeport.

22 Q.   And why were you heading there?

23 A.   Because that was the place where we were going to pick up

24 the people, to the east of Bahamas in Freeport, to the east,

25 Freeport, Bahamas.

**November 4, 2008**

## Lopez - Direct

1  Q.   How long did your trip take to get to Freeport,

2  approximately?

3  A.   About three hours.

4  Q.   What happened when you arrived in Freeport, Bahamas?

5  A.   When we arrived at Freeport in the Bahamas, we had to make

6  a phone call.   Mr. Edel Miranda called Mr. Ariel.   He called on

7  the satellite phone to see finally at what time the people had

8  to be picked up.

9  Q.   And did you also call Mr. Abinnel Caraballo on that

10  satellite phone?

11  A.   At that moment, I did not call him

12  Q.   But eventually was Mr. Abinnel Caraballo called on that

13  satellite phone?

14  A.   Yes, at the end Mr. Abinnel Caraballo was called on the

15  satellite phone so that everything would be ready on land.

16  Q.   Did you speak to Mr. Caraballo on the satellite phone?

17  A.   Yes, we talked.

18  Q.   Are you sure you were speaking with Mr. Abinnel Caraballo

19  on that satellite phone?

20  A.   Edel Miranda was really the one who spoke with Mr. Abinnel

21  and with Mr. Edel Miranda.

22  Q.   You also spoke to Mr. Abinnel Caraballo?

23  A.   Yes, I also spoke with him telling him that everything was

24  fine.

25  Q.   And when you spoke with him, you were sure that you were

## Lopez - Direct

1  speaking with Mr. Abimael Caraballo?

2  A.   Yes.

3  Q.   So from the time you arrived at the Bahamas until the time

4  you picked up these people, how much time passed?

5  A.   From the Haulover Marina to Freeport in the Bahamas, it

6  took us three hours, and the plan was to pick up the people at

7  12:00 midnight, but it was not possible.

8  Q.   Why was it not possible to pick up the people at midnight.

9  A.   It was not possible because the people were not available

10  to be picked up.

11  Q.   And when were the people available to be picked up?

12  A.   About 6:00 a.m

13  Q.   So what happened about 6:00 a.m when you went to pick the

14  people up?

15  A.   At about 6:00 a.m, Edel Miranda called Mr. Ariel to get in

16  touch with Mr. Lazaro who was the one who had the contact in

17  the Bahamas so that we would be told at what time to pick up

18  the people in the Bahamas and they said about 6:00 a.m

19  Q.   So what happened -- what time was it when you picked the

20  people up?

21  A.   We entered the Lucaya Marina about 6:00 a.m  We picked up

22  a black man at the entrance who was the one who guided us to

23  the place where the people were going to be picked up, to pick

24  up the people.

25  Q.   And where did he guide you to pick the people up?

November 4, 2008

## Lopez - Direct

1   A.   Well, he saw we entered the Lucaya channel in the marina.

2   We entered the channel to the right and we passed a bridge and

3   once we passed by the bridge, about 200 meters away there was a

4   house where the people were awaiting us.  They were coming out

5   of a white van.

6   Q.   And then after they came out of the white van, who helped

7   them get on board the boat?

8   A.   Well, I was at the helm of the boat moving it and Mr. Edel

9   Miranda stood on the bow of the boat and he began bringing in

10   the people one by one.

11   Q.   And when the people were brought on board one by one, where

12   were they put on the boat?

13   A.   The people went into the bunk or the cabin.

14   Q.   And why were they put there?

15   A.   We placed them there so as not to suffer any blows or fall

16   into the water or avoid any problems.

17   Q.   What kind of problems were you trying to avoid?

18   A.   So that they would not hurt themselves or fall into the

19   water in the morning hours.

20   Q.   And when they came on board, did you ask them for their

21   passports?

22   A.   We did not request the passport because we knew that it was

23   a smuggling venture, that they were people that were coming

24   illegally into the United States.

25   Q.   How do you know it was a smuggling venture?

**November 4, 2008**

## Lopez - Direct

1   A.   Because Abimael and Ariel had just told me that, that this

2   was only -- the purpose was only to bring in people and charge

3   them money illegally.

4   Q.   And how many people were boat on the boat that morning?

5   A.   11 people.

6   Q.   Were they all Chinese?

7   A.   There were 10 Chinese and a black guy.

8   Q.   And were you expecting to pick up someone who wasn't

9   Chinese?

10  A.   Yes.

11  Q.   And about what time did you leave from the Bahamas?

12  A.   We left the Bahamas about 7:30.

13  Q.   And did you call anyone after you picked the people up?

14  A.   Mr. Edel Miranda called in order to say that everything was

15  all ready, that the boat was ready and we were on our way to

16  Miami.

17  Q.   And at that point in the day, was the sun up?

18  A.   Yes, the sun was rising already.

19  Q.   And where were you headed again?

20  A.   Towards Miami.

21  Q.   Where in Miami?

22  A.   The Haulover Marina.

23  Q.   During your trip back, did you ever have to stop the

24  vessel?

25  A.   Yes, we stopped once.

**November 4, 2008**

## Lopez - Direct

1   Q.   Why did you have to stop?

2   A.   Because we had to fuel the boat because there was almost no

3   fuel to be able to arrive here.

4   Q.   And after you refueled the boat, what did you do with the

5   empty gas cans?

6   A.   We punched a hole with a knife and we dumped them into the

7   water.

8   Q.   Why did you do that?

9   A.   So that when we arrived, nobody would see so many tanks or

10  barrels, meaning that we had gone on a long trip.

11  Q.   Who came up with that plan?

12  A.   Well, before we left, Mr. Ariel and Mr. Abinnel always told

13  me that the tank had to be jettisoned into the sea so people

14  would not see so many tanks.

15  Q.   So what happened when you reached Haulover boat ramp?

16  A.   Well, two miles before reaching the Haulover Marina,

17  Mr. Ariel called Mr. Abinnel to tell him to be ready, that we

18  were about to arrive and to have everything ready, the trailer

19  and the car.

20  Q.   Just to be clear, that was Mr. Edel called Mr. Abinnel?

21  A.   Edel Miranda, correct.

22  Q.   What did Mr. Caraballo say?

23        MR. BEGUIRISTAIN:   I'm going to object, Your Honor.

24  It sounds like it would be hearsay.   He's on the phone with

25  Abinnel Caraballo.

**November 4, 2008**

## Lopez - Direct

1          MR. BROWN:   Statement of co-conspirator, Your Honor.

2    A.   Mr. Caraballo said that he was already on his way.

3    Q.   So when you arrived at Haulover boat ramp, where did you

4    put the boat?

5    A.   Well, we arrived with the people and we placed the vessel

6    on the third ramp.

7    Q.   Next to a pier?

8    A.   Next to the pier, on that ramp.

9    Q.   After you put the boat next to the pier --

10          THE INTERPRETER:   It should be "by the dock," I think.

11   BY MR. BROWN:

12   Q.   After you put the boat next to the dock, how long before

13   the defendant backed his truck up with his trailer to pick up

14   the boat?

15   A.   About eight or nine minutes, more or less.

16   Q.   And after he backed the trailer up, what did you do with

17   the boat?

18   A.   He backed up with the trailer.  He put the trailer into the

19   water.  I hitched the boat to the winch and then Mr. Abimael

20   moved on.

21   Q.   And who eventually came up to the three of you on scene?

22          THE INTERPRETER:   Say it again please, counsel.   Say

23   again the question.

24   BY MR. BROWN:

25   Q.   Who eventually came up to the three of you at the boat

**November 4, 2008**

## Lopez - Direct

1  ramp?

2  A.   At that very moment when Mr. Abinmel was moving the truck a

3  little bit ahead so that the boat would be taken out from the

4  water, a police officer got close to us, approached us and told

5  me, personally, that he had to check the vessel because he

6  suspected that there was some illegal issue done.

7  Q.   And when he inspected the vessel, what did he discover?

8  A.   He asked me for the documents and I gave them to him   I

9  got off the boat and he boarded.  He, himself, boarded it.  He

10 saw the cabin and he saw that it was human smuggling.

11 Q.   And at that point were you, Mr. Miranda and Mr. Caraballo

12 placed in handcuffs?

13 A.   Yes.

14 Q.   And were you taken eventually to a station and questioned

15 by officers

16 A.   Yes.

17 Q.   And what did you tell the officers about Mr. Caraballo's

18 involvement at that time?

19 A.   Well, we lied to the Federal agents.  We told them we were

20 purchasing that boat and that we had seen some people in the

21 sea, in the high seas, and they had asked us if we wanted to

22 bring to land some people and we said "Yes," and we told all

23 those lies to them so that Mr. Caraballo would not be put in

24 prison.

25 Q.   Why did you do that?  Why did you cover for Mr. Caraballo?

**November 4, 2008**

## Lopez - Direct

1  A.   Because that was the agreement that had been reached

2  between him and Mr. Edel and me.

3  Q.   So why should the members of the jury believe you today

4  that you're telling the truth if you lied before?

5  A.   Because I have come here today to tell the truth to this

6  jury.

7  Q.   When was the first time you met Mr. Caraballo?

8  A.   I met him at Gardino Martinez' house.

9  Q.   How long before August 7th did you meet Mr. Caraballo?

10 A.   That was before, approximately one month, 15 days before.

11 Q.   And that was the first time you met Mr. Caraballo?

12 A.   Yes.

13 Q.   So approximately the middle of June?

14 A.   Mid-June, approximately.

15 Q.   Who lived with Gardino?

16 A.   Well, with Mr. Gardino, Mr. Edel Miranda lived with him

17 Q.   And why were you introduced to Mr. Caraballo at

18 Mr. Gardino's house?

19 A.   Because a plan was supposed to have been made so that

20 Mr. Lazaro would get someone to do this because he was supposed

21 to get someone who would have a boat available that could be

22 used to bring in people.

23 Q.   Were you asked to do this trip in June?

24        THE INTERPRETER:   Say that again.

25 BY MR. BROWN:

**November 4, 2008**

## Lopez - Direct

1  Q.   Were you asked to do this trip in June?

2  A.   Actually, the first trip, no.  Four trips were made.

3  Q.   Okay.  But whose boat did you use on the first trip?

4  A.   Mr. Abimael Caraballo's.

5  Q.   And what was the plan on that trip?

6  A.   The plan for that trip was to go to the Bahamas to pick up

7  people.

8  Q.   What kind of people?

9  A.   Chinese.

10  Q.   And who was going with you on that trip?

11  A.   On the first trip, Mr. Gardino and Mr. Rolando would go.

12  Q.   Where did that trip leave from?

13  A.   That trip left from Mr. Rolando's house.

14  Q.   Does Mr. Rolando live on the water?

15  A.   No, he lives on a river bank, in an apartment close to the

16  river, by a river.

17  Q.   Again, whose boat did you use for that trip?

18  A.   Mr. Abimael Caraballo and Ariel.

19  Q.   How do you know it was Mr. Abimael Caraballo's boat that

20  you were using for that trip?

21  A.   Because on the first trip I met him, the person with whom

22  he spoke, basically, was high.  Abimael showed me the boat and

23  told me that that was the boat that was going to be used to

24  take the trips to the Bahamas.

25  Q.   Okay.

**November 4, 2008**

**131**

## Lopez - Direct

1            Mr. Lopez, I'm going to show you again Government's
2    Exhibit 18.   Is that the boat you used also on the first trip?
3    A.   Yes, that's the one.
4    Q.   So, again, who went with you on the boat on that trip?
5    A.   Mr. Rolando and Mr. Gardino Martinez.
6    Q.   Where were you when the boat for that trip was put in the
7    water?
8    A.   On that trip, I was at Rolando's house.  First off, I was
9    at Abinnel Caraballo's house because I was supposed to have
10   gone with him to look at the boat.
11   Q.   And what happened after you left -- why didn't you go with
12   him to look at the boat or did you?
13   A.   Well, actually, I went to see the boat because I was the
14   one who was going to go with Mr. Rolando.   I was the one who
15   was going to show him the places where the people were going to
16   be picked up.
17   Q.   Okay.
18            So when you left from Mr. Guedez' house with
19   Mr. Gardino, where did you go?
20   A.   Say that again.
21   Q.   When you left with Rolando and Gardino, where did you go?
22   A.   To Freeport, the Bahamas.
23   Q.   How long did you stay there?
24   A.   In the Bahamas?
25   Q.   Yes.

**November 4, 2008**

## Lopez - Direct

1   A.    Approximately one day, one night.    Approximately one whole

2   day and one night.

3   Q.    And why did you go with Gardino and Rolando to the Bahamas?

4   Why did they go with you?

5   A.    Actually, Rolando had gone to show both of us, me and

6   Gardino, where the location was and how we would, we had to get

7   to that location.

8   Q.    Okay.

9         And what happened after you arrived there?

10  A.    We arrived at the Lucaya Marina and over there Mr. Rolando

11  actually booked a room at a hotel and he was to meet the person

12  he had contact with to find out where they had to pick up these

13  people.

14  Q.    Did you eventually pick up these people?

15  A.    That was about four 4:00 or 5:00 a.m   At that time, we

16  picked them up.

17  Q.    Who returned with you and these Chinese people on the boat

18  back to Miami?

19  A.    I and Mr. Gardino did.

20  Q.    Where was Rolando?

21  A.    Rolando stayed at Freeport and he came by plane.

22  Q.    When did he come back by plane?

23  A.    That same day.   Around 9:00 a.m  he took the plane and came

24  back.

25  Q.    And where were you taking these people in Miami?

**November 4, 2008**

## Lopez - Direct

1  A.   Towards Rolando's house that was by the river bank.

2  Q.   And was Rolando there, eventually?

3  A.   Rolando had already arrived by then and he was already

4  there.

5  Q.   And what did you do with the people when you arrived?

6  A.   We got them off there at Rolando's place and I called

7  Mr. Abinael Caraballo on the phone and told him to go to

8  Haulover Marina to get the boat out.

9  Q.   Did you take the boat to Haulover Marina?

10  A.   I personally did.

11  Q.   And when you arrived, who met you at the marina?

12  A.   Mr. Abinael was there.

13  Q.   And what happened when you put the boat on the trailer?

14  A.   We left for Mr. Abinael Caraballo's house located in

15  Hialeah.

16  Q.   Why did you go to Mr. Abinael's house?

17  A.   Because that's where he kept his boat.

18  Q.   And when you arrived at Mr. Caraballo's house, where did

19  you go?

20  A.   I went to Gardino's house.

21  Q.   Why did you go to Gardino house?

22  A.   Because I had to wait there until the money was paid

23  because it was there where the money was going to be paid.

24  Q.   How much money were you going to be paid for that trip?

25  A.   $4,000.

**November 4, 2008**

## Lopez - Cross

1  Q.   And who paid you?

2  A.   Mr. Gardino.

3  Q.   And how many times have you used Mr. Abinmel Caraballo's

4  boat to smuggle illegal aliens into the United States?

5  A.   Three times.

6  Q.   Were all those times successful?

7  A.   No.   All of them except one.

8          MR. BROWN:   One moment, Your Honor.

9          Nothing further, Your Honor at this time.

10          THE COURT:   Cross-examination.

11                      CROSS EXAMINATION

12  [Beginning at 2:43 a.m, 11/4/08.]

13  BY MR. BEGUIRISTAIN:

14  Q.   Just to make sure we're on the I same page, you're a liar.

15  Correct?

16  A.   I have come here to tell the truth.

17  Q.   I'm sorry.   Today you're a truthful person, but the rest of

18  your life you have been a liar?

19  A.   I have come here just to tell the truth only.

20  Q.   See, that's a lie.   Correct?

21          MR. BROWN:   Objection.   Asked and answered, Your

22  Honor.

23          THE COURT:   Overruled.

24  BY MR. BEGUIRISTAIN:

25  Q.   That's a lie, what you just said?

**November  4,  2008**

**Lopez - Cross**

1  A.   It is not a lie.   It is the truth.

2  Q.   Oh, okay.   So you're here, the only reason you're here is

3  to tell the truth?

4  A.   The truth.   The truth is what I am telling.   Why do you

5  think I know so many things?

6  Q.   Okay.

7       The gentleman sitting right there, Russ Brown, you

8  know him pretty well at this point.   Correct?

9  A.   I don't.   This is the first time I see him

10  Q.   Are you expecting him to do anything for you for your

11  testifying here today?

12  A.   I don't know.

13  Q.   Don't know.

14       Why don't you tell us, you don't want any sentence

15  reduction because the only thing you want to do here is tell

16  the truth?   That's the only reason you're here?

17  A.   To tell the truth.

18  Q.   And do you want to tell them you don't want any sentence

19  reduction?   You just want to tell the truth?   That's the only

20  reason you're here?

21  A.   To tell the truth.

22  Q.   Let's start with your first lie to the jury today.   In 2004

23  you lived in Cuba?

24  A.   No.

25  Q.   When did you live in Cuba last?

**November 4, 2008**

**Lopez - Cross**

1  A.   I am right here on January the 3rd, 2005.

2  Q.   Okay.

3          On January 2nd of 2005, where did you live?

4  A.   I was living in Homestead.

5  Q.   When did you arrive in the United States?

6  A.   January the 3rd, 2005 by Tortuga Key.

7  Q.   Okay.  The Tortuga Keys are about 60 miles west of Key

8  West?

9  A.   Yes, yes.

10  Q.   Maybe it was just a slip of your tongue, but on January

11  2nd, the day before you ended up in the Tortugas, where did you

12  live, January 2nd, 2005?

13  A.   Yes, a few days before I was in Cuba because I departed on

14  a raft and I arrived on January the 3rd.

15  Q.   How many people ended up on the Tortugas with you that day?

16  A.   14.

17  Q.   And what was this raft made of?

18  A.   Aluminum

19  Q.   Were you able to build it yourself or did you have help?

20  A.   I built it myself with the help of two other people.

21  Q.   Was there anything else on this raft or was it just

22  aluminum?

23  A.   Aluminum and a Toyota engine, a 70 horsepower.

24  Q.   Diesel or gas?

25  A.   Diesel.

**November 4, 2008**

**Lopez - Cross**

1  Q.   And did you have a tank on this raft?

2  A.   It had two large tanks.

3  Q.   How big were these tanks?

4  A.   More or less, a meter in height.

5  Q.   And how many gallons would fit in each of these tanks?

6  A.   There was one which contained approximately 55 gallons and

7  a 24 gallon one.

8  Q.   Did you fuel those with fuel in Cuba?

9  A.   Yes.

10  Q.   How big was this raft?  One meter by five meters or --

11  A.   About 12 or 13 foot.

12  Q.   Would that be in length 12 or 13 feet?

13  A.   Length.

14  Q.   And the width, how wide?

15  A.   A meter and two feet.

16  Q.   About five feet?

17  A.   More or less, yes, five feet.

18  Q.   So we have a 12 by five foot raft made out of aluminum with

19  a Toyota engine and two barrels of fuel on top of it to make it

20  to the Tortugas?

21  A.   Well, it's not gallons.  It's liters.  In Cuba, they use

22  liters.

23  Q.   I'm sorry.  I stand corrected.

24       So was it 55 gallons or 55 liters?

25  A.   Liters, liters, liters.  Here they call, they use the word

## Lopez - Cross

1  "gallons" and in Cuba they use the word "liters."

2  Q.   And was there a pump to pump the fuel from these drums into

3  the motor?

4  A.   The engine had it.

5  Q.   Was that a two stroke or a four stroke?

6  A.   It was a Japanese engine, a Toyota, and it pump the diesel

7  by itself.

8  Q.   Where did you live in Cuba?

9  A.   I lived in Havana while in Cuba.

10  Q.   I'm sorry.   Where when you left on this raft --

11          THE INTERPRETER:   "Raft"?

12  Q.   I'm sorry.

13          -- where did you leave from?

14  A.   Herradura, H-e-r-r-a-d, like David, u-r-a, Valle,

15  V-a-l-l-e, which means valley.

16  Q.   And that's on the north coast of Cuba?

17  A.   In the northern, in the north coast.

18  Q.   And did you have a GPS with you?

19  A.   A GPA, yes, GPA.

20  Q.   And you plotted into the GPS, the coordinates to get to Dry

21  Tortugas?

22  A.   When we bought the GPA, that route was already put in the

23  GPA.

24  Q.   Who smuggled that GPS into Cuba for you?

25  A.   That I cannot tell you because I do not know.

**November 4, 2008**

**Lopez - Cross**

1  Q.   Did you end up putting the GPS in your hands?

2  A.   Well, in itself, I was the helmsman.  I was not the one in

3  charge of the GPA.  The GPA was in charge of another person.

4  Q.   So you were piloting the boat at that time?

5  A.   Yes.

6  Q.   Okay.

7       And somebody else guided you?

8  A.   Yes.

9  Q.   And that was one of the 14 people you came with?

10 A.   Yes.

11 Q.   And how long did it take you to get from Cuba to the Dry

12 Tortugas?

13 A.   24 hours.

14 Q.   Did you have any water aboard the vessel?

15 A.   Yes, water, food, everything.

16 Q.   And is there anyone chance you're mistaken on the type of

17 vessel that got you to the United States?  It wasn't one with

18 two big motors on the back of it?

19 A.   I cannot be mistaken because I built it.

20 Q.   Was there anything on this raft to keep it afloat other

21 than the aluminum, such as tires, foam, anything like that?

22 A.   There was a black raft also.  There were two, but we dumped

23 one of them  We lost one of them in the high seas.

24 Q.   And when you were in the Dry Tortugas, I imagine the Coast

25 Guard rescued you from the Tortugas?

**November 4, 2008**

## Lopez - Cross

1   A.   Yes.

2   Q.   And since you had touched dry land, you were allowed to

3   stay in the United States.   Correct?

4   A.   Yes.

5   Q.   And when the Coast Guard looked and you told them the

6   story, they were not able to find this raft.   Correct?

7   A.   In fact, the third person who saw us was a dwarf who was

8   the one who told the Coast Guard some Cuban people had arrived.

9   Q.   And the raft that you were on had floated away to sea and

10  the Coast Guard was not able to find it.   Correct?

11  A.   No.   We showed it to them on the shore when we arrived

12  there and they pulled it out.

13  Q.   In the year 2006, you were working installing floors.

14  Correct?

15  A.   Yes.

16  Q.   Make --

17  A.   Polishing.   Not installing, polishing floors.

18  Q.   I'm sorry.   Polishing floors.

19          And you made about $300 a week?

20  A.   Yes.

21  Q.   And were you married at that time?

22  A.   Married?

23  Q.   Yes.

24  A.   Yes.

25  Q.   And did your wife work?

**November 4, 2008**

## Lopez - Cross

1   A.   Yes, my wife, yes.

2   Q.   And how much money did she make a week?

3   A.   My wife earned, depending, because she worked cleaning

4   houses.

5   Q.   What did she make, about $200 a week?

6   A.   No, between 4 to $500, according to what she was paid.  She

7   used to be paid about 400, $500, $80 a day.

8   Q.   $80 times five days would be $400 a week.  Correct?

9   A.   Hmm

10  Q.   Is that a "Yes"?

11  A.   Yes, yes, yes.

12  Q.   Now, in June of 2006, you bought a condominium in North

13  Miami.  Correct?

14  A.   No.

15  Q.   Is your wife's name Francesca Suarez?

16  A.   No.   My wife's name is Ana Maria Mesa Ramirez.

17  Q.   On August the 6th is when you took this vessel out to sea.

18  Correct?

19  A.   Yes.

20  Q.   And on that day, Abimnel Caraballo asked to see your

21  driver's license and took all the information off of your

22  driver's license.  Correct?

23  A.   Correct.

24  Q.   On August the 7th, you picked up 11 people in the Bahamas.

25  Correct?

**November 4, 2008**

## Lopez - Cross

1  A.   Yes.

2  Q.   Now, when the vessel was dropped off with you at Haulover

3  Marina or Haulover ramp on August the 6th, you say that the

4  vessel had a bunch of extra fuel tanks?

5  A.   Yes, the fuel was always there.

6  Q.   Okay.

7       Now, you say that Edel Miranda checked the route to

8  the marina to make sure there was no police on the way.

9  Correct?

10  A.   Yes.

11  Q.   And once the coast was clear, it was okay to take the boat

12  over there.   Correct?

13  A.   Yes.

14  Q.   You just wanted to make sure no police officers saw these

15  fuel tanks in the boat.   Correct?

16  A.   Yes.

17  Q.   And then the boat gets lowered into the water and you're on

18  the boat.   Correct?

19  A.   Yes.

20  Q.   And while the boat is sitting there at the ramp loaded with

21  all these extra tanks of fuel, Abinmel decides to then go over

22  and buy bait?  That's what he does?

23  A.   Yes, he bought the bait and ice and water for the trip.

24  Q.   All these items were not already in the vessel?

25  A.   Yes, they were on the vessel, of course, in the ice box, in

**November 4, 2008**

## Lopez - Cross

1  the small ice box in front.  That was where the bait was always

2  put and the ice.

3          MR. BEGUIRISTAIN:  Your Honor, I'm going to ask can we

4  take a break at this time?

5          THE COURT:  Ladies and gentlemen, we'll take our

6  afternoon recess.  We'll take 10 minutes.  Please don't discuss

7  the case.

8          MR. BEGUIRISTAIN:  Thank you, Your Honor.

9          [The jury leaves the courtroom at 3:05 a.m]

10          THE COURT:  Did you have a specific request,

11  Mr. Beguiristain, or you just needed a break?

12          MR. BEGUIRISTAIN:  No, I just needed a break.

13          THE COURT:  All right.  We're in recess.

14          [There was a short recess at 3:06 a.m]

15          THE COURT:  Bring the jury in.

16          Mr. Beguiristain, your suppression hearing has been

17  changed.  Do you have the date?

18          MR. BEGUIRISTAIN:  Somebody told me December 2nd.

19          THE COURT:  December 2nd.

20          MR. BEGUIRISTAIN:  Thank you very much.

21          THE COURT:  Sure.

22          [The jury returns to the courtroom at 3:23 a.m]

23          MR. BEGUIRISTAIN:  Your Honor, I'm going to

24  introduce -- I'm sorry.

25

November 4, 2008

## Lopez - Cross

1            [Proceedings at sidebar follow]:

2            MR. BEGUIRISTAIN:   There are two government exhibits

3    I'm going to want to introduce.

4            THE COURT:   No objection?

5            MR. BROWN:   No.

6            THE COURT:   These are my drafts on your jury

7    instructions.   There are some changes.   Take a look at it.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**November 4, 2008**

## Lopez - Cross

1                    [Proceedings in open court follow]:

2                    THE COURT:   Be seated.

3                    (Speaking with the witness in Spanish.)

4    BY MR. BEGUIRISTAIN:

5    Q.   Now, when you left Haulover ramp, how many life vests were

6    aboard this vessel?

7    A.   Actually, life vests, I don't know how many were there.

8                    Mr. Abinnel always tells us the life vests were always

9    there below and we shouldn't worry about that, but I never

10   checked them out.   I never inspected how many, if there were

11   five or 10 life vests there.

12   Q.   The Government Exhibit 22 shows two life vests, which is

13   what's up on your screen there right now.   Were there more than

14   two life vests aboard that vessel?

15   A.   I can't tell you that.   I don't know.

16   Q.   Did you tell your attorney that there was more than two

17   life vests aboard that vessel?

18                   MR. BROWN:   Objection, Your Honor.   Privilege.

19                   THE COURT:   Sustained.

20   BY MR. BEGUIRISTAIN:

21   Q.   Okay.

22                   You leave Haulover ramp and you go to Freeport.

23   Correct?

24   A.   Yes.

25   Q.   Lucaya Marina?

**November 4, 2008**

**Lopez - Cross**

1   A.   Yes.

2   Q.   From Haulover to the Lucaya Marina, did you have to add any

3   fuel to the vessel?

4   A.   On our way to that point, the tank was full,

5   Q.   At the Lucaya Marina in Freeport, they sell fuel.  Correct?

6   A.   No.

7   Q.   You claim to have had about 12 or 13 extra tanks of fuel

8   aboard the vessel when you left Haulover?

9   A.   Yes.

10  Q.   And you decided to refuel the vessel while you were already

11  on the way back to Miami.  Correct?

12  A.   On the way back, halfway

13  Q.   Okay.

14          Now, if you made it to Freeport with a full tank of

15  gas and you're going to do this smuggling mission -- because

16  that's what you're doing.  Correct?

17  A.   Yes.

18  Q.   Okay.

19          -- why the wouldn't you refuel the vessel from the

20  tanks when you were sitting there six hours overnight in

21  Freeport?

22  A.   No, because you couldn't sit there.  It was a matter of

23  getting people on board and then get back to the United States

24  right away, in five minutes, and, so, it would be just as long

25  as it would take us to bring people on board the vessel.

**November 4, 2008**

## Lopez - Cross

1  Q.   So you were only in Freeport for five minutes to load the

2  people?

3  A.   Yes.   From the time we would get there and get them on

4  board, it would take us more than five minutes.   Like 15

5  minutes.

6  Q.   You left Haulover about 5:30?

7  A.   More or less at that time.

8  Q.   It took you three hours to get to Freeport?

9  A.   Yes.

10  Q.   So you're in Freeport about 8:30 at night?

11  A.   At that time in the evening.

12  Q.   You were supposed to pick up these 11 people at midnight?

13  A.   They were supposed to be picked up at midnight, but there

14  were mishaps and then we were unable to do so.

15  Q.   From 8:30 to midnight, you had about three and a half hours

16  to refuel the vessel.

17  A.   It was not refueled.   We refueled the next day, heading

18  back to the U.S.

19  Q.   You would rather wait to come back to the United States, be

20  halfway between the Bahamas and the United States than refuel

21  while you're sitting around doing nothing?

22  A.   No, because at nighttime, it was dark.   Even though we had

23  lights, we could not turn on the lights so we couldn't see a

24  thing because it was dark.

25  Q.   What did you use to refuel this vessel?   Did you just pour

**November 4, 2008**

## Lopez - Cross

1  from the red tanks into the tank or did you have a transfer

2  pump or what did you do?

3  A.   No, there was no pump.   Those tanks are sold with the hose

4  to put the fuel in.

5  Q.   In other words, it's a regular tank?  You just put the

6  little spout on and pour it inside the tank?

7  A.   Yes.

8  Q.   And you didn't want to do that at that time?

9  A.   We couldn't do it there because it was nighttime.

10  Q.   Isn't it true there really was no extra fuel on this boat?

11  A.   Yes, there was extra fuel, the red tanks that were there.

12  Q.   And it just sounds really, really nice to be able to tell

13  the prosecutor or the agent "Yeah, he had all this extra fuel

14      aboard the vessel."  Isn't it true there was no fuel at

15  all?

16          MR. BROWN:   Objection.   Asked and answered, Your

17  Honor.

18          THE COURT:   Overruled.

19          MR. BEGUIRISTAIN:   I believe the objection was

20  overruled?

21          THE COURT:   Correct.

22  A.   We couldn't get back with the tanks on because on our way

23  as they were on empty, we would puncture them and get rid of

24  them with a knife.

25  Q.   And of everything in the world we have your word that there

**November 4, 2008**

## Lopez - Cross

1  was extra fuel aboard this vessel.  That's what we have?

2  A.   Yes.

3  Q.   Now, prior to this incident, you had made a previous alien

4  smuggling mission.  Is that correct?

5  A.   Before the last trip, yes, yes.  Oh, sure.  Twice, two

6  times more.

7  Q.   Now, on those you decided to drop the people off behind El

8  Gordo's house.  Right?

9  A.   Yes.  On the first trip they were dropped off behind El

10  Gordo's house.

11  Q.   And Gardino, Martinez and Rolando, El Gordo, they organized

12  these alien smuggling missions.  Correct?

13  A.   Yes.  Actually, Mr. Gardino was -- Mr. Ariel Caraballo -- I

14  mean, Mr. Ariel with Abimael Caraballo.

15  Q.   And Gardino is the one who introduced you to Abimael.

16  Correct?

17  A.   Me, personally.

18  Q.   And Gardino is an alien smuggling organizer?

19  A.   Yes.

20  Q.   Prior to testifying today, were you able to review reports

21  of this August 7th incident from law enforcement?

22  A.   No reports.  In fact, what I know I know because I got

23  caught and I got arrested.

24  Q.   By the way, the outfit you're wearing today, where did you

25  get that outfit?

**November 4, 2008**

**Lopez - Cross**

1  A.   From prison.

2  Q.   That would be the one right across the street here?

3  A.   Yes.   I have been sentenced to five years.

4  Q.   Okay.

5        And is Edel Miranda there also?

6  A.   I suppose he's there, too, yes.

7  Q.   And he has been there in the last year and three months?

8  A.   He must be there.   I'm not together with him

9  Q.   But you see each other while you're there?

10       THE INTERPRETER:   Say that again.

11  BY MR. BEGUIRISTAIN:

12  Q.   But you see each other while you're there?

13  A.   No, no, no.   He is in one area and I'm in another area, I

14  assume.

15  Q.   You have communication with him through mutual friends?

16  A.   No, you can't you can't communicate with any friends there

17  because it's a maximum security prison.

18  Q.   How many lies have you and Edel Miranda coordinated between

19  you to tell the Government, the agents and the jury?

20  A.   None, just the truth, the truth.

21  Q.   Good.

22       Now, on August the 7th, you were arrested.   Correct?

23  A.   Yes, sir.

24  Q.   Did you get out on bond?

25  A.   No, no, I was unable to get out on bond.

**November 4, 2008**

**151**

## Lopez - Cross

1  Q.   Did Edel Miranda get out on bond?

2  A.   No, he was unable to get out on bond either.

3  Q.   So it's your testimony from August the 7th 'til today,

4  you've had no communication with Edel Miranda?

5  A.   Actually, of course, they put us on the same floor, but

6  after we were sent to prison, ever since, I have had no more

7  communication with him

8  Q.   Okay.

9        When were you sent to prison?

10 A.   August 7th.

11 Q.   Hang on one second.   August 7th you were arrested.

12 A.   Yes.

13 Q.   December 17th, 2007 you were sentenced to five years in

14 prison.

15 A.   Yes.

16 Q.   Okay.

17        From August the 7th to December 17th, you still hadn't

18 been sent off to prison.   Correct?

19 A.   Not yet.

20 Q.   And during that time period you had communication with Edel

21 Miranda.   Correct?

22 A.   Yes.   Actually, I did have communication with him

23 Q.   And that's when you and him decided to make up the stories

24 as you went.   Correct?

25 A.   No, we were not making up stories.   That's the truth.   I'm

**November 4, 2008**

**Lopez - Cross**

1  telling the truth.

2  Q.  Okay.  I got it.

3           Just so we're clear, you and him never made up any

4  stories?

5  A.  No stories.  That's the truth.

6  Q.  Okay.

7           November -- August 7th, 2007, you get arrested.

8  A.  Yes.

9  Q.  And he is not here right now, but there's a Special Agent

10  named Mark Samples who read you your rights and told you if you

11  wanted an attorney, he would get you an attorney.   Correct?

12  A.  I at no time have said -- I got a Court-appointed lawyer.

13  That's the only lawyer I've had.

14  Q.  Okay.  Let me see if I can jog your memory a little.

15           You were at the boat ramp on August the 7th in

16  Haulover Beach.  Correct?

17  A.  Yes.

18  Q.  By the way, let me ask you a quick question about that.

19  When you pulled the boat up, did Mr. Caraballo back down with

20  the trailer?

21  A.  Yes.

22  Q.  Did he get inside the boat?

23  A.  No, he did not get into the boat.  He was backing up with

24  the truck and I hitched it with the winch.

25  Q.  So if the police officer said he got on the boat, that

**November 4, 2008**

## Lopez - Cross

1    police officer would be lying.   Correct?

2              MR. BROWN:   Objection, Your Honor.

3    A.   Would you repeat your statement again?

4              THE COURT:   Overruled.

5    BY MR. BEGUIRISTAIN:

6    Q.   While he backed the trailer on to the ramp, did Abinnel

7    Caraballo go and get inside the boat?

8    A.   No, he didn't need to get into the boat.   He already knew

9    what was coming in it.   His job was to get the boat out with

10   the people in the boat and he knew that he could not take long

11   and he had to do that quickly.

12   Q.   So my question is if a police officer said "Yes," he saw

13   Abinnel get on the boat, that officer would be lying.   Correct?

14   A.   Mr. Abinnel did not get into the boat.   It wasn't enough

15   time to get into the boat.   He was driving there.   When he was

16   trying to move forward and get the boat out, at that point in

17   time the police officer showed up at the scene and he was not

18   given time to do it.   He did not allow to take the boat.

19   Q.   Now, when that officer came, they put handcuffs on you

20   behind your back.   Correct?

21   A.   Yes, and then the Chinese got arrested.

22   Q.   Now, a Customs Agent named Mark Samples came over and

23   picked you up and took you to his office on the Miami River.

24   Correct?

25   A.   Not two, the three of us.

**Lopez - Cross**

1    Q.    You, Edel and Abinuel.

2    A.    Yes.

3    Q.    They took all three of you to the office by the Miami

4    River.   Correct?

5    A.    Yes.

6    Q.    And then he they put you in a room?

7    A.    Yes.

8    Q.    And then an officer came to talk to you.   Correct?

9    A.    Yes, that's correct.

10   Q.    And there the lies begin.   Right?

11   A.    Yes, it is true that we told lies there when we said that

12   he didn't know anything about that and we made up the story

13   that we were the ones who had taken the boat from him because

14   we were going to purchase the boat from him and, actually, it

15   was a lie that we would to tell so he would not get hurt.

16   Q.    So you decided to lie?

17   A.    Yes.

18   Q.    And Agent Mark Samples told you that you had a right to an

19   attorney.   Correct?

20   A.    I do not know who that Mark Samples is.

21   Q.    The police officer or the Customs agent that was

22   interviewing you.   He told you you had a right to an attorney.

23   Correct?

24   A.    In the courthouse was where they told me that.

25   Q.    Okay.

**November 4, 2008**

**Lopez - Cross**

1          So they didn't advise you that you had a right to an

2    attorney at that time?

3    A.   No.

4    Q.   Now, you told that officer that you and Edel Miranda

5    rescued these 11 people from the beach.   Correct?

6    A.   Yes, it's true.

7    Q.   And you told that officer that you thought they had visas

8    to come into the United States?

9    A.   Yes, correct.

10   Q.   Then you appeared in court the next day?

11   A.   Yes.

12   Q.   And the Judge appointed you an attorney?

13   A.   Yes.

14   Q.   And that attorney was Franz Parke.   Correct?

15   A.   Yes.

16   Q.   About a week later, you went to court with your attorney

17   and the attorney showed you a copy of the Indictment against

18   you.   Correct?

19          THE INTERPRETER:   Was it a male or female attorney?

20          MR. BEGUIRISTAIN:   It's a he.

21   BY MR. BEGUIRISTAIN:

22   Q.   A copy of the Indictment against you.   Correct?

23   A.   Yes, correct.

24   Q.   And on your behalf, he entered a plea of not guilty.

25   Correct?

**November 4, 2008**

## Lopez - Cross

1   A.   Yes.

2   Q.   And then you started to talk with him, how are you going to

3   get out of this mess.   Correct?

4   A.   Well, in fact, he didn't tell me anything.

5   Q.   Are you familiar with a place that they call the Igloo?

6   A.   No, I do not know what that is.

7   Q.   Okay.

8            Between you and your attorney, you decided the best

9   way to handle this would be to sit down and talk with the

10  police.   Correct?

11  A.   No.   What I said, in fact, was that I was going to tell the

12  truth.

13  Q.   When was this?

14  A.   I do not even remember well when this was.

15  Q.   Okay.   Let's go over a timeline.

16           You get arrested August the 7th.

17  A.   Yes.

18  Q.   Approximately August 21st you -- your attorney pleads on

19  your behalf not guilty in court.   Correct?

20  A.   Yes.

21  Q.   And then within a week or two you decide the best way out

22  of this was to sit down and talk with -- not with Russ Brown.

23  There was another U.S. Attorney a little bit shorter, glasses

24  named Don Brown.   Do you remember him?

25  A.   In fact, I do not remember.   I do not remember very well.

**November 4, 2008**

## Lopez - Cross

1   Q.   At that time you had an attorney.   Correct?

2   A.   I had an attorney until I was sentenced.

3   Q.   Have you heard the term "5K1"?

4   A.   The term "5K1"?   No, no.   I don't know.   I don't know.   I

5   don't know anything about laws.

6   Q.   Okay.

7            You are over here.   You were over here from August

8   'til at least December of last year at FDC.   Correct?

9   A.   I spent seven or eight months, more or less.

10  Q.   And you never heard the term "5K1"?

11  A.   No, not that.

12  Q.   What about rule 35?

13  A.   I don't know what rule 35 is.

14  Q.   Okay.

15           Approximately a month and 17 days after you were

16  arrested -- let's see, do you remember the officer who stopped

17  the boat, a tall guy?

18  A.   Yes, a tall guy that weighs about, more or less, 210.

19  Q.   His name is Officer Andollo.   Correct?

20  A.   I do not know, in fact, his name because he never told me

21  his name.

22  Q.   After your arrest on August the 7th, when was the next time

23  that you saw him?

24  A.   That I saw him again?

25  Q.   Yes.

**November 4, 2008**

## Lopez - Cross

1    A.    The thing is that I just saw him once and I do not remember

2    his face very well.   Imagine, so many things happened that I do

3    not --

4    Q.    Okay.

5          After you were arrested the first time, you sat down

6    with any agents or police officers.   Do you remember that?

7    A.    With two Federals, yes, I remember.

8    Q.    And that was a month and 17 days after your arrest?

9    A.    No, no.   That was the same day when I was arrested, in the

10   afternoon when I saw the Federal agents.

11   Q.    I'm sorry.

12         After August the 7th, the first day you sat down with

13   any agents to discuss this case, would that be around September

14   24th?

15   A.    No, I don't remember.   I don't remember very well.   I

16   really don't.

17   Q.    To jog your memory, you would have been there with your

18   attorney, a prosecuting attorney named Don Brown, which is the

19   one who prosecuted you.

20         THE INTERPRETER:   One or two agents?

21   A.    Well, that was the day when the Chinese were in front of

22   us.   That could be the day.

23   Q.    Let's try this:   Did you ever after your arrest, after

24   August 7th, maybe about a month, a month and a half later, sit

25   down with the police officers involved and the U.S. Attorney

**November 4, 2008**

## Lopez - Cross

1   involved and agree to cooperate with them?

2   A.   In fact, I sat down and I told and I said that I was going

3   to tell the truth and only the truth.   That's all.

4   Q.   The first time you sat down with them, about September

5   24th, approximately, you agreed to tell them the truth.

6   Correct?

7   A.   No, I didn't agree to tell them the truth.   I said lies.

8   Q.   When was that?

9   A.   I do not even remember very well.   I believe it was about a

10  month later, something like that.

11  Q.   So you sat down with some police officers and a U.S.

12  Attorney?

13  A.   And they wanted for me to tell the truth to them and I

14  didn't say anything.   I invented -- I concocted another tall

15  story.

16  Q.   And your attorney was present with you?

17  A.   Yes, he was there.

18  Q.   So around September 24th, you and your attorney sit down

19  with a U.S. Attorney named Don Brown and some agents --

20            MR. BROWN:   Objection.   Asked and answered, Your

21  Honor.

22            THE COURT:   Overruled.

23  Q.   -- for you to make a statement as to what happened in this

24  case.   Correct?

25  A.   Well, I gave a statement, but after my sentencing, after I

## Lopez - Cross

1    was sentenced.

2    Q.   We'll get over to that statement in a minute.   We're still

3    on the September one.

4              Now, did your attorney say "You don't have to talk

5       with the police officers"?

6              MR. BROWN:   Objection.   Privilege, Your Honor.

7              THE COURT:   Sustained.

8              MR. BEGUIRISTAIN:   I'm sorry.   The privilege goes, the

9    privilege goes the client to the attorney, not the attorney to

10   the client.

11             Okay.

12   BY MR. BEGUIRISTAIN:

13   Q.   Did you understand you had a right not to speak with

14   agents?

15   A.   Yes.

16   Q.   Yet you chose to talk with them anyway?

17   A.   Well, at first if I wanted, I could tell the truth and, if

18   not, I would tell lies.

19   Q.   And at that meeting with your attorney present, you told

20   the agent and the U.S. Attorney that you met a Bahamian male in

21   Freeport while you were out on the boat.   Correct?

22   A.   Yes.

23   Q.   And you told them this Bahamian male asked you if you

24   wanted to bring these people to the United States for $600

25   apiece.   Correct?

**November 4, 2008**

## Lopez - Cross

1   A.   Yes, correct.

2   Q.   And that he gave you a phone number?

3        THE INTERPRETER:   That he gave his phone number?

4   BY MR. BEGUIRISTAIN:

5   Q.   And that he gave you a phone number to contact for payment?

6   A.   Yes.

7   Q.   Now, at this time, while you were sitting down with the

8   agents, you want them to help you and reduce your sentence.

9   Correct?

10  A.   Well, what I told them, in fact, was that I had seen this

11  Bahamian man and he had proposed to me if I wanted to bring

12  those people for $600 per head and that was, in fact, an

13  invented, a concocted tall story that I told them

14  Q.   And at that time you told the agents that Abimael

15  Caraballo -- while your attorney was present with you -- had no

16  idea that this boat was being used for an alien smuggling

17  mission?

18  A.   Yes.   On that day that I said those lies, I was covering

19  him up.   I was telling lies so that he would not have any

20  problems, but, in fact, later I did say the truth.   I did tell

21  the truth and that is the reason why I'm here.

22  Q.   After that meeting, based upon what you told the U.S.

23  Attorney's Office, did they agree to reduce your sentence?

24  A.   In fact, nothing had been promised to me.

25  Q.   As a matter of fact, you may not get a reduction in

**November 4, 2008**

## Lopez - Cross

1  sentence.   Right?

2  A.   Perhaps not.   I do not know.

3  Q.   But the reason you're sitting here is to get one?

4  A.   Yes.

5  Q.   As a matter of fact, you entered into a plea agreement on

6  October 11th, 2007, some 17 days or 15 days after that meeting

7  at with the agent and U.S. Attorney, Don Brown.   Correct?

8  A.   Yes, yes.

9          MR. BEGUIRISTAIN:   Can I approach, Your Honor?

10         THE COURT:   You may.

11 BY MR. BEGUIRISTAIN:

12 Q.   I'm showing you what has been marked Government's

13 Exhibit -- I believe it's 13.   Is that your name on the front

14 of that document?

15     [Government Exhibit 13 marked for identification at

16 4:04 a.m]

17 A.   Yes.

18 Q.   And is that your signature on the last page on the bottom?

19 You might want to flip it over.

20 A.   (Complied.)

21         Yes, this is my signature.

22         MR. BEGUIRISTAIN:   Your Honor, we would like to move

23 Government's Exhibit 13 into evidence.

24         MR. BROWN:   Yes, Your Honor, it's fine.

25         THE INTERPRETER:   Judge, is it possible to close the

**November 4, 2008**

## Lopez - Cross

1  window a little bit, the reflection?

2          THE COURT:   You're bothered by the sun?

3          THE INTERPRETER:   The glare, it's hitting me in my

4  face.   Maybe it's the clouds.

5  BY MR. BEGUIRISTAIN:

6  Q.   Okay.

7          Now, before you signed that agreement -- do you read

8  English?

9  A.   No, I know nothing in English.

10 Q.   Did somebody read this document to you before you signed

11 it?

12 A.   Yes, they read that document there, but I don't know.   I

13 don't even remember.

14 Q.   Who read you the document?

15 A.   This document was read by the attorney, I believe.

16 Q.   To you in Spanish?

17 A.   Yes, a translator into Spanish.

18 Q.   Okay.

19          So now by signing that document, you agreed to plead

20 guilty to the charges against you in the Indictment.   Correct?

21 A.   No, I got the document and I signed them   I know nothing

22 about lies.   I signed it.

23 Q.   So nobody explained this document to you?

24 A.   Yes, it was explained to me, but, imagine, I cannot tell

25 you everything now because I don't remember some things.

**November 4, 2008**

**Lopez - Cross**

1  Q.   Do you remember that you agreed to a five year sentence?

2  A.   Yes.

3  Q.   And what's your only way out of that five year sentence?

4  A.   To have time reduced for me.

5  Q.   And how would you get your sentence reduced?

6  A.   Telling the truth.

7  Q.   You would get that sentence reduced by testifying here

8  today.   Correct?

9  A.   Yes, could be.

10 Q.   So the Government did not agree to reduce your sentence

11 when you advised them that Abinnel Caraballo had nothing to do

12 and no knowledge of this smuggling mission.   Correct?

13 A.   Yes, I told them that.   That was during the first time when

14 I was covering him up that we invented that story about that

15 guy who told us about the Chinese.

16 Q.   When you say "we invented," that was you and Edel Miranda?

17 A.   Yes, because that had been coordinated before in case they

18 caught us.

19 Q.   And those were discussions between you and Edel Miranda?

20 A.   Yes, and also with Mr. Abinnel.   Those were the agreement

21 that we reached before we left, that in case we would be

22 caught, we would have to invent this Chinese story, this tall

23 story.

24 Q.   You are scheduled to leave prison December 15th, 2011.

25 Correct?

**November 4, 2008**

## Lopez - Redirect

1           THE INTERPRETER:   December 15?

2    A.   Yes.

3    Q.   Now all the lies that you have done throughout this whole

4    case, isn't it true that what you're doing right now is lying

5    so you're not sitting in prison until December 15th, 2011?

6    A.   I haven't told any lie here.   I am telling the truth here.

7           MR. BEGUIRISTAIN:   Nothing further, Your Honor.

8           THE COURT:   Redirect examination.

9                     REDIRECT EXAMINATION

10   [Beginning at 4:10 a.m., 11/4/08.]

11   BY MR. BROWN:

12   Q.   Sir, earlier I think that you were confused by what counsel

13   said when he referred to you as knowing me.   We have met on

14   several occasions before.   Correct?

15   A.   Yes, we've met before, yes.

16   Q.   Just to be clear, how many smuggling trips did you do with

17   Mr. Caraballo's boat again?

18   A.   Three trips.

19   Q.   And the defendant knew you were using his boat to smuggle

20   illegal aliens?

21   A.   Yes.

22   Q.   And one of those three trips was not successful?

23   A.   No, one of his trips was not successful.

24          MR. BROWN:   Nothing further, Your Honor.

25          THE COURT:   Thank you.

**November 4, 2008**

# Miranda - Direct

1          The witness is excused.

2          Government's next witness, please.

3          MR. BROWN:   Yes, Your Honor.   The Government calls

4   Mr. Edel Miranda.

5          [The witness was excused at 4:12 a.m]

6   EDEL MIRANDA, GOVERNMENT'S WITNESS, SWORN THROUGH INTERPRETER

7                    DIRECT EXAMINATION

8          THE COURT:   Please be seated.

9   BY MR. BROWN:

10  Q.   Good afternoon, sir.   Please state your name and spell your

11  last name for the record.

12  A.   Edel Miranda, E-d-e-l M i-r-a-n-d-a.

13  Q.   How old are you, sir?

14  A.   29.

15  Q.   How long have you been in the United States?

16  A.   Approximately four years.

17  Q.   Prior to being arrested and incarcerated, where did you

18  work?

19  A.   Air-conditioning mechanic.

20  Q.   And how much did you make in that job per week?

21  A.   $500 or -- $400 or $500.

22  Q.   And do you remember August 7th, 2007 and what happened to

23  you on that day?

24  A.   Yes.

25  Q.   What happened to you on August 7th, 2007?

## Miranda - Direct

1  A.   I was arrested at Haulover Marina with 11 Chinese.

2  Q.   Do you remember what you were charged with?

3  A.   Yes.

4  Q.   What were you charged with?

5  A.   Traffic of persons.

6  Q.   And what happened with your case for trafficking persons?

7  A.   I was sentenced to five years imprisonment.

8  Q.   You pled guilty and received a sentence?

9  A.   Yes.

10  Q.   And did you, in return, in agreeing to plead guilty agree

11  to cooperate as a witness for the Government?

12  A.   Yes.

13  Q.   So why are you testifying here today?

14  A.   I'm testifying here today because my colleague, the one who

15  was with me, his boat, is also guilty.

16  Q.   When you say "colleague," what do you mean by "colleague"?

17  A.   Abinmel Caraballo.

18  Q.   Do you see him here today?  You can stand up.

19  A.   (Complied.)

20  Q.   Can you please point to him?

21  A.   (Complied.)

22         MR. BROWN:   Your Honor, let the record reflect the

23  witness has identified the defendant, Abinmel Caraballo.

24         THE COURT:   The record so reflects.

25  BY MR. BROWN:

November 4, 2008

# Miranda - Direct

1  Q.   And what promises has the Government made to you in return

2  for your testimony?

3  A.   None.

4  Q.   What are you hoping to get by your testimony today?

5  A.   Through my testimony, if they wish or want to give me a

6  sentence reduction, they may do so.

7  Q.   And in order to get a reduction of your time, what are you

8  obligated to tell today?

9  A.   The truth.

10  Q.   Okay.

11         Let's turn to August 7th, 2007.  You were arrested

12  that day?

13  A.   Yes.

14  Q.   How did you first become involved in that smuggling

15  venture?

16  A.   Through a friend of mine with whom I was living, Gardino

17  Martinez.

18  Q.   What was asked of you for this alien smuggling venture?

19  A.   To go to Bahamas, to Freeport, to go pick up 11 Chinese.

20  Q.   And when did you speak with the defendant, Abinmel

21  Caraballo, about this?

22  A.   About four days before this trip, which was August 13th or

23  the 14th.

24  Q.   I'm sorry.  Which was when?

25  A.   August the 13th or the 14th.

November 4, 2008

## Miranda - Direct

1  Q.  But you were arrested on August 7th.  Correct?

2  A.  No, I mean on the 3rd or the 4th.  Pardon me.

3  Q.  Okay.

4         And what did Mr. Abinmel Caraballo tell you about this

5  trip?

6  A.  That I had to go to Freeport, Lucaya Marina, to pick up 11

7  Chinese.

8  Q.  When you first spoke to Mr. Abinmel, did this occur over

9  the telephone or in person?

10  A.  In person.

11  Q.  And where did this occur?

12  A.  In my house.

13  Q.  Who did you leave with at the time?

14  A.  With Gardino Martinez.

15  Q.  Okay.

16         And what did you tell Mr. Caraballo at that time as to

17  whether you were going to participate in this?

18  A.  Pardon me?

19  Q.  What did you tell Mr. Caraballo at that time as to whether

20  you were going to participate in this trip on August 6th and

21  7th?

22  A.  That the trip is not yet prepared and I had not yet made up

23  my mind as to going on this trip.  When a decision was made to

24  go on the trip, it was on August the 6th.

25  Q.  Okay.

**November 4, 2008**

**Miranda - Direct**

1          And then did you speak with Mr. Caraballo on August

2   6th?

3   A.   Yes.

4   Q.   And was this by telephone?

5   A.   No.

6   Q.   Was it in person?

7   A.   Yes.

8   Q.   And where did this meeting occur?

9   A.   In his house.

10   Q.   In whose house?

11   A.   Abimael Caraballo's house.

12   Q.   And who was present at that meeting?

13   A.   Gardino Martinez and Mr. Lopez and Ariel.

14   Q.   And you?

15   A.   And me.

16   Q.   And the defendant?

17   A.   Yes.

18   Q.   Okay.

19          And where did this meeting occur?

20   A.   At Abimael Caraballo's house.

21   Q.   And what was discussed at this meeting?

22   A.   About the trip.

23   Q.   And at that point, had you made up your mind to go on the

24   trip?

25   A.   By the time I got to his home, yes, I had already made up

**November 4, 2008**

## Miranda - Direct

1    my mind.

2    Q.    And what was to be your job on this trip?

3    A.    I'm Mr. Lopez' helper on the boat.

4    Q.    You were supposed to be the helper for Anderson Lopez on

5    the boat?

6    A.    Yes.

7    Q.    And how were you going to get to the Bahamas?

8    A.    Through Abimael Caraballo's boat.

9    Q.    And can you describe that boat for us, please?

10    A.    Yes.

11    Q.    Please describe it.

12    A.    It was an Oceanic, 24 feet boat, blue and white colored.

13    Q.    I'll show you Government's Exhibit 18.   Is this the boat?

14    A.    Yes.

15    Q.    Whose boat is THAT?

16    A.    Abimael's.

17    Q.    How do you know that's Abimael's boat?

18    A.    Because that's the boat in which I went to the Bahamas.

19    Q.    Where have you seen this boat located before?

20    A.    In his house.

21    Q.    Whose house?

22    A.    Abimael's house.

23    Q.    And you saw that boat on August 6th at his house?

24    A.    Yes.

25    Q.    Okay.

November 4, 2008

# Miranda - Direct

1          At this meeting, what was decided?  What was going to

2  be the plan at this meeting?

3  A.   We would go to the marina and then go to the Bahamas.

4  Q.   Who were you supposed to go to the marina with?

5  A.   I went by myself.

6  Q.   Why did you go by yourself?

7  A.   Because I had to go ahead to check if there was any police

8  officer at the marina.

9  Q.   Who came up with that part of the plan?

10  A.   Gardino Martinez and Abimael Caraballo.

11  Q.   And what were you supposed to do once you arrived at the

12  marina?

13  A.   Call Abimael Caraballo and tell him that there were no

14  police officers there.

15  Q.   And how did you get to the marina?

16  A.   On Anderson Lopez' car.

17  Q.   Can you please describe his car for us?

18  A.   It was a Chevrolet Cavalier, gray color, two door, 2000,

19  2001.

20  Q.   Okay.

21          And did you do that?  Did you leave to go over to the

22  Haulover Inlet?

23  A.   Yes.

24  Q.   What did you do when you arrived?

25  A.   When I arrived, I saw there was no police officer there and

## Miranda - Direct

1    I told him that he could come over, that there was no problems.

2    Q.   Who is "him"?   Who did you tell?

3    A.   To Abinnel Caraballo.

4    Q.   How did you tell him?

5    A.   Over the phone.

6    Q.   Did you have a cell phone?

7    A.   Yes.

8            MR. BROWN:   May I approach the witness, Your Honor?

9            THE COURT:   You may.

10   BY MR. BROWN:

11   Q.   Showing you what is Government's Exhibit 40.   Do you

12   recognize that?

13   A.   Yes.

14   Q.   That is your cell phone?

15   A.   Yes.

16           MR. BROWN:   Approach the witness, Your Honor?

17           THE COURT:   You may.

18   BY MR. BROWN:

19   Q.   Showing the witness what has been marked as Government's

20   Exhibit Number 36 for identification.

21       [Government Exhibit 36 marked for identification at

22   4:27 a.m]

23   BY MR. BROWN:

24   Q.   Do you recognize that?

25   A.   Yes.

**November 4, 2008**

# Miranda - Direct

1  Q.   Is that in the same condition as the last time you remember

2  seeing your phone?

3  A.   That was the phone call I made to him as I was coming back

4  from the Bahamas.

5          MR. BROWN:   Your Honor, at this time the Government

6  would move into evidence Government's Exhibit Number 36.

7          MR. BEGUIRISTAIN:   No objection.

8          THE COURT:   Admitted.

9     [Government Exhibit 36 received in evidence at 4:28 a.m.]

10 BY MR. BROWN:

11 Q.   So this is from your cell phone?

12 A.   Yes.

13 Q.   Whose phone number is that?

14 A.   Abimael Caraballo's.

15 Q.   How do you know it's Abimael Caraballo's cell phone number?

16 A.   Because he gave it to me so I could call him when I came

17 out of the marina.

18 Q.   But it's not listed under Abimael Caraballo.

19 A.   No.

20 Q.   What is it listed under?

21 A.   Salbaje, S-a-l-b-a-j-e, Salbaje.

22 Q.   What does "Salbaje" mean?

23 A.   It means an animal, a wild animal.

24 Q.   Why did you put his cell phone under a wild animal?

25 A.   So as not to put his name

November 4, 2008

**175**

## Miranda - Direct

1  Q.   Why didn't you put his name on there?

2  A.   In case I had any problems, they would get the phone number

3  as they did now.

4  Q.   Okay.

5        So you called his cell phone with that number from

6  your cell phone?

7  A.   Yes, sir.

8  Q.   About how long did you wait at the Haulover boat ramp

9  before he arrived?

10 A.   On the boat when I came back from the Bahamas?

11 Q.   No.   Before you left on August 6th when you went to the

12 boat ramp, saw there were no police officers, called

13 Mr. Caraballo and told him that, how long before he arrived at

14 the boat ramp?

15 A.   40 minutes.

16 Q.   And who arrived with him when he arrived?

17 A.   Anderson Lopez.

18 Q.   How did he get to the marina?

19 A.   A large truck, his truck.

20 Q.   And do you remember what color it was?

21 A.   Black.

22 Q.   I'm going to show you Government's Exhibit 17.   Is that

23 Mr. Caraballo's truck?

24 A.   Yes.

25 Q.   How do you know it's his truck?

**November 4, 2008**

## Miranda - Direct

1  A.   Because I know it's his.   The day we got caught, it was

2  that day when he was there at the marina.

3  Q.   And when he pulled into Haulover Marina with that truck,

4  what was behind it?

5  A.   The boat.

6  Q.   On a trailer?

7  A.   Yes.

8  Q.   When he pulled into Haulover boat ramp, did he put it in

9  the water?

10  A.   Yes.

11  Q.   And after the boat was put in the water, what did you do?

12  A.   HE went over to the marina to buy bait, water, Gatorade and

13  other stuff to eat.

14  Q.   Okay.

15        And who went over to the marina?

16  A.   I did and Abinnel.

17  Q.   Where was Anderson Lopez?

18  A.   On the boat.

19  Q.   Who paid for these items?

20  A.   He did, Abinnel.

21  Q.   How did he pay for them?

22  A.   I don't, I don't remember.   I believe it was with cash.

23  Q.   When you got back to the boat -- scratch that.

24        Why did he buy bait?

25  A.   So that when we left the Bahamas, if any Coast Guard ship

**November 4, 2008**

## Miranda - Direct

1  would see us, they might think that we were out fishing.

2  Q.   And what else was on the boat that would give the

3  impression that you were fishing?

4  A.   Fishing poles, bait.

5  Q.   I show you Government's Exhibit Number 21.   Are those the

6  fishing poles that were on the boat?

7  A.   Yes.

8  Q.   And are those the bottles of water and a bottle of Gatorade

9  that Mr. Caraballo bought at the marina that are on the boat?

10  A.   Yes, sir.

11  Q.   So after you loaded these items onto the boat, did you have

12  to get any gasoline?

13  A.   No.

14  Q.   Why not?

15  A.   The boat had a full tank and it had 11 or 12 cans, five

16  gallon cans on it.

17  Q.   Who put those extra gas cans on the boat?

18  A.   That came from Abimael Caraballo's house.

19  Q.   Showing you Government's Exhibit 22.   Is that one of the

20  fuel cans that was put on the boat by the defendant?

21  A.   Yes.

22  Q.   And what else do you see in that picture?

23  A.   On August 6th.

24  Q.   What else do you see in that picture?

25  A.   The life vest and the bait.

**November 4, 2008**

## Miranda - Direct

1  Q.   And is that the bait that Mr. Caraballo bought at the

2  marina?

3  A.   Yes.

4  Q.   And you were present when he bought that?

5  A.   Yes.

6  Q.   After these items were loaded on to the boat --

7  A.   I'm sorry, counsel.

8            THE INTERPRETER:   Your Honor, the light is blinking.

9  Does it mean it needs a battery?

10            [Discussion off the record.]

11 BY MR. BROWN:

12 Q.   After these items were loaded onto the boat, when did you

13 leave for the Bahamas?

14 A.   On that same afternoon, almost evening.

15 Q.   How did you know you were going to the Bahamas?

16 A.   Because they had given Abimael and Gardino the GPAs with

17 the coordinates already in.

18 Q.   What were you going to do when you got to the Bahamas?

19 A.   To get 11 Chinese, to put them into the boat.

20 Q.   Who told you you were picking up Chinese in the Bahamas?

21 A.   Abimael did.

22 Q.   So when you arrived in the Bahamas, was it after dark?

23 A.   No.   Since we departed out from the Haulover Marina, it was

24 almost dark.

25 Q.   So when you arrived in the Bahamas, it was after dark?

## November 4, 2008

## Miranda - Direct

1   A.   Yes.

2   Q.   And where in the Bahamas were you going?

3   A.   To Lucaya port on the marina at Freeport.

4   Q.   And so when you arrived off of Freeport, what did you do?

5   A.   We arrived about 12:00 midnight and I called up Abimael

6   Caraballo to advise him that we had arrived.

7   Q.   And did you call him on your phone?

8   A.   No.

9   Q.   What did you call him on?

10  A.   From a satellite telephone.

11          MR. BROWN:   May I approach the witness, Your Honor?

12          THE COURT:   You may.

13  BY MR. BROWN:

14  Q.   Showing you what has been admitted as Government's Exhibit

15  47.   Is that the satellite phone you used to call the

16  defendant?

17  A.   Yes.

18  Q.   What did you say to Mr. Caraballo when you called him on

19  the satellite phone?

20  A.   That we had already arrived in Freeport and he gave me a

21  phone number to call to a Bahanian, a gentleman in the Bahamas.

22  Q.   And who else did you call on that satellite phone?

23  A.   Abimael and the Bahanian man.

24  Q.   And what time were you supposed to pick up the Chinese

25  nationals?

**November 4, 2008**

## Miranda - Direct

1  A.   At 5:00 a.m

2  Q.   And was that supposed to be the original time that you were

3  supposed to pick them up?

4  A.   It was that to load them about 6:00, 6:30 in the morning.

5  Q.   Why did you have to load them later?

6  A.   Because from the area that we were going to put them on

7  board first, it couldn't have been possible to put them on

8  board because there were a great deal of rocks and the tide was

9  very low.

10 Q.   How were you eventually able to get the boat back to the

11 area where you picked up the Chinese?

12 A.   The Bahamian man came on board our boat and he took us by a

13 channel to a house where we loaded them

14 Q.   And when you arrived at this house, what did you see before

15 you loaded them?

16 A.   Two cars, a gray van and another car, a blue one, I think.

17 Q.   And who came out of the van?

18 A.   The Chinese did.

19 Q.   And where were they taken?

20 A.   Towards our boat.

21 Q.   And who helped them get on the boat?

22 A.   I did.

23 Q.   And where did you place them on the boat?

24 A.   In the cabin.

25 Q.   Why did you place them in the cabin?

**November 4, 2008**

## Miranda - Direct

1    A.    So that no one would see them

2    Q.    Why did you not want anyone to see them?

3    A.    Because it's supposed to be illegal.

4    Q.    Do you speak Chinese?

5    A.    No.

6    Q.    How were you able to tell them to go to the cabin?

7    A.    By gestures.

8    Q.    Did you ask them for their passports when they came aboard?

9    A.    No.

10   Q.    Why not?

11   A.    Because they're supposed to be illegals.

12   Q.    How did you know they were illegals?

13   A.    Because that's what I went to do.

14   Q.    And after you loaded the people on board the boat, what did

15   you do at that point?

16   A.    We left.

17   Q.    And where were you going?

18   A.    Here to Miami, to the Haulover Marina.

19   Q.    Why were you going to Miami, to the Haulover Marina?

20   A.    Because that was the place where Abimael was going to pick

21   us up.

22   Q.    And during the trip back, did you ever have to stop the

23   boat?

24   A.    Yes.

25   Q.    Prior to that, did you call anybody and tell them that you

**November 4, 2008**

## Miranda - Direct

1  had picked up these people?

2  A.  Yes.

3  Q.  Who did you call?

4  A.  Abimael Caraballo.

5  Q.  And what did you tell him?

6  A.  I called him up and I told him that we have already

7  finished fishing and then I was the one who told him that we

8  were carrying 12 fish, 11.

9        MR. BROWN:  For clarification, for the record, for the

10  interpreter, it's 11.

11        THE INTERPRETER:  Correction.  Only 11 fish, not 12.

12  BY MR. BROWN:

13  Q.  Why did you use those terminology "Fish"?

14  A.  In case somebody will be listening to the call, he couldn't

15  think that --

16  Q.  Okay.

17        Let me back up to 11 people.  Were they all Chinese

18  that came on board the boat?

19  A.  10 Chinese and somebody from Guyana.

20  Q.  Of course.

21        So fast-forward again.  You said -- did the boat ever

22  have to stop on its way to Miami?

23  A.  Yes.

24  Q.  And what did you have to do when the boat stopped?

25  A.  Fuel the boat with gasoline.

**November 4, 2008**

## Miranda - Direct

1  Q.   From the fuel cans that had been put on the boat?

2  A.   Yes.

3  Q.   And what did you do with the fuel cans after they were

4  empty?

5  A.   We opened them up.   We cut them up with a knife and we

6  dumped them

7  Q.   Why did you throw them in the water?

8  A.   Because since we had the Chinese in the cabin, we couldn't

9  put them there, so we didn't -- we couldn't allow the Coast

10 Guard to see those cans.

11 Q.   And as you got closer to Haulover Marina, did you call

12 Mr. Caraballo?

13 A.   Yes.

14 Q.   And what did you tell him?

15 A.   That we were about to arrive, to tell me if we could get

16 there.

17 Q.   And before you called him when you were about to arrive,

18 did you call him on other occasions on your way back with the

19 satellite phone?

20 A.   I called him with the satellite telephone when we stopped

21 to fuel and then after that every half an hour.

22 Q.   Okay.

23        And, so, what happens when you got back closer to the

24 boat ramp and you're talking to Mr. Caraballo?

25 A.   I called him when I was entering the marina.   I called him

## Miranda - Direct

1  from my cell phone.   I told him to put the trailer, the trailer

2  into the water so that it would be there when I arrived.

3  Q.   Okay.

4         Now, when you were calling him and talking to him and

5  you called the number in your cell phone and on the satellite

6  phone, you were sure it was Mr. Caraballo you were talking to?

7  A.   Yes.

8  Q.   How did you know it was him?

9  A.   Because when I called him from my cell phone, he was

10  already there in the marina by himself.

11  Q.   Okay.

12         So what happens when you pulled the boat into the

13  marina?   He backs the truck down and what happens?

14  A.   When I arrived, we put the boat on the trailer.   When I got

15  off the boat, the agent arrived, the marine police arrived.

16  Q.   Did the marine police eventually go aboard the vessel?

17  A.   Yes.

18  Q.   And did they eventually discovery the 10 Chinese and one

19  Guyanese person in the forward cabin?

20  A.   Yes.

21  Q.   And when he discovered those people, what happened to you?

22  A.   We were handcuffed and arrested.

23  Q.   And were you eventually taken that day, on August 7th, and

24  questioned by police?

25  A.   Yes.

## Miranda - Direct

1  Q.   And what story did you tell them?

2  A.   We told them that we had told Abimael Caraballo that we

3  needed the boat to be tested so as to purchase it from him and

4  that he didn't know anything about the trip, that he did not

5  know anything about the trip.

6  Q.   So you lied that day?

7  A.   Yes.

8  Q.   So, please, tell the Members of the Jury why they should

9  believe you that your telling the truth today when you lied

10  before about Mr. Caraballo's involvement.

11  A.   Because it was the owner of the boat and the organizer of

12  the trip and he is as guilty as I am

13  Q.   Was this the first time that you saw Chinese nationals or

14  helped bring Chinese nationals into the United States?

15  A.   Yes.

16  Q.   Now, were you involved in any other coordination of

17  bringing Chinese nationals into the United States before this?

18  A.   Not in bringing them in, but in taking them to a hotel.

19  Q.   And from where did you take Chinese people to a hotel?

20  A.   From Miami Beach at 162nd, at the house of a gentleman by

21  the name of Rolando.

22  Q.   And who did you see at that house that day when you were

23  taking people to the motel?

24  A.   Gardino Martinez, Rolando, Lazaro and Abimael Caraballo.

25  Q.   And how did Mr. Caraballo help that day with the Chinese

## Miranda - Direct

1  nationals in moving them to the hotel?

2  A.   He didn't take the Chinese people to a hotel.

3  Q.   What did he do?

4  A.   He went with Gardino in his truck just to get the money

5  that they were going to give him at the hotel.

6  Q.   And were you paid for helping take these people to the

7  hospital?

8  A.   Yes.

9  Q.   How much?

10 A.   $100 for each one.

11 Q.   And who paid you?

12 A.   Anderson Lopez, Gardino, Abimael, Lazaro and Rolando.

13 Q.   Okay.

14       And have you ever seen Chinese people at the

15 defendant, Mr. Caraballo's, house?

16 A.   Yes.

17 Q.   When was that?

18 A.   About August the 2nd or the 3rd.

19 Q.   About how many Chinese people did you see there?

20 A.   13 or 14.   I don't remember for sure.

21       MR. BROWN:   One moment, Your Honor.

22       THE COURT:   Might this be a good point for us to break

23 for the day?

24       THE COURT:   Yes, ma'am

25       THE COURT:   Ladies and gentlemen, to accommodate one

**November 4, 2008**

**187**

## Miranda - Direct

1  of our jurors who has a medical appointment tomorrow morning

2  and to allow some of you to vote who haven't voted, we're going

3  to start at noon.  We will not take a lunch break.  Either bring

4  lunch with you and eat it in the jury room or take an early

5  lunch and we'll proceed tomorrow afternoon.

6          Please remember my instructions not to discuss the

7  case with anyone.  Don't do any independent reading regarding

8  the issues you have been hearing about.  Avoid contact with the

9  parties, and we'll see you tomorrow at 12:00.  Have a good

10  evening.

11          [The jury left the courtroom at 4:58 p.m.]

12          THE COURT:  I would ask the parties do we need to

13  gather together at 11:00 to discuss the charges or 11:30?  How

14  much time do you think we'll need?

15          MR. BROWN:  Before the Marshals take off, I just want

16  to make sure --

17          THE COURT:  That he doesn't speak to anybody.

18          MR. BROWN:  -- make sure he's going to be here

19  tomorrow morning, that we don't need another motion.

20          THE COURT:  We need him back tomorrow at 12:00.

21          THE MARSHAL:  We'll take care of it.

22          MR. BEGUIRISTAIN:  And he has been instructed --

23          THE COURT:  We need the interpreter to let him know

24  not to discuss his testimony with anyone.

25          Thank you.

**November 4, 2008**

## Miranda - Direct

1          So we said, what, 11:30?

2          MR. BROWN:   Yes, Your Honor.

3          THE COURT:   Very well.   Have a good evening.

4          MR. BROWN:   You, too, Judge.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**November 4, 2008**

# C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

_____11/30/08_____       _____
      DATE

BARBARA MEDINA
Official United States Court Reporter
400 North Miami Avenue, Suite 12-2
Miami, FL  33128 - 305.523.5518
            (Fax) 305.523.5519
Email:  barbmedina@aol.com

**A**

**Abimael** 1:8 6:16 11:5 14:12
15:5,13,17,23 16:15,18 17:6
17:25 18:8,23 29:16 39:18,20
41:23 42:9,25 43:11 44:10,14
46:6 70:20 75:14 92:25 94:11
95:4 102:5,17 107:12,13,18
109:6,13,17,23 110:9,19 112:8
112:10,11,20 113:6,16 114:9
115:6,19,22 116:6,17,18,19,20
116:20 117:18,22 119:12
121:9 122:9,12,14,18,20,22
123:1 125:1 126:12,17,20,25
127:19 128:2 130:4,18,19,22
131:9 133:7,12,14 134:3
141:20 142:21 145:8 149:14
149:15 153:6,13,14 154:1
161:14 164:11,20 167:17,23
168:20 169:4,8 170:11,20
171:8 172:10,13 173:3 174:14
174:15,18 176:16,20 177:18
178:16,21 179:5,23 181:20
182:4 185:2,24 186:12
**Abimael's** 113:17,21 116:25
117:5 133:16 171:16,17,22
**able** 32:22 42:25 44:19 55:8 81:9
81:12,19 83:6,21 126:3 136:19
140:6,10 148:12 149:20
180:10 181:6
**aboard** 44:15 102:19 139:14
145:6,14,17 146:8 148:14
149:1 181:8 184:16
**above-entitled** 189:3
**absolute** 19:8
**Absolutely** 64:14,17
**Academy** 47:12
**ACCESS** 1:26
**accommodate** 186:25
**accompanied** 117:25
**accuracy** 99:15
**accurate** 27:10 31:2 33:15 70:7
97:9 100:6,10 111:5 118:23
120:18 189:2
**acknowledge** 104:16
**Act** 47:3
**activate** 85:16
**actual** 63:19 85:12
**add** 146:2
**additional** 104:19
**address** 4:15 47:18 62:18 95:20
**addressed** 5:6
**ADMINISTRATIVE** 4:13
**admission** 78:7 86:17 111:9
**admit** 33:19 51:7
**admitted** 6:18 22:3 27:21 31:8
33:21 51:11 52:4 53:5 63:21
70:16 71:11 72:7 75:10 76:10
77:11 78:10 79:4 80:2,25
85:21 86:19 92:8 96:11,14
111:12 113:13 117:2 119:4
120:24 174:8 179:14
**advance** 38:3
**advise** 155:1 179:6
**advised** 164:11
**affect** 56:21
**affidavit** 103:2
**affirmative** 6:3
**afloat** 139:20
**afternoon** 5:19 6:9,10 105:22
106:15 121:17 143:6 158:10
166:10 178:14 187:5
**agency** 48:21
**agent** 6:8 7:9 10:21 46:15,25
47:6 49:11 57:25 58:1 66:2,6,7
66:10,23 101:12 148:13 152:9
153:22 154:18,21 160:20
162:7 184:15

**agents** 17:13 18:3,6 44:1 45:12
45:15 67:18 101:2,12 128:19
150:19 158:6,10,13,20 159:19
160:14 161:8,14
**agree** 9:19 108:1 159:1,7 161:23
164:10 167:10
**agreed** 159:5 163:19 164:1
**agreeing** 167:10
**agreement** 6:12 13:18 15:16
108:4 129:1 162:5 163:7
164:20
**Aha** 59:25
**ahead** 26:23 114:20,22 128:3
172:7
**aid** 24:3 112:18
**aids** 20:7
**air** 66:6
**airplane** 95:12
**Airport** 55:19 60:7,10 61:7,9,10
95:13
**Air-conditioning** 166:19
**alien** 6:17 14:19,22 47:25 51:1
52:14 56:6,9 57:6,13 59:16
103:17 107:22 108:20,22
149:3,12,18 161:16 168:18
**aliens** 10:17,23 11:3,8,8,9 12:4
12:12,13,16,22 13:2,15 15:16
16:11 18:16 44:15 46:4 51:19
55:9,10,11 57:17 66:13 67:7
67:10,13,15 102:6 110:1
112:23 134:4 165:20
**alien's** 64:12
**allegedly** 98:2
**allow** 153:18 183:9 187:2
**allowed** 7:9 45:17 60:14 83:3
96:10,13 140:2
**allows** 37:25
**ALTONAGA** 1:11
**aluminum** 136:18,22,23 137:18
139:21
**Alvarez** 80:15
**AMERICA** 1:4
**American** 60:21,21
**America's** 95:16 96:14
**amounts** 20:1
**Ana** 141:16
**Anderson** 2:16 5:17 8:5 12:5,15
14:19 15:2,13,16,18,24 16:10
16:17,24 17:5 18:5,7 39:5,13
40:19 43:15 44:10 45:25 81:6
92:25 93:14,18 95:2 100:25
102:9,17,23 106:8,13 171:4
172:16 175:17 176:17 186:12
**Andollo** 2:3 12:10 19:14 20:15
20:21,22 22:8 27:25 31:11
33:24 66:25 67:6 157:19
**and/or** 22:12
**Angeles** 49:4
**animal** 174:23,23,24
**answer** 30:2 34:13 57:11 69:10
72:23
**answered** 29:21,23 34:14 134:21
148:16 159:20
**antennas** 91:15
**anticipate** 10:9 105:21
**anybody** 7:24 34:13,17 83:18
84:2 101:20 181:25 187:17
**anyone's** 67:14
**anyway** 7:12 105:21 160:16
**apartment** 130:15
**apiece** 160:25
**apologies** 13:20
**apparatus** 24:8
**appear** 48:9
**appearance** 20:4
**APPEARANCES** 1:12
**appeared** 100:19 155:10
**apple** 9:6

**appointed** 155:12
**appointment** 187:1
**apprehended** 49:12
**approach** 11:22 21:16 26:25
30:17 33:5 50:15 61:20 69:23
70:21 71:17 72:24 76:21 77:18
78:13 79:11 86:3,21 92:15
93:9 96:21 110:11,21 118:14
118:16 120:9 162:9 173:8,16
179:11
**approached** 31:16,19 128:4
**appropriate** 40:10
**approximate** 23:22 42:3 83:23
**approximately** 11:13 18:15 26:3
36:13 66:4,16 81:24 85:4,7,8
85:14,17 98:14 99:9 104:6
109:22 117:15 122:2 129:10
129:13,14 132:1,1 137:6
156:18 157:15 159:5 166:16
**AR** 52:15
**area** 22:14 23:15 24:9,10,11,22
25:3,25 33:1 35:8 36:21 39:23
41:20 42:3 87:4 89:4 97:25
104:15 150:13,13 180:6,11
**areas** 60:9
**argument** 73:17 83:11,11 84:3
**arguments** 10:9,13
**Ariel** 109:17 112:10,20 113:6,16
115:6,9 122:6 123:15 125:1
126:12,17 130:18 149:13,14
170:13
**arrange** 64:8,12
**arrangements** 16:3
**arranging** 16:8
**arrest** 48:7 57:1,5 103:2 109:12
157:22 158:8,23
**arrested** 14:8 17:6,8,13 45:25
46:3 52:12 103:6 107:8,9,10
107:11 108:20 149:23 150:22
151:11 152:7 153:21 156:16
157:16 158:5,9 166:17 167:1
168:11 169:1 184:22
**arrests** 16:22
**arrival** 56:10 63:5,6,7
**arrive** 35:12 60:1 126:3,18 136:5
183:15,17
**arrived** 25:24 26:15 28:20 67:3,4
67:5,8 68:12,16 72:17 83:25
94:5,9,22 100:18 101:1 117:16
122:4,5 123:3 126:9 127:3,5
132:9,10 133:3,5,11,18 136:14
140:8,11 172:11,24,25 175:9
175:13,16,16 178:22,25 179:4
179:5,6,20 180:14 184:2,14,15
184:15
**arriving** 121:10
**asked** 6:19 8:8,18 12:21 14:1
17:25 28:23,24 29:3,6,20 30:6
30:9,13 31:25 32:2,8,15 34:12
34:13,16,17,18,19 35:17 41:6
47:16 101:18,20 109:23,25
128:8,21 129:23 130:1 134:21
141:20 148:16 159:20 160:23
168:18
**asking** 7:9
**assigned** 58:3
**assist** 35:12
**assistant** 8:22
**associated** 81:13
**assume** 43:2 60:8 150:14
**assured** 7:7 8:3
**ATF** 55:22
**attached** 26:12,13 28:12 40:5
67:9
**attempting** 104:4
**attended** 66:16
**attention** 9:11,17 21:13 23:7,12
**attorney** 1:15 17:14,14,16,16

55:12 101:25 102:2,13 145:16
152:11,11 154:19,22 155:2,12
155:14,16,17,19 156:8,18,23
157:1,2 158:18,18,25 159:12
159:16,18,19 160:4,9,9,19,20
161:15 162:7 163:15
**attorneys** 10:8 17:10 18:6,17
**Attorney's** 102:21 161:23
**August** 11:12 16:10 17:5 21:14
22:9 34:10 49:7 51:22 58:10
66:19 79:19 81:24,25 85:3,3
85:14 87:11,13 91:1,7 107:7
108:19 109:12,14 111:24
113:23 114:11 129:9 141:17
141:24 142:3 149:21 150:22
151:3,10,11,17 152:7,15
156:16,18 157:7,22 158:12,24
166:22,25 168:11,22,25 169:1
169:20,24 170:1 171:23
175:11 177:23 184:23 186:18
**authorized** 61:3
**available** 19:17 40:15 63:7 65:9
91:18 123:9,11 129:21
**Avenue** 1:23 189:6
**avoid** 104:13 111:19 124:16,17
187:8
**awaiting** 124:4
**A-b-i-m-a-e-l** 9:14
**A-file** 48:3,4,19,20
**A-n-d-e** 106:13
**A-n-d-o-l-l-o** 20:21
**a.m** 6:24 7:1 10:3 11:13 20:17
21:24 22:4 27:6,23 30:23 31:9
33:11 36:2 46:13,19 50:21
51:12,17 52:5 57:23 64:6,20
64:24 65:2 87:18 88:7,19
104:21 105:5 106:7 111:1,13
118:22 119:5 120:14,25
123:12,13,15,18,21 132:15,23
134:12 143:9,14,22 162:16
165:10 166:5 173:22 174:9
180:1
**A.U.S.A** 1:14,14

**B**

**back** 5:25 9:18 10:5 11:20 13:3
16:12 28:3,17 38:17,18 39:6
62:20 83:10 101:2 110:4
115:12 119:21 125:23 132:18
132:22,24 139:18 146:11,12
146:23 147:18,19 148:22
152:19 153:20 174:3 175:10
176:23 180:10 181:22 182:17
183:18,23 187:20
**backed** 26:24 28:5 117:18
127:13,16,18 153:6
**background** 66:15
**backing** 152:23
**backs** 184:13
**backup** 32:9,10,15,16 43:22
**bad** 15:6 30:15 34:10
**bag** 73:6,9,13 94:3
**bagged** 94:17
**bags** 35:4
**Bahamas** 10:17,25 12:22 13:2
16:12 89:3,4 92:12 98:2,5,13
98:24 99:1,17 108:24 109:7,25
110:5 112:13,17,23,24 113:19
114:1 119:20 121:19,20,21,24
121:25 122:4,5 123:3,5,17,18
125:11,12 130:6,24 131:22,24
132:3 141:24 147:20 168:19
171:7,18 172:3 174:4 175:10
176:25 178:13,15,18,20,22,25
179:2,21
**Bahamian** 160:20,23 161:11
179:21,23 180:12

**bail** 48:8
**bait** 13:10 117:24 118:5,6,9,10
118:12,13 121:5,6 142:22,23
143:1 176:12,24 177:4,25
178:1
**baker** 9:6
**bald** 111:22
**bank** 130:15 133:1
**bar** 23:15 24:7,9,11,24
**BARBARA** 1:21 189:5
barbmedina@aol.com 1:25
189:8
**barely** 65:7
**barrels** 126:10 137:19
**Bartow** 8:16,20
**based** 51:9 103:16,19 161:22
**basically** 35:17 47:7 48:5 55:15
56:22 100:1 130:22
**basis** 38:21
**bathroom** 45:18
**battery** 178:9
**bay** 23:15 24:22
**beach** 60:1 152:16 155:5 185:20
**began** 124:9
**beginning** 11:23 20:17 23:2 36:2
46:19 57:23 64:6 65:20 92:22
103:25 134:12 165:10
**Begins** 4:7,9,11
**Beguiristain** 1:18 2:5,8,12,14,18
6:14,15,22 7:2,6,14,23 8:2,15
8:24 9:1,4,15,22 14:15,16 22:2
27:20 31:7 33:20 36:3 46:8
50:7 51:9 52:3 56:14,24 57:24
61:20 64:3 70:15 71:10 72:6
72:12,16,22 73:8,12 75:9 76:9
77:10 78:9 79:3,24 80:8 81:16
82:2 83:2 86:18 91:12 92:7,23
93:9,12 96:21,23,24 103:21
105:12,14,24,25 111:11 119:3
120:23 126:23 134:13,24
143:3,8,11,12,16,18,20,23
144:2 145:4,20 148:19 150:11
153:5 155:20,21 160:8,12
161:4 162:9,11,22 163:5 165:7
174:7 187:22
**begun** 31:25
**behalf** 6:16 155:24 156:19
**behavior** 40:10
**believability** 20:3
**believe** 6:12,17 34:14 35:21
45:10 50:5 52:18 53:1,2,16
56:15 57:4 67:14 68:18 80:8
85:6,18 87:6 91:5 104:6 129:3
148:19 159:9 162:13 163:15
176:22 185:9
**believed** 25:11 67:6
**belong** 78:3
**belongs** 73:14,15 76:4
**best** 49:22 156:8,21
**Beth** 8:24
**better** 18:4
**big** 34:3,4 59:4 137:3,10 139:18
**bigger** 47:24
**binoculars** 24:4,6
**biographical** 47:17,22 49:21
51:4 52:10,23
**birth** 47:17,17 49:20,20
**bit** 19:5 80:13 87:16 128:3
156:23 163:1
**black** 11:20 14:8 26:11 40:1 67:9
123:22 125:7 139:22 175:21
**blinking** 178:8
**block** 52:15
**blocks** 62:11
**blows** 124:15
**blue** 11:14 23:5 39:9 113:10
171:12 180:16
**blurry** 52:17

**board** 11:15 30:6 32:3,3 63:11
124:7,11,20 146:23,25 147:4
180:7,8,12 181:14 182:18
**boarded** 128:9,9
**boat** 10:24 11:1,2,2,18,21,24
12:2,3,5,11,11 13:1,14,15 14:3
15:7 16:1,16 17:2 18:1,3,9,11
18:13 23:8 25:6,11,13,21,24
28:5,7,8,10,14,16,17,19,19
30:9,11 31:16,19 32:4,25
33:25 34:1,4,5,19 35:7 37:6
37:8,9,14,16,18,20,21 38:1,6
38:20 39:6,8,8,24 40:7,21
44:15 49:8,12 55:24 59:14,24
63:20,20 69:3,20 76:19 94:17
100:17 103:11 104:3 112:5
113:2,5,7,13,15,17,18,20,21
114:15,17,24,25 115:25
116:14 117:9,10,13,16,17,18
117:20,21,22,23 118:3,8 119:9
119:11,12,20,23 121:2,7,8,10
121:11,15,16 124:7,8,9,12
125:4,4,15 126:2,4,15 127:3,4
127:9,12,14,17,19,25 128:3,9
128:20 129:21 130:3,17,19,22
130:23 131:2,4,6,10,12,13
132:17 133:8,9,13,17 134:4
139:4 142:11,15,17,18,20
148:10 152:15,19,22,23,25
153:7,8,9,10,13,14,15,16,18
154:13,14 157:17 160:21
161:16 165:17,19 167:15
171:3,5,8,9,12,13,15,17 18,19
171:23 175:8,10,12,14 176:5,8
176:11,18,23 177:2,6,9,11,15
177:17,20 178:6,12,19 180:10
180:12,20,21,23 181:14,23
182:18,21,24,25 183:1,24
184:2,11,14,15 185:3,11
**boaters** 23:3
**boats** 15:6 36:17 38:20,24 59:4,6
59:8,11
**bond** 48:9 103:8 150:24,25
151:1,2
**booked** 132:11
**border** 21:10 35:9 44:1 45:20,22
46:15,25 47:1,12 49:15 57:25
58:7 66:1,5 67:16 75:18 76:5
92:2,3,11 94:14,15 95:6
**bothered** 163:2
**bottle** 177:8
**bottles** 177:8
**bottom** 23:19 162:18
**bought** 118:9,10 121:5 138:22
141:12 142:23 177:9 178:1,4
**bow** 124:9
**box** 142:25 143:1
**boxed** 13:10
**break** 143:4,11,12 186:22
**bridge** 22:10,15 124:2,3
**bring** 5:19 10:2 16:12 65:13
102:24 104:24 106:6 112:23
113:19 125:2 128:22 129:22
143:15 146:25 160:24 161:11
185:14 187:3
**bringing** 11:9 56:5 57:2,5 73:10
107:10 114:15 118:5 124:9
185:17,18
**broke** 39:7
**brought** 8:2 9:12,17 10:17 56:9
58:13 59:16 64:15 65:6 124:11
**Brown** 1:14 2:4,7,9,11,13,15,17
2:19,21 5:10,11,14,21,24 6:6
7:7,25 8:3,8,10 9:8,9,17 10:1
10:20 19:14 20:18 21:16,18,25
22:5,7 25:16 26:25 27:2,7,13
27:17,24 29:15,19 30:17,19,24
31:5,10 33:5,7,12,18,23 35:23

46:11,15,20 49:24,25 50:10,15
50:17,22 51:6,13,18,25 52:6
56:19 57:15,16,20 64:4,7,18
65:4,9,12,16,21 68:8,11 69:23
69:25 70:13,18,21,23 71:2,8
71:13,17,19,24 72:4,9 73:4
74:3,13,18,21,23 75:7,12,21
75:25 76:7,12,21,23 77:2,8,13
77:18,20,25 78:6,12,13,15
79:1,6,11,13,18,22 80:4,11
81:18 83:2,11,20 85:2 86:3,5
86:10,16,21,23 91:23 92:5,10
92:15,18 95:17 104:1,7 105:2
105:4,7,11 106:10 107:17,20
110:11,13,21,23 111:2,8,14
113:4 115:3 118:14,16,18
119:1,6 120:9,11,15,21 121:1
127:1,11,24 129:25 134:8,21
135:7 144:5 145:18 148:16
153:2 156:22,24 158:18
159:19,20 160:6 162:7,24
165:11,24 166:3,9 167:22,25
173:8,10,16,18,23 174:5,10
178:11 179:11,13 182:9,12
186:21 187:15,18 188:2,4
**build** 136:19
**built** 136:20 139:19
**bunch** 142:4
**bunk** 124:13
**bury** 19:3
**busy** 38:12 39:2
**buy** 15:22 18:3 117:24 118:6
142:22 176:12,24
**buying** 69:4
**buys** 15:6,12

---

**C**

**C** 189:1,1
**cabin** 12:3 14:9 16:20 33:1,25
34:1,3 35:5,6 41:13,14,20 42:6
42:17,18 43:7,9 45:21 124:13
128:10 180:24,25 181:6 183:8
184:19
**Caiyan** 54:19
**call** 8:4,22 16:5 47:25 60:22
62:20 63:17 66:24 67:1 81:25
85:11,12,20 87:2,13 88:1,11
88:11,13,18,22 89:6,9,13,15
89:17,20,20,23,25 90:2,2,14
90:14,16,18,20,20,22,24 97:18
98:4,13,16,18,22,24 99:4
100:14 116:9,13,15,18,20
117:14 122:6,9,11 125:13
137:25 156:5 172:13 174:3,16
179:7,9,15,21,22 181:25 182:3
182:14 183:11,18
**called** 17:11 35:12 43:22 48:3
81:9 83:22 85:25 87:20 90:6,9
90:11 97:13 102:21 109:4
116:10 122:6,6,12,14 123:15
125:14 126:17,20 133:6 175:5
175:12 179:5,18 182:6 183:17
183:20,25,25 184:5,9
**callers** 85:13
**calling** 8:1 16:4 43:23 184:4
**calls** 14:5 18:12 19:14 46:15
65:16 66:23 84:3 85:4,17
86:14 87:5 88:10 91:1,3,5,6,12
97:1,24 99:8,11,13 166:3
**Calvo** 11:18,19,21
**canals** 21:11
**cans** 114:25 121:2 126:5
177:15,16,17,20 183:1,3,10
**capacity** 21:8
**car** 5:3 89:1 100:15 114:12,14,18
114:20 115:13,14,15,16
126:19 172:16,17 180:16

**Caraballo** 1:8 6:16 11:5 14:13
15:5,14,17,23 16:15,18 18:1,8
29:16,21 32:17 39:18,20 41:10
42:9,25 43:11 44:10,14 46:1,6
67:25 68:5,9,22 69:6,12 70:12
70:20 71:7 75:14 81:10 85:6,8
85:15 92:25 95:4 100:23 102:5
102:18 103:17 104:2 107:12
107:13,18 109:17,24 110:9,19
112:8,10,11 113:6 115:10,20
118:6 122:9,12,14,16,18,22
123:1 126:22,25 127:2 128:11
128:23,25 129:7,9,11,17
130:18 133:7 141:20 149:13
149:14 152:19 153:7 161:15
164:11 167:17,23 168:21
169:4,16,19 170:1 172:10,13
173:3 174:18 175:13 177:9
178:1 179:6,18 182:4 183:12
183:24 184:6 185:2,24,25
**Caraballo's** 76:3 77:7 78:4 80:17
80:18 81:4,23 86:15 87:24
89:1 90:12 94:11 103:11
113:24 128:17 130:4,19 131:9
133:14,18 134:3 165:17
170:11,20 171:8 174:14,15
175:23 177:18 185:10 186:15
**care** 121:15 187:21
**careful** 19:21
**carrying** 182:8
**cars** 180:16
**case** 1:3 5:17 6:8 7:9,10 8:17,19
9:4,5 10:14,20 13:9 14:12,18
14:21,24 63:23 64:23 69:21
93:16,16 104:12 105:21
107:21 111:23 143:7 158:13
159:24 164:17,21 165:4 167:6
175:2 182:14 187:7
**cash** 176:22
**catch** 12:1
**caught** 10:17 13:12 23:11 28:23
28:24 115:24 149:23 164:18
164:22 176:1
**caused** 43:19
**Cavalier** 115:16 172:18
**CBP** 60:23,23 64:9
**CECILIA** 1:11
**cell** 71:15 72:2,13,17 77:16 78:1
78:3,22,24 80:6 81:12 85:11
85:15 87:23 88:13,15,24 89:25
90:6,9,11 91:11,15 92:24
93:14 94:6 110:9,10,15,18
111:5 173:6,14 174:11,15,24
175:5,6 184:1,5,9
**cellular** 91:15
**center** 19:12 49:3 66:17
**Certainly** 6:2
**Certificate** 2:22
**certify** 189:2
**chain** 73:16 93:6,8,13
**Chan** 55:5
**chance** 9:12 106:3 139:16
**change** 94:7
**changed** 143:17
**changes** 144:7
**channel** 124:1,2 180:13
**charge** 48:21 105:22 121:8
125:2 139:3,3
**charged** 11:7 14:13 36:23
107:22 167:2,4
**charges** 163:20 187:13
**chart** 87:3 97:4,15
**check** 11:24 15:20 32:8,19 37:24
38:6 114:24 128:5 177:22
145:10
**checked** 32:21 64:9,13 142:7
145:10
**checking** 65:5
**Chen** 52:18,19 53:16

**Chevrolet** 115:16 172:18
**chevrons** 4:17
**chief** 105:21
**China** 53:4,11,18 54:3,9,15,19 55:1,7
**Chinese** 12:4,22 16:21 50:5 52:20,22 100:19 110:1 125:6,7 125:9 130:9 132:17 153:21 158:21 164:15,22 167:1 168:19 169:7 178:19,20 179:24 180:11,18 181:4 182:17,19 183:8 184:18 185:13,14,17,19,25 186:2,14 186:19
**chose** 13:23 69:10 160:16
**Chui** 54:19
**circle** 22:12 25:13,18
**circumstances** 37:25 38:6
**CITATION** 4:2
**cities** 49:5
**citizen** 60:21,22 61:2,3 62:23
**citizenship** 47:20 48:21,24 49:20 52:19 53:3,10,17,23 54:2,8,25 55:6
**city** 20:25 21:1,3,6 49:4 66:9
**claim** 146:7
**claiming** 7:19
**clarification** 182:9
**clarify** 73:18
**cleaning** 141:3
**clear** 29:20 57:17 116:13,13,15 116:16 117:10 118:12 126:20 142:11 152:3 165:16
**cleared** 116:11
**clearly** 73:4 83:20,23 94:19
**clerical** 9:14
**CLERK** 105:11
**client** 160:9,10
**client's** 9:20
**climbed** 32:24,25
**close** 128:4 130:15 162:25
**closed** 34:24,25
**closer** 183:11,23
**closest** 23:21 24:1 62:11
**closing** 10:13 83:10,11 84:2
**clouds** 163:4
**coast** 115:24 116:13 138:16,17 139:24 140:5,8,10 142:11 176:25 183:9
**coastal** 60:9
**code** 56:1 111:20
**cohorts** 12:12
**colleague** 10:20 167:14,16,16
**collect** 50:1
**color** 115:16 172:18 175:20
**colored** 171:12
**come** 8:5 11:8 16:17 19:8 20:14 23:3,5 25:7 38:17,18,19 40:7 55:16 60:14 61:10 62:20,21 63:2,4,11,16 72:10 74:5 85:9 95:12,15 96:13 106:21 129:5 132:22 134:16,19 147:19 155:8 173:1
**comes** 8:11 37:20 39:6,11 62:17
**coming** 16:3 23:17,25 38:20 59:4 60:7,8,11,25 108:24 124:4,23 153:9 174:3
**commit** 13:22
**commits** 36:24
**committed** 13:7,21 16:13
**commonly** 48:2
**communicate** 150:16
**communication** 16:7 150:15 151:4,7,20,22
**communications** 100:12
**company** 107:1,3
**compare** 80:22 81:3,13,19 83:21
**compartment** 12:3

**compiled** 48:19
**complete** 7:10
**Complied** 22:13 25:19 80:14 162:20 167:19,21
**concern** 43:19 83:7
**concerned** 43:3
**conclusion** 114:10
**concoct** 18:22
**concocted** 159:14 161:13
**condition** 15:6 51:21 174:1
**condominium** 141:12
**conduct** 32:19 60:24
**conference** 4:5,7,9,11,15 105:22
**confirmed** 12:14
**confused** 75:2 165:12
**considering** 68:23,23 69:15
**console** 41:19,24 42:4,10,12,19 42:22 43:5
**conspiracy** 11:7
**contact** 5:2 13:6 15:8 16:4 60:22 60:23 104:13,14 123:16 132:12 161:5 187:8
**contacted** 12:21 35:8
**contained** 11:2 48:4 137:6
**contains** 51:4 73:9
**CONTENTS** 2:1
**continuance** 8:18
**continue** 8:17 13:5 104:20
**continued** 24:23 25:1
**controls** 11:16
**CONVENTIONS** 4:13
**conversation** 101:5,15
**conversations** 98:19
**convert** 88:2
**converting** 88:20
**cooperate** 17:19 159:1 167:11
**cooperation** 108:4
**cooperative** 44:24 45:1 100:23
**coordinated** 150:18 164:17
**coordinates** 13:4 85:25 138:20 178:17
**coordination** 185:16
**copy** 15:24 70:7 155:17,22
**correct** 6:22 9:19 22:21 36:8 37:1,10,16,22 38:2,21 39:1,6 39:11,14,24 40:8,11,16,21,24 41:2,24 42:14,17,23 43:1,16 43:23 44:2,5,11,25 45:19 46:4 46:6 49:1 57:18,19 58:15,24 58:25 59:1,6,9,10,13,17 62:1 63:10,11,16 64:1,2 87:25 91:2 93:2,3,5,7,15,19,20,22 94:11 94:20 95:7,9,13,14,24 96:7,15 97:8,16,19,24 98:2,5,6,10,11 98:14,15,25 99:3,5,6,11,12,13 99:14,17,18 100:7 101:4,6,17 101:19,21,22,24 102:1,3,4,6 102:10,12,14,16,19,25 103:1,3,5,7,9,12,13,15,18,20 105:2 126:21 134:15,20 135:8 140:3,6,10,14 141:8,13,18,22 141:23,25 142:9,12,15,18 145:23 146:5,11,16 148:21 149:4,12,16 150:22 151:18,21 151:24 152:11,16 153:1,13,20 153:24 154:4,8,9,19,23 155:5 155:9,14,18,22,23,25 156:3,10 156:19 157:1,8,19 159:6,24 160:21,25 161:1,9 162:7 163:20 164:8,12,25 165:14 169:1
**corrected** 137:23
**correcting** 9:20
**Correction** 182:11
**correlate** 81:9
**counsel** 4:14 9:11 127:22 165:12 178:7
**countries** 97:25

**country** 16:12 47:20 48:23 49:5 52:19 53:3,10,17,23 54:2,8,14 54:25 55:6 56:22 57:2,4,6 63:3 63:19 96:7,11,13 97:24 102:25
**County** 55:20 58:16
**couple** 7:4 12:20 101:2
**course** 6:15 8:17 10:10 16:8 19:18 142:25 151:5 182:20
**court** 1:1,22 4:8,10,12,15 5:1,13 5:20,22 6:2,21 7:5,8,13,21 8:13,23,25 9:3,7,15,20,23 10:2 10:4 14:15 19:16 21:17 22:3,6 27:1,16,21 29:18 30:18 31:8 33:6,21 35:25 46:10,12,14 50:14,16 51:11 52:4 56:18,25 57:21 61:22 64:19,21,25 65:3 65:7,11,13 68:1,10 69:20 70:16,22 71:11,18 72:7,14,24 73:2,6,9,18 74:1 75:10 76:10 76:22 77:11,19 78:10,14 79:4 79:12 80:2 81:17 83:24 85:1 86:4,19,22 91:14 92:8,17,20 93:11 95:19 96:22 103:8,23 104:8,10,22,25 105:3,6,8,15 105:24 106:1,5 107:19 108:16 110:12,22 111:10,12 115:13 118:15,17 119:4 120:10,24 134:10,23 143:5,10,13,15,19 143:21 144:4,6 145:1,2,19 148:18,21 153:4 155:10,16 156:19 159:22 160:7 162:10 163:2 165:8,25 166:8 167:24 173:9,17 174:8 179:12 186:22 186:24,25 187:12,17,20,23 188:3 189:6
**courthouse** 1:23 62:6,9,11 63:9 63:13 154:24
**courtroom** 1:26 5:4 10:3 64:24 65:14 104:21 106:7 143:9,22 187:11
**Court-appointed** 152:12
**cover** 13:9,12 128:25
**coverage** 91:17
**covering** 161:18 164:14
**co-conspirator** 127:1
**crank** 31:25 40:23
**cranking** 30:9 41:8
**credibility** 20:3
**Creek** 23:15
**crime** 12:18 13:21 14:4,25 16:13
**crimes** 11:11 66:11
**criminal** 12:19 13:22 52:15 66:15
**critical** 73:15
**CROSS** 36:1 57:22 92:21 134:11
**crossing** 92:2,3,11,13
**cross-examination** 2:5,8,14,18 35:25 57:21 83:25 92:20 134:10
**cruise** 58:20,23 60:3,19 62:2
**Cuba** 135:23,25 136:13 137:8,21 138:1,8,9,16,24 139:11
**Cuban** 140:8
**cuddy** 33:25 34:1,3
**Cui** 54:24
**curb** 67:11,12 74:7 94:1
**custodian** 83:4
**custody** 5:17,20,23 17:8 45:19 45:22 48:8 67:15,17 73:17 75:19 93:6,8,13
**Customs** 17:13 21:10 35:11 44:1 62:24 63:2 66:1,5,8,10 95:6,23 153:22 154:21
**cut** 183:5

|   | D   |   |
| - | --- | - |
**D** 1:22

**Dade** 55:20 58:16
**Dagoberto** 2:3 20:15,21
**dance** 19:5
**dark** 147:22,24 178:22,24,25
**data** 47:17,23 52:10,23
**date** 47:17 49:20 69:19 85:12 143:17 189:5
**dates** 20:1 81:24
**David** 138:14
**day** 12:8,16 14:4,8 15:19,20 24:3 27:11 28:1 29:4,17 31:3 33:16 34:1,10 37:4 38:7,9,12 39:2,3 39:21 43:4 49:10 50:1,4,12 51:2,19 52:23 66:20,24 67:24 70:12 71:14 91:8 100:15 103:8 104:16 105:15,18,20 108:20 108:23,24 117:3 118:24 120:19 121:3,7 125:17 132:1,2 132:23 136:11,15 141:7,20 147:17 155:10 158:9,12,21,22 161:18 166:23 168:12 176:1,2 184:23 185:6,22,25 186:23
**days** 12:20 16:7 17:12 69:18 117:7 129:10 136:13 141:8 157:15 158:8 162:6,6 168:22
**deal** 109:5 180:8
**dealt** 46:1
**debriefed** 17:11,12 18:5
**debriefing** 17:22 18:21
**December** 143:18,19 151:13,17 157:8 164:24 165:1,5
**decide** 17:11 19:21 20:2 156:21
**decided** 11:22 17:2 36:7 41:1 43:10 102:2 146:10 149:7 151:23 154:16 156:8 172:1
**decides** 40:20 142:21
**decision** 5:7 15:21 169:23
**deep** 30:8
**defendant** 1:9,17 5:23 9:13 11:5 12:7,12,17,21,25 13:3,8,11,23 13:24 14:2,3,6,7,12 29:16 67:22 68:9 69:6 75:14 81:14 104:2 107:18 109:23 110:9 111:16 127:13 165:19 167:23 168:20 170:16 177:20 179:16 186:15
**defendants** 68:1 93:25
**defendant's** 14:8 76:13,15 77:15 80:7 88:16 91:4 109:18
**defense** 8:12 9:11 105:23
**deferred** 96:6
**define** 84:3
**demanded** 14:11
**demeanor** 20:4
**depart** 61:5 62:19
**departed** 121:17 136:13 178:23
**departing** 55:16
**Department** 11:14 66:25
**depending** 6:7 141:3
**depends** 38:18,19
**depiction** 27:10 31:2
**deportable** 51:1
**deportation** 48:10,11
**deputy** 5:4 105:11
**descent** 16:22 44:2,9 100:19
**describe** 34:8 67:3 113:7 115:13 120:5 171:9,11 172:17
**Description** 3:1
**Descriptions** 4:6
**designated** 55:12,21,22,24 56:11,23 58:16,21 59:16 60:18 60:25 61:13,17,25 62:16,24 63:3,13
**detail** 85:11,20
**detailed** 58:8
**detained** 12:12 74:6
**Detention** 19:12
**determination** 44:8,8

**determine** 55:8 78:3 81:6 85:19
98:18
**determined** 7:24 98:7
**devices** 13:3
**diesel** 136:24,25 138:6
**difference** 98:9
**different** 24:16 37:25 38:5
**difficult** 19:25
**digit** 100:2
**dire** 2:12 72:13,15
**direct** 2:4,7,11,13,17,21 20:16
46:18 65:19 74:2 95:18 106:9
166:7
**direction** 10:24 22:17 23:18
24:24 25:5
**directions** 13:6 24:16
**directly** 68:7 117:18
**disappear** 15:25
**disclose** 7:17,25
**disclosed** 7:18
**disconnected** 117:23
**discover** 128:7
**discovered** 184:21
**discovery** 184:18
**discuss** 64:22 104:12 112:11
143:6 158:13 187:6,13,24
**discussed** 7:6 170:21
**discussion** 102:15 178:10
**discussions** 164:19
**distance** 23:22
**distract** 20:5
**distracted** 19:22
**DISTRICT** 1:1,1,11
**DIVISION** 1:2
**dock** 26:20 28:8,18 31:21 32:23
32:24 59:11,15,20 62:2,18,21
63:20 127:10,12
**docks** 11:20 26:21
**dockside** 63:8
**document** 48:5,11,14 61:21
162:14 163:10,12,14,15,19,21
163:23
**documents** 7:2,3 14:11 48:9
128:8
**Dodge** 26:11
**doing** 19:4 62:3 104:3 146:16
147:21 165:4
**Don** 156:24 158:18 159:19 162:7
**door** 34:8 115:17 172:18
**drafts** 144:6
**draw** 25:4,13,18
**drew** 26:5
**drive** 114:14,18 116:22
**driver** 12:6 28:15 29:9,11,17
**drivers** 12:5
**driver's** 15:24 32:8,18 141:21,22
**driving** 39:13,15 153:15
**drop** 149:7
**dropped** 142:2 149:9
**drops** 16:2
**drove** 100:15 114:12,20 116:21
117:3
**drums** 138:2
**dry** 138:20 139:11,24 140:2
**dumped** 126:6 139:22 183:6
**duped** 18:1
**duration** 85:12 88:10,22
**duties** 47:5
**duty** 66:23 100:15
**dwarf** 140:7

**E**

**E** 189:1,1
**earlier** 74:25 165:12
**early** 8:18 38:14 187:4
**earned** 141:3
**Earth** 21:22 86:15

**east** 23:19 121:24,24
**Eastern** 98:9,21 99:10,17
**eat** 176:13 187:4
**Edel** 2:20 5:17 8:4 12:6,15 14:19
15:2 16:10,17,24 17:5,12,21
39:5,13 43:15 44:9 45:7 92:25
94:22,25 100:25 101:5,16,18
102:24 107:12 112:10 114:3
114:12,14 115:8,9,20,22 116:8
116:10,13,15 117:14 118:1
122:6,20,21 123:15 124:8
125:14 126:20,21 129:2,16
142:7 150:5,18 151:1,4,20
154:1 155:4 164:16,19 166:4,6
166:12
**Eduardo** 80:15
**eight** 91:5 99:19 127:15 157:9
**either** 92:24,25 151:2 187:3
**El** 14:21 149:7,9,11
**electronics** 42:23 94:17
**Elmo** 22:5
**Email** 1:16,20,25 189:8
**embellish** 8:7
**empty** 126:5 148:23 183:4
**encouraging** 11:8
**ended** 15:14 26:11 136:11,15
**enforce** 47:2,3
**enforcement** 23:14 35:11 47:6
62:4 66:8,10,17 119:15 149:21
**engine** 38:5 136:23 137:19 138:4
138:6
**English** 34:13 163:8,9
**enter** 56:22 59:14,21 60:6,17
61:5 62:19 95:8 96:7,10 108:4
**entered** 11:18 13:17 23:8 25:25
28:16 33:1 43:8,8 55:12 57:4,4
63:25 123:21 124:1,2 155:24
162:5
**entering** 11:14 36:6 47:8 55:15
183:25
**entire** 43:25 44:24
**entitled** 20:11
**entrance** 123:22
**entries** 55:21
**entry** 47:7,9 55:13,14,15,23,24
56:11,23 57:3 58:16,21 59:17
59:22 60:18 61:1,5,6,13,17,25
62:16,25 63:3,13,17,19 95:14
95:15
**erratically** 23:9
**error** 9:14
**especially** 83:14
**ESQ** 1:18
**essentially** 73:16
**evening** 147:11 178:14 187:10
188:3
**event** 109:2,3,12 110:2
**events** 21:14 49:7,10 66:19,20
66:22 109:12
**eventually** 45:23 46:5 67:15
116:8 122:12 127:21,25
128:14 132:14 133:2 180:10
184:16,18,23
**everybody** 15:18 118:10
**evidence** 2:25 6:25 10:9,13 11:6
11:6,12 14:2,3,12,18 15:5 22:1
22:4 27:14,18,22 31:6,9 33:19
33:22 40:3 50:10,11 51:8,12
52:2,5 69:21 70:14,17 71:9,12
72:5,8 75:8,11 76:8,11 77:9,12
78:7,11 79:2,5,23 80:3 83:4,5
84:1,2 85:22 86:17,20 92:6,9
103:11 111:9,13 117:2 119:2,5
120:22,25 162:23 174:6,9
**exact** 95:20
**exactly** 18:6 29:24
**examination** 2:4,7,9,11,12,13,15
2:17,19,21 20:16 36:1 46:18

**57:22** 60:24 64:5 65:19 72:15
74:2 92:21 103:24 106:9
134:11 165:8,9 166:7
**examined** 61:2 62:22
**example** 98:1
**examples** 55:18
**excluded** 6:20
**excuse** 48:8 50:11 74:6,21 81:8
88:5 94:25 105:16
**excused** 46:12,13 64:19,20
104:9 166:1,5
**executed** 48:7
**exhibit** 3:4,6,7,10,11,12,13,14,15
3:16,17,18,19,20,21,22,23,24
3:25 21:20,24 22:1,4 27:18
30:20,22 31:6,9 33:8,10,19,22
41:22 52:21 53:6,12,19,25
54:4,21 55:2 70:2,3,14,17,25
71:1,9,12,21,22 72:5,8 74:15
74:16 75:8,11,22,23 76:8,11
76:14,25 77:1,9,12,22,23 78:7
78:11,17,18 79:2,5,15,16,23
80:3,5 81:1 85:22 86:7,8,17,20
86:24,25 89:7 91:20,21 92:6,9
92:16 96:25 110:15,24,25
111:9,13 113:13 117:2,10
118:20,21,24 119:2,5,8 120:12
120:13,22,25 131:2 145:12
162:13,15,23 171:13 173:11
173:20,21 174:6,9 175:22
177:5,19 179:14
**exhibits** 2:24,25 3:2,5,8,9 6:12
6:16,23,25 27:5,22 50:19,20
51:7,12,15,16 52:1,5 84:1
144:2
**exit** 28:15 35:4 40:4
**exited** 28:7,17,19 35:6
**expect** 105:22
**expected** 105:17
**expecting** 125:8 135:10
**expensive** 42:24
**experience** 32:12 96:18
**expert** 7:17,20,23,24 56:16
83:18 100:11
**experts** 8:1
**explain** 10:9
**explained** 18:16 32:18 57:7
163:23,24
**explaining** 17:17
**Explorer** 22:25
**extended** 104:18
**extensive** 47:13
**extra** 119:25 120:2,2,3 142:4,21
146:7 148:10,11,13 149:1
177:17
**extremely** 30:15 32:20 34:11
43:15 100:25
**E-d-e-l** 166:12

**F**

**F** 189:1
**face** 158:2 163:4
**facilities** 94:16
**facing** 17:9,10,15 22:17,18
**fact** 43:14 140:7 149:22 156:4,11
156:25 157:20 159:2 161:10
161:12,20,24,25 162:5
**fair** 27:10 31:2 33:15 44:8 111:5
118:23 120:18
**fall** 124:15,18
**familiar** 49:7 56:1,8 61:14 62:3
66:20 96:8 156:5
**fast-forward** 182:21
**father's** 47:18
**Fax** 1:24 189:7
**FDC** 157:8
**Federal** 7:8 19:12 62:6 66:16

**103:8** 128:19 158:10
**Federals** 158:7
**feet** 137:12,15,16,17 171:12
**female** 155:19
**Ferguson** 1:22
**fiberglass** 15:7
**field** 83:19
**figure** 14:25
**file** 7:8 47:24 48:1,22
**filed** 7:17 8:16
**files** 6:17 49:2
**filing** 7:13,14
**filled** 48:5
**finally** 122:7
**find** 12:2 18:14 33:3 34:6 55:21
80:16 88:3 89:6 104:22 114:25
132:12 140:6,10
**fine** 65:11 105:19 106:14,16
122:24 162:24
**finger** 26:20,20 28:8,18 31:21
32:23,24
**fingerprints** 52:11
**finished** 182:7
**finishing** 105:21
**FINS** 52:10
**first** 9:13,21 13:24 22:9 23:23,24
23:25 26:20,21 28:20 29:1,23
31:21 37:4 38:9,12 39:3 42:16
53:1 55:5 66:22 68:17,18 74:9
87:2,13 88:9,10,11 97:22
106:21 108:22 109:2 112:3
115:5 129:7,11 130:2,3,11,21
131:2,8 135:9,22 149:9 158:5
158:12 159:4 160:17 164:13
168:14 169:8 180:7 185:13
**fish** 10:16,17 22:16 28:23,24
30:6 32:3,7 182:8,11,13
**fisheries** 21:9 32:19
**fishing** 11:16 13:10,11 16:18
24:12 28:23 29:5,6,21 30:1
32:2 38:15 41:7 118:5,6,9,10
118:11,12,13 119:9,11,12,14
177:1,3,4,6 182:7
**fishy** 11:24
**fit** 137:5
**five** 17:9 18:18 107:23 137:10,16
137:17,18 141:8 145:11
146:24 147:1,4 150:3 151:13
164:1,3 167:7 177:15
**FL** 1:16,19,24 189:7
**flip** 162:19
**floated** 140:9
**floor** 62:14 107:1,2 151:5
**floors** 140:13,17,18
**Florida** 1:1,6 8:16 9:5 49:16 58:2
58:4,22 60:9 99:20,24
**fly** 60:7
**foam** 139:21
**folks** 104:24
**follow** 73:1 74:1 83:1 85:1 144:1
145:1
**followed** 11:18,19 12:11 24:23
**following** 18:21 63:6
**food** 35:18 139:15
**foot** 11:14 34:4 39:8 64:2 137:11
137:18
**foregoing** 189:2
**foreign** 12:14 47:15 49:18 50:4
**forget** 61:8
**form** 47:24 51:3 52:7,9,16 53:6,8
53:12,19,21,25 54:4,10,16,21
55:2,4,22
**formal** 7:8
**forth** 15:8 45:18
**forward** 20:14 153:16 184:19
**found** 12:24 17:7 77:15 79:8
80:6,18 81:4,14,22 89:1 91:3
**four** 21:7 58:4,4 87:12 98:8

106:20 130:2 132:15 138:5
166:16 168:22
**Fourth** 8:15
**frame** 87:7
**Francesca** 141:15
**Franz** 155:14
**Freeport** 89:4 92:12 109:7,25
110:5 112:13 119:20 121:21
121:24,25 122:1,4,5 123:5
131:22 132:21 145:22 146:5
146:14,21 147:1,8,10 160:21
168:19 169:6 179:3,4,20
**friend** 168:16
**friends** 150:15,16
**front** 12:3 14:8 26:22 28:1 33:25
34:19 40:21 76:2 89:7 94:2,8
103:4 143:1 158:21 162:13
**fuel** 118:7 126:2,3 137:8,8,19
138:2 142:4,5,15,21 146:3,5,7
148:4,10,11,13,14 149:1
177:20 182:25 183:1,3,21
**fueling** 121:8
**full** 18:4 146:4,14 177:15
**further** 11:23 13:6 35:14,24 46:8
57:20 64:3,18 92:19 103:21
104:7 134:9 165:7,24

**G**

**gallon** 120:8 137:7 177:16
**gallons** 119:22 137:5,6,21,24
138:1
**Gardino** 14:22 15:3,9,9,11,12,12
18:10 109:4,17 129:8,15,16
130:11 131:5,19,21 132:3,6,19
133:21 134:2 149:11,13,15,18
168:16 169:14 170:13 172:10
178:16 185:24 186:4,12
**Gardino's** 129:18 133:20
**gas** 13:2,2 114:15,17,19,25
119:22 121:2 126:5 136:24
146:15 177:17
**gasoline** 119:19,25 120:3 121:7
121:10 177:12 182:25
**gather** 187:13
**Gatorade** 176:12 177:8
**General** 55:13
**gentleman** 29:14 135:7 179:21
185:20
**gentlemen** 10:5,6,19 11:4 13:19
14:17 19:16 23:8 64:22 104:10
143:5 186:25
**geographically** 87:2 89:2
**Georgia** 47:13 66:17
**gestures** 181:7
**getting** 50:12 73:2 146:23
**give** 7:10 13:6 35:1 55:18 56:16
83:22 87:15 88:2 97:25 100:11
106:3 168:5 177:2 186:5
**given** 67:5 73:5 112:16 153:18
178:16
**giving** 10:8
**glare** 163:3
**glass** 34:23
**glasses** 156:23
**Glenco** 47:13 66:17
**global** 112:18
**go** 5:25 8:19 16:11 17:2 24:25
32:3 38:14 39:6 41:13,14,19
42:9 43:5,7,10 58:10 60:2,19
60:23 62:17 63:8 65:4 82:3
83:10 84:3 88:13 89:6,20
95:13 96:6,14 98:20,20 106:3
109:5,25 110:5 113:18 114:3
114:13 115:5 130:6,11 131:11
131:14,19,21 132:3,4 133:7,16
133:19,21 142:21 145:22
153:7 156:15 168:19,19 169:6

169:24 170:23 172:3,3,4,6,7
172:21 181:6 184:16
**goes** 9:18 16:20 18:20 48:12
49:21 160:8,9
**going** 7:11 14:18,20,24 15:5,18
15:21,25 16:6,19 17:15 18:2,3
18:14,25 19:8 25:10 27:3
30:20 32:19 37:17 41:1 43:20
53:9 60:8 63:2,15 69:3,17
70:24 73:12,13 76:24 80:5
83:22 85:10,20 86:24 88:2
91:19 98:3 100:5,11 109:7
110:14 112:4 113:12 114:1,2,3
114:8,19 117:1 118:11,19
121:23 123:23 126:23 130:10
130:23 131:1,14,15,15 133:23
133:24 143:3,23 144:3 146:15
154:14 156:2,11 159:2 169:17
169:20,23 171:7 172:1 175:22
178:15,18 179:2 180:6 181:17
181:19,20 186:5 187:2,18
**good** 5:1,11,13 10:5,19 14:17
20:22,23 36:4,5 43:25 57:7
104:11,16,20 105:3,8,25
106:15 150:21 166:10 186:22
187:9 188:3
**Google** 21:22 86:15
**Gordo** 14:21 149:11
**Gordo's** 149:8,10
**government** 1:13 3:2,4,5,6,7,8,9
3:10,11,12,13,14,15,16,17,18
3:19,20,21,22,23,24,25 5:12
6:23,25 7:9,12,18 8:10 9:18
10:15 11:10 13:18,20 17:11,19
17:22 18:19 19:14 21:24,25
22:4 27:5,13,17,22 30:22 31:5
31:9 33:10,18,22 46:15 50:20
51:6,12,16,25 52:5 65:16 70:3
70:13,17 71:1,8,12,22 72:4,8
74:16 75:7,11,23 76:7,11 77:1
77:8,12,23 78:6,11,18 79:1,5
79:16,22 80:3 86:8,16,20 89:7
91:21 92:5,9 105:13,19 108:2
108:5,7 110:25 111:8,13
118:21 119:1,5 120:13,21,25
144:2 145:12 150:19 162:15
164:10 166:3 167:11 168:1
173:21 174:5,9
**Government's** 9:11 20:15 21:19
22:1 27:4,18 30:20 31:6 33:8
33:19 41:22 46:17 50:18 51:7
51:15 52:1,21 53:6,12,19,25
54:4,21 55:2 65:18 70:2,14,25
71:9,21 72:5 74:15 75:8,22
76:8,13,25 77:9,21 78:7,16
79:2,14,23 80:5 81:1 85:22
86:6,17,24,25 91:20 92:6,16
96:25 106:8 110:15,24 111:9
113:13 117:2 118:19 119:2,8
120:12,22 131:1 162:12,23
166:2,6 171:13 173:11,19
174:6 175:22 177:5,19 179:14
**GPA** 138:19,19,22,23 139:3,3
**GPAs** 178:16
**GPS** 13:3 112:18,21 138:18,20
138:24 139:1
**graduate** 47:12
**grant** 5:25
**gray** 115:16 172:18 180:16
**great** 180:8
**greater** 20:11
**green** 24:10
**Greenwich** 87:9 88:4 89:10 98:3
98:9,21 99:16
**group** 66:12,24 67:18
**Guang** 54:7
**Guard** 115:24 139:25 140:5,8,10
176:25 183:10

**Guedez** 14:21 15:3 92:4,12
131:18
**guess** 57:13 62:18
**guide** 123:25
**guided** 123:22 139:7
**guilty** 11:10 13:17 14:13 18:16
107:24,25 108:1,5 155:24
156:19 163:20 167:8,10,15
185:12
**guise** 43:22
**guy** 15:25 16:25 125:7 157:17,18
164:15
**Guyana** 34:14 53:24 182:19
**Guyanese** 50:5 100:20 184:19
**guys** 18:22 102:23

**H**

**H** 1:14
**hair** 111:22
**half** 24:1 36:12 58:1,25 106:20
147:15 158:24 183:21
**halfway** 31:24 41:5 146:12
147:20
**hand** 19:18 30:15 86:24
**handcuffed** 184:22
**handcuffs** 16:23 44:10,21 94:23
100:18 128:12 153:19
**handed** 30:14,16 35:3 73:13
93:4,24
**Handing** 105:11
**handle** 156:9
**hands** 139:1
**hang** 23:14 37:12 151:11
**happen** 7:7,15 8:3,9 104:15
**happened** 12:8 15:4 17:1,18,23
18:6 26:18 46:7 100:5 101:18
102:15 107:7,21 114:10 122:4
123:13,19 126:15 131:11
132:9 133:13 158:2 159:23
166:22,25 167:6 184:21
**happens** 183:23 184:12,13
**Harbor** 23:16
**hard** 14:24 25:17 87:1
**Harlan** 8:24
**harsh** 17:16
**hatch** 33:2,2,3,4 34:18,19,22,23
**hauled** 11:2
**Haulover** 11:15,19 16:14 21:22
22:10 25:11,13,16,21 36:6,14
44:3 49:8 55:24 58:10 66:20
67:2,2,3 100:15 112:5 117:13
117:16 121:11,16 123:5
125:22 126:15,16 127:3 138:8
133:9 142:2,3 145:5,22 146:2
146:8 147:6 152:16 167:1
172:22 175:8 176:3,8 178:23
181:18,19 183:11
**Havana** 138:9
**head** 111:22,23 161:12
**headed** 24:24 25:11 125:19
**heading** 24:21 25:5 121:18,22
147:17
**hear** 12:8,9,13,14 13:16,17,19,24
14:20 16:19 27:15,16 45:15
**heard** 8:7,9 14:10 104:24 157:3
157:10
**hearing** 8:16 80:9 103:8 143:16
187:8
**hearsay** 8:9 72:23 73:8 126:24
**Hector** 10:21
**height** 47:18 137:4
**held** 124:8
**helmsman** 113:1 139:2
**help** 87:16 112:17 136:19,20
161:8 185:25
**helped** 44:4 124:6 180:21 185:14
**helper** 171:3,4

**helping** 186:6
**helps** 87:17
**Hernandez** 9:5
**Herradura** 138:14
**Hey** 16:25 44:14
**Hialeah** 8:9 109:13 112:8 133:15
**Hidden** 12:2
**high** 128:21 130:22 139:23
**hit** 99:21,25
**hitched** 127:19 152:24
**hitting** 163:3
**Hmm** 141:9
**hold** 106:1
**hole** 126:6
**home** 109:20 115:23 170:25
**Homestead** 136:4
**Honor** 5:10,11,14,25 6:1,6,14 7:4
8:10 9:10 10:1 14:16 19:15
21:16,25 22:5 26:25 27:13,17
27:19,20 29:15 30:17 31:5
33:5,18 35:23,24 46:9,11,16
49:24 50:8,10 51:6,10,25 52:3
56:14,24 57:15,20 61:20 64:3
64:4,18 65:4,16 68:8 69:23
70:15,21 71:8,17 72:4,12,22
73:4,16 74:22 75:7,9 76:9,21
77:8,18 78:6,9,13 79:1,11,22
80:8 81:16 82:2 83:20 86:3,16
86:21 91:13 92:5,7,15,18,19
93:10 95:17 96:21 103:22
104:7 105:2,4,7 107:17 110:11
110:21 111:8 118:14,16 120:9
120:21 126:23 127:1 134:8,9
134:22 143:3,8,23 145:18
148:17 153:2 159:21 160:6
162:9,22,24 165:7,24 166:3
167:22 173:8,16 174:5 178:8
179:11 186:21 188:2
**HONORABLE** 1:11
**hook** 40:20,20
**hope** 57:7
**hopeful** 104:18
**hoping** 108:9 168:4
**horsepower** 136:23
**hose** 148:3
**hospital** 186:7
**hotel** 132:11 185:18,19 186:1,2,5
**hour** 109:22 183:21
**hours** 87:12 91:9 98:8 122:3
123:6 124:19 139:13 146:20
147:8,15
**house** 109:6,13,19,19 112:8
113:20,21,24 124:4 129:8,18
130:13 131:8,9,18 133:1,14,16
133:18,20,21 149:8,10 169:12
170:9,10,11,20 171:20,21,22
171:23 177:18 180:13,14
185:20,22 186:15
**houses** 141:4
**Hu** 55:5
**Hua** 52:17
**hug** 25:7
**human** 128:10
**hurricane** 8:19
**hurry** 26:24
**hurt** 124:18 154:15
**Huynh** 1:14 10:16,20 65:1 73:16
105:11,13,19 106:3
**H-e-r-r-a-d** 138:14

**I**

**ice** 35:8,10 44:1,4 45:12,15 46:1
67:18 68:14,16 117:24 118:5
142:23,25 143:1,2
**ICW** 24:25 25:1
**ID** 30:13,14
**idea** 115:7 161:16

195

identification 2:25 4:16 6:23
21:20,24 27:4,5 30:10,21,22
33:9,10 50:19,20 51:15,16
70:2,3,25 71:1,21,22 74:16,21
75:22,23 76:25 77:1,22,23
78:17,18 79:15,16 86:7,8
91:20,21 110:24,25 118:20,21
120:12,13 162:15 173:20,21
identified 29:16 68:9 80:6
107:18 167:23
identify 4:14 22:8 64:10,13
identifying 73:10
identities 20:1
idle 25:2
IEM 100:1
Igloo 156:5
III 1:14
illegal 10:16,23 11:2 12:3 44:15
55:9,10,11 67:7,10 128:6
134:4 165:20 181:3
illegally 124:24 125:3
illegals 181:11,12
imagine 139:24 158:2 163:24
IMEA 99:22 100:3
immediately 16:22 44:7 59:16
immigrant 47:19 48:12 59:21
61:3
immigrants 47:8 48:1
immigrate 48:6
immigration 35:11 44:16 45:19
47:3,10,14 48:18,21,24 52:12
52:15 56:10 57:9,10 59:16
62:13 63:16,25 64:9 66:7,10
95:13
important 38:24 47:20
impression 20:12 177:3
imprisonment 18:18 167:7
inaccurate 100:8
inadmissible 51:1
incarcerated 106:24 166:17
incident 16:8 44:1 101:21 149:3
149:21
include 98:19
including 84:2
incorrectly 9:16
incredible 18:23
independent 20:9 187:7
index 2:24 4:2,5 52:11,23
Indian 23:15
indicate 93:13
indicated 4:16 52:14
Indictment 155:17,22 163:20
individual 53:21 94:4
individually 19:20
individuals 6:10,17 11:15,16
12:15,23 18:15 50:3,12 55:9
68:13 81:25 85:5
inducing 11:8
industry-standard 4:16
influenced 20:10
informants 8:4
information 15:24 19:25 47:16
47:19,21 48:4,19 50:1 51:4
52:9 63:7 67:5 73:3 85:19,23
87:8 103:16,19 141:21
informing 49:22
initial 49:11
initially 69:2 76:18,19
inlet 11:15 21:22 23:2,8 24:22
25:7 36:6,14 38:20 55:24
58:10 66:20 67:2 100:16
172:22
inquire 72:12 105:17
inside 33:4 63:24 113:10 119:23
148:6 152:22 153:7
inspect 62:21 63:8
inspected 42:14 61:2 62:22
128:7 145:10

inspection 16:18 60:10 96:6
inspector 63:21
inspectors 62:17 63:8,11
installing 140:13,17
instructed 187:22
instruction 9:24
instructions 10:7 112:14 144:7
187:6
intends 105:23
interdiction 21:9 66:2
International 55:19 60:7,10 61:7
61:9,10 95:13
interpretation 56:16
interpreter 25:15 27:15 49:19
80:9 101:9,11,15 102:11 106:8
113:3 115:2 127:10,22 129:24
138:11 150:10 155:19 158:20
161:3 162:25 163:3 165:1
166:6 178:8 182:10,11 187:23
interview 67:19,22 68:20 102:9
interviewed 45:11 50:3
interviewing 154:22
introduce 143:24 144:3
introduced 40:3 83:3,9,10 109:6
129:17 149:15
invent 164:22
invented 159:14 161:13 164:14
164:16
investigate 11:22 36:24 66:11
investigating 66:12
investigation 66:15
investigations 96:19
involved 13:13 19:22 49:10
108:22 109:3 158:25 159:1
168:14 185:16
involvement 35:14 101:20
128:18 185:10
Islands 23:16
issue 6:7 8:11 72:13 128:6
issued 52:23
issues 5:9 7:4 187:8
items 19:25 71:14 112:16,19
118:4 120:19 121:14,15
142:24 176:19 177:11 178:6
178:12
I-213 47:22,24 48:6 52:8 53:7,14
53:20 54:1,5,11,17,22
I-213s 50:12 51:1
i.e 4:17

                J

J 1:18
January 136:1,3,6,10,12,14
Japanese 138:6
jettisoned 126:13
Jin 53:9 54:1
job 36:23 56:21 112:22,24 113:1
153:9 166:20 171:2
jog 61:21 152:14 158:17
Joseph 1:14 10:19
joseph.huynh@usdoj.gov 1:16
Jr 1:22
Judge 1:11 5:10 7:11 8:23,24
48:12,14,16,16,18 65:12
155:12 162:25 188:4
July 85:14
jumped 30:8 41:7,11,16,23
42:10
June 129:13,23 130:1 141:12
juror 5:2,4 20:12
jurors 20:11 106:3 187:1
juror's 105:10
jury 1:10 5:6 7:11 9:18,23 10:3
42:1 64:24 65:13,14 83:5,7,10
104:21 106:6,7 129:3,6 135:22
143:9,15,22 144:6 150:19
185:8 187:4,11

                K

keep 48:22 49:2 139:20
keeping 48:22,25
keeps 48:20 87:10
kept 35:7 116:5 133:17
Key 61:23,25 62:3 63:10,13
136:6,7
Keys 58:6 61:14 136:7
Keystone 24:25
kind 25:17 28:12 47:10,15 48:16
49:17 52:9 58:19 66:14 87:1
124:17 130:8
knew 13:25 25:9 124:22 153:8
153:10 165:19
knife 126:6 148:24 183:5
know 7:12 18:10 23:10 26:22
38:5 41:18 45:1 46:7 61:19
73:19 75:1 76:4 93:21 100:10
104:15,24 105:23 113:17
117:5 124:25 130:19 135:5,8
135:12,13 138:25 145:7,15
149:22,22 154:12,20 156:6
157:4,4,5,13,20 162:2 163:9
163:12,21 171:17 174:15
175:25 176:1 178:15 181:12
184:8 185:4,5 187:23
knowing 18:4 165:13
knowledge 50:11 83:23 164:12
known 14:21 69:18
knows 15:12 17:15

                L

ladies 10:5,6,19 11:4 13:19
14:17 19:16 64:21 104:10
143:5 186:25
land 47:15 64:2 95:12 122:15
128:22 140:2
land-based 91:16
large 49:5 137:2 175:19
lasted 98:14
latitude 83:17 97:14,17,23 98:4
launching 116:14
law 23:14 47:14 62:3 66:16
119:15 149:21
lawful 61:4
lawfully 55:17
laws 47:2,3 157:5
lawyer 56:15 152:12,13
lawyers 10:13 104:14
lay 7:21,23
layman's 48:3 56:6
Lazaro 123:16 129:20 185:24
186:12
Leading 81:16
leaning 43:9
leave 37:17 38:1,6,9 55:17 110:5
121:16 125:11 130:12 138:13
145:22 164:24 169:13 172:21
178:13
leaves 64:24 104:21 143:9
led 109:12
left 19:20 22:20 25:3 28:9 32:17
52:11 115:8,9,19,20,22 117:22
121:17 125:12 126:12 130:13
131:11,18,21 133:14 138:10
145:5 146:8 147:6 164:21
175:11 176:25 181:16 187:11
legal 56:16 63:19
legally 60:6,17,20
length 52:13 137:12,13
lent 69:13
letter 55:5 105:10
let's 39:6 61:8 66:19 89:6,20
98:20,20 107:6 108:19 135:22
156:15 157:16 158:23 168:11
liar 134:14,18
liars 19:7,8

license 15:25 30:1 32:3,5,8
43:23 116:4 141:21,22
licenses 11:25 29:5,6,21
lie 18:22 19:2,2 134:20,25 135:1
135:22 154:15,16 165:6
lied 128:19 129:4 185:6,9
lies 128:23 150:18 154:10,11
159:7 160:18 161:18,19
163:22 165:3
life 134:18 145:5,7,8,11,12,14,17
177:25
light 178:8
lights 147:23,23
limine 6:19
limit 19:24
line 3:1,1 25:5,8 26:8
listed 174:18,20
listening 182:14
liters 137:21,22,24,25,25,25
138:1
little 8:19 19:5 23:11 52:17 59:6
59:8,11 80:13 87:16 95:23
128:3 148:6 152:14 156:23
163:1
live 130:14 135:25 136:3,12
138:8
lived 129:15,16 135:23 138:9
lives 130:15
living 109:20 136:4 168:16
Lloyd 2:6 46:17,23
load 37:9 38:25 41:4 147:1 180:4
180:5
loaded 11:21 121:14 142:20
177:11 178:6,12 180:13,15
181:14
loading 40:10
loads 16:16 40:19
lobster 11:23 23:2 37:4 38:9,9
38:11,12 39:3
lobstering 38:15
local 87:11 88:20 89:11
locally 88:5
located 22:12 31:20 133:14
171:19
location 99:21 132:6,7
locations 48:22 58:3
locked 76:19
long 21:1,5 25:21 26:8,15 28:9
57:25 59:15 66:3 88:22 89:13
89:17,23 90:4,16,22 106:19
109:21 114:19 117:13 122:1
126:10 127:12 129:9 131:23
139:11 146:24 153:10 166:15
175:8,13
longitude 83:16 97:14,17,23
longitudes 98:3
look 13:10 16:21,25 17:23 55:21
87:15 97:22 113:9 114:20
115:15 120:5,7 131:10,12
144:7
looked 34:11 41:16 140:5
looking 11:17 22:21 23:9,9,13
23:14 24:14,16,17 28:3 44:7
89:2 96:25 118:10
looks 52:17
Lopez 2:16 5:17 8:5 12:5,15
13:16 14:6,19 15:2,13,17,18
15:24 16:10,17 24:9 17:5 18:5,7
25:5 26:16 28:6,8,19,21,21
30:3,8 31:13,24 32:5,17 39:5
39:13,15 40:20 41:7 43:15
44:10 45:9,25 46:1,5 65:5
67:25 68:21,23,25 69:1,2,14
69:18 72:3,11,17 73:7,10 74:4
74:6,11 80:23 81:7,10,15,22
85:6,15 92:25 93:14,18 94:22
95:2 100:25 102:9,17,24 106:8
106:13,17 107:21 111:15

November 4, 2008

119:7 131:1 170:13 171:3,4
172:16 175:17 176:17 186:12
**Los** 49:4
**lost** 139:23
**lot** 22:15,16 26:5,7,15 28:9,13
38:17 59:4 96:1,17,18 114:17
115:5
**lots** 96:2,4
**low** 180:9
**lowered** 41:10 142:17
**lowers** 40:8
**Lucaya** 123:21 124:1 132:10
145:25 146:2,5 169:6 179:3
**Lui** 53:9
**lunch** 104:20 105:3 187:4,5
**lunchbreak** 104:11,18 187:3
**Luncheon** 105:5
**lying** 153:1,13 165:4
**L-o-p-e-z** 106:13

---

## M

**M** 1:11
**Magistrate** 103:4 104:25
**Mahendra** 53:22
**mailing** 62:18
**Maintain** 21:9
**Maiquel** 9:5
**making** 32:11,20 44:8 64:10
151:25
**male** 34:14 155:19 160:20,23
**man** 10:22,22,23,25 11:5 123:22
161:11 179:23 180:12
**manatee** 21:10
**mandatory** 17:9
**manslaughter** 8:20
**map** 21:22 23:19 24:10,11 25:4
86:15
**Marathon** 58:7
**Maria** 141:16
**marina** 11:1,19,19 12:11 37:17
38:1,3 60:23 114:12,14 115:9
116:14,16,21,22 117:3,24,25
118:2,9 121:5,14 123:5,21
124:1 125:22 126:16 132:10
133:8,9,11 142:3,8 145:25
146:2,5 167:1 169:6 172:3,4,8
172:12,15 174:17 175:18
176:2,3,12,15 177:9 178:2,23
179:3 181:18,19 183:11,25
184:10,13
**marine** 21:4,5 66:1,6 95:9
184:15,16
**Mark** 2:10 65:17,18,24 152:10
153:22 154:18,20
**marked** 2:25 6:23 21:19,24 27:3
27:5 30:21,22 33:8,10 50:18
50:20 51:14,16 52:15 70:1,3
70:24 71:1,20,22 73:4,6 74:14
74:16 75:21,23 76:24 77:1,21
77:23 78:16,18 79:14,16 86:6
86:8 91:20,21 110:14,23,25
118:19,21 120:12,13 162:12
162:15 173:19,21
**marks** 52:13
**married** 140:21,22
**Marshal** 5:22 187:21
**Marshals** 5:19 187:15
**Martin** 1:18 6:15 9:12
martinblaw@aol.com 1:20
**Martinez** 14:22 15:3,9,9,11,12
15:13 18:10 129:8 131:5
149:11 168:17 169:14 170:13
172:10 185:24
**master** 63:5
**matter** 43:14 49:21 146:22
161:25 162:5 189:3
**maximum** 150:17

**ma'am** 9:9 186:24
**mean** 36:21 49:4 55:14 87:9 88:4
89:10 98:3 111:18,21 114:17
149:14 167:16 169:2 174:22
178:9
**meaning** 126:10
**means** 56:17 66:23 138:15
174:23
**measurements** 20:1
**mechanic** 15:7 166:19
**medical** 187:1
**MEDINA** 1:21 189:5
**meet** 60:24 110:2 129:9 132:11
**meeting** 109:11,14,16,18,19,21
109:24 111:24 112:3,4,7,9,12
112:16 113:24,25 114:10
160:19 161:22 162:6 170:8,12
170:19,21 172:1,2
**meetings** 110:3
**members** 129:3 185:8
**memory** 20:8,9 61:21 152:14
158:17
**mentioned** 48:7 71:6 119:19
**merchant** 60:11
**Meridian** 98:9,21 99:16
**Mesa** 141:16
**mess** 156:3
**message** 9:7
**met** 16:25 69:20 129:7,8,11
130:21 133:11 160:20 165:13
165:15
**meter** 137:4,10,15
**meters** 124:3 137:10
**Miami** 1:2,6,16,19,23,24 11:1,13
11:15 12:10 20:25 21:1,3,6
49:3 55:19,19 58:5,21 59:3,12
60:1,7,10,12 61:7,7,8,10 66:9
66:25 68:14 72:19 74:12 95:8
95:12,21,24 125:16,20,21
132:18,25 141:13 146:11
153:23 154:3 181:18,19
182:22 185:20 189:6,7
**microphone** 80:10
**middle** 41:7 53:2 54:13 98:20
129:13
**midnight** 99:8 123:7,8 147:12,13
147:15 179:5
**Mid-June** 129:14
**mile** 24:1 36:12 58:25
**miles** 126:16 136:7
**mind** 169:23 170:23 171:1
**mine** 168:16
**Ming** 55:5
**mini** 38:9 39:4
**minimum** 17:9 18:17
**minor** 6:6
**Minus** 87:12
**minute** 25:23 28:11,16 79:25
115:12 160:2
**minutes** 26:17 32:16 64:22
99:19 117:15,15 127:15 143:6
146:24 147:1,4,5 175:15
**Miranda** 2:20 5:18 8:5 12:6,15
13:16 14:6,19 15:2 16:11,17
16:24 17:5,12,21 25:5 26:16
28:6,7,18 30:3 31:13 32:17
39:5,13,15 43:15 44:10 45:7
46:1,3 65:5 67:25 68:18,19,21
69:14 78:23 80:23 81:15,22
85:7,7 92:25 94:25 100:25
101:5,16,18,23 102:24 107:12
112:10 114:3,12,14,18 115:4
116:8,10,15,18 118:1 122:6,20
122:21 123:15 124:9 125:14
126:21 128:11 129:16 142:7
150:5,18 151:1,4,21 155:4
164:16,19 166:4,6,12
**Miranda's** 74:25 81:2

**miscommunication** 5:15
**mishaps** 147:14
**mismatched** 23:11
**missing** 5:2 42:25 43:3
**mission** 18:13 146:15 149:4
161:17 164:12
**missions** 15:10 149:12
**mistake** 26:8
**mistaken** 139:16
**moment** 35:23 49:24 57:15 64:4
92:18 122:11 128:2 134:8
186:21
**money** 94:7 114:6 125:3 133:22
133:23,24 141:2 186:4
**month** 18:15 19:10,10 38:3
87:11 129:10 157:15 158:8,24
158:24 159:10
**months** 38:4 66:4,16 150:7
157:9
**morning** 5:1,11,13 6:11 10:5,19
14:17 20:22,23 36:4,5 38:14
38:14 64:21 91:8,9,9 98:8 99:9
99:9,10,10 124:19 125:4 180:4
187:1,19
**motel** 185:23
**mother** 47:18
**motion** 5:15,18 6:1,19 7:8,13,15
7:16 8:16 50:9 51:10 187:19
**motor** 138:3
**motors** 139:18
**move** 22:1 27:18 31:6 50:7 70:13
72:5,22 76:7 78:7 153:16
162:22 174:6
**moved** 35:7 52:1 127:20
**movement** 42:11
**moves** 27:14 33:19 51:7 71:9
75:8 77:9 79:2,23 86:17 92:6
111:9 119:1 120:22
**moving** 124:8 128:2 186:1
**mutual** 150:15
**M-a-i-q-u-e-l** 9:5
**M-i-r-a-n-d-a** 166:12

---

## N

**name** 8:23 9:13,21 10:19 20:19
20:19,21 46:21,21 47:17,18
53:1,2,2,16,21 54:13,23 55:4
65:22,22 76:3 93:16 106:11,11
111:19 116:4,4 141:15,16
157:19,20,21 162:13 166:10
166:11 174:25 175:1 185:21
**named** 52:10 153:22 156:24
158:18 159:19
**names** 14:20 75:1
**narcotics** 66:13
**Nassau** 92:14
**national** 12:4 49:3 50:6 52:20
**Nationality** 47:3
**nationals** 12:4,14 47:15 49:18
50:4,5 52:22 179:25 185:13,14
185:17 186:1
**NE** 1:15
**need** 6:2 17:19,20 19:2,2 36:25
44:15 91:10 105:16 153:8
187:12,14,19,20,23
**needed** 143:11,12 185:3
**needs** 178:9
**neighborhood** 59:8
**nervous** 23:10,13 30:15 32:6,6
32:11,11,12,20 43:15 100:25
**nervously** 23:9 24:17
**never** 18:3 63:24 145:9,10 152:3
157:10,20
**New** 49:4
**next-door** 37:17
**nice** 148:12
**night** 98:1,12 132:1,2 147:10

**nighttime** 147:22 148:9
**nine** 127:15
**nod** 6:3
**noncitizen** 59:22
**noon** 16:3,3 35:21,21 38:17
187:3
**normally** 23:12,14 24:7 38:7
**north** 1:23 11:13 12:10 20:25
21:1,3,6 66:9,25 72:19 74:12
138:16,17 141:12 189:6
**northbound** 24:22 25:1,3,23
**northern** 138:17
**note** 104:23 105:10
**notes** 10:11,12 19:17,19,21 20:7
20:8,11,11
**notetaking** 19:22,24 20:5
**notice** 48:8,9
**noticed** 28:7
**notified** 66:22
**notify** 63:16
**November** 1:7 152:7
**number** 8:25 9:5 27:18,19 52:10
52:21,23 60:22 62:20 74:15
78:1,1,17,24 81:6,8 83:17,23
85:9 86:7,25 87:20,22,23
88:24,25,25 89:6,16,20 90:1,2
90:14,18,20 96:25 97:1,12
99:5,22,22 100:1,1,2,4 110:18
110:24 114:15 116:4 161:2,3,5
173:20 174:6,13,15 175:2,5
177:5 179:21 184:5
**numbers** 9:1 80:23 81:9,12,13
81:19,21 83:3,21,25 97:3,6,10
99:13 110:20 111:15
**numerous** 99:13

---

## O

**object** 7:19 50:7 51:9 126:23
**objecting** 7:16,21
**objection** 6:21 8:12,14 9:20,22
22:2 27:20 31:7 33:20 52:3
56:14,24 70:15 71:6 72:6
75:9 76:9 77:10 78:9 79:3 80:1
81:16 82:2 86:18 91:12 92:7
95:17 111:10,11 119:3 120:23
134:21 144:4 145:18 148:16
148:19 153:2 159:20 160:6
174:7
**obligated** 108:13,16 168:8
**observe** 20:4 23:4 28:6,14 31:22
24:12 28:15 31:13 39:22 67:8
**observed** 23:5,21,23,24,25
24:12 28:15 31:13 39:22 67:8
**observing** 23:2
**occasion** 75:13 77:14
**occasions** 165:14 183:18
**occupants** 36:8
**occur** 49:14 90:20 109:11,14,19
111:25 112:7 113:24 169:8,11
170:8,19
**occurred** 14:25 85:4 109:18
112:4 116:8
**Oceanic** 23:5 31:12 171:12
**October** 18:14 162:6
**offered** 101:25 102:13
**offhand** 101:13
**office** 1:15 5:16,24 62:13 68:14
68:14,16 95:23 96:14 101:3
102:21 153:23 154:3 161:23
**officer** 11:13,18,22 12:10,10
16:19 19:14 20:21,22 21:4,5
22:8 27:25 31:11 33:24 36:4
36:25 43:25 46:24 50:8 51:14
52:7 56:10 57:9,10 58:7 60:23
64:8,9,9 65:16 66:9,24 67:6
74:4 76:24 77:14 80:5 85:3
86:24 91:19 92:11 93:2 100:15
104:2 114:21 128:4 152:25

---

153:1,12,13,17,19 154:8,21
155:4,7 157:16,19 172:8,25
**officers** 12:13 16:25 17:6 32:18
44:5,9 63:25 74:7 114:23
128:15,17 142:14 158:6,25
159:11 160:5 172:14 175:12
**official** 1:22 48:14 189:6
**officials** 38:7
**offshore** 23:3,17,18 24:1 36:12
89:4 91:11
**Oh** 58:7 109:4 135:2 149:5
**okay** 16:5 21:12 22:19,23 23:20
24:18 25:20 29:25 32:1,14
34:16 35:19 37:3 38:23 39:17
40:13,18 41:15,21 42:8,21
43:13,18 44:13,23 45:6,14,24
46:2 49:6 54:20 56:7 58:9
59:15,23 61:9,12,16,23 62:8
63:18,22 65:12 66:18 72:21
87:19 89:5,19 90:13 95:11,22
96:3,5 99:7 101:14 102:8
106:14,23 107:5 108:18 109:1
109:8 111:21 112:15 113:11
113:22 115:11 116:7 118:9
119:7,18 121:13 130:3,25
131:17 132:8 135:2,6 136:2,7
139:6 142:6,11 145:21 146:13
146:18 150:4 151:8,16 152:2,6
152:14 154:25 156:7,15 157:6
157:14 158:4 160:11 163:6,18
168:10 169:3,15,25 170:18
171:25 172:20 175:4 176:14
182:16 183:22 184:3,11
186:13
**old** 106:17 166:13
**once** 25:2 32:16 33:1 35:3,15
36:6 41:10 44:2 45:17 52:22
84:1 112:14 124:3 125:25
142:11 158:1 172:11
**ones** 39:13 81:13 83:16 115:6
154:13
**ongoing** 19:23
**open** 4:8,10,12 10:18 34:19 74:1
85:1 145:1
**opened** 30:14 33:2 34:8 183:5
**opening** 9:25 10:8,11
**opinion** 7:19,22 83:8
**opportunity** 67:19,22 69:5,21
79:7 80:22 81:3 85:24 105:9
**option** 105:25
**order** 5:23 68:22 69:14 108:12
108:15 111:19 119:20 125:14
168:7
**ordered** 48:13
**ordering** 48:14
**ore** 5:14
**organized** 15:3 17:24 18:7,19
149:11
**organizer** 15:10 18:23 149:18
185:11
**organizers** 12:18 14:22
**oriental** 44:2,9
**origin** 54:14
**original** 180:2
**outfit** 149:24,25
**outline** 55:22
**outside** 60:8,9 95:17 113:10
119:24,25
**overnight** 13:14 37:18 38:1
146:20
**overruled** 50:14 51:11 56:25
84:5 91:14 95:19 134:23
148:18,20 153:4 159:22
**overview** 7:10
**Oviedo** 10:21
**owned** 13:13 14:2,3 71:6
**owner** 185:11

**P**

**packed** 34:9
**page** 2:2 3:1,1 4:3,6 97:22 98:20
134:14 162:18
**pages** 79:19
**paid** 114:4 133:22,23,24 134:1
141:6,7 176:19 186:6,11
**paints** 15:7
**paper** 115:23 116:1,3,5
**Pardon** 169:2,18
**park** 26:10 37:14,16,24,25 38:7
67:2,3
**Parke** 155:14
**parked** 23:22 26:1,1,4 28:1
**parking** 5:3 22:15 25:3,25 26:5,7
26:11,15 28:9,13 39:23 96:1,2
96:4 115:5
**part** 12:17 13:14 33:25 47:24,25
49:17 56:13,20 115:1,4 172:9
**participate** 169:17,20
**particular** 7:14 52:25 100:9
101:21
**parties** 104:14 187:9,12
**partner** 35:3
**passed** 25:2 36:14 123:4 124:2,3
**passport** 124:22
**passports** 124:21 181:8
**patrol** 21:4,5,10 23:15 24:9 35:9
36:21 45:20,22 46:15,25 47:1
47:12 49:15 57:25 58:7 67:16
75:18 76:5 94:15,15
**pay** 12:22 38:3 114:8 176:21
**payment** 161:5
**Pembroke** 49:15,15 58:6,13
**penalty** 17:16
**people** 8:5 10:23,25 12:9 15:1,22
16:21 17:3 22:16 23:13 33:4
34:6 35:16 38:14,18,19,25
41:2 43:14 44:2,7 45:17,21
55:16 58:14 63:23 83:15 96:6
96:10 100:18,19,21 102:18,25
103:6 107:10 121:24 122:7
123:4,6,8,9,11,14,18,20,23,24
123:25 124:4,10,11,13,23
125:2,4,5,13 126:13 127:5
128:20,22 129:22 130:7,8
131:15 132:13,14,17,25 133:5
136:15,20 139:9 140:8 141:24
146:23,25 147:2,12 149:7
153:10 155:5 160:24 161:12
181:14 182:1,17 184:21
185:19,23 186:2,6,14,19
**percent** 36:18
**perform** 15:11
**period** 151:20
**permanent** 61:4
**permits** 11:25
**permitted** 19:17
**person** 48:5 52:11 57:2,5,13
64:15 68:4 73:14,15 75:1
83:22 93:1 110:10 111:22,24
130:21 132:11 134:17 139:3
140:7 169:9,10 170:6 184:19
**personally** 128:5 133:10 149:17
**persons** 49:12 55:15 56:5,22
108:25 113:19 167:5,6
**person's** 48:14 53:16
**phone** 8:25 9:1 13:5 14:6,7 16:6
63:5,6,7 71:15 72:2,10,13,18
73:14,14 74:4,5,9,11,25 75:3
75:13,15 76:2,4,13,14,16,18
77:6,14,16 78:1,4,22,24 79:8
79:20 80:6,12,16,18,20,22,23
81:1,4,6,12,13,14,19,21,22
83:3,4,7,9,14,15,16,20 85:11
85:23,25 86:14,15 87:9,14,20
87:21,23,23 88:13,13,15,24

89:1,15,25 90:6,6,7,9,11,24
91:3,3,10,11 94:9,10,13,19
96:17,18,25 97:3,6,6,9,12,12
97:17,18,20,22 98:1,5,7,13,13
99:1,5,8,15,17,19,22,24 100:1
100:3,3,6,14 110:9,10,15,18
110:18 111:6,15,16 122:6,7,10
122:13,15,16,19 126:24 133:7
161:2,3,5 173:5,6,14 174:2,3
174:11,13,15,24 175:2,5,6
179:7,15,19,21,22 183:19
184:1,5,6,9
**phones** 71:15 85:15 91:15,16
92:24 93:14,21,24 94:6
**photo** 52:24
**pick** 6:9 10:25 13:4 16:11 26:24
109:25 121:23 123:6,8,13,17
123:23,25 125:8 127:13 130:6
132:12,14 147:12 168:19
169:6 179:24 180:3 181:20
**picked** 17:3 122:8 123:4,10,11
123:19,21,23 125:13 131:16
132:16 141:24 147:13 153:23
180:11 182:1
**picking** 178:20
**pickup** 67:9 76:3 90:12 116:23
116:24
**picture** 23:18 25:4,14 26:3 27:25
31:11 33:15,24 34:21 40:3
52:11 87:1 89:2 111:5 119:8
120:18 177:22,24
**pictures** 51:19 103:14
**piece** 116:1,3,5
**pier** 16:14 36:16 37:4,6 127:7,8,9
**piloting** 139:4
**Pines** 49:15,16 58:6,13
**place** 43:4 47:17 49:20 55:12,16
59:11,15,22 95:8 109:21
113:25 121:23 123:23 133:6
156:5 180:23,25 181:20
**placed** 44:9 76:16 77:7 87:20
88:1 94:2 124:15 127:5 128:12
**places** 16:22 36:16 49:2,5 55:18
131:15
**Plaintiff** 1:5
**plan** 115:1,4 123:6 126:11
129:19 130:5,6 172:2,9
**plane** 132:21,22,23
**planned** 14:4 16:14
**planning** 109:3,11 110:2
**plea** 108:1,5 155:24 162:5
**plead** 107:24 163:19 167:10
**pleads** 156:18
**please** 5:1 10:4 19:21 20:14,19
22:8,9,11 25:14 29:13 34:8
46:21 64:22 65:15,22 67:3
68:6 89:7 104:15 105:8 107:15
115:12 127:22 143:6 166:2,8
166:10 167:20 171:9,11
172:17 185:8 187:6
**pled** 13:17 18:15 167:8
**plot** 85:24
**plotted** 86:1,15 97:1,3,15 138:20
**pocket** 30:12
**point** 5:6,15 17:15 24:1,19,21
25:1,9 26:19 29:13 30:5 32:3
34:18 41:1 42:1,6,13 46:4 68:6
75:20 87:2 102:17 103:22
107:15 125:17 128:11 135:8
146:4 153:16 167:20 170:23
181:15 186:22
**poles** 11:16 13:10 24:12 119:9
119:11,12 177:4,6
**police** 11:13 12:10 13:9,13 16:17
16:24 17:6 36:25 66:9,25
74:12 114:13,21,23 115:24
128:4 142:8,14 152:25 153:1
153:12,17 154:21 156:10

158:6,25 159:11 160:5 172:7
172:14,25 175:12 184:15,16
184:24
**polishing** 140:17,17,18
**port** 55:13,14,15,19,21,24 56:11
56:23 58:16,21,21 59:3,12,17
59:22 60:18 61:1,5,6,13,17
62:16,24 63:3,13 95:14,15,20
95:23 179:3
**portions** 6:17
**ports** 47:8 55:23 57:3
**position** 24:20 87:5,6
**possession** 72:18
**possessions** 73:7,9
**possible** 12:1 13:14,14 123:7,8,9
162:25 180:7
**post** 43:9
**post-Miranda** 69:8 104:3
**pour** 147:25 148:6
**precisely** 117:7
**preliminary** 9:23
**prepared** 93:6 169:22
**present** 16:8 45:4,11 57:17 60:9
60:11 61:9 102:3 109:16 112:9
119:16 159:16 160:19 161:15
170:12 178:4
**presented** 10:10 56:9
**presenting** 13:20
**Preserving** 6:21
**presuming** 63:23
**pretended** 32:7
**pretrial** 7:16 51:9
**pretty** 12:23 23:9 38:12 91:17
135:8
**prevent** 47:7
**previous** 72:23 149:3
**previously** 21:19 27:3 30:21
50:18 51:14 53:5 70:1,24
71:20 74:14 77:21 78:16 79:14
80:6,25 85:21 86:6 91:20
113:12 117:1 120:12
**print** 52:24
**printouts** 85:20
**prior** 12:20 23:13 63:17 66:5,7,8
69:19 109:14 112:4 121:10
149:3,20 166:17 181:25
**prison** 18:20 107:23 128:24
150:1,17 151:6,9,14,18 164:24
165:5
**privilege** 145:18 160:6,8,9
**probably** 6:8 19:5,6 24:1,2 28:11
73:13
**probe** 83:24
**problem** 5:22 7:3 8:17 32:7
116:11
**problems** 38:5 124:16,17 161:20
173:1 175:2
**proceed** 65:10 187:5
**proceedings** 1:10 4:8,10,12
19:23 48:12,13 73:1 74:1 83:1
85:1 144:1 145:1 189:3
**process** 44:24
**processed** 12:13
**processing** 49:12,14,17
**promised** 12:22 161:24
**promises** 108:7 168:1
**pronouncing** 9:15
**proof** 52:14
**proper** 5:16
**property** 72:20 74:7 93:7 94:1,3
94:7
**proposed** 6:13 161:11
**prosecuted** 158:19
**prosecuting** 158:13
**prosecutor** 148:13
**protecting** 21:11
**Protection** 44:1 66:1,5 95:6
**prove** 11:6,10

198

provided 10:24 12:25 13:1,3,4,8
13:12
public 63:2
pull 16:14 26:16 30:13 63:9
pulled 26:10,18,19,20,21 28:18
41:5,6 119:15 140:12 152:19
176:3,8 184:12
pulling 117:8,11
pump 138:2,2,6 148:2,3
punched 126:6
puncture 148:23
purchase 13:14 15:13,17 16:9
68:22 154:14 185:3
purchased 117:6
purchases 69:16
purchasing 15:21 18:11 69:15
118:7 128:20
purpose 18:11 37:9 69:4 125:2
put 6:9 7:9 35:16 40:23 44:21
93:16 94:3,17 105:23 117:16
117:19,20,22 119:11,13,20
121:7 124:12,14 127:4,9,12,18
128:23 131:6 133:13 138:22
143:2 148:4,5 151:5 153:19
154:6 174:24,25 175:1 176:8
176:11 177:17,20 178:19
180:6,7 183:1,9 184:1,14
putting 111:19 139:1
p.m 65:14,20 70:4,17 71:1,12,23
72:8 74:17 75:11,24 76:11
77:1,12,24 78:11,19 79:5,17
80:3 86:9,20 91:22 92:9,22
103:25 104:9 113:25 187:11

Q
qualified 56:15
Quan 54:13
question 15:1 16:13 95:10
127:23 152:18 153:12
questioned 57:10,14 128:14
184:24
questioning 16:23
questions 29:2 49:17 57:12
69:10
quick 152:18
quicker 40:14,15
quickly 38:25 153:11

R
R 1:14 189:1
radio 32:8
raft 136:14,17,21 137:1,10,18
138:10,11 139:20,22 140:6,9
Ramirez 141:16
ramp 25:12,13,15,22,24 28:5,10
28:12,14 31:16,19 34:1 37:6,8
37:9,20 38:20 39:6,11,24
40:15 49:8,13 67:9 100:17
112:5 117:13,16 121:11,16
126:15 127:3,6,8 128:1 142:3
142:20 145:5,22 152:15 153:6
175:8,12,14 176:8 183:24
reached 126:15 129:1 164:21
reaching 126:16
read 101:23 105:13,14 152:10
163:7,10,12,14,15
reading 187:7
ready 9:23 65:3 122:15 125:15
125:15 126:17,18
real 24:16
reality 93:21
really 30:15 34:10 54:13 63:14
73:19 96:8 122:20 148:10,12
148:12 158:16
REALTIME 1:26
reason 18:22 19:1,9 75:1 135:2
135:16,20 161:21 162:3

recall 10:6,7 85:17 101:13
receipt 93:6,8,13
receive 66:14
received 2:25 6:25 22:4 27:22
31:9 33:22 47:11,13 51:12
52:5 66:23,24 67:1 70:17
71:12 72:8 75:11 76:5,11
77:12 78:11 79:5 80:3 86:20
92:9 100:14 111:13 116:18
119:5 120:25 167:8 174:9
recess 64:21,25 65:2 104:13
105:5 143:6,13,14
recognize 27:8 30:25 33:13
50:23 68:1 70:5 71:3,25 74:19
77:3 78:20 86:11 91:24 111:3
120:16,18 173:12,24
recollection 20:9,12
record 7:25 20:20 29:15,18
46:22 47:22,22 51:1 52:15
65:23 68:8,10 79:20 83:21
87:8 92:2,3,11,13,14 97:22
98:16 99:2,24 100:5 106:12
107:17,19 166:11 167:22,24
178:10 182:9
recorded 47:21
records 14:5 16:6 49:3 77:15
78:1,3,22 79:7 80:23 81:1,3,10
83:4,4,7,9,14,15 85:10 87:9
96:17,18,19 97:9,12,20 98:7
98:19 99:15,16,19 100:8
recover 75:13 92:24
recovered 75:15,16,17,18 76:2
76:14,17,18 77:6 87:23 88:15
90:9,11 93:2,14 94:18
recruited 10:23
red 148:1,11
redetermination 48:8
redirect 2:9,15,19 46:10,11 64:5
103:23,24 165:8,9
reduce 108:11 161:8,23 164:10
reduced 164:4,5,7
reduction 19:4 108:12,15 135:15
135:19 161:25 168:6,7
refer 10:16
reference 87:2
referred 48:2 165:13
referring 48:17
reflect 29:15 68:8 107:17 167:22
reflection 163:1
reflects 29:18 68:10 107:19
167:24
refuel 146:10,19 147:16,20,25
refueled 126:4 147:17,17
regarding 187:7
regions 97:25
registered 70:12,19 80:12
registration 48:1 52:14 70:11
regular 38:11 148:5
relating 47:10
relation 31:22
relationships 20:2
relay 6:1
released 103:16
rely 20:8
relying 96:17,18 97:9,20
remaining 105:1
remember 19:25 20:2 21:14
29:24 31:2 33:15 50:3 51:21
67:13 70:8 101:11,13 107:7
118:24 156:14,24,25,25
157:16 158:1,6,7,15,15 159:9
163:13,25 164:1 166:22 167:2
174:1 175:20 176:22 186:20
187:6
reminded 5:4
removal 48:10,11,15
remove 74:7
removed 35:15 48:13 72:19

74:11 94:1
rendition 118:23
repairs 15:6
repeat 153:3
rephrase 57:1 96:9
replied 29:8
reply 28:25 29:8
REPORTED 1:20
Reporter 1:22 189:6
Reporter's 2:22
reports 149:20,22
represent 10:21
request 7:17 8:1,11 124:22
143:10
requests 52:1
require 56:20 57:8
required 19:19
requirements 56:8
requiring 56:9
rescued 139:25 155:5
reserve 8:11
residence 47:19
resident 61:4
respect 5:7 74:4 76:13
responded 8:1 67:2
responsibilities 21:8 47:5
responsible 48:24 49:11 66:12
118:7
rest 72:13 134:17
restroom 35:18
result 108:11,9
Resume 4:8,10,12
retrieve 92:16
return 14:11 104:17 105:16
167:10 168:1
returned 92:12 118:4 132:17
returns 10:3 65:14 106:7 143:22
review 86:25 149:20
reviewing 105:9
rid 148:23
right 6:5 7:5,22 9:7 16:25 19:11
22:14,15 25:17,23 26:9 28:11
32:23 34:12,16 37:12,19 39:23
42:17 43:5,7,8 45:3 49:1 52:11
61:3 62:14 64:25 97:23 101:13
104:22 117:17 124:2 135:7
136:1 143:13 145:13 146:24
149:8 150:2 152:9 154:10,18
154:22 155:1 160:13 162:1
165:4
rights 49:22 68:21 152:10
rising 125:18
river 68:15 130:15,16,16 133:1
153:23 154:4
rocks 180:8
rods 23:11
Rolando 14:21 15:3 92:4 130:11
130:14 131:5,14,21 132:3,5,10
132:20,21 133:2,3 149:11
185:21,24 186:12
Rolando's 130:13 131:8 133:1,6
Rolodex 111:5
room 17:14 83:10 109:20 132:11
154:6 187:4
Rose 2:6 46:16,17,23,24 52:7
64:8
round 13:2
route 106:22 138:22 142:7
routine 74:7
routinely 93:25
rule 157:12,13
ruling 8:11
run 18:2 42:17,18 44:15 68:22
69:3,4
Russ 5:11 7:7 8:3,8 10:20 83:2
83:11 135:7 156:22
russell.brown2@usdoj.gov
1:17

R-o-s-e 46:23

S
safe 42:9
safety 74:8 76:20
Sahadeo 53:22
Salbaje 174:21,21,22
sale 13:15 69:19
Samples 2:10 65:9,17,18,24,25
74:4 76:24 77:14 80:5,12 85:3
86:24 91:19 92:11 104:2
152:10 153:22 154:18,20
sand 23:15 24:7,9,11,24
sardines 34:9
sat 94:1 158:5,12 159:2,4,11
satellite 13:5 14:6 71:15 76:16
76:18 77:6 79:8,20 80:20
83:16 85:22,25 86:14 87:8,9
87:14,21 90:7 91:10,16,18
94:9,10,13,19 97:6,17 98:1,5
100:12 112:18,20 122:7,11,13
122:15,16,19 179:10,15,19,22
183:19,20 184:5
satellites 91:16
saw 11:15,16,16,19 27:10 36:6
40:4 42:12,13,14 44:2 50:12 67:4
124:1 128:10,10 140:7 142:14
153:12 157:23,24 158:1,10
171:23 172:25 175:12 185:13
saying 60:16 96:8 98:12 115:24
says 17:22 18:3 63:5 93:18,18
scared 34:11
scars 52:13
scene 31:16 34:8 35:12 67:4,5,8
67:13 72:17 74:6,10 75:4,5,18
93:25 94:5,22 101:1 127:21
153:17
scheduled 164:24
scheduling 6:7
scope 95:17
scratch 176:23
screen 22:11,20 145:13
se 49:3
sea 10:18 21:11 95:15 126:13
128:21 140:9 141:17
Seaport 60:12 61:7
seas 128:21 139:23
season 11:23 23:3,12 37:5 38:9
38:10,11,12 39:3,4
seat 76:2
seated 5:1 10:4 65:15 105:8
145:2 166:8
second 5:4 62:14 87:15 88:2,10
88:11,13 151:11
Secondly 7:17
seconds 88:11,12,23 89:14,18
89:24 90:5,17,23 98:14
secretary 5:24
security 150:17
see 6:4 8:5 11:24 14:2,5 17:14
19:3 24:10,23 28:11 29:11
30:12 41:14,19 42:11,25 52:9
65:5 79:24 85:24 87:1 98:22
104:23 107:13 113:20 122:7
126:9,14 131:13 134:20 135:9
141:20 147:23 150:9,12
152:14 157:16 167:18 177:1
177:22,24 180:14 181:1,2
183:10 185:22 186:19 187:9
seeing 6:3 83:14 174:2
seen 14:10 36:12 128:20 161:10
171:19 186:14
sees 16:21 40:7
seize 69:21 71:14
seized 70:11 75:17 78:23 93:18
93:21 94:13,14 103:11
selected 5:4

**selection** 5:6
**sell** 104:4 146:5
**selling** 115:25
**sells** 15:6,12
**sends** 15:13
**sense** 57:6 83:18
**sent** 9:7 104:23 151:6,9,18
**sentence** 18:17 19:4,10,10
108:11,12,15 135:14,18 161:8
161:23 162:1 164:1,3,5,7,10
167:8 168:6
**sentenced** 107:23 150:3 151:13
157:2 160:1 167:7
**sentences** 17:9
**sentencing** 159:25
**separated** 67:11 72:19 94:8
**separates** 80:10
**September** 17:12,21 18:5
158:13 159:4,18 160:3
**serial** 100:1
**series** 99:8
**service** 15:11
**Services** 48:21,24
**session** 47:13 105:17
**set** 64:2
**seven** 36:16 66:9 157:9
**shaded** 35:8,8
**shadow** 34:21,21
**shaking** 30:15
**she'll** 5:3
**ship** 60:11 62:17 176:25
**ships** 58:20,23 59:5 60:3,19,19
62:2
**shore** 11:2 23:6 25:8 140:11
**short** 65:2 143:14
**shorter** 156:23
**shortly** 5:3
**show** 11:6,12 14:18 15:5 16:7
25:4 26:3 27:3 30:20 51:14
52:21 61:21 63:14 70:1,24
74:14 75:21 76:24 77:21 78:16
79:14 80:5 83:12 85:12 86:6
91:19 92:11 99:22 110:14
113:12 117:1 118:19 131:1,15
132:5 171:13 175:22 177:5
**showed** 45:20 85:21 130:22
140:11 153:17 155:17
**showing** 21:19 33:8 50:18 53:5
53:12 71:20 80:25 99:21,24,25
99:25 100:2 110:23 117:10
120:11 162:12 173:11,19
177:19 179:14
**shows** 85:11 97:23,25 99:23
145:12
**Shun** 53:1 54:1
**side** 22:20 32:17,18 43:8
**sidebar** 4:5,7,9,11 73:1 82:3
83:1 144:1
**sight** 114:25
**sign** 115:23 116:1,2
**signature** 162:18,21
**signed** 103:4 163:7,10,21,22
**signing** 163:19
**signs** 48:12,14
**similar** 51:21
**Simonton** 61:17,23,25 62:6,25
63:4
**sir** 20:22,23 26:14 33:14 35:13
36:15 37:6 106:11,14,15
110:14 113:11 115:15,18
117:1,4 120:20 121:2 150:23
165:12 166:10,13 175:7
177:10
**sit** 17:14 24:7 146:22 156:9,22
158:24 159:18
**sitting** 22:24 23:1,4 26:23 67:11
135:7 142:20 146:20 147:21
161:7 162:3 165:5

**six** 36:16,18,19 66:4,8,16 120:8
146:20
**sizable** 12:23
**slip** 136:10
**slow** 25:2 29:4
**small** 34:4 59:14,24 60:13,14,17
60:18 96:12 143:1
**smuggle** 10:23 11:7 12:21 14:1
14:1 67:7 134:4 165:19
**smuggled** 12:16 15:1 107:10
138:24
**smugglers** 14:19
**smuggling** 13:7 14:22 15:10
18:16 46:3 56:6 66:13 103:18
107:22 108:20,22 124:23,25
128:10 146:15 149:4,12,18
161:16 164:12 165:16 168:14
168:18
**sol** 47:15
**sold** 148:3
**somebody** 7:10,19 18:19,20
19:3 26:23 36:24 37:20 58:13
64:12 111:22 139:7 143:18
163:10 182:14,19
**somebody's** 43:23
**someplace** 60:25
**Somewhat** 38:13
**sorry** 23:24 24:5 31:18 37:7,15
39:7 90:10 95:11 99:10 134:17
137:23 138:10,12 140:18
143:24 158:11 160:8 168:24
178:7
**sort** 111:20
**sounds** 126:24 148:12
**sources** 8:4
**south** 24:25 58:2,4,22
**southbound** 22:18,20
**SOUTHERN** 1:1
**Spanish** 45:4,7,9 101:7 145:3
163:16,17
**speak** 28:20 34:17 45:1,4 68:16
68:24 69:5 101:7 102:2 106:2
110:8 122:16 160:13 168:20
170:1 181:4 187:17
**speaker** 4:16
**speaking** 122:18 123:1 145:3
**speaks** 45:7,9
**special** 47:10 66:7,10,14 152:9
**specific** 19:24 143:10
**specifically** 57:11
**speculation** 91:12
**Speeding** 21:10
**spell** 20:19 46:21 65:22 106:11
166:10
**spelling** 9:19
**spent** 157:9
**spoke** 34:13 104:2 110:10
122:20,22,23,25 130:22 169:8
**spot** 24:10
**spots** 55:20
**spotted** 11:14 12:11
**spout** 148:6
**stand** 6:9 8:6 19:9 35:10 65:17
83:13 137:23 167:18
**Standard** 98:9
**standing** 28:7,18 42:2
**start** 40:23 105:18,20 135:22
187:3
**started** 30:9 41:4,6,8 156:2
**starts** 7:15 16:4,23
**state** 9:4 20:19 46:21 65:22
74:25 106:11 166:10 166:10
**stated** 41:10,22 81:8
**statement** 9:25 49:23 50:8 57:18
73:10 127:1 153:3 159:23,25
160:2
**statements** 10:12 64:10
**States** 1:1,4,11,22,23 10:18,21

11:9,9 15:2 17:13 46:25 47:1,8
47:12,15 48:6 55:16,17 56:1,6
56:10 59:14,21 60:2,6,15
62:19,23 64:1,16 95:8 106:19
106:21 124:24 134:4 136:5
139:17 140:3 146:23 147:19
147:20 155:8 160:24 166:15
185:14,17 189:6
**station** 49:15 128:14
**status** 52:12 104:23
**statute** 56:4,5,13,20 57:8,11
**stay** 37:24 131:23 140:3
**stayed** 43:25 115:23 132:21
**Ste** 1:19,23
**steady** 38:21
**step** 32:17 104:8
**Stephen** 2:6 46:17,23
**Steve** 46:15
**stipulate** 6:18
**stipulated** 83:2
**stood** 124:9
**stop** 16:17 31:25 41:1,9 43:11
57:3 125:23 126:1 181:22
182:22
**stopped** 7:13,14 13:9 41:3,4
67:6 125:25 157:16 182:24
183:20
**storage** 76:20 77:7
**store** 75:19 118:9 121:15
**stored** 94:15
**stories** 151:23,25 152:4,5
**story** 18:23 69:2,13 119:14
140:6 154:12 159:15 161:13
164:14,22,23 185:1
**street** 1:15,19 8:8 19:12 61:18
61:23,25 62:25 63:4 150:2
**strike** 50:7 72:22
**string** 83:17
**stroke** 138:5,5
**struck** 23:7
**stuff** 35:18 176:13
**Suarez** 141:15
**subject** 6:19 7:16 50:8
**subjects** 67:11 94:3,8
**subpoena** 77:15 79:7
**subpoenaed** 81:11 85:10
**subtract** 98:8
**successful** 134:6 165:22,23
**suffer** 124:15
**Suite** 189:6
**sum** 12:23
**summarize** 19:23
**sun** 125:17,18 163:2
**sunlight** 34:22
**supervise** 114:13
**suppose** 150:6
**supposed** 37:16,21 60:2,2 63:17
112:22,25 113:2,5 114:4,6
129:19,20 131:9 147:12,13
171:4 172:4,11 179:24 180:2,3
181:3,11
**Supposedly** 119:16
**suppression** 8:15 143:16
**sure** 7:15 8:8,13 15:25 18:20
24:23 36:18,23 42:11 43:3,6
95:10,20 114:13,21,22 122:18
122:25 134:14 142:8,14
143:21 149:5 184:6 186:20
187:16,18
**suspected** 128:6
**suspects** 67:17,20,24
**suspicious** 24:14 36:10
**suspiciously** 11:17
**Sustained** 56:18 81:17 145:19
160:7
**SW** 1:19
**sweating** 34:10,11
**SWORN** 20:15 46:17 65:18

108:6 166:6
**S-a-l-b-a-j-e** 174:21
**S-a-m-p-l-e-s** 65:24

**T**

**T** 189:1,1
**TABLE** 2:1
**take** 6:8 10:11,12 15:18,19 19:9
19:17,19,21 20:8 25:21 36:16
39:20 62:7 64:21,22 68:12
94:4 104:11 109:21 117:13
122:1 130:24 133:9 139:11
142:11 143:4,5,6 144:7 146:25
147:4 153:10,18 185:19 186:2
186:6 187:3,4,15,21
**taken** 17:8 45:18 68:21 69:3
94:19 114:20 128:3,14 154:13
180:19 184:23
**takes** 16:16 25:23 40:7
**talk** 8:7 9:12 84:2 106:24 107:6
109:2,9 154:8 156:2,9,22
160:4,16
**talked** 122:17
**talking** 39:8 41:6 45:21 58:19,20
183:24 184:4,6
**tall** 157:17,18 159:14 161:13
164:22
**tank** 126:13 137:1 146:4,14
148:1,5,6 177:15
**tanks** 114:16 119:24,24,25 120:1
120:3,4,5,8 126:9,14 137:2,3,5
142:4,15,21 146:7,20 148:1,3
148:11,22
**task** 20:6
**tattoos** 52:13
**telephone** 4:15 14:5 18:12 81:8
109:4 110:20 112:18,20 169:9
170:4 179:10 183:20
**tell** 7:11 12:17,20,25 13:1,8,11
13:13 16:24 17:6,19,20 18:4,6
18:19 19:6 22:9 25:17 30:3
44:14,17 68:19 69:1,12,16
83:6,15 88:9 97:12 104:3,5
105:16 108:3,17 109:6 115:25
116:15 126:17 128:17 129:5
134:16,19 135:3,14,15,17,18
135:19,21 138:25 145:15,16
148:12 150:19 154:15 156:4
156:11 159:3,5,7,13 160:17,18
161:20 163:24 168:8 169:4,16
169:19 172:13 173:2,4 181:6
181:25 182:5 183:14,15 185:1
185:8
**telling** 63:2 122:23 129:4 135:4
152:1 161:19 164:6 165:6
185:9
**tells** 18:7 97:13 102:5 109:5
145:8
**tendency** 8:6
**tenus** 5:14
**term** 55:14 157:3,4,10
**terminology** 182:13
**terms** 48:3 56:6
**test** 15:19 68:22 69:3,4,14
**tested** 185:3
**testify** 13:18 73:14
**testifying** 20:5 21:13 107:6
135:11 149:20 164:7 167:13
167:14
**testimony** 7:19 13:20 14:10
19:24 20:10,13 60:13 83:8
108:9 151:3 168:2,4,5 187:24
**test-driving** 15:23
**Thank** 14:14,16 19:13 25:20
46:12 64:19 65:1 96:23 100:13
104:8 110:17 115:18 143:8,20
165:25 187:25

**Thanks** 105:4
**thing** 6:6 9:10 17:23 18:6,7,20
42:16 47:20 73:12 135:15
147:24 158:1
**things** 8:7 42:24 73:11 135:5
158:2 163:25
**think** 6:2 9:11 26:5 65:7,7 83:24
104:10,24 105:25 118:11
127:10 135:5 165:12 177:1
180:16 182:15 187:14
**third** 8:2,20 88:18 98:4 127:6
140:7
**THOMAS** 1:14
**thought** 9:15 25:9 155:7
**three** 24:13 29:23 62:11 67:11
67:17,19,24 68:1,12 81:12,13
81:20 83:20 85:4 87:6 92:24
93:14 94:5 100:18 122:3 123:6
127:21,25 134:5 147:8,15
150:7 153:25 154:3 165:18,22
**throw** 183:7
**Thursday** 5:6 8:16 9:11,18,24
**Ti** 53:9 54:1
**Tian** 54:24
**tide** 180:8
**tight** 34:10
**time** 4:14 5:7,16,18 8:19,20
13:24 14:14 19:1 21:25 22:24
23:23 26:2,21,23 27:13,17
29:3,6 30:6,14 31:5 33:18
34:14,24 35:9,17,20 38:13
42:20 44:20 49:23 51:6,25
52:12,13 67:17 70:7,13 71:8
72:4 75:7 76:7 77:8 78:6 79:1
79:22 83:21 85:12 86:16 87:7
87:7,9,10,11 88:4,20 89:9,10
89:11,11 90:14,20 91:8 92:5
92:19 94:2 98:3,9,10,21 99:11
99:17 102:5,7,20 103:19
104:11,19 105:17 110:4 111:8
113:23 119:1 120:21 121:16
122:7 123:3,3,4,17,19 125:11
128:18 129:7,11 132:15 134:9
135:9 139:4 140:21 143:4
147:3,7,11 148:8 151:20
152:12 153:15,17,18 155:2
157:1,22 158:5 159:4 161:7,14
164:4,13 168:7 169:13,16,19
170:25 174:1,5 179:24 180:2
185:13 187:14
**timeline** 156:15
**timely** 8:14
**times** 20:1 38:17 81:25 85:15
96:10 134:3,5,6 141:8 149:6
**tires** 139:21
**title** 21:3 47:3 56:1,8 71:6
**today** 5:7,25 6:8 10:22 21:14
29:11 39:8 68:2 106:2 107:6
107:13 108:10,13,16 129:3,5
134:17 135:11,22 149:20,24
151:3 164:8 167:13,14,18
168:4,8 185:9
**told** 7:11 12:21 13:12 19:2 30:10
32:6 41:8 51:3 63:24 68:20
69:2,13,18 102:7,17,23 112:13
116:10 123:17 125:1 126:12
128:4,19,22 130:23 133:7
140:5,8 143:18 152:10 154:11
154:18,22,24 155:4,7 157:20
159:2 160:19,23 161:10,13,14
161:22 164:13,15 165:6 173:1
175:13 178:20 182:6,7 184:1
185:2,2
**toll** 85:10 96:19 98:19
**tomorrow** 5:5 6:11 16:3 105:16
106:4 187:1,5,9,19,20
**tongue** 136:10
**tools** 10:24

**top** 24:11 98:5 114:15 137:19
**Tortuga** 136:6,7
**Tortugas** 136:11,15 137:20
138:21 139:12,24,25
**total** 1:26 100:21
**touch** 22:11 123:16
**touched** 140:2
**Toyota** 136:23 137:19 138:6
**Trader** 69:20
**Traffic** 167:5
**trafficking** 167:6
**trailer** 11:1,20 16:15,16 26:1,11
26:13,22 31:23,24 37:21,22
40:5,8,14,19,23 41:5,11 67:9
71:16 117:9,11 126:18 127:13
127:16,18,18 133:13 152:20
153:6 176:6 184:1,1,14
**trailers** 26:1
**training** 47:10,14 66:14
**TRANSCRIPT** 1:10
**transcription** 1:26 189:3
**transcripts** 19:16
**transfer** 148:1
**transferred** 79:9
**translator** 163:17
**transpire** 69:17
**transport** 94:2
**transportation** 64:8,12
**tree** 35:8,16
**trial** 1:10 7:8 8:21 10:8,10 19:18
50:8
**trip** 13:2 15:3 39:20 110:6
112:22 114:4 122:1 125:23
126:10 129:23 130:1,2,3,5,6
130:10,11,12,13,17,20,21
131:2,4,6,8 133:24 142:23
149:5,9 168:22 169:5,20,22,23
169:24 170:22,24 171:2
181:22 185:4,5,12
**trips** 133:18 114:19 117:7 130:2
130:24 165:16,18,22,23
**trouble** 80:9
**truck** 11:1,20 12:6 14:3,8 16:15
26:1,22 27:25 28:3,5,15,17
29:9,11,17 32:18 39:23 40:1,7
67:9 71:16 76:3,15,17 77:7,15
78:4 79:9 80:7,17,18 81:14,23
87:24 88:16 90:12 91:4 94:11
94:14,20 103:11 116:23,24
117:3,5,6,8,11,23 127:13
128:2 152:24 175:19,19,23,25
176:3 184:13 186:4
**trucks** 25:25
**true** 93:23 106:5 148:10,14
154:11 155:6 165:4
**truth** 17:7,20,21 18:4 19:2,6
108:3,17 129:4,5 134:16,19
135:1,3,4,4,16,17 136:1
150:20,20 151:25 152:1,5
156:12 159:3,3,5,7,13 160:17
161:20,21 164:6 165:6 168:9
185:9
**truthful** 134:17
**try** 19:23 43:11 158:23
**trying** 6:10 49:22 102:24 104:22
124:17 153:16
**TT-08-002286-B** 9:6
**turn** 6:9 19:10 32:12 66:19
108:19 147:23 168:11
**turned** 24:22
**turning** 21:13
**turns** 17:22
**Twice** 149:5
**two** 5:16 6:10 9:1 11:15 12:15,23
14:22 23:8 30:2 35:17 38:4
43:14 55:19 73:13 79:19
102:23 105:1 110:3,20 115:16
116:19 126:16 136:20 137:2

137:15,19 138:5 139:18,22
144:2 145:12,14,16 149:5
153:25 156:21 158:7,20
172:18 180:16
**type** 24:8 47:2 48:4 51:3,4
139:16
**types** 55:18 66:11 71:14

## U

**unable** 147:14 150:25 151:2
**Unbeknownst** 15:9
**underneath** 22:10,15 23:22
35:16
**understand** 95:10 160:13
**understanding** 56:13
**undocumented** 47:7 57:6
**unduly** 20:10
**Unfortunately** 15:8
**Unit** 95:9
**United** 1:1,4,11,22,23 10:18,21
11:8,9 15:2 17:13 46:25 47:1,8
47:12,15 48:6 55:16,17 56:1,5
56:10 59:14,21 60:2,6,15
62:19,23 63:25 64:15 95:8
106:19,21 124:24 134:4 136:5
139:17 140:3 146:23 147:19
147:20 155:8 160:24 166:15
185:14,17 189:6
**universal** 87:10
**unlawfully** 57:5
**unload** 37:9 38:25
**unloading** 40:11
**Unmarked** 22:25
**USC** 56:17
**use** 22:5 35:17 45:17 91:10,17
101:9 113:2,5 130:3,17 137:21
137:25 138:1 147:25 182:13
**US-1** 25:3,23
**u-r-a** 138:14
**U.S** 1:15 17:14 47:18 52:13 56:9
61:2,2 62:6 102:21 147:18
156:23 158:25 159:11,19
160:20 161:22 162:7

## V

**Valle** 138:14
**valley** 138:15
**van** 116:23 124:5,6 180:16,17
**various** 48:22 58:3
**vehicle** 28:15 75:15,17 76:19
94:17
**ventilation** 34:20
**venture** 12:19 13:7,23,25 103:18
124:23,25 168:15,18
**ventures** 14:23
**verdict** 14:11
**verify** 100:9
**versus** 9:5
**vessel** 11:14 15:13,14,17,18,19
15:20,21,22 16:9,18,20 23:7
24:9 31:13,17,19 32:21,22
33:1 35:16 36:6,7,12 39:15,18
39:21 40:11,15,16,19 41:4,5
41:11,16,16,17,18,19,23 42:2
42:6,10,14,16,23 43:1,4,8,10
45:22 59:24 60:13,14,17 61:10
62:20,21,22 63:5,9,12,15,24
63:24 67:6,8 68:21 69:13,14
69:19 70:11,11,12,19 71:6,16
77:7 79:8 94:10,13,14,19
102:19 104:4 125:24 127:5
128:5,7 139:14,17 141:17
142:2,4,24,25 145:6,14,17
146:3,8,10,19,25 147:16,25
148:14 149:1 184:16
**vessels** 15:12 37:9 39:1 58:18
58:19,20 60:19 61:8 96:12

**vest** 177:25
**vests** 145:5,7,8,11,12,14,17
**Vietnamese** 12:4
**viewed** 39:5
**violation** 36:24
**visa** 47:19
**visas** 155:7
**vision** 24:3
**voir** 2:12 72:13,15
**vote** 106:4 187:2
**voted** 187:2
**vs** 1:7
**V-a-l-l-e** 138:15

## W

**waist** 30:8
**wait** 133:22 147:19 175:8
**waiting** 118:3
**waived** 68:20
**wake** 25:2
**walked** 32:23 33:1
**wallet** 30:12,13,13,14
**wallets** 94:7
**walls** 21:11
**Wanda** 6:4 9:7 104:23
**want** 7:15 8:4 17:18 19:11,18,19
37:24 43:3 59:8 60:6,18 63:14
97:22 135:14,15,18,18,19
144:3 148:8 161:8 162:19
168:5 181:2 187:15
**wanted** 11:23,24 35:17 101:25
128:21 142:14 152:11 159:13
160:17,24 161:11
**wants** 15:25
**warnings** 101:23
**warrant** 48:7,10,11
**wasn't** 94:11 125:8 139:17
153:14
**watch** 24:23 32:20
**watched** 24:21
**watching** 23:3
**water** 16:2,16 24:10 30:8 35:1,3
35:18 36:24 37:21 38:25 40:8
40:14,20 41:8,11 45:17 58:22
62:12 63:15 117:17,19,20,22
117:24 118:5 124:16,19 126:7
127:19 128:4 130:14 131:7
139:14,15 142:17,23 176:9,11
176:12 177:8 183:7 184:2
**waterways** 21:9
**way** 8:22 16:5,6,6 17:23,24
18:18 28:14 31:2 33:15 44:4
63:9 65:10 73:2 75:4 83:6
85:20 95:16 96:14 98:7,18
118:23 120:18 125:15 127:2
142:8 146:4,11,12 148:22
149:24 152:18 156:9,21 164:3
182:22 183:18
**wearing** 149:24
**website** 61:24 62:24
**week** 10:7 12:24 107:2 140:19
141:2,5,8 155:16 156:21
166:20
**weighs** 155:18
**weight** 20:12 47:18
**Welcome** 10:5
**well-known** 55:20
**went** 11:19 12:11 17:3 18:11
26:23 28:9 34:24 42:18 117:24
123:13 124:13 131:4,13
133:20 151:24 155:16 171:18
172:5 175:11 176:12,15
181:13 186:4
**west** 24:21,24 61:23,25 62:3
63:10,14 136:7,8
**we'll** 5:7 9:25 10:2,15 19:3 64:21
64:22 65:9 104:20 106:1,2,24

143:5,6 160:2 187:5,9,14,21
**we're** 6:10,12 16:5,5,6 22:21
   39:8 50:12 61:8 64:25 65:5
   104:17,18 106:1 116:15
   117:10 134:14 143:13 152:3
   160:2 187:2
**we've** 165:15
**white** 11:14 22:25 34:21 113:10
   124:5,6 171:12
**wide** 137:14
**width** 137:14
**wife** 140:25 141:1,3
**wife's** 141:15,16
**wild** 174:23,24
**Wilkie** 1:22
**willing** 13:22
**winch** 127:19 152:24
**window** 163:1
**wish** 168:5
**witness** 7:21,23,24 8:6 19:9 20:3
   20:5,15 21:16 26:25 29:16
   30:17 33:5 46:8,13,14,17
   50:15 56:15 61:21 64:20 65:3
   65:18 68:9 69:23 70:21 71:17
   72:13,23 76:21 77:18 78:13
   79:11 80:9 83:6,13,13 86:3,21
   92:15 93:9 104:9 105:6 106:8
   107:18 110:11,21,23 118:14
   120:9,11 145:3 166:1,2,5,6
   167:11,23 173:8,16,19 179:11
**witnesses** 11:6 6:8 7:18 104:19
   105:1,23
**word** 62:7 111:21 137:25 138:1
   148:25
**words** 42:24 97:3 148:5
**work** 15:7 20:24 46:24 65:25
   66:1,6 91:15,16 95:6 106:25
   140:25 166:18
**worked** 18:8 21:1 58:6 66:3
   141:3
**working** 66:5 107:1 140:13
**world** 87:10 148:25
**worldwide** 91:17
**worry** 145:9
**wouldn't** 7:7 8:3 36:18 57:13
   75:2 146:19
**writ** 5:16 65:8
**writing** 6:3
**wrong** 32:13 36:7,9
**wrote** 75:1 76:3 103:2

**X**

**Xu** 55:5
**Xue** 54:7

**Y**

**yard** 113:21
**yards** 24:2 36:14
**Yeah** 148:13
**year** 17:9 38:4 140:13 150:7
   157:8 164:1,3
**years** 18:18 21:2,7 58:1,4,4 66:8
   66:9 106:20 107:23 150:3
   151:13 166:16 167:7
**Yong** 52:17
**York** 49:4
**Yu** 54:24

**Z**

**zero** 99:23 100:2
**zone** 25:2,3
**zones** 21:10
**zoom** 80:13

**$**

**$100** 186:10
**$200** 141:5

$25,000 104:6
$300 107:4 140:19
$4,000 133:25
$400 141:8 166:21
$500 12:24 141:6,7 166:21,21
$600 160:24 161:12
$7,000 12:23 114:7
$80 141:7,8

**0**

**08-20266-CR-Altonaga** 1:3

**1**

**1** 3:2,11,25 6:16,23,25 50:19
   51:7
**1-11** 3:8 50:20 51:12
**1-800** 60:22 62:20
**1:00** 35:22 104:25 113:25
**1:30** 104:17,20
**1:39** 106:7
**1:50** 111:1
**1:51** 111:13
**10** 3:7 12:4 16:21 21:2 50:5
   54:21 64:22 84:3 100:19 125:7
   143:6 145:11 182:19 184:18
**10:00** 99:9
**10:09** 90:15
**10:25** 6:24,25
**10:31** 10:3
**10:51** 20:17 90:21
**10:52** 21:24
**10:53** 22:4
**10:59** 27:6,22
**100** 36:18 55:22
**103** 1:19
**104** 2:15
**107** 2:16,17
**11** 3:3,18,21,22 6:16,23,25 10:17
   12:3 15:1,14 16:11,21 33:4
   34:7 45:21 50:19 51:7 55:2
   58:14 63:23 67:14 100:21
   102:18,24 108:24 110:1
   112:23 125:5 141:24 147:12
   155:5 167:1 168:19 169:6
   177:15 178:19 182:8,10,11,17
**11th** 162:6
**11/3/08** 36:2 57:23 64:6 92:22
   103:25
**11/4/08** 134:12 165:10
**11:00** 35:21 187:13
**11:03** 30:23 31:9
**11:06** 33:11
**11:10** 36:2
**11:21** 46:13,19
**11:27** 50:21
**11:28** 51:12,17
**11:29** 52:5
**11:30** 11:13 86:9 187:13 188:1
**11:31** 86:20
**11:39** 57:23 91:22
**11:40** 92:9
**11:42** 92:22
**11:47** 64:6
**11:48** 64:20,24
**11:49** 65:2
**11:54** 89:10
**11:59** 103:25 104:9
**111** 3:15
**112** 3:15
**119** 3:13
**12** 3:8,11,25 120:4 137:11,12,18
   146:7 177:15 182:8,11
**12-1** 1:23 189:6
**12:00** 104:21 123:7 179:5 187:9
   187:20
**12:01** 105:5
**12:04** 65:14

**12:05** 65:20
**12:11** 70:4,17
**12:12** 71:1,12
**12:14** 71:23 72:8
**12:17** 74:17
**12:18** 75:11,24
**12:19** 76:11 77:1
**12:20** 77:12
**12:21** 77:24 78:11
**12:22** 78:19 79:5
**12:23** 79:17 80:3
**12:45** 8:16
**12:47** 87:18 98:1,12
**12:48** 88:6,7
**12:57** 88:19
**120** 3:13
**121** 3:14,14
**128th** 1:19
**12930** 1:19
**13** 3:10,14,15 58:1 120:4 137:11
   137:12 146:7 162:13,15,23
   186:20
**13th** 168:22,25
**1324** 56:2,9,17
**135** 2:18
**14** 136:16 139:9 186:20
**14th** 17:12,21 168:23,25
**145** 4:11
**146** 4:12
**15** 3:10,11 70:25 71:1,9,12 85:8
   88:11 98:14 129:10 147:4
   162:6 165:1
**15th** 164:24 165:5
**16** 3:9,12,17,21 70:2,3,14,17
   85:7
**16th** 18:14
**162nd** 185:20
**163** 3:10
**166** 2:19
**167** 2:20,21
**17** 3:5,12 27:4,5,19,22 117:2
   157:15 158:8 162:6 175:22
**17th** 151:13,17
**174** 3:16
**175** 3:16
**18** 3:6,19 30:20,22 31:6,9 41:22
   113:13 117:10 131:2 171:13
**180** 119:22
**19** 3:7 33:8,10,19,22
**190** 2:22
**1988** 23:5 31:12

**2**

**2** 52:21
**2nd** 136:3,11,12 143:18,19
   186:18
**2:08** 118:22
**2:09** 119:5
**2:11** 120:14,25
**2:25** 98:21 99:17
**2:43** 134:12
**20** 3:8,24 100:2
**200** 124:3
**2000** 172:18
**2001** 172:19
**2003** 115:16
**2004** 135:22
**2005** 136:1,3,6,12
**2006** 140:13 141:12
**2007** 11:12 17:5 21:14 22:9 49:8
   51:22 58:11 66:19 107:7
   108:19 109:12 151:13 152:7
   162:6 166:22,25 168:11
**2008** 1:7
**2011** 164:24 165:5
**21** 2:3,4 3:13,13,16,23 118:20,21
   118:24 119:2,5,8 177:5

**21st** 156:18
**210** 157:18
**213** 49:21 52:22 55:3
**22** 3:4,5,6,7,14,20 120:12,13,22
   120:25 145:12 177:19
**23** 3:2,4,18,22
**238** 88:23
**24** 3:4 51:15 52:1 137:7 139:13
   171:12
**24th** 18:5 158:14 159:5,18
**24-35** 3:9 51:16 52:5
**25** 3:2,14,15 11:14 34:4 39:8
**25th** 85:14
**25-foot** 23:5
**26.4488** 98:4
**28** 3:5,5
**282nd** 47:13
**29** 106:18 166:14

**3**

**3** 1:7 3:12,17 53:6
**3rd** 85:14 136:1,6,14 169:2
   186:18
**3:05** 143:9
**3:06** 143:14
**3:23** 143:22
**30** 19:10 117:15
**301** 61:17,23,25 62:6,25 63:4
**305.251.2302** 1:19
**305.523.5518** 1:24 189:7
**305.523.5519** 1:24 189:7
**305.961.93148** 1:16
**31** 3:6
**3128** 1:24
**32** 3:6
**33128** 189:7
**33132** 1:16
**33186** 1:19
**34** 3:7,7
**35** 3:15 17:12 51:15 52:1 110:24
   110:25 111:9,13 117:15
   157:12,13
**3500** 26:11
**36** 3:16 173:20,21 174:6,9
**37** 2:5 3:17 79:15,16,23 80:3
   85:22 86:25
**38** 3:18 77:22,23 78:8,11 80:6
   89:24
**39** 3:19 78:17,18 79:2,5 81:1

**4**

**4** 3:4 53:12 89:6 141:6
**4th** 1:15 81:24 85:3 109:15 110:8
   111:24 112:1,3 169:2
**4:00** 132:15
**4:04** 162:16
**4:10** 165:10
**4:12** 166:5
**4:27** 173:22
**4:28** 174:9
**4:47** 98:8
**4:48** 88:4
**4:58** 187:11
**40** 3:20 19:10 71:21,22 72:5,8
   173:11 175:15
**400** 1:23 141:7 189:6
**4024** 9:3,4
**41** 3:21 74:15,16 75:8,11 110:15
**42** 3:22 75:22,23 76:8,11,14
**43** 3:23 91:20,21 92:6,9,16
**44** 3:5 27:4,5,18,22
**45** 3:4 21:20,24 22:1,4
**46** 3:24 86:7,8,17,20,25 96:25
**47** 2:6,7 3:25 76:25 77:1,9,12
   179:15

**5**

November 4, 2008

**5** 3:5,9,13,19 53:19 89:20
**5K1** 157:3,4,10
**5th** 110:3 112:1
**5:00** 132:15 180:1
**5:30** 121:17 147:6
**50** 24:2 36:14
**51** 3:8 90:5
**52** 3:8,9
**53** 3:9
**55** 137:6,24,24
**58** 2:8 85:17

---
**6**
---

**6** 53:25 90:2
**6th** 79:19 110:3,7,8 112:6 113:23
   114:11 141:17 142:3 169:20
   169:24 170:2 171:23 175:11
   177:23
**6/8/07** 92:14
**6:00** 123:12,13,15,18,21 180:4
**6:25** 98:21 99:16
**6:30** 180:4
**60** 19:10 136:7
**65** 2:9
**66** 2:10,11
**68** 88:11

---
**7**
---

**7** 3:2,2 54:4 90:14
**7th** 11:12 16:10 17:5 21:14 22:9
   49:7 51:22 58:10 66:19 69:19
   79:19 81:25 85:3 87:13 91:1,7
   107:7 108:19 109:12,14 129:9
   141:24 149:21 150:22 151:3
   151:10,11,17 152:7,15 156:16
   157:22 158:12,24 166:22,25
   168:11 169:1,21 184:23
**7/21/07** 92:13
**7:30** 125:12
**7:54** 89:12
**70** 136:23
**71** 3:12,12
**72** 3:11,11,20
**73** 2:12 3:20
**74** 4:7
**75** 2:13 3:21 4:8
**76** 3:21,22
**77** 3:22 89:14,18
**78** 3:18,25,25
**78.8751** 98:4
**786/333-2911** 97:7
**786/333-9211** 78:2 87:22 88:14
   88:25 89:16 90:1,8,19,25 97:1
   98:14 99:4,11
**786/343-1961** 78:25
**79** 3:18,19

---
**8**
---

**8** 3:20,24 47:4 56:1,8,16 90:20
**8:00** 99:9,10
**8:26** 89:22
**8:30** 147:10,15
**80** 3:17,19
**81** 3:17
**84** 4:9
**86** 4:10
**863/534-4024** 9:2
**863/534-4374** 9:2
**87** 3:24,24

---
**9**
---

**9** 3:6,16,23
**9:00** 99:9 132:23
**9:27** 90:3
**903** 95:15
**92** 3:23
**93** 2:14 3:23

**97** 90:17
**99** 1:15 90:23