UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case 08-20266-CR-Altonaga

THE UNITED STATES OF AMERICA,

        Plaintiff,

                            MIAMI, FLORIDA

vs.

                          NOVEMBER 4, 2008

ABIMEL CARABALLO,

        Defendant.
_____

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE CECILIA M. ALTONAGA,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                    THOMAS R. BROWN, III, A.U.S.A.
                    JOSEPH H. HUYNH, A.U.S.A.
                    Office of the U.S. Attorney
                    99 NE 4th Street
                    Miami, FL 33132 - 305.961.93148
                    Email:  joseph.huynh@usdoj.gov
                    russell.brown2@usdoj.gov

FOR THE DEFENDANT:

                    MARTIN J. BEGUIRISTAIN, ESQ.
                    12930 SW 128th Street, Ste. 103
                    Miami, FL 33186 - 305.251.2302
                    Email:  martinblaw@aol.com

REPORTED BY:

                    BARBARA MEDINA,
                    Official United States Court Reporter
                    Wilkie D. Ferguson, Jr.
                    United States Courthouse
                    400 North Miami Avenue, Ste. 12-2
                    Miami, FL   3128 -   305.523.5518
                            (Fax) 305.523.5519
                    Email:  barbmedina@aol.com

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

November 4, 2008

1                    TABLE OF CONTENTS

2                                                           Page

3  Edel Miranda By Mr. Brown ................................. 18

4        Direct Examination ................................. 18

5        Cross-Examination By Mr. Beguiristain ................ 19

6        Redirect Examination By Mr. Brown .................... 35

7  Reporter's Certificate ................................... 98

8

9                    INDEX TO EXHIBITS

10 Exhibits                    Marked for           Received
                             Identification      in Evidence

11

   Description               Page     Line      Page     Line

12

   Government Exhibit 12 .......... 26       20       26       22

13

14                    CITATION INDEX

15

                                                          Page

16

   United States versus Perez ................................. 8

17

18

19                SIDEBAR CONFERENCE INDEX

20 Descriptions                                           Page

21 Sidebar Conference Begins ................................. 90

22 Proceedings In Open Court Resume .......................... 91

23                ADMINISTRATIVE CONVENTIONS:

24        When counsel does not identify themselves each time they

25 address the Court during a telephone conference, the

**November 4, 2008**

1    industry-standard speaker identification is indicated by

2    chevrons, i.e., >>>:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:   Good morning.   Please be seated.

2          MR. BROWN:   Good morning, Judge.

3          THE COURT:   Do we have any issues with regard to the

4   jury instructions?

5          MR. BROWN:   Yes, Your Honor.  I believe we have a few.

6          THE COURT:   All right.

7          MR. BROWN:   Your Honor, to start out, the Government

8   would request the aiding and abetting instruction, Title 18,

9   USC § 2, which is special instruction number 7, Your Honor,

10  under the pattern jury instructions.   That's on page 48 of the

11  2003 edition, Your Honor.

12          THE COURT:   Page 48?

13          MR. BROWN:   Yes, ma'am

14          THE COURT:   All right.   Any objection?

15          MR. BEGUIRISTAIN:   No objection, Your Honor.

16          MR. BROWN:   Your Honor, I think if the defendant

17  testifies -- we have some indications he may -- we would ask on

18  page 14, the basic instruction regarding

19  impeachment/inconsistent statement to be added, the last

20  paragraph there, Your Honor, if he testifies, Your Honor.

21          THE COURT:   Any objection, Mr. Beguiristain?

22          MR. BEGUIRISTAIN:   No objection.

23          MR. BROWN:   Judge, on page 3, paragraph 4, beginning

24  "At this time," there is just a clerical error.   It says "which

25  charges seven separate offenses."  I think it should be 23,

**November 4, 2008**

1    Your Honor.

2         THE COURT:  All right.

3         MR. BROWN:  And in the next paragraph down, the fifth

4    paragraph, the last complete sentence, last full complete

5    sentence that begins "Counts XIII through XXIII" and then in

6    the middle of that sentence in the next line it says "In each

7    respective account."  I think it should read "In each

8    respective count," Your Honor.  Just a clerical.

9         THE COURT:  Which paragraph?

10        MR. BROWN:  The fifth paragraph, Your Honor, right

11   below where we made the change from--

12        THE COURT:  How does it start?

13        MR. BROWN:  The last sentence of --

14        THE COURT:  How does it start?

15        MR. BROWN:  "In summary," Your Honor.  I'm sorry.

16        THE COURT:  Oh, "In each respective count."  Okay.

17   Thank you.

18        MR. BROWN:  Yes, Your Honor.

19        Judge, on page 4 --

20        THE COURT:  Yes.

21        MR. BROWN:  -- this is my fault, Your Honor.  This was

22   based on the Government's jury instructions for the conspiracy

23   count.  Title 8, § 1324 has a conspiracy allegation within the

24   statute that does not require any acts in furtherance, for the

25   Government to allege or prove any overt acts.  So this language

**November 4, 2008**

1    here tracks like a 371 which requires an overt act.

2              The Government requests, Your Honor, that -- the first

3    two elements are correct.   The third element should read that

4    the object of the conspiracy was to encourage or to induce

5    aliens to enter the United States and the fourth should just be

6    struck, Your Honor.

7              THE COURT:   The four that appear on page 4?

8              MR. BROWN:   Yes, Judge.

9              THE COURT:   How do you want to rephrase number 3?

10              MR. BROWN:   That the object of the conspiracy was to

11    encourage or to induce aliens to enter the United States.

12              THE COURT:   And delete the fourth?

13              MR. BROWN:   Yes, Your Honor.   That's based on the

14    statute as well as case law, Your Honor, if it's not alleged in

15    the statute.

16              THE COURT:   Next.

17              MR. BROWN:   Yes, Your Honor.

18              The top of page 5, the first element -- and, again,

19    this is the Government's fault -- that the defendant knowingly

20    encouraged or induced.   The "and" should be replaced with "or."

21    The statutory language is "or."   We charged in the conjunctive

22    and prove in the disjunctive in accordance with the statute.

23              THE COURT:   All right.

24              MR. BROWN:   Yes, ma'am

25              The last element, the third element at the bottom of

**November 4, 2008**

1   page 5, that the defendant did not, and the words "upon arrival

2   immediately bring and present."

3           THE COURT:  What are you reading from?

4           MR. BROWN:  At the bottom of page 5.  "Did not," the

5   words "upon arrival" should be included before "immediately" in

6   accordance with the statutory language as well as in the

7   Indictment, Your Honor.

8           THE COURT:  All right.

9           MR. BROWN:  Your Honor, the defense brought that to my

10  attention.  At this point I believe the defense is going to try

11  and argue in closing argument that the defendant was not given

12  an opportunity to bring and present these aliens immediately to

13  an Immigration officer and the Government's position on that,

14  Your Honor, is that it's a legal obligation, it's a legal

15  matter for the Court to determine and I would point the Court

16  to United States versus Perez that actually this Honorable

17  Court heard it back in 2006 and it went up on appeal to the

18  11th Circuit, Your Honor, and the issue was very similar to

19  there.

20          One of the issues in the case, people were brought in

21  on a boat and the defendant was saying that he had to have an

22  opportunity -- and I can present you with the case, Your Honor,

23  if you would like to see it -- needed to have an opportunity in

24  order to present the aliens to an Immigration officer and the

25  11th Circuit held that -- let me get to it --  "Police

**November 4, 2008**

1    discovering illegal aliens on a boat at nonport of entry

2    marina were not required to provide smuggling suspect with

3    immediate opportunity to present aliens to Immigration

4    officials.   Rather, to avoid liability, it had been

5    defendant's obligation to immediately bring and present

6    immigrants to Immigration officials at designated point of

7    entry."

8         So the Government would request the defendant be

9    precluded from arguing the police officers on scene had to

10   provide them an opportunity to present these individuals.

11        THE COURT:   To preclude the defendant from making that

12   argument that the jury is not to find that he committed those

13   offenses because he was not given the opportunity to comply?

14        You are saying the defense should be precluded from

15   arguing to the jury based upon the testimony and evidence

16   presented that they should not find his client guilty for that

17   reason, because it's a question of law?

18        MR. BROWN:   Maybe I'm missing something there.   To

19   preclude the defense from arguing that the police officers had

20   to give him an opportunity to go immediately to an Immigration

21   official to present these individuals.

22        THE COURT:   Why?   Because of this statement in a

23   decision?

24        MR. BROWN:   Your Honor, the Government would take the

25   position that it's a legal determination, not a factual one.

**November 4, 2008**

1          THE COURT:   I don't think the 11th Circuit said that,
2    though, did they, in what you just read to me?

3          MR. BEGUIRISTAIN:   Your Honor, I just received this
4    case a couple of minutes ago.

5          THE COURT:   I'm not persuaded that I should tie the
6    defendant's hands before a jury and say "You can't make the
7          argument.   On the facts presented, you can't make that
8          argument."

9          MR. BEGUIRISTAIN:   I was actually going to ask for a
10   special instruction with respect to that, Your Honor.

11         THE COURT:   Have you drafted one?

12         MR. BEGUIRISTAIN:   I drafted one.   I have it in
13   handwriting.   I had my assistant type it up this morning.   It's
14   probably sitting on my desk.

15         THE COURT:   Oh.

16         MR. BROWN:   Your Honor, I guess the Government's
17   position would be that it would just confuse the jury.

18         THE COURT:   Oh, I don't think it causes confusion.
19   That's the evidence in the record.   They're going to be asked
20   to decide whether he has violated that particular statute by
21   not bringing them and presenting hem

22         How is it confusing to say "What opportunity did my
23         client have to comply with that?   He was immediately
24         apprehended."

25         How is that a confusing issue?

**November 4, 2008**

1          MR. BROWN:   The Government is not required to give him

2     the opportunity.

3          THE COURT:   Well, you can make the argument "The

4        Government has no obligation to give him that opportunity,"

5     no differently than the Government has an obligation to give

6     anyone who is attempting to commit an illegal act the

7     opportunity to complete it.

8          I mean, you can make any argument.   The question

9     you're saying is this one statement from this one decision

10    makes this an issue of law for the Court and takes it away from

11    the province of the jury in deciding whether he committed these

12    offenses?

13         MR. BROWN:   In deciding whether he legally complied

14    with the statute, the legal obligation of the statute, Your

15    Honor, not the factual --

16         THE COURT:   I'm not persuaded.

17         MR. BROWN:   Yes, Your Honor.

18         I don't have a copy of the special instruction.

19         THE COURT:   Why don't you give it to the Government?

20         MR. BROWN:   The Government objects to this.

21         THE COURT:   Could I see it because it's easier for me

22    to see -- oh, go ahead and read it.

23         MR. BEGUIRISTAIN:   "It is a complete defense to Counts

24        XIII through XXIII if you find that the defendant was not

25        allowed by law enforcement officers to bring and present

**November 4, 2008**

1           the aliens to an appropriate Immigration officer at a

2           designated point of entry upon their arrival."

3               THE COURT:   No, I don't agree that's how I should give

4    it as a legal instruction.

5               I'm going to say what the law requires and you are

6    going to argue that your client was never afforded the

7    opportunity to comply with that law, how can he be held

8    accountable for a violation of it, but I can't say "It's a

9           complete defense if you find the defendant was not allowed

10          by law enforcement to bring and present the aliens"?

11              If they find that then the elements of the offense

12   have not been established.   Right?   It's already in my

13   definition of what the offense requires them to find.

14              You can do a theory of defense instruction.   "It is

15          the defendant's theory of the defense that he could not

16          comply with those provisions because he was apprehended

17          before taking -- however you want to phrase it.   I'm not

18   going to tell you how to phrase it, but I'm not going to say

19   it's a complete defense.   I'm already saying what the law

20   requires.   "To find the defendant guilty, you have to find

21          beyond a reasonable doubt the following.   If you don't find

22          it, then he's not guilty."

23              Where do you want me to give the aiding and abetting?

24   Right before "I caution you Members of the Jury" on page 6?

25              MR. BROWN:   The paragraph begins -- yes, Your Honor.

**November 4, 2008**

1  That's fine, right before that, "I caution you."

2         THE COURT:  I will give this one.  Okay.

3         I'll make these changes and, Mr. Beguiristain, if you

4  come up with something else that you want me to add, make sure

5  you share that with the Government and we can address it.

6         MR. BEGUIRISTAIN:  All right.

7         There's one other instruction I was going to ask for,

8  the lesser included.  Under 1324(a)(2)(B)(iii) there's the

9  bring and present requirement.  1324(a)(2)(A) is the exact same

10  statute except it takes out the bring and present requirement

11  which is an instruction that I prepared.

12         May I approach, Your Honor?

13         THE COURT:  Do you have a copy for the Government?

14         MR. BROWN:  Yes, Your Honor.  I'm reading it now.

15         THE COURT:  All right.

16         MR. BROWN:  Your Honor --

17         THE COURT:  Let me have you all look at that while I

18  take some lunch before we start the trial, since I haven't been

19  able to, and we can address this at an appropriate break.

20         [There was a short recess at 11:44 p.m]

21         THE COURT:  Do we have the witness?

22         THE COURT SECURITY OFFICER:  They're getting him

23         THE COURT:  Please be seated.

24         While we wait for the witness, I'll hear the

25  Government's position with respect to this proposed instruction

**November 4, 2008**

1    of bringing in certain aliens without authorization.

2              MR. BROWN:   The lesser included, Your Honor?

3              THE COURT:   Yes.

4              MR. BROWN:   Your Honor, we would just object on the

5    ground that the Indictment as such is charged by the Grand Jury

6    and the lesser included would just further confuse the jury as

7    to their charge in this case and what they're determining the

8    defendant's guilty of, Your Honor.

9              THE COURT:   Is that a legal basis, though, for an

10   objection?

11             MR. BROWN:   No, Your Honor.

12             THE COURT:   Okay.

13             And this is the lesser included you want me to

14   instruct the jury on as to these particular counts,

15   Mr. Beguiristain?

16             MR. BEGUIRISTAIN:   As to Counts XIII through XXIII,

17   yes, Your Honor.

18             THE COURT:   So would I give this after the definition

19   for "designated port of entry" on page 6?

20             MR. BEGUIRISTAIN:   Yes.

21             MR. BROWN:   Your Honor, would that be after or before

22   the aiding and abetting?

23             THE COURT:   It would be before.

24             The problem is there's no lead-in as a lesser included

25   offense.   I've just given them an instruction on what these

**November 4, 2008**

1    counts require and I'm going to give it to them again.    That's

2    confusing.    There would have to be a lead-in phrase.

3              MR. BEGUIRISTAIN:   I'll write something up.

4              THE COURT:   Why don't you do that?

5              MR. BROWN:   Judge, to renew the objection for the

6    (a)(2)(B)(iii), to allow the defense to argue the not given the

7    opportunity to present the aliens immediately upon arrival.

8    Your Honor, it's the Government's position that if that

9    argument is allowed to be made to the jury, it's adding a legal

10   element of the crime such that there's an obligation of the

11   Government to give him an opportunity, which by case law is

12   clearly we don't have that obligation.

13             THE COURT:   You don't have the obligation to give

14   someone the opportunity to comply with that provision, but

15   where you affirmatively take hold of a person and prevent them

16   from complying with that provision, you can't then turn around

17   and charge them with it.   You can't say "Aha.   I got you.   Now

18       I'm going to charge you with something you should have done

19       after I specifically seized you."

20             MR. BROWN:   Even though by law the Government is not

21   obligated?

22             THE COURT:   Absolutely, you're not obligated, but by

23   the same token you can't turn around and charge somebody saying

24       "I'm charging you with a violation of this law which by

25       the very act of my physically taking you into custody, you

**November 4, 2008**

1    were then prevented from complying with."

2          MR. BROWN:   Then the Government would ask if you allow

3    that instruction, if we could amend that instruction to

4    include, "However, the Government is not obligated to give the

5          defendant the opportunity."

6          THE COURT:   You can all work on drafting me whatever

7    you like and present it to me whatever proposed instruction you

8    have.   At this point I'm not giving an instruction.   I'm simply

9    allowing the defense to argue based on the testimony and

10   evidence presented "He never had that opportunity, ladies and

11         gentlemen."

12         Take a look at the sequence of events.   Take a

13   look at the timeline.   Why is that an improper argument to make

14   based on the facts of the case?

15         There might be facts such as these where someone says

16         "I can't be charged with violating a law I was prevented

17         from complying with because I was at that point in custody.

18         I could no longer comply and take affirmative steps to

19         take someone to a designated port of entry."

20         MR. BROWN:   Your Honor, he immediately, as soon as he

21   comes into a nondesignated port of entry, is in violation of

22   the law.   Therefore, there is no obligation for the Government

23   to give him the opportunity.   He has violated immediately --

24         THE COURT:   If I on my boat, find someone adrift who

25   is an illegal alien, but is in distress, and I take them to the

**November  4,  2008**

1   port where I normally dock my boat and then from that point

2   drive them to a port of entry, am I violating the law?  Did I

3   need to go to the Port of Miami in my motorboat?

4           MR. BROWN:   You would need to call and report you have

5   an illegal alien.

6           THE COURT:   Let's assume you have no equipment on

7   board.   It has all stopped working.   You are without any

8   communication.

9           There are circumstances in which I dare say one can

10  arrive, with certain excuses, at a nondesignated port of entry

11  and promptly and forth with drive to that port of entry, but

12  this is all academic.   In this case, the defendant is saying "I

13      was not able to comply."

14          MR. BROWN:   Yes, Your Honor.

15          I would point the Court to the fact that the

16  Government has to prove the intent, the defendant knowing or in

17  reckless disregard brought these aliens.   There is a mens rea.

18  Aside from these facts and circumstances where a defendant

19  legitimately rescued somebody and the Government still has to

20  prove mens rea versus taking somebody out to sea which doesn't

21  have the same mens rea, Your Honor.   The Government would still

22  have to prove this beyond a reasonable doubt.

23          MR. BEGUIRISTAIN:   Which are the elements of

24  (a)(2)(A).

25          THE COURT:   Let's proceed with the trial because the

November 4, 2008

**Miranda - Direct**

1  jury is here and we need to keep it moving and I will not give

2  this proposed instruction on a lesser included until or unless

3  I see some sort of lead-in sentence that let's the jury know

4  that it's a lesser included.

5          Let's bring them in please.

6          MR. BROWN:   Thank you, Judge.

7      [The jury returns to the courtroom at 12:11 a.m]

8          THE COURT:   Everyone please be seated.

9          Welcome back, ladies and gentlemen.   Good afternoon.

10         The witness is still under oath.

11         EDEL MIRANDA, GOVERNMENT'S WITNESS, RESUMED

12                DIRECT EXAMINATION (cont'd)

13  [Beginning at 12:12 a.m, 11/5/08.]

14  BY MR. BROWN:

15  Q.   (Through Interpreter):   Good morning again, sir.

16  A.   Good morning.

17  Q.   I think when we left of yesterday, you were telling us

18  about transporting the Chinese people from Rolando's house to

19  the hotel.

20  A.   Yes.

21  Q.   And you had indicated the defendant was present?

22  A.   Yes.

23  Q.   Approximately how long before you were arrested on August

24  7th did that transportation to the hotel from Rolando's house

25  occur?

**November 4, 2008**

## Miranda - Cross

1  A.   It was long before.

2  Q.   Can you give us an approximation how long before?

3  A.   You mean, what time that was?

4  Q.   An approximate month or some time.

5  A.   About 20 days, more or less, in the evening, at 9:00, 10:00

6  p.m.

7  Q.   And then you also indicated you had seen Chinese nationals

8  at Mr. Caraballo's house?

9  A.   Yes.

10  Q.   And how many days before August 7th, approximately, was

11  that again?

12  A.   Four days before.

13  Q.   And approximately or -- excuse me -- when you left to go to

14  the Bahamas, the defendant knew you were picking up illegal

15  aliens?

16  A.   Yes.

17  Q.   And when you were transporting those Chinese nationals to a

18  hotel where the defendant was present, he knew they were

19  illegal aliens?

20  A.   Yes.

21            MR. BROWN:   One moment, Your Honor.

22            Nothing further, Your Honor.

23            THE COURT:   Cross-examination.

24                      CROSS EXAMINATION

25  [Beginning at 12:15 a.m., 11/5/08.]

**November 4, 2008**

**Miranda - Cross**

1  BY MR. BEGUIRISTAIN:

2  Q.   You're a convicted felon.   Correct?

3  A.   Yes.

4  Q.   And you're a liar?

5  A.   I lied once.

6  Q.   One time?

7  A.   Yes.

8  Q.   Are you lying to the jury now?

9  A.   No.

10  Q.   When did you lie?

11  A.   On August the 6th.

12  Q.   Was that the day you were arrested?

13  A.   Yes.

14  Q.   And that was the only day you lied in reference to this

15  case?

16  A.   Yes.

17  Q.   You're sure about that?

18  A.   Yes.

19  Q.   And that was when you talked with the police officers that

20  day.   Correct?

21  A.   Yes.

22  Q.   And you told the police officers that you found these

23  Chinese at sea or on an island?

24  A.   No, on an island.   I told the female police officer that we

25  had found two Bahamians who had proposed this deal to us.

**November 4, 2008**

## Miranda - Cross

1  Q.   And the two Bahanians offered to pay you $600 per person?

2  A.   Yes, sir.

3  Q.   That was your story on August the 7th when you were

4  arrested?

5  A.   Yes.

6  Q.   Are you familiar with the Lucayan resort,

7  A.   I had never been there.

8  Q.   Where did you pick up these aliens?

9  A.   At Lucaya Marina.

10 Q.   Okay.

11       I'm sorry.   Have you ever been to the Lucaya Marina?

12 A.   No.

13 Q.   But you picked these aliens up at the Lucaya Marina?

14 A.   On the day, I went there for the first time.

15 Q.   So you've seen the Lucaya Marina?

16 A.   At that day, I went there.

17 Q.   And at the Lucaya Marina, they have a lot of boats there.

18 Correct?

19 A.   Yes.

20 Q.   And they sell gasoline there?

21 A.   Yes.

22 Q.   So if you wanted to, you could put gasoline in your boat at

23 the Lucaya Marina.   Correct?

24 A.   If the money would have been given to me, yes.

25 Q.   Now, you were arrested with Anderson Lopez.   Correct?

November 4, 2008

## Miranda - Cross

1    A.    And Abimael, too, the two of them together.

2    Q.    You were arrested with Anderson Lopez.   Correct?

3    A.    Yes.

4    Q.    And you were taken over to the Federal Detention Center

5    right across the street.   Correct?

6    A.    They first took me to another place and then they took me

7    to that building over there.

8    Q.    They took you to the Customs office by the Miami River.

9    Correct?

10   A.    Yes.

11   Q.    And that was immediately upon your arrest.   Correct?

12   A.    Yes.

13   Q.    Now, let's go back to when you're pulling this boat up to

14   the marina.   Do you remember that?

15   A.    Yes.

16   Q.    Now, Abimael was waiting for you at the marina.   Correct?

17   A.    Yes.

18   Q.    And you had communication with him over the phone to let

19   him know that you were bringing the boat into the marina at

20   that point?

21   A.    Yes.

22   Q.    And you had taken this boat the day before?

23   A.    On August the 6th.

24   Q.    That would be the day before?

25   A.    I got arrested on the 7th.

**November 4, 2008**

## Miranda - Cross

1    Q.   Okay.

2         So you took the boat the day before you got arrested?

3    A.   Yes.

4    Q.   And your testimony was that when you took that boat, there

5    was a bunch of gas cans or gas containers in the boat?

6    A.   My testimony?  No.

7    Q.   Oh.

8         Then let's go back to the 7th.  When you're pulling

9    the boat into the marina, does Mr. Caraballo back the truck and

10   the trailer down into the boat ramp?

11   A.   Yes.

12   Q.   And then as the boat is being loaded onto the trailer, a

13   police officer comes and blocks the truck.  Correct?

14   A.   Yes, sir.

15   Q.   And he didn't allow the truck to pull out of water.

16   Correct?

17   A.   No, he did not.

18   Q.   Let me try the question a little differently.  Did he allow

19   at that point the truck to be pulled out of the water?

20   A.   No.

21   Q.   He asked you and Anderson and Abimael to immediately step

22   to the side.  Correct?

23   A.   Yes.

24   Q.   Were you free to leave at that point?

25   A.   Yes.

**November 4, 2008**

## Miranda - Cross

1   Q.   Could you leave with the boat and the truck?

2   A.   No.

3   Q.   Your release date is December 15th, 2011.   Correct?

4   A.   Have not given me the date, but I think -- I don't know.   I

5   believe so.

6   Q.   After you were arrested, the Court appointed an attorney

7   for you.   Correct?

8   A.   Yes.

9   Q.   And that attorney has been your attorney in this case ever

10  since.   Correct?

11  A.   Yes.

12  Q.   And you were housed at FDC across the street with Anderson

13  Lopez from August to December of 2007.   Correct?

14  A.   From August until December, I have always been there.

15  Q.   With Anderson Lopez.   Correct?

16  A.   Yes.

17  Q.   And you get an opportunity to talk to Anderson Lopez?

18  A.   We have seen each other, but we have not talked.

19  Q.   So you and Anderson Lopez get arrested together, are housed

20  together, see each other, but you don't talk?

21  A.   We did talk, but we spoke normal things, how this and that

22  and the other is, but none of that.

23  Q.   So you don't talk about the case at all?

24  A.   Not yet.

25  Q.   Did you and him decide that one of the ways you could get

**November 4, 2008**

## Miranda - Cross

1    out of this is to cooperate with the Government?

2    A.   To tell the truth.

3    Q.   Cooperate with the Government?

4    A.   Yes, yes, to tell the truth.

5    Q.   And the reason you're sitting here today is because?

6    A.   To testify by telling the truth.

7    Q.   Isn't the real reason you're here is you want to get a

8    reduction in your sentence?

9    A.   Nobody has promised me to have a sentence reduction.

10   Q.   Do you want a sentence reduction?

11   A.   Yes.

12   Q.   Okay.

13        And what are you expecting your sentence to be reduced

14   to?

15   A.   I don't know.

16   Q.   Have you been given estimates of a third of your sentence?

17   A.   No.

18   Q.   Half?

19   A.   Neither.

20   Q.   But you're definitely looking for a reduction in your

21   sentence?

22   A.   It could be so.

23   Q.   Right after your arrest on August the 7th, on August 8th

24   you were taken to a Judge.   Correct?

25   A.   Yes.

November 4, 2008

## Miranda - Cross

1  Q.   And you were not able to bond out of jail.   Correct?

2  A.   No.

3  Q.   Let me get one thing out of the way.

4           MR. BEGUIRISTAIN:   May I approach, Your Honor?

5           THE COURT:   You may.

6  BY MR. BEGUIRISTAIN:

7  Q.   I'm showing you what has been marked as Government's

8  Exhibit 12.   Are you familiar with that document?

9  A.   That must be about my case, the documents for my case, no?

10  Q.   It's entitled your plea agreement, and if you could look at

11  the last page.

12  A.   (Complied.)

13  Q.   Can you tell me if that's your signature on the bottom?

14  A.   Yes.

15  Q.   So did you agree to everything in that plea agreement?

16  A.   Yes.

17           MR. BEGUIRISTAIN:   Your Honor, I would request to move

18  Government's Exhibit 12 into evidence.

19           MR. BROWN:   We'll stipulate, Your Honor.   That's fine.

20      [Government Exhibit 12 marked for identification at

21           THE COURT:   Admitted.

22    [Government Exhibit 12 received in evidence at 12:30 a.m]

23  BY MR. BEGUIRISTAIN:

24  Q.   Do you speak English?

25  A.   No.

**November 4, 2008**

## Miranda - Cross

1    Q.    Do you read English?

2    A.    Neither.

3    Q.    Did somebody read that agreement to you in its entirety and

4    translate it to you in Spanish --

5    A.    Yes.

6    Q.    -- prior to you signing it?

7    A.    Yes.

8    Q.    Have you heard the term "Rule 35"?

9    A.    Yes.

10   Q.    And what is a rule 35?

11   A.    Rule 35 is after my sentencing, if I testify and tell the

12   truth, it may be possible that I will have a sentence

13   reduction.

14   Q.    And where you're housed right now, rule 35 is a very common

15   thing.   Correct?

16   A.    Yes.

17   Q.    Because almost everybody does that at FDC.   Correct?

18   A.    That everybody that has a case just like the one I have,

19   even if he has lied before, if he tells the truth now, yes.

20   Q.    All right.   Let's get to the lies.

21         You said you lied once to the police.

22   A.    Yes.

23   Q.    And that was on August 7th?

24   A.    August the 6th.

25   Q.    Hang on one second.   Let's not lose our dates here.

**November 4, 2008**

## Miranda - Cross

1               Weren't you arrested on August the 7th?

2   A.   Aha, yes, August the 7th.   Excuse me.

3   Q.   So it's August the 7th is when you lied to the police?

4   A.   Yes.

5   Q.   Okay.

6               And that's the only day you lied in this case?

7   A.   Yes.

8   Q.   And the lie that you told the police was that you met the

9   Bahamian gentleman in the Bahamas and they offered to pay you

10  $600 per person to bring these 11 people to the United States?

11  A.   The lie that I said was that I met the Bahamian man about

12  15 to 20 miles before reaching the Bahamas.

13  Q.   And when you told this lie to the police officers, you did

14  not have an attorney with you.

15  A.   No.

16  Q.   Then on August the 8th, the day after your arrest, the

17  Court appointed you an attorney named Jan Smith.   Correct?

18  A.   They appointed another attorney for me first.

19  Q.   And how long did you have that attorney?

20  A.   The next day I believe -- I don't remember very well --

21  that lady attorney was appointed for me.

22  Q.   So by August the 10th, you had Jan Smith as your attorney?

23  A.   I believe so, but afterwards they changed the attorney, the

24  female attorney for another male attorney.

25  Q.   Now, all along, after August 8th you had an attorney

**November 4, 2008**

## Miranda - Cross

1  present with you for everything.   Correct?

2  A.   Yes.

3  Q.   Now, all through this time you also had contact with

4  Anderson Lopez.   Correct?

5  A.   Yes.

6  Q.   Okay.

7       Now, about a month and a week after your arrest, on

8  September 14th, 2007, you had a meeting with Donald Brown who

9  is a U.S. Attorney.

10  A.   Yes.

11  Q.   Present at that meeting were police officers, Donald Brown

12  and your attorney?

13  A.   Yes.

14  Q.   At that meeting, while you had an attorney with you, your

15  attorney told you that you needed to tell the truth.   Correct?

16       MR. BROWN:   Objection.   Privilege, Your Honor.

17       THE COURT:   Sustained.

18  BY MR. BEGUIRISTAIN:

19  Q.   You understood that you needed to tell the truth at that

20  point.   Correct?

21  A.   Yes.

22  Q.   What did you tell the police officers?

23  A.   I told them the same thing that I told them at first.

24  Q.   Okay.

25       Did somebody force you to this meeting?

**November 4, 2008**

**Miranda - Cross**

1    A.    No.

2    Q.    You went voluntarily?

3    A.    Yes.

4    Q.    You asked to have this meeting?

5    A.    No.

6    Q.    Who asked for this meeting?

7    A.    I don't know.

8    Q.    Somehow or another you end up with attorneys and police

9    officers in a room   Correct?

10   A.    Yes.

11   Q.    Because at that point you agreed to cooperate with the

12   Government.   Correct?

13   A.    Not yet.

14   Q.    Then why did you sit down with the Government?

15          THE INTERPRETER:   Repeat that.

16   A.    Because they brought me down and they asked me the same

17   questions and I answered the same questions in the way that I

18   had answered them at first.

19   Q.    So they forced you into this meeting?

20   A.    No.

21   Q.    Because they lowered you from your floor to the first

22   floor, you decided to talk with the police?

23   A.    Yes.

24   Q.    Did you know that you had a right not to talk to them?

25   A.    Yes.

**November 4, 2008**

## Miranda - Cross

1   Q.   And you decided to talk with them anyway?

2   A.   Yes.

3   Q.   So you freely and voluntarily told them, while represented

4   by an attorney, that you met a black male and he asked you to

5   take these people back to Miami?

6   A.   Yes.

7   Q.   You further stated that Mr. Caraballo knew nothing about

8   these aliens and you weren't going to tell him anything about

9   them until it was too late.  They would already be in Miami.

10  Correct?

11  A.   Aha, yes.

12  Q.   Now, after making those statements to law enforcement,

13  within two days you pled guilty in court to smuggling aliens.

14  A.   Yes.

15  Q.   And then you asked "Well, I cooperated with the Government.

16       What happened to my sentence reduction?"  Correct?

17  A.   Excuse me.  I had not collaborated, cooperated.  I did not

18  say -- I did not tell the truth at that time.  Excuse me.

19            When they brought me down on that day that I lied

20  again before I signed my guilt, guilty agreement, I went down

21  again and that was when I told the truth.

22  Q.   So now that you understand that I know what happened, 30

23  minutes ago you told this jury that you lied once.

24  A.   Yes.

25  Q.   That was a lie.

## Miranda - Cross

1  A.   I testified twice in court and I said the same thing that I

2  had mentioned or that I had said at first, which was a lie.

3            Afterwards I went down again and I told the truth,

4  everything that has occurred.

5  Q.   Let me ask something.   What did you stand to gain when now

6  you're claiming you lied to the police on August 7th?   What

7  were you going to get out of that lie?

8  A.   When I was about to go out on the trip, before going out,

9  Abinnel Caraballo and Gardino Martinez told me and Anderson

10  Lopez that if we would be caught, we had to say that he did not

11  have anything to do with this case.

12  Q.   What did you have to gain by that lie?

13  A.   Nothing.

14  Q.   So you had nothing to gain by that lie.

15            Now, at this little meeting downstairs at FDC, you are

16  now saying that you lied again.

17  A.   I went to court twice and I said the same thing that I had

18  said at first.   That is the lie.

19  Q.   Okay.

20            Do you know the building, the FDC building?

21  A.   The day that I was arrested was a Thursday that I saw it.

22  I had never seen it before.

23  Q.   Today you know it from the inside.   Correct?

24  A.   Yes.

25  Q.   Okay.

**November 4, 2008**

## Miranda - Cross

1              So you know that building?

2    A.   I know my floor.

3    Q.   And there's a downstairs in that building?

4    A.   It has 14 floors.

5    Q.   There's a downstairs visiting room   Correct?

6              THE INTERPRETER:   A downstairs what?

7              MR. BEGUIRISTAIN:   Visiting room

8    A.   Yes.

9    Q.   One of the rooms on the side, is that where you met with

10   the police officers and Don Brown?

11   A.   No.

12   Q.   Okay.

13             Where did you meet with Don Brown and the agents?

14   A.   In the old courthouse here.

15   Q.   Okay.

16             And at that meeting, you told them the two black males

17   told you they were going to pay you to bring these 11 people to

18   the United States?

19   A.   Yes.

20   Q.   What did you have to gain by that lie?

21   A.   That was what Abinmel and Gardino Martinez told me that I

22   should say, nothing else.

23   Q.   What did you have to gain by that lie?

24   A.   Nothing.

25   Q.   Okay.

**November 4, 2008**

## Miranda - Cross

1            So now you're claiming you lied twice with nothing to

2    gain?

3    A.    Yes.

4    Q.    So now you and Anderson Lopez get together and make up this

5    completely fabricated story, come into court -- which I want to

6    make sure of something.    What time were you supposed to pick up

7    the people in Freeport?    Was that 5:00 in the morning?

8    A.    Yes.

9    Q.    You're sure that's the time that you were supposed to pick

10   them up?

11   A.    Yes.

12   Q.    Okay.

13            Now, you and Anderson Lopez come in and make up this

14   complete story and you come in to testify in court and now

15   let's ask you the question.    What do you have to gain?    What do

16   you have to gain now?

17   A.    I'm not concocting nor telling any story nor lying.    I am

18   telling the truth.

19            What should be the objective of telling lies in here?

20   What for?

21   Q.    Let me ask you something.    Are you okay with staying over

22   at the Federal Detention Center until December, 2011?    Is that

23   good for you?

24   A.    If I had told lies, yes, but if I'm telling the truth, no.

25   Q.    So what you have to gain is to get out of there early.

## Miranda - Redirect

1   Correct?

2   A.   If the Court wants to release me before that date, fine.

3   If not, I will have to serve all the time.

4            MR. BEGUIRISTAIN:   I have nothing further, Your Honor.

5            THE COURT:   Redirect.

6                    REDIRECT EXAMINATION

7   [Beginning at 12:49 a.m., 11/5/08.]

8   BY MR. BROWN:

9   Q.   Sir, as you entered Haulover Inlet on the way to the marina

10  on August 7th, did you have a phone?

11  A.   Mine.

12  Q.   And did you use that phone to call Mr. Caraballo?

13  A.   Yes.

14  Q.   Could you have also used that phone to call Border Patrol

15  and tell them that you had illegal aliens on board?

16  A.   Yes.

17  Q.   And at that point did the defendant know you had the

18  Chinese illegal aliens on board?

19  A.   No.

20  Q.   He didn't know you had illegal aliens on board coming into

21  Haulover Inlet?

22  A.   The boat owner did know it, but not the police.

23            MR. BROWN:   Nothing further, Your Honor.

24            THE COURT:   Thank you.   The witness is excused.

25            [The witness was excused at 12:50 a.m.]

November 4, 2008

## Miranda - Redirect

1          MR. BROWN:   Your Honor, at this time the Government

2    rests.

3          THE COURT:   Ladies and gentlemen, we'll take just a

4    very brief recess.   Please do not discuss the case.

5          [The jury leaves the courtroom at 12:51 a.m]

6          THE COURT:   I'll hear defendant's argument.

7          MR. BEGUIRISTAIN:   I will group the arguments, Your

8    Honor, in three different groups.

9          As to Count I, the conspiracy count, I would move for

10   a judgment of acquittal based on the fact that the Government

11   has not in any way shown an agreement between two parties, one

12   of whom would have to be Abinnel Caraballo, to in any way bring

13   in illegal aliens into the country.   There was never an

14   agreement shown between any of the witnesses and Abinnel

15   Caraballo.

16         Counts II through XII, I move for a judgment of

17   acquittal, that the Government has not laid out a prima facie

18   case as to bringing in either of the aliens into the country,

19   that Abinnel Caraballo in any way knowingly encouraged or

20   induced any of these aliens to enter into the country through

21   the use of his vessel during the trial of this case.

22         Third would be Counts XIII through XXIII.   I would

23   renew my motion to dismiss on the grounds of constitutionality

24   of the statute, 1324(a)(2)(B)(iii).

25         If the Government has laid out the case where Abinnel

**November 4, 2008**

## Miranda - Redirect

1  Caraballo either conspired to bring the aliens into the country

2  or, indeed, induced the aliens to come into the country, that

3  would be a completed crime.  Specifically, the conspiracy.  If

4  it is shown that it was proven that Abinnel Caraballo entered

5  into an agreement with any party to bring these 11 people into

6  the country, or any alien into the country, that, in and of

7  itself, would already be a crime committed.

8         Then if Abinnel Caraballo is then required to take any

9  of these people to the Immigration authorities at a designated

10  port of entry upon them arriving in the country, he would then

11  be providing a link in the chain to, of course, prosecute him

12  for his conspiracy to bring aliens in.  If that evidence is

13  laid out, if the jury could find him guilty of that, then -- of

14  the conspiracy or inducing the aliens to come into the country,

15  those crimes would have been completed long prior to that boat

16  making it to land, and if he were then required to take those

17  people to the Immigration authorities at a designated port of

18  entry, it would be a violation of his 5th Amendment rights.

19         The second argument -- and, actually, the one that I

20  believe clearly needs to be granted -- is Border Patrol Agent

21  Steven Rose took the witness stand.  He is Immigration

22  authority, Border Patrol agent.  When he was asked the question

23         "Had the people arrived?" his answer was "No, they had

24     not arrived in the United States yet."

25         The statute requires that upon arrival in the United

November 4, 2008

## Miranda - Redirect

1  States, Abimael Caraballo must immediately bring and present at

2  a designated port of entry these aliens, presuming he was

3  aiding and inducing and so on and so forth.

4          The actual language is that if Abimael Caraballo

5  brought or attempted to bring an alien into the United States

6  and he acted knowingly or in reckless disregard of the fact the

7  alien had not received prior official authorization to come to

8  or enter the United States, regardless of whether the alien was

9  later allowed to remain in the United States.  That's the first

10 two elements of 1324(a)(2)(B)(iii).

11         The third element has not been satisfied at all by any

12 of the evidence here.  As a matter of fact, the exact opposite

13 is what happened.  The third element is that upon arrival, if

14 Abimael Caraballo committed the first two elements, the third

15 element was he would need to take them and bring them to a

16 designated port of entry upon their arrival.

17         Two things have happened.  One, they hadn't arrived.

18 Therefore, that crime cannot be complete at all.  Border Patrol

19 says they haven't arrived.  They haven't arrived.  That's all

20 we have before this Court.

21         Secondly, the truck that he was in was blocked by

22 Officer Andollo.  He could not drive away and take these people

23 to the Immigration authorities at a designated port of entry.

24 He couldn't do it.  The testimony is clear, much different than

25 the Perez case which was cited by the Government.  There all

**November 4, 2008**

## Miranda - Redirect

1   the evidence was they were free to leave.

2           In this case we know that Officer Andollo moved his

3   truck in front of Abinmel Caraballo, asked everybody to step on

4   the side and was not allowing them to leave.

5           That being the case, Abinmel Caraballo cannot be held

6   criminally responsible for failure to commit an act.  It's a

7   negative.  It's not being criminalized for doing something.

8   It's criminalized for not doing something.  It's almost like a

9   factual impossibility claim  Factual impossibility doesn't

10  square with a negative.

11          In this particular case, he was not allowed.  He was

12  detained.  But even prior to that, the aliens had not arrived.

13  That was exactly what Border Patrol said, they had not arrived,

14  and they must have arrived to complete this crime.

15          Having not arrived, a judgment of acquittal as to

16  Counts XIII through XXIII should be granted at this point since

17  the Government has closed their case and they can no longer put

18  up a witness to say something other, such as they've arrived.

19          THE COURT:   All right.

20          Let me hear the Government's response as to the

21  argument with respect to Counts XIII through XXIII please.

22          MR. BROWN:   Yes, Your Honor.

23          Your Honor, with respect to Counts XIII through XXIII,

24  the Government would urge this Honorable Court that a rule 29

25  is not the proper place for this issue to be decided by the

**November 4, 2008**

## Miranda - Redirect

1   Court.   If this is given to the jury, it may become moot for

2   the Court, depending on the jury's verdict, Your Honor.   The

3   Government would urge the Court to allow this to proceed to the

4   jury, that the Government has proved --

5            THE COURT:   Did the Government prove the aliens

6   arrived?

7            MR. BROWN:   I'm sorry, Your Honor?

8            THE COURT:   What's the evidence in the light most

9   favorable to the Government that the aliens arrived?

10           MR. BROWN:   Yes, Your Honor.

11           I believe the Border Patrol Agent Steve Rose took the

12   stand and said the aliens had arrived in the United States, but

13   had not been presented for inspection, which is where he got

14   into the testimony of having to take them to some type of

15   Immigration officer for inspection.   To say these aliens had

16   not arrived, I don't believe that was the testimony of Officer

17   Rose.

18           When they clearly arrived, they were on a boat ramp in

19   the United States.   They had entered the U.S. territorial

20   waters.   Nobody had called to say these people were coming into

21   in the United States and, therefore, in need of inspection

22   which immigrants are required to do, Your Honor.

23           The Government has proved that these aliens did arrive

24   in the United States, and you also heard the testimony from

25   Officer Rose who indicated with the 5th Amendment argument that

**November 4, 2008**

## Miranda - Redirect

1  someone who brought these people could put them in, say, a

2  taxi, some type of car and send them off for presentment

3  without clearly identifying themselves as the one who had

4  brought the aliens into the United States, which would not

5  implicate anyone's 5th Amendment rights, Your Honor, as well as

6  the statute does not prior anybody to say anything if they do

7  accompany an illegal alien for presentment to an Immigration

8  officer.

9           THE COURT:   Barbara, if you could find Agent Rose's

10  testimony with respect to the issue of arrival, because

11  Mr. Beguiristain's recollection is different than yours.

12              [That portion of the record was read.]

13           THE COURT:   Agent Rose wasn't given the terminology

14  that is used in the instruction.   I'm going to deny your motion

15  at this time.   We will have a complete transcript and I can

16  look at it after the verdict.   The Government has one

17  recollection.   You have another.   What the court reporter just

18  read comports with neither.   So I'm not comfortable granting

19  the motion on that record.

20           Will there be witnesses for the defense?

21           MR. BROWN:   I'm sorry, Judge.   I didn't hear you.

22           MR. BEGUIRISTAIN:   If I could take five minutes with

23  my client outside?

24           THE COURT:   Certainly.

25           MR. BEGUIRISTAIN:   (Left the courtroom)

**November 4, 2008**

# Miranda - Redirect

1           THE DEFENDANT:  (Left the courtroom)

2           THE COURT:   Mr. Beguiristain?

3           MR. BEGUIRISTAIN:   No, the defense will not be calling

4   any witnesses.

5           THE COURT:   I would ask the defendant to raise his

6   right hand.

7     [The defendant was sworn through Interpreter at 1:11 a.m]

8           THE COURT:   He needs to answer.

9           MR. BEGUIRISTAIN:   I don't believe he heard the

10  translation.

11          THE COURT:   Please be seated.

12          Mr. Caraballo, as the accused in this trial you have

13  the right to testify and have your testimony be considered by

14  the jury as that of any other witness.   As the accused, you

15  also enjoy the Constitutional right to remain silent and you

16  need not become a witness in this case.

17          Your attorney has just indicated you do not wish to

18  testify.   Are you making that choice freely and voluntarily?

19          THE DEFENDANT (through the Interpreter):   Yes.

20          THE COURT:   Is anyone pressuring you or forcing you or

21  coercing you to make that choice?

22          THE DEFENDANT:   No.

23          THE COURT:   Do you understand even though your

24  attorney might strongly advise you not to take the witness

25  stand, you can overrule that advice and ask him to place you on

**November 4, 2008**

## Miranda - Redirect

1    the witness stand and give testimony?

2            THE DEFENDANT:   I understand that.

3            THE COURT:   Very well.

4            I don't have anything that I can do with this lesser

5    included if you want me to start writing something.

6            MR. BROWN:   Your Honor, if the defense is going to put

7    in a lesser included, we would just ask you add special

8    instruction number 10, which is the lesser included offenses in

9    the pattern jury instruction, page 52, Your Honor.

10           THE COURT:   Do you want me to read that language,

11   Mr. Beguiristain, to serve as a lead-in to the instruction you

12   proposed?

13           MR. BEGUIRISTAIN:   That looks good, Your Honor.

14           THE COURT:   I'm sorry?

15           MR. BEGUIRISTAIN:   That looks good, Your Honor.

16           THE COURT:   All right.

17           How much time for closing argument?

18           MR. BEGUIRISTAIN:   30 minutes.

19           MR. BROWN:   30 minutes, Your Honor, and 15 for

20   rebuttal.

21           THE COURT:   Each side will have 45 then.

22           Let's bring the jury in, please.

23        [The jury returns to the courtroom at 1:14 a.m]

24           THE COURT:   Please be seated.

25           Ladies and gentlemen, all of the testimony and

**November 4, 2008**

## Miranda - Redirect

1  evidence have been presented for your consideration.   The

2  defendant rests.   Is that correct, Mr. Beguiristain?

3            MR. BEGUIRISTAIN:   Yes, Your Honor.   The defense

4  rests.

5            THE COURT:   At this time the attorneys will present to

6  you their closing arguments.   I will ask that you not take any

7  notes during closing arguments in keeping with my earlier

8  instructions, given that what the lawyers say is not evidence

9  in the case.   However, please do listen carefully to their

10  closing arguments as they are intended to help you understand

11  the evidence that has come in and each parties' perspective of

12  that evidence.

13            MR. BROWN:   Good afternoon, ladies and gentlemen.   My

14  name is Russ Brown, Assistant United States Attorney.   You have

15  heard from me throughout these last two days.

16            At this time, I'm going to tell you the Government's

17  case.   I'm going to tell you that the evidence you have heard

18  has proved this case beyond a reasonable doubt, that you should

19  find this defendant guilty of the crimes charged in the

20  Indictment.

21            In a little while you will be instructed by the Judge

22  as to the elements of each count the defendant is charged with.

23  The defendant is charged with conspiring to encourage and

24  induce aliens into the United States on or about August 7th,

25  2007.   The testimony you have heard today and yesterday has

## Miranda - Redirect

1   proved that this defendant conspired to bring in illegal

2   aliens, 10 Chinese and one Guyanese from the Bahamas into the

3   United States.

4           Let's go through the evidence.   You heard Officer

5   Andollo took the stand, Officer Andollo of the North Miami

6   Police.   He saw the two individuals, Mr. Lopez and Mr. Miranda,

7   who we'll talk about in a minute, as they entered Haulover

8   Inlet.   They were looking around suspiciously.   He realizes

9   that they are going to go to the Haulover Marina.   He makes it

10  there ahead of them, parks in the parking lot, and lo' and

11  behold, who does he end up parking behind?   The defendant in

12  his truck with the trailer ready to pick up the boat.

13          You see how he approaches Mr. Lopez and Mr. Miranda

14  after the defendant had pulled his truck -- if I remember

15  correctly, Officer Andollo said it was rather quickly.   You

16  even heard Mr. Lopez and Mr. Miranda say they were trying to

17  get out of there quickly -- down the boat ramp to pick up this

18  boat with these people on board.

19          Officer Andollo conducted a fishery inspection.   He

20  said it was beginning of lobster season.   He opens up the

21  center cabin of the console.   What does he find?   He finds the

22  10 Chinese nationals and one Guyanese gentlemen stuffed,

23  cramped -- I think the terminology was packed like sardines in

24  this little cabin, and you'll have a picture of that.   It's in

25  evidence.   You will be able to look at that in the jury room

November 4, 2008

## Miranda - Redirect

1          Then he said he told the three individuals to remain

2   on the scene.   They were detained at that point.   He called for

3   backup a little before he found the individuals.

4          Next, you heard from Border Patrol Officer Steve Rose

5   who identified all the Chinese nationals.   We went over all of

6   them alleged in the Indictment.   You will have those.   You will

7   also be able to see pictures of all these individuals that were

8   brought into Miami at Haulover boat ramp by the employees of

9   the defendant who the Government submits was the employer.

10          He might be one of a couple, but he is an employer and

11  he is here today because of his acts.   It's his boat, ladies

12  and gentlemen.   You heard that clearly from Officer Samples

13  about the title and registration.   You have the fact he's at

14  the boat ramp.   You have the fact that he has been -- he has

15  done this before from the testimony of the two individuals.

16  We're going to get to Mr. Lopez' and Mr. Miranda's testimony

17  from the stand.

18          You also heard from Officer Mark Samples.   He used to

19  be an Immigration & Customs Enforcement officer.   Now he's with

20  Customs & Border Protection.   He investigated this case.   He

21  subpoenaed records, telephone records, commonly referred to as

22  toll records, from the cell phone of the defendant that was

23  found in his truck and Mr. Miranda and compared -- and he also

24  had the cell phone of Mr. Anderson Lopez -- and he compared

25  those three cell phone numbers and he told you on the stand

November 4, 2008

## Miranda - Redirect

1  that from August 4th through approximately August 7th there was

2  approximately 16 calls between Mr. Lopez and Mr. Caraballo and

3  about the same number between Mr. Miranda and Mr. Caraballo.

4           You also heard on the stand he was able to compare the

5  phone number of Mr. Lopez prior to that from around July 25th

6  to about August the 3rd and he found 58 phone calls, 58 phone

7  calls, ladies and gentlemen, between them

8           There was also another phone at issue here.  That's

9  the satellite phone.  There are 8 phone calls on that satellite

10 phone to the defendant's cell phone found in his truck, 8 phone

11 calls.  Those phone calls aren't made in the normal course of

12 time, I submit to you, that somebody would accept when they're

13 trying to broker a deal for a boat as the defendant alleged

14 when he was Mirandized and made a post-Miranda statement on

15 August 7th.

16          He said he was selling his boat for approximately

17 $25,000 and you heard the testimony from Mr. Miranda and

18 Mr. Lopez of how much money they made.  They didn't make enough

19 money to afford a $25,000 boat.  That's absurd.  They weren't

20 buying that boat.  That was the story they came up with by the

21 defendant, following orders like good soldiers.  "If you get

22    caught, this is the story to tell.  Don't question why.

23    I'm the boss.  I'm one of the bosses.  You are the

24    soldiers.  You follow my orders" and that's what they did.

25          They did that on a couple of occasions, but that

## Miranda - Redirect

1  satellite phone, ladies and gentlemen, if you look at those 8

2  phone calls off the coast of the Bahamas on the way back the

3  morning on August 7th to the phone in the defendant's truck,

4  the duration of the phone calls -- I think it's from

5  approximately 15 seconds to about 248 seconds.   Conversations

6  are occurring.   People are talking.   Who is waking up at 1:00

7  in the morning to take a call from somebody who wants to

8  supposedly, who supposedly is on a trip testing out the boat?

9  You are going to take a call at 1:00 in the morning from that

10 individual?   Maybe, you know, the boat is broken down,

11 whatever, you need help.   You didn't hear any of that

12 testimony, nothing about the boat being in trouble or anything

13 like that.

14          As a matter of fact then, who is going to take another

15 call and another call and another call and another call -- up

16 to 8 phone calls were made all the way up to about 10:54 that

17 morning just before they came into Haulover Marina, which fit

18 the timeline of Officer Andollo meeting the boat at the marina

19 and of the defendant's testimony -- excuse me -- of Mr. Lopez

20 and Mr. Miranda's testimony of when and what they were doing as

21 they came back into Haulover Marina?

22          Now, let's talk about Mr. Lopez and Mr. Miranda.   You

23 heard first from Mr. Lopez, Mr. Anderson Lopez.   He clearly

24 told you what transpired.   He told you that the defendant and

25 maybe others told him to go to the Bahamas to pick up Chinese

**November 4, 2008**

## Miranda - Redirect

1  nationals, which they ended up picking up 10 Chinese nationals

2  and one Guyanese, and bring them back to the United States in

3  the defendant's boat.   This wasn't the first time that he had

4  done this.   You heard he was given a GPS.   He was given a

5  satellite phone.   These are items you need to navigate.   These

6  are items that you need to call somebody when you're offshore.

7  Cell phones don't work that far offshore.

8          If you're selling somebody a boat, why are you giving

9  them a satellite phone to call you way offshore?   A satellite

10  phone is not part of the purchase, I would submit to you.

11  That's going to be something for you to decide based on these

12  facts.

13          Mr. Lopez told you about the meeting that occurred --

14  a couple of meetings he went to, I believe, on the 4th and

15  again on the 6th at the defendant's house.   Others were

16  present.   It's clear he was asked to be the boat driver by the

17  defendant.   He was going to get paid $7,000, $7,000 to do this.

18          Then you heard how the defendant had Mr. Edel Miranda

19  go to Haulover Marina by himself in Anderson Lopez' car.   Once

20  he's at the marina, he's supposed to call and say "The coast is

21      clear, boss.   Come on," or words to that effect, something

22  to that effect.   "No law enforcement here.   Come on."

23          Why did he do that?   It was clear what he was doing.

24  The defendant knew what he was going to do.   They were sending

25  people to the Bahamas, his employees, to pick up illegal

November 4, 2008

## Miranda - Redirect

1  immigrants and bring them back into the United States for

2  money, for money.  It was a job.  He was an employer.  He was

3  there to make money.  Let's be clear about that.

4          He gets to the marina.  He calls the boss.  He does

5  what a good soldier does.  "No cops here, boss.  Come on.

6      Coast is clear."

7          Why do they need that?  There is gasoline outside of

8  the normal tank inside the boat.  There's extra fuel cans.  You

9  have seen a picture of it.  You'll have it in evidence.  They

10 get to the marina and who is with Mr. Caraballo?  Anderson

11 Lopez.  Anderson Lopez is in the truck with Mr. Caraballo.

12          They get there.  They put the boat in the water and

13 you heard me ask "How did you know that's Mr. Caraballo's

14     truck?"

15          "Well, because we know the truck, the truck and

16     trailer.  We knew that was his.  We saw it at his house.

17     It was new, new tags on the truck."

18          Look at that, ladies and gentlemen, temporary tags on

19 the truck.

20          They put the boat into a water, put it up to a pier.

21 Mr. Caraballo pulls the truck out and he and Mr. Miranda go to

22 the little marina nearby and get items.  One of the items they

23 get is bait.  Why do you need bait?  You need bait because

24 that's part of the story.  "If you get stopped by the Coast

25     Guard, by police, your story is to tell them you're out

**November 4, 2008**

## Miranda - Redirect

1          fishing."

2               What else is on the boat to make that story true?

3     Fishing rods.   You saw the fishing rods.   If they get stopped

4     on the way over before they do the trip or on the way back,

5     that's the story they tell people.

6               You heard from both defendants how they said they also

7     bought water and Gatorade.   Ladies and gentlemen, if you're

8     selling a boat, why are you going to buy them fish, water and

9     Gatorade?  You're not.   You're not, and I don't know of anybody

10    who is selling a boat that allows someone to take the boat out

11    overnight.   You take it out and do a test drive.   You see if

12    the engines are clean, if they run, how many hours they have on

13    them   People that according to the defendant in his

14    post-Miranda statement he barely knew and only met them a

15    couple of days before.

16               You heard Officer Samples talk about that he's going

17    to give them this boat which he said was $25,000 to take

18    overnight to people he barely knows?   It doesn't make sense,

19    ladies and gentlemen.

20               Let's continue with the story.   So these two

21    individuals, they load the supplies.   They go to the Bahamas

22    and, again, a satellite phone.   You will see the calls.   The

23    calls were made.   "We're there.   We're here.   What's going on?"

24               They mention picking people up in the morning in a

25    canal where they're met by people they both describe the same.

## Miranda - Redirect

1  It may not -- they might not have everything the exact same and
2  you shouldn't have everything exactly the same.  It's no
3  different than you and I, ladies and gentlemen, going to a
4  baseball game and sitting in different spots.  We all know the
5  baseball game happens.  We're going to know the score.  We
6  might not know the left-fielder was limping unless we're
7  sitting in left field or everything that transpired because
8  something got in the way, but it all occurred, all of our
9  stories tell the full factual accounting of what happened in
10 different perspectives, as we see it.
11         They pick up the Chinese nationals, one Guyanese.
12 Nobody asked them for passports.  Why?  Because they all knew
13 they were illegal.  They're on the defendant's boat.  He told
14 them where to go to pick up these individuals.  They're on
15 their way back.  What do they need to do?  They need to refuel.
16         You heard Mr. Lopez and Mr. Miranda say that they put
17 the fuel from these extra gas containers, which you have a
18 picture of one, that remained on the boat and what did they do?
19 They dumped it overboard.  Excuse me.  They cut it and threw it
20 overboard.  Why did they do that?  You heard them say the
21 defendant told them "Get rid of the extra gas tanks once you're
22    done.  Cut it.  Drop it over."
23         You also heard when they made the pickup, Mr. Miranda
24 called the defendant, Mr. Abinnel Caraballo, and told him "Hey,
25    we're done fishing.  We got 11 fishes."

**November 4, 2008**

## Miranda - Redirect

1    They thought nothing more than that these people were

2  cargo.   They were money in their pocket.   They were doing the

3  job their boss told them to do.   They followed their orders.

4    On the way back, after he refueled at Haulover, you'll

5  see phone calls were made.   Look, phone call records, satellite

6  phones, cell phone to cell phone.   You will have that

7  information, ladies and gentlemen.   Take a look at it.

8    Now, they arrive at the marina.   The defendant, you

9  heard, quickly whips his truck down to the marina to pick up

10  the boat.

11    Now, you heard Officer Andollo say it wasn't a

12  particularly busy day that day even though it was about midday,

13  about 11:30 or so.   You heard that Officer Andollo came on.   He

14  found the people and they gave post-Miranda statements and they

15  all lie, Mr. Miranda and Mr. Lopez, they lie.   They told you

16  they lied.   They are what they are, ladies and gentlemen.   It's

17  going to be up to you to judge their credibility as you saw

18  them sitting over here in the witness box talking to you.   You

19  are going to see the charge from the Judge and it is up to you

20  to judge their credibility, you and you alone.

21    They lied.   They admitted they lied.   They may not be

22  the most articulate people.   They may not fully understand or

23  comprehend every question that was asked of them, but they told

24  the truth in this court.

25    They admitted when they lied on a couple of occasions.

## Miranda - Redirect

1  A couple of stories they made up all to cover for the defendant
2  because they were following orders, just like good soldiers do.
3  They were employees of their employer.  This is a story they
4  were told and they followed it until the end, until they
5  realized that "We need to start telling the truth," and that's
6  what they did, ladies and gentlemen.
7          Don't just take their word for it.  Look at the
8  evidence.  The evidence corroborates their testimony.  The
9  satellite phone, the toll records, Officer Samples's testimony,
10  Officer Andollo.  Their testimony is corroborated, ladies and
11  gentlemen.
12          You heard when Officer Rose, when he took the stand,
13  we went through the 11, the 10 Chinese nationals and the one
14  Guyanese and proved they didn't have citizenship in the United
15  States.  Therefore, they're aliens by the definition, by the
16  many elements of the crime, and the Judge in a little while
17  will instruct you on the 23 counts in this Indictment.  There's
18  a conspiracy to encourage or induce aliens into the United
19  States.  The evidence has shown beyond a reasonable doubt --
20  there is no doubt -- the defendant, it's his boat.  He told
21  them where to go.  He was going to pay them  He was involved.
22  Conspiracy.  The employees carried out the employer's wishes.
23          The encouraging and inducing for all 11, attempting to
24  bring them into the United States and bringing them in, Counts
25  XIII to XXIII, to a nondesignated port of entry and failing to

**November 4, 2008**

# Miranda - Redirect

1    present them to an Immigration officer.

2            You heard the testimony from Officer Rose.   Haulover

3    Marina is not a designated port of entry.   He they did not

4    present these individuals to an Immigration officer upon

5    arrival.

6            Ladies and gentlemen, I'm confident when you review

7    the evidence after you're charged by the Judge that you will

8    find Mr. Abimael Caraballo guilty of all 23 counts in this

9    Indictment as charged.

10           Thank you.

11           MR. BEGUIRISTAIN:   Good afternoon, ladies and

12   gentlemen.

13           This is an Indictment.   This is the Indictment in this

14   case.   The Government says that they can prove beyond and to

15   the exclusion of a reasonable doubt each and every element of

16   each and every one of the counts in this Indictment, and that's

17   their obligation if you are to return a guilty verdict.

18           Now, each count is separate and each count has its own

19   requirements which the Judge will explain to you.

20           Let's go over what happened in this case.   Abimael

21   Caraballo agrees to sell a vessel to Anderson Lopez.   Some

22   paperwork is drawn up where he gets all the information from

23   Anderson Lopez.   He agrees to allow Anderson Lopez to take the

24   vessel for 24 hours to test the vessel out, to see if they're

25   going to consummate this deal.

November 4, 2008

## Miranda - Redirect

1              He takes the vessel to the Haulover Marina and lowers
2    it into the water for Anderson Lopez.   Anderson Lopez then
3    takes the vessel and takes it out to Freeport, loads it up with
4    some aliens and brings the vessel back totally unbeknownst to
5    Abimael Caraballo.   He has no idea this person was going to do
6    this.

7              Now, the first thing that Anderson Lopez and Edel
8    Miranda say while being questioned by police officers upon
9    their arrest was "No, Abimael Caraballo had nothing to do with
10         it."

11             When asked the question, either one of these people,
12             "What did you have to gain by lying?" at that point the
13   answer was "Nothing."   Both of these individuals were right
14   across the street at the Federal Detention Center.   They had
15   the ability to communicate with each other.

16             By the way, why did Anderson Lopez lie to me about
17   that?   Good reason.   He wanted to make sure I didn't know or
18   you didn't know him and Edel Miranda were talking with each
19   other.   After August 7th, after they make their statements to
20   police officers, they both get attorneys and one of them agrees
21   to debriefing with the Government on September 14th and another
22   one on September 24th.   Both of them go to the Government with
23   attorneys and at this point they're in cooperation mode.   They
24   just got caught with 11 aliens and are being told "You're
25        facing five years in prison.   You're going to end up with a

## Miranda - Redirect

1    five year sentence if convicted.   You better start figuring

2    out a way to get your sentence reduced."

3         They go with their attorneys to these meetings and

4    spill their guts.   They tell them everything about the alien

5    smuggling mission and everything that went on between them

6    Again, when questioned about Abimael Caraballo, they said "No."

7    They said "No, he had nothing to do with it."

8         September 14th, September 24th.   All along they're

9    sitting across the street in this building.   Anderson Lopez

10   saying "Oh, no, I have no communication with Edel Miranda."

11   Edel Miranda saying "Oh, yeah.   We sat down.   We talked, but

12   nothing about the case."

13        Please.   You're sitting in prison with the guy you got

14   arrested with and you're not going to talk about your case and

15   you're not going to talk about how to find a way to get out of

16   this?

17        September 24th comes and goes.   October 17th, they

18   plead guilty.   They're both told "Okay.   Come sentencing date,

19   September 17th, you're getting five years."

20        Now they have another two months together at the

21   Federal Detention Center to figure out what they're going to do

22   here, and that is where all the stories start to come back and

23   that's where they came together and said "Here is what we're

24   going to do.   We are not getting any place with what we're

25   saying to the cops.   They're not agreeing to reduce our

November 4, 2008

## Miranda - Redirect

1    sentence.   They want us to bury somebody and the more we

2    bury, the more time comes off."

3           Rolando Guedez, no problem burying him  Gardino Mesa,

4    no problem burying them, as they should.   Those are the two

5    organizers of this mission.   That's fine.   Bury them  Get a

6    reduction in your sentence.   I don't have a problem with that

7    at all.   I don't represent either one of those two individuals.

8           Abimael Caraballo is an innocent bystander in this

9    mess.   He met Gardino Martinez when Gardino Martinez asked him

10   to do repairs on a vessel and check out a vessel for him and

11   him doing the job ended up in the mess.   By the way, the bigger

12   the conspiracy and the bigger the people you take down, the

13   further down your sentence goes.

14          You have a sentence that puts you leaving prison on

15   December 11th.   You better take somebody big down and how do

16   you take somebody big down?  "Well, we run missions once a week

17     and bring Chinese over."   The most absurd thing in the

18   world, what they're saying, but they've had time to sit down

19   and discuss it very thoroughly.

20          They've had from August 7th 'til December while they

21   were together discussing all of these stories.   Then they go

22   for a debriefing with the Government.   Wasn't it pretty

23   interesting how they knew the trigger word to say when I asked

24   them the question?  "What are you doing here today?"  Everyone

25   of you here knows what they're doing here today.   They're here

**November 4, 2008**

## Miranda - Redirect

1  to get their sentence reduced.  That's it.  But that has to be

2  out of their mouths.

3        Isn't it amazing they couldn't sit there and answer

4  that one question truthfully?  Why couldn't they say "You want

5     to know something?  I'm here until December, 2011 and I

6     don't want to be so I'm going to bury Abinnel Caraballo

7     because I want to get my sentence reduced" because that's

8  the truth, but they couldn't say it.  They couldn't say it.

9  You would think that they would get the elements of their story

10 together accurately.

11       Let's go through the clear lies and the questioning

12 that I did to these individuals.  I did it in certain

13 progression to see what their answers were.

14       Anderson Lopez, he stated that the boat made it from

15 Haulover to Freeport and then halfway back to Miami and they

16 needed to refuel.  That's what he said, and there's this whole

17 wild story, and let's see how this really, really fits, this

18 whole wild story of how they had to get 12 or 13 plastic fuel

19 drums and put them inside the boat so they would have enough

20 fuel to make it to Freeport and back.

21       Now, each one of these fuel drums cost money.  Plastic

22 containers, I don't know, $5, $10 apiece, whatever.  If you

23 would believe Anderson Lopez, Abinnel Caraballo went and loaded

24 the vessel up with these fuel containers and said "Now, once

25    you finish filling the boat on your way back, take each one

**November 4, 2008**

## Miranda - Redirect

1    of these 5 or $10 containers, cut them up, throw them

2    overboard so they disappear."

3         They're plastic containers.  Cutting a hole will not

4    make them disappear.  They're going to float.  So that amount

5    of money on fuel containers so you couldn't get caught kind of

6    makes sense, kind of makes sense.  It needs to have a reason to

7    make sense -- right -- because "We have to make up this plan.

8    We're going to send one of us ahead.  Edel will go and

9    check the coast to make sure it's clear, there are no

10   police officers so we can now leave the house and drive it

11   over to the marina."

12        That is the most ridiculous thing in the world.  You

13   imagine that "You run ahead and let us know if there are any

14   cops between my house and the marina.  Call me from there.

15   Then I'll bring the boat over.  I don't want anybody to see

16   the fuel containers.  Get this.  Lower the boat in the

17   water and instead of to make sure nobody has seen the fuel

18   containers, let's run over to the store while the boat is

19   sitting in the water and buy bait and this, that and the

20   other."  You would think somebody would buy the bait before

21   if this was an accurate statement so that boat could go in the

22   water and be gone.

23        No, they come up with that ridiculous, absurd story of

24   loading the boat in the water.  We prepared everything, had

25   someone run ahead and make sure there were no police officers,

**November 4, 2008**

## Miranda - Redirect

1  load the boat in the water and then we went to the store to buy

2  bait.  It's ridiculous.  It's ridiculous.

3          And then I asked Anderson Lopez "Why wouldn't you just

4      get fuel at the Lucayan Marina?"  Naturally, what does his

5  response have to be?  The Lucayan Marina, yachts, everything in

6  the world in this massive marina, but they don't have fuel.

7  That could be his only response.  That would be the only

8  response that could possibly make sense, which, of course, we

9  know from Edel Miranda that there is fuel at the Lucayan

10  Marina.  That's why I asked him the pointblank question without

11  going through everything before, "Is there fuel there?"  There

12  is and he knows there is.  He answered "Yes," not knowing what

13  he just did by answering "Yes."

14          Anderson Lopez:  Why didn't you pour the tanks of fuel

15      in at the marina when you were there for six hours?"

16          "Oh, it was dark."

17          Really?  Complete fabrication.  That's why their

18  stories are not meshing.  They talked about specific details in

19  their stories while they were over at FDC.  They said "Here is

20      how we're going to bring down Gardino.  Here is how we're

21      going to bring down Rolando, Abinnel" and some other guy

22  they keep mentioning, "and if we get the prosecutors to do a

23      good job and put them behind bars, we'll be out before

24      December of 2011.  Okay?  So we committed the crime, but

25      now we got the system  Now we got the system  Let's go

**November 4, 2008**

## Miranda - Redirect

1        home, do what we can do to bury other people whether or not
2        they've done anything wrong."
3            It's critical to know each time they were questioned
4    by police, they told the police Abimael Caraballo had nothing
5    to do with this because that's the truth.   But when that wasn't
6    good enough for the Government, that the Government wanted them
7    to put people behind bars to give them a reduction in sentence,
8    they came up with this entire story.
9            By the way, there was a little red fuel tank aboard
10   the vessel.   You have a picture of it.   Why is there only one?
11   Why didn't that one get thrown overboard also, if what they're
12   saying is true?   It makes no sense.   Of course, you are going
13   to carry one little tank you can fill with fuel in case you run
14   out of fuel.
15           The phone records:   Agent Mark Samples got up on the
16   witness stand.   Take a look at them and see what they mean.
17   Does a 15 second connection on a satellite phone record mean
18   there was actually a connection or is it a dropped call or
19   something that didn't go through?   We don't know the answer to
20   that.
21           We know according to those records, one minute that
22   satellite was in the Bahamas, eight minutes later it was in
23   Florida.   So what do those records really mean?   Was there a
24   phone call from the gentlemen on the satellite phone to Abimael
25   Caraballo absolutely letting him know everything was okay with

**November 4, 2008**

## Miranda - Redirect

1  the boat?  Were there phone calls when they were coming in to

2  the Haulover Marina?  Absolutely.  "Okay.  I'm on my way.  I'll

3     be there in about an hour.  I'll be there in a half-hour."

4        They better be communicating with him  It's his boat

5  and they better bring him his boat back, especially what

6  they're doing with it is unbeknownst to him

7        Take a look at the plea agreements.  You will have

8  them  They're Exhibit Numbers 12 and 13.  One is Anderson

9  Lopez.  One is Edel Miranda.  Specifically in the plea

10 agreement these people are agreeing to cooperate and seek a

11 reduction in sentence.

12       The first witness, Anderson Lopez, "What's a rule 35?"

13       "I don't know."

14       My God, he's living in the same place with Edel

15 Miranda who surely knew and surely knew, for sure, everybody is

16 looking for a rule 35 over there.

17       Why Did Anderson Lopez not know?  He is a liar.  It's

18 so horrible to lie.  Still you do it.  "A rule 35, that's the

19    way I'm getting my sentence reduced.  That's what I'm

20    doing."  Everybody knows how to do it over.  "That's what

21    we do.  We rat.  We snitch.  We tell lies.  We do whatever

22    we have to to get a reduction.  I don't feel like serving

23    five years.  It doesn't matter I'm a criminal and the law

24    requires me to serve five years.  I don't want to serve it,

25    so let me see who else I can bring down."

**November 4, 2008**

## Miranda - Redirect

1    The Judge is going to instruct you on the law and

2  she'll give you the specific instructions on how the law is.

3    There was testimony from the Border Patrol Agent and

4  there's one section of this law that I clearly want to discuss

5  with you because it gets rather confusing.  Count I of the

6  Indictment is what's called a conspiracy count.  A conspiracy

7  count, basically, what it is is two people enter into an

8  agreement to commit a crime and whatever the agreement is that

9  they want to do is a criminal act.

10    Counts II through XII are inducing aliens to come to

11  the country, telling them come to the country or somehow or

12  another trying to get them to the country.

13    Counts XIII through XXIII, there's an area in that law

14  that's very, very critical, and here is what the Judge is going

15  to instruct you, that the defendant brought or attempted to

16  bring an alien into the United States.  Abimael Caraballo

17  didn't try to bring anybody to the United States.  First shot

18  down, Counts XIII through XXIII.

19    Second, that the defendant, Abimael Caraballo, acted

20  in knowing or reckless disregard to the fact the aliens had not

21  received prior authorization to come to or enter the United

22  States regardless of whether the alien was later allowed to

23  remain in the United States.

24    Third, a critical point here, that the defendant did

25  not upon arrival immediately bring and present the alien to an

**November 4, 2008**

## Miranda - Redirect

1  appropriate Immigration officer at a designated port of entry.

2  Agent Steve Rose -- these 11 people showed up at Haulover

3  Marina.

4          THE COURT:   You need to use the microphone.

5          MR. BEGUIRISTAIN:   Sorry.

6          These 11 people showed up at Haulover Marina.   They

7  were on a vessel.   They had not landed at that point.

8          Officer Andollo blocks the truck, does not allow

9  anybody to leave.   He has Edel Miranda, Anderson Lopez and

10  Abimael Caraballo to step to the side and not move.   They're

11  detained.   They're not allowed to do anything at that point.

12          Officer Andollo then goes and discovers the 11 people

13  inside the vessel that have not unboarded the vessel at that

14  point.

15          It is critical to know that neither Abimael Caraballo

16  or anybody else could be found guilty of not, upon arrival,

17  immediately bring and present the alien to an appropriate

18  Immigration officer at a designated port of entry when you are

19  placed in custody and you don't have an opportunity.

20          He sees the aliens on his boat.   He should say "Hang

21      on.   That's my boat.   There's aliens on it.   I need to take

22      them to Immigration."   That's what he should do, but if

23  officers put you in handcuffs and stop you from moving at all,

24  you cannot be held responsible for not acting.

25          It's critical to read that section of the jury

**November 4, 2008**

## Miranda - Redirect

1    instructions when you are looking at Counts XIII through XXIII.

2    It is also critical that you understand something.  The burden

3    in a criminal case is beyond and to the exclusion of a

4    reasonable doubt.  What evidence do we have that ties Abimael

5    Caraballo to any crime?  It came from that seat right there,

6    from two people that when they had no reason to lie told police

7    officers that Abimael had nothing to do with this crime and did

8    not know about the aliens.

9           The minute they needed to fabricate something and to

10   create these massive lies, they sat across the street for two

11   months and put every detail of a story together that they could

12   to start to bury everybody that they could.  They don't care

13   who they put in prison.  The more people they put in prison,

14   the sooner they'll be on our streets.  That's what's going to

15   happen.

16          And just in a closing, note Anderson Lopez was clear.

17   He was supposed to pick the aliens up at midnight, as per

18   Abimael's instructions.  Right?  Edel Miranda was just as

19   clear.  He was supposed to pick up the aliens at 5:00 in the

20   morning, according to Abimael Caraballo.

21          They got a lot of their stories straight, but, my God,

22   the details of what time you should be picking up the aliens,

23   yeah, they would have discussed that as they came into court to

24   lie to the jury over and over and over again.

25          Thank you.

**November 4, 2008**

## Miranda - Redirect

1          MR. HUYNH:   At the beginning of this case the

2    Government made a promise to you that this case would be about

3    a man who recruited two people to smuggle aliens, the man who

4    provided them with the boat, the gas and the tools to do the

5    smuggling and a man who met the smugglers at the dock with his

6    car, his truck and a hitch and a trailer and was helping them

7    pull that boat out of the water, and that's what we have

8    proven.  We have proven this man, this defendant, Abinmel

9    Caraballo, was that man.  That's what we promised you.  That's

10   what we have done.  We have proven it to you beyond a

11   reasonable doubt.

12          Now, defense counsel mentioned reasonable doubt.  Yes,

13   we accepted that burden.  When we walked through those doors,

14   we accepted that burden.  When we stood before you, we embraced

15   that burden and, most importantly, we met that burden.

16          Defense counsel makes much of these two witnesses.  He

17   makes much of the fact they were over at FDC and, apparently,

18   had lots of time to speak with each other and, apparently, had

19   lots of time to plan this story.  He wants you to wonder what

20   were they doing over there.  What were they talking about?

21          Ladies and gentlemen, he's asking you to speculate to

22   throw you off the track of who is really on trial here, the

23   defendant.  It's what's called a red herring.

24          Some of you may have heard about it.  A red herring is

25   an idea where individuals would throw a fish, a cured fish that

**November 4, 2008**

## Miranda - Redirect

1   would turn red and they would give it to their hounds to throw

2   them off the scent of a fox and why?  So it prolonged the hunt,

3   so it would distract them and confuse them.  That is what

4   defense counsel is asking you and wants you to do, be

5   distracted and confused and to stop focusing on the evidence

6   that proves this man's guilt.

7           My colleague went over in great detail all the

8   evidence what happened and why.  He told you who testified, how

9   they put them the defendant at the scene.  They, the witnesses,

10  confirmed that these were aliens, how the two individuals who

11  testified, who were part of the crime, explained how the

12  defendant did that, directed them, paid them or was going to

13  pay them, but they got caught.  And the corroboration, you

14  heard it.  The cell phone, the records.  That was all spelled

15  out for you.

16          Now, defense counsel has raised many things, many

17  things beyond the fact of his own client's guilt.  He has

18  started with calling these two individuals who testified liars.

19  It's a term you heard a lot in this trial.  You heard it in his

20  opening.  You heard it in his cross-examination of these

21  witnesses.  Ladies and gentlemen, you decide the credibility of

22  a witness.  You decide, after hearing their testimony, did it

23  ring true to you?  Was it consistent?  Did it make sense?

24          Look at their demeanor.  They endured two, two and a

25  half hours of cross-examination at some point.  How did they

**November 4, 2008**

## Miranda - Redirect

 1 | respond?

 2 | Now, defense counsel has pointed to a couple of

 3 | things.  Why did Lopez lie at the FDC is what he said.  Why did

 4 | he lie about not being there?  He actually said he was there.

 5 | He was confused.  He didn't understand, I submit to you, what

 6 | the defense counsel was asking him  Two and a half hours.  He

 7 | did say "Yes, I was there."  He did eventually say "Yes, I

 8 | spoke to Miranda.  I saw him there, but we were in other

 9 | places."

10 | Defense counsel may not like the answers.  He may want

11 | Miranda and Lopez to respond differently, but they are not

12 | professional witnesses.  You get to judge how they answer the

13 | questions.  You get to judge if they lied.

14 | All those things that happened from the time they were

15 | at the FDC and he decided to go through their stories and point

16 | out inconsistencies in their stories.  There's no doubt a crime

17 | occurred and people were smuggled.  There's no doubt about

18 | that.  He wants to take apart little inconsistencies, more red

19 | herrings, like what?  He says "Lopez, why would Lopez say he

20 | saw the defendant put gas on the boat?"

21 | Well, ladies and gentlemen, I submit to you in your

22 | recollection, he never said that.  He said there was gas

23 | already on the boat.  He didn't say he saw the defendant put it

24 | there.  If they wanted to make up a story, wouldn't it make

25 | more sense to say "yeah, and he put it on the boat"?

**November 4, 2008**

## Miranda - Redirect

1          He said "Well, why wouldn't they just try to fuel the

2      both up in the marina?"   They have got aliens on the boat.

3  You want to start fueling at a marina in the middle of the

4  night, early in the morning?   Does that make sense?

5          He wants to keep picking out possible, and I submit to

6  you, insignificant inconsistencies.   Their story isn't perfect.

7  They had four months to get this right if they were trying to

8  make it up.   Wouldn't it be more strange if it was perfect?   A

9  few inconsistencies actually make it more credible.

10          He says "Look at those phone records.   What do they

11      show?   15 seconds.   Does that show they spoke to the

12      defendant?"

13          First, remember he has already admitted this is the

14  defendant's phone.   This is a phone call the defendant

15  received, a call made to his number.   15 seconds, ladies and

16  gentlemen.   You have the chart, Exhibit number 46.   One call

17  for 238 seconds.   That was call 3.   Call 7 for 97 seconds.

18  Another call for 99 seconds.   They are not long calls, but

19  that's more than just dialing a number, I submit to you, ladies

20  and gentlemen.   They had a conversation.   They had a

21  conversation on the water, and you know what they spoke about

22  and he says their testimony, they lied, they lied the first

23  time.   They lied that first time they met the officers and they

24  admitted that to you.   "Yes, we didn't tell the truth.   We told

25      a story, a story the defendant, Abinmel Caraballo, told us

## Miranda - Redirect

1    to tell," and a story, ladies and gentlemen, that the
2 defendant told himself to the officers who he was arrested by,
3 the same story.

4    Let's look at that story because he did say it to the
5 officers.  Much was put on Lopez and Miranda's testimony, but
6 let's look at what he said, the defendant, at the time he was
7 arrested.  "I didn't know those people.  I only knew them for a
8    couple of days before the day they were arrested."  A
9 couple of days?  The tolls show you how often they spoke.  The
10 tolls show you they spoke long before a couple of days and many
11 times.  Why did he have to say that?  Because if he knows them,
12 he knows what they do.

13    Another thing he said:  "I just gave them that boat so
14    they could use it overnight.  They were possibly going to
15    buy it," making $500 a week at most.  The boat was to be
16 sold for $25,000.

17    The defense counsel said they had all the information
18 from Lopez, his name, his driver's license.  That's all the
19 information?  You are going to sell a boat.  It's bad business
20 not to find out can they afford the boat.  Do a records check,
21 some kind of check on if they can afford it.  Get more
22 information.  Maybe take a down payment.  Did you hear them get
23 any of that?  No.  But he said he was going to sell the boat to
24 them  That's why they had it overnight, to test it out?
25 Reason and common sense.

**November 4, 2008**

## Miranda - Redirect

1          Again, he said "We received calls.   They weren't about
2      smuggling.   We didn't talk about that.   It was how the boat
3      was doing."
4          Calls late at night, calls early in the morning, how
5  the boat was doing, calls from a satellite phone?  Let's not
6  forget he doesn't know these people, only a couple of days.
7  Prior to them being arrested, in their cell phones they had his
8  phone number.   They didn't punch this in after they were
9  arrested, I submit to you.   Prior to it.   What name do they
10  have?  Not the defendant, Abinmel Caraballo's name.   They had
11  "Calvo" and "Salbaje," wild animal.   If you knew someone for a
12  couple of days and you were buying a boat, ladies and
13  gentlemen, would you put someone's nickname down or does that
14  show and prove to you that they knew this person?
15          Let's also talk about this element that defense wants
16  to talk about, the bringing into.   He said upon arrival they
17  couldn't actually comply with the statute.   Somehow they
18  couldn't actually bring the people to Border Patrol because
19  they were handcuffed.   Ladies and gentlemen, the defendant is
20  charged with these offenses and one of the parts of these
21  offenses is that he aided and abetted in committing this
22  offense.   He read you some of the statute, but he didn't read
23  you the aiding and abetting statute which indicates -- and you
24  can read it for yourself when the Judge gives it to you -- that
25  an individual can be held liable for the acts of someone else

**November 4, 2008**

# Miranda - Redirect

1  if they conspired or help another individual.

2       He may not have driven the boat, but did he help them?

3  He may not have put them on the boat, but did he help them?

4  Did he aid and abet them?  If he did, he could be held liable

5  for their actions.  You heard the individual had a phone.  You

6  heard from Agent Rose "If you come into a nonport, you can call

7       and we'll come to you."  Did they make that call?  No.

8       Did the defendant make that call?  No.  Did the

9  defendant know there were aliens on that boat?  Yes, but no

10  call was made.  He did not present when he had an opportunity

11  to do so.

12       You made a promise at the beginning of this case.  The

13  Judge put you under oath and you will be told you cannot rely

14  on any kind of sympathy in this case.  You cannot rely on

15  prejudices.  You have to rely on the facts and evidence and

16  that's what we presented, facts and evidence.

17       What shows the defendant knew?  The testimony of the

18  individuals corroborated by facts, the phone calls, the

19  records.  Don't forget also they stated "We did it for him"

20  The defendant knew because they had been involved in alien

21  smuggling operations before.

22       So what the Government asks you to do, ladies and

23  gentlemen, is to use your reason and common sense that you

24  brought here with you to evaluate the testimony, to evaluate

25  the evidence and to return the only verdict demanded by the

**November 4, 2008**

## Miranda - Redirect

1   testimony and evidence, that the defendant's is guilty of these

2   offenses.

3           Thank you.

4           THE COURT:   Ladies and gentlemen, we'll take a brief

5   recess.   I ask again that you not discuss this case.

6           [The jury leaves the courtroom at 2:12 a.m.]

7           THE COURT:   Just to be clear, the defense renews its

8   motion at the close of the trial.   Is that right?

9           MR. BEGUIRISTAIN:   I was about to ask you to go

10  sidebar.   Yes, I renew all my pretrial motions and objections

11  and so on and so forth.

12          THE COURT:   You all have copies of the revised

13  instructions and revisions and the verdict form.   I'll hear

14  your position.

15          MR. BEGUIRISTAIN:   Your Honor, one issue:   On my

16  motion to dismiss for the Constitutional grounds, did you

17  reserve ruling on that?

18          THE COURT:   No, I denied it.   I believe the testimony

19  of one of the Government's witnesses was there was a way to

20  comply with the law without being spotted or seen.   There was a

21  way to bring and present aliens without necessarily being

22  uncovered.

23          MR. BEGUIRISTAIN:   And the motion for judgment of

24  acquittal?

25          THE COURT:   Was denied.

November 4, 2008

## Miranda - Redirect

1          MR. BEGUIRISTAIN:   Okay.

2          MR. BROWN:   I don't have any question unless he's

3     going to submit this proposed language, Your Honor.

4          MR. BEGUIRISTAIN:   The one theory of defense that I

5     have kind of been working on.

6          THE COURT:   I need to instruct the jury.

7          I added your lesser included.  I made revisions to the

8     verdict form  If there's anything additional, it needs to be

9     done right away.

10         MR. BROWN:   None from the Government.

11         MR. BEGUIRISTAIN:   I'll read it.  The Government will

12    object.  You'll rule on it.

13         "It is a theory of the defense as to Counts XIII

14         through XXIII that the defendant was detained by law

15         enforcement officers and, therefore, not able to bring and

16         present aliens to an appropriate Immigration officer at a

17         designated port of entry upon their arrival.  If you find

18         that this occurred, you should find the defendant not

19         guilty as charged of Counts XIII through XXIII," as

20         charged, of course, being 1324(a)(2)(B)(iii).

21         MR. HUYNH:   Your Honor, that's the defendant's

22    argument.  That's not an appropriate instruction, directing a

23    verdict to find one fact an impossibility.  We don't believe

24    that's an appropriate instruction, Your Honor.

25              Additionally, we note again the case law indicates if

**November 4, 2008**

## Miranda - Redirect

1   they have an opportunity, the Government does not have to

2   provide them an opportunity to do so.

3            THE COURT:  I will give the instruction, but I

4   suggest -- I won't give the second sentence.  I will give the

5   first sentence only, but I would ask whether you are certain

6   that you want me to give that.  That is somewhat inconsistent

7   with the argument you have been making to the jury.

8            MR. BEGUIRISTAIN:  The second sentence being --

9            THE COURT:  I'm not going to say "If you find

10      whatever."  This is your theory of defense instruction.  Is

11  it is your theory of defense he wasn't able to bring and

12  present them, so there was something sort of implicit in that

13  that he was involved.  If you want me to give that --

14           MR. BEGUIRISTAIN:  Without the second part, no, I

15  don't want the first part given.

16           THE COURT:  I will give the instructions as you now

17  have them  You certainly made the argument to the jury with

18  respect to this issue.

19           Let's bring the jury in, please.

20           Any objections to the verdict form with the lesser

21  included?

22           MR. BROWN:  Not from the Government.

23           MR. BEGUIRISTAIN:  Nothing from the defense.

24           THE COURT:  We'll continue when they show up.

25            [There was a short recess at 2:19 a.m]

**November 4, 2008**

## Miranda - Redirect

1          THE COURT:   Bring the jury in, please.

2          [The jury returns to the courtroom at 2:31 a.m.]

3          THE COURT:   Please be seated.

4          Ladies and gentlemen, you have in front of you each

5   your own set of my instructions to you which I am about to read

6   to you.   You can read along with me and you will each have

7   these sets when you go back to deliberate.

8          Members of the Jury, it is now my duty to instruct you

9   on the rules of law that you must follow and apply in deciding

10  this case.   When I have finished, you will go to the jury room

11  and begin your discussions, what we call your deliberations.

12  It will be your duty to decide whether the Government has

13  proved beyond a reasonable doubt the specific facts necessary

14  to find the defendant guilty of the crimes charged in the

15  Indictment.

16          You must make your decision only on the basis of the

17  testimony and other evidence presented here during the trial

18  and you must not be influenced in any way by either sympathy or

19  prejudice for or against the defendant or the Government.

20          You must also follow the law as I explain it to you

21  whether you agree with that law or not, and you must follow all

22  of my instructions as a whole.   You may not single out or

23  disregard any of the Court's instructions on the law.

24          The Indictment or formal charge against any defendant

25  is not evidence of guilt.   Indeed, every defendant is presumed

November 4, 2008

## Miranda - Redirect

1   by the law to be innocent.  The law does not require a

2   defendant to prove innocence or to produce any evidence at all

3   and if a defendant elects not to testify, you cannot consider

4   that in any way during your deliberations.

5          The Government has the burden of proving a defendant

6   guilty beyond a reasonable doubt and if it fails to do so, you

7   must find the defendant not guilty.

8          Thus, while the Government's burden of proof is a

9   strict or heavy burden, it is not necessary that a defendant's

10  guilt be proved beyond all possible doubt.  It is only required

11  that the Government's proof exclude any reasonable doubt

12  concerning the defendant's guilt.

13         A reasonable doubt is a real doubt based upon reason

14  and common sense after careful and impartial consideration of

15  all the evidence in the case.  Proof beyond a reasonable doubt,

16  therefore, is proof of such a convincing character that you

17  would be willing to rely and act upon it without hesitation in

18  the most important of your own affairs.  If you are convinced

19  that the defendant has been proved guilty beyond a reasonable

20  doubt, say so.  If you are not convinced, say so.

21         As I said earlier, you must consider only the evidence

22  that I have admitted in the case.  The term "evidence" includes

23  the testimony of the witnesses and the exhibits admitted in the

24  record.  Remember anything the lawyers say is not evidence in

25  the case.  It is your own recollection and interpretation of

# Miranda - Redirect

1   the evidence that controls.   What the lawyers say is not

2   binding upon you.

3           In considering the evidence, you may make deductions

4   and reach conclusions which reason and common sense lead you to

5   make and you should not be concerned about whether the evidence

6   was direct or circumstantial.

7           Direct evidence is the testimony of one who asserts

8   actual knowledge of a fact such as an eyewitness.

9   Circumstantial evidence is proof of a chain of facts and

10  circumstances tending to prove or disprove any fact in dispute.

11  The law makes no distinction between the weight you may give to

12  either direct or circumstantial evidence.

13          Now, in saying that you must consider all the

14  evidence, I do not mean that you must accept all the evidence

15  as true or accurate.   You should decide whether you believe

16  what each witness had to say and how important that testimony

17  was.

18          In making that decision, you may believe or disbelieve

19  any witness in whole or in part.   Also, the number of witnesses

20  testifying concerning any particular dispute is not

21  controlling.

22          In deciding whether you believe or do not believe any

23  witness, I suggest you ask yourself a few questions.   Did the

24  witness impress you as one who was telling the truth?   Did the

25  witness have any particular reason not to tell the truth?   Did

**November 4, 2008**

## Miranda - Redirect

1   the witness have a personal interest in the outcome of the

2   case?  Did the witness seem to have a good memory?  Did the

3   witness have the opportunity and ability to observe accurately

4   the things he or she testified about?  Did the witness appear

5   to understand the questions clearly and answer them directly?

6   Did the witness' testimony differ from other testimony or other

7   evidence?

8           You should also ask yourself whether there was

9   evidence tending to prove that a witness testified falsely

10  concerning some important fact or whether there was evidence

11  that at some other time a witness said or did something or

12  failed to say or do something which was different from the

13  testimony the witness gave before you during the trial.

14          You should keep in mind, of course, that a simple

15  mistake by a witness does not necessarily mean that the witness

16  was not telling the truth as he or she remembers it because

17  people naturally tend to forget some things or remember other

18  things inaccurately.

19          So if a witness has made a misstatement, you need to

20  consider whether it was simply an innocent lapse of memory or

21  an intentional falsehood and the significance of that may

22  depend on whether it has to do with an important fact or with

23  only an unimportant detail.

24          In this case you have been permitted to take notes

25  during the course of the trial and most of you, if not all of

**November 4, 2008**

## Miranda - Redirect

1  you, have taken advantage of that opportunity and have made

2  notes from time to time.  You will have your notes available to

3  you during your deliberations, but you should make use of them

4  only as an aid to your memory.  In other words, you should not

5  give your notes any precedence over your independent

6  recollection of the evidence or the lack of evidence, and

7  neither should you be unduly influenced by the notes of other

8  jurors.  I emphasize that notes are not entitled to any greater

9  weight than the memory or impression of each juror as to what

10 the testimony may have been.

11         At this time I will explain the Indictment which

12 charges 23 separate offenses called counts.  I will not read it

13 to you at length because you will be given a copy of the

14 Indictment for reference during your deliberations.

15         In summary, Count I charges that the defendant

16 knowingly and willfully conspired to encourage and induce an

17 alien to come to, enter or reside in the United States.

18         Counts II through XII charge the defendant knowingly

19 encouraged and induced each alien named in the respective

20 counts to come to, enter or reside in the United States.

21         Counts XIII through XXIII charge that the defendant

22 knowingly brought each alien named in each respective count

23 into in the United States without prior permission.

24         I will now explain the law governing these offenses.

25         You will note that the Indictment charges that the

**November 4, 2008**

## Miranda - Redirect

offenses were committed on or about certain dates.  The
Government does not have to prove with certainty the exact
dates of the alleged offenses.  It is sufficient if the
Government proves beyond a reasonable doubt that the offenses
were committed on dates reasonably near the dates alleged.

The word "knowingly," as that term is used in the
Indictment or in these instructions, means the act was done
voluntarily and intentionally and not because of mistake or
accident.

The word "willfully," as that term is used in the
Indictment or in these instructions, means the act was
committed voluntarily and purposely with the specific intent to
do something the law forbids, that is, with bad purpose either
to disobey or disregard the law.

Title 8, United States Code, § 1324(a)(1)(A)(v)(I)
makes it a separate Federal crime or offense for anyone to
conspire or agree with someone else to do something which, if
actually carried out, would amount to a violation of Title 8,
United States Code, § 1324(a)(1)(A)(iv), encouraging and
inducing aliens to enter the United States.

So, under the law, a conspiracy is an agreement or a
kind of partnership in criminal purpose in which each member
becomes the agent or partner of every other member.

In order to establish a conspiracy offense, it is not
necessary for the Government to prove that all of the people

**November 4, 2008**

# Miranda - Redirect

1  named in the Indictment were members of the scheme or that

2  those who were members had entered into any formal type of

3  agreement, or the members had planned together all the details

4  of the scheme that the Indictment charges would be carried out

5  in an effort to commit the intended crime.

6          Also, because the essence of the conspiracy offense is

7  the making of the scheme itself, followed by the commission of

8  any overt act, it is not necessary for the Government to prove

9  that the conspirators actually succeeded in accomplishing their

10  unlawful plan.

11          What the evidence in the case must show beyond a

12  reasonable doubt is, first, that two or more persons in some

13  way or manner came to a mutual understanding to try to

14  accomplish a common and unlawful plan, as charged in the

15  Indictment.

16          Second, that the defendant, knowing the unlawful

17  purpose of the plan, willfully joined it.

18          Third, that the object of the conspiracy was to

19  encourage or to induce aliens to enter into the United States.

20          A person may become part of a conspiracy without

21  knowing all of the details of the unlawful scheme and without

22  knowing who all of the other members are.  So, if a defendant

23  has a general understanding of the unlawful purpose of the plan

24  and knowingly and willfully joins in that plan on one occasion,

25  that is sufficient to convict that defendant for conspiracy

**November 4, 2008**

## Miranda - Redirect

1  even though the defendant did not participate before and even

2  though the defendant played only a minor part.

3           Of course, mere presence at the scene of a transaction

4  or event or the mere fact that certain persons may have

5  associated with each other and may have assembled together and

6  discussed common aims and interests does not, standing alone,

7  establish proof of a conspiracy.  Also, a person who has no

8  knowledge of a conspiracy but who happens to act in a way which

9  advances some purpose of one does not thereby become a

10  conspirator.

11           The defendant is charged in Counts II through XII with

12  separate violations of 8, United States Code §

13  1324(a)(1)(A)(iv).  This law makes it a crime to knowingly

14  encourage or induce an alien to come to, enter or reside in the

15  United States, knowing or in reckless disregard of the fact

16  that such coming to, entry or residence is or will be in

17  violation of the law.

18           To find the defendant guilty of this crime you must be

19  convinced that the Government has proved each of the following

20  as to each alien separately listed in Counts II through XII

21  beyond a reasonable doubt:

22           First, that the defendant knowingly encouraged or

23  induced the person named in the Indictment to come to or enter

24  the United States in violation of the law.

25           Two, that such person was then an alien and, third,

**November 4, 2008**

## Miranda - Redirect

1  the defendant knew or was in reckless disregard of the fact

2  that such person's coming to or entry into the United States

3  would be in violation of the law.

4          An alien is any person who is not a natural born or

5  naturalized citizen or national of the United States.  The term

6  "national of the United States" includes not only a citizen,

7  but also a person who though not a citizen of the United States

8  owes permanent allegiance to the United States.

9          To encourage means to instigate, to incite to action,

10  to give courage to, to inspirit, to embolden, to raise

11  confidence, to help, to forward and/or to advise.

12          To induce means to bring on or about, to affect,

13  cause, to influence an act or course of conduct, lead by

14  persuasion or reasoning, incite by motive and/or to prevail on.

15          To act with reckless disregard means to be aware of

16  but consciously and carelessly ignore facts and circumstances

17  clearly indicating that the persons coming to or entry into the

18  United States would be a violation of law.

19          The defendant is charged in Counts XIII through XXIII

20  with a violation of 8, U.S. Code, § 1324(a)(2)(B)(iii).

21          This law makes it a crime to knowingly bring an alien

22  into the United States who has not received prior official

23  authorization to enter.  To find the defendant guilty of this

24  crime, you must be convinced that the Government has proved

25  each of the following beyond a reasonable doubt:  First, that

**November 4, 2008**

## Miranda - Redirect

1  the defendant brought or attempted to bring an alien into the

2  United States.

3         Second, that the defendant acted knowingly or in

4  reckless disregard of the fact that the alien had not received

5  prior official authorization to come to or enter the United

6  States, regardless of whether the alien was later allowed to

7  remain in the United States, and, third, that the alien did not

8  upon arrival immediately bring and present the alien to an

9  appropriate Immigration officer at a designated port of entry.

10         Turning to page 6.

11         The designated port of entry for aliens arriving by

12  any means of transportation into Miami-Dade County, Florida,

13  other than by aircraft, is defined by Title 8, Code of

14  Regulations, part 100.4(c)(2) as Miami Marine Unit, Florida.

15         In some cases the law which a defendant is charged

16  with breaking actually covers two or more separate crimes.  One

17  is more serious than the other and the other is generally

18  called a lesser included offense.

19         So in this case, with regard to the offenses charged

20  in Counts XIII through XXIII, if you should find the defendant

21  not guilty of those crimes as defined in these instructions,

22  you should then proceed to decide whether the defendant is

23  guilty or not guilty of the lesser included offense of bringing

24  in aliens without authorization, in violation of 8, U.S. Code,

25  § 1324(a)(2)(A).

**November 4, 2008**

## Miranda - Redirect

1    The lesser included offense would consist of proof

2  beyond a reasonable doubt that, first, the defendant brought or

3  attempted to bring an alien into the United States, and,

4  second, the defendant acted knowingly or in reckless disregard

5  of the fact that the alien had not received prior official

6  authorization to come to or enter into the United States,

7  regardless of whether the alien was later allowed to remain in

8  the United States.

9    The guilt of a defendant in a criminal case may be

10  proved without evidence that the defendant personally did every

11  act involved in the commission of the crime charged.  The law

12  recognizes that ordinarily anything a person can do for one's

13  self may also be accomplished through direction of another

14  person as an agent or by acting together with or under the

15  direction of another person or persons in a joint effort.

16    So, if the acts or conduct of an agent, employee or

17  other associate of the defendant are willfully directed or

18  authorized by the defendant or if the defendant aids and abets

19  another person by willfully joining together with that person

20  in the commission of a crime, then the law holds the defendant

21  responsible for the conduct of that other person just as though

22  the defendant had personally engaged in such conduct.

23    However, before any defendant can be held criminally

24  responsible for the conduct of others, it is necessary that the

25  defendant willfully associate in some way with the crime and

**November 4, 2008**

## Miranda - Redirect

1  willfully participate in it.

2          Mere presence at the scene of a crime and even

3  knowledge that a crime is being committed are not sufficient to

4  establish that a defendant either directed or aided and abetted

5  the crime.   You must find beyond a reasonable doubt that the

6  defendant was a willful participant and not merely a knowingly

7  spectator.

8          I caution you, Members of the Jury, that you are here

9  to determine from the evidence in this case whether the

10  defendant is guilty or not guilty.   The defendant is on trial

11  only for the specific offenses alleged in the Indictment.

12  Also, the question of punishment should never be considered by

13  the jury in any way in deciding the case.   If the defendant is

14  convicted, the matter of punishment is for the Judge alone to

15  determine later.

16          Any verdict you reach in the jury room, whether guilty

17  or not guilty, must be unanimous.   In other words, to return a

18  verdict, you must all agree.   Your deliberations will be

19  secret.   You will never have to explain your verdict to anyone.

20  It is your duty as jurors to discuss the case with one another

21  in an effort to reach agreement if you can do so.   Each of you

22  must decide the case for yourself, but only after full

23  consideration of the evidence with the other Members of the

24  Jury.

25          While you are discussing the case, do not hesitate to

**November 4, 2008**

## Miranda - Redirect

1    reexamine your own opinion and change your mind if you become

2    convinced that you were wrong, but do not give up your honest

3    beliefs solely because the others think differently or merely

4    to get the case over with.   Remember, in a very real way you

5    are judges, judges of the facts.   Your only interest is to seek

6    the truth from the evidence in the case.

7            When you go to the jury room, you should first select

8    one of your members to act as your foreperson.   The foreperson

9    will preside over your deliberations and will speak for you

10   here in court.

11           A form of verdict has been prepared for your

12   convenience.   You will take the verdict form to the jury room

13   and when you have reached unanimous agreement, you will have

14   your foreperson fill in the verdict form, date and sign it, and

15   then return to the courtroom

16           If you should desire to communicate with me at any

17   time, please write down your message or question and pass the

18   note to the Marshal who will bring it to my attention.   I will

19   then respond as promptly as possible, either in writing or by

20   having you returned to the courtroom so that I can address you

21   orally.

22           I caution you, however, with regard to any message or

23   question you might send that you should not tell me your

24   numerical division at the time.

25           Can I have counsel approach, please.

**November 4, 2008**

## Miranda - Redirect

1           [Proceedings at sidebar follow]:

2           THE COURT:   Are there any errors or omissions in the

3    instructions?

4           MR. BROWN:   None that I see, Your Honor.

5           MR. BEGUIRISTAIN:   None that I see.

6           THE COURT:   Did I give impeachment of a witness with a

7    felony conviction?

8           MR. BROWN:   No, Judge, I don't think that was in

9    there.

10          THE COURT:   Does anybody want me to read that part?

11          No requests.   Then I won't add it.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**November 4, 2008**

## Miranda - Redirect

1           [Proceedings in open court follow]:

2           THE COURT:   Ladies and gentlemen, there is one verdict

3   form that will go back with you.   The verdict form consists of

4   five pages.   There is one question as to each count and you

5   will have the Indictment separately with you as well to refer

6   back to.

7           As to each question, you are asked to find guilty or

8   not guilty by unanimous decision.   When you reach question

9   number 13, you will see that from 13 through 23, as to those

10  counts of the Indictment -- and I did give you instructions on

11  a lesser included offense -- you will see that there's a 13 A

12  or a 14 A or a 15 A, and you only reach the A, the lesser

13  included offense, if you find the defendant not guilty of the

14  offense charged.

15          So if your finding, for example, as to question 13

16  would be guilty, you would skip 13 A, which is the lesser

17  included.   It is only if you find the defendant not guilty of

18  those questions from 13 to 23 that you then consider the lesser

19  included.

20          I will ask that two jurors remain with us.   These

21  jurors were selected to serve as alternates in the event not

22  all of you could make it through to the end and they will not

23  participate in the deliberations phase.   Daphne Rolle and

24  Roberto Pacheco, I would ask these jurors remain.   They will be

25  excused as the rest of you begin your deliberations.

November 4, 2008

## Miranda - Redirect

1          If we have not heard from you from by 5:00 p.m., I

2   will have the Court Security Officer release you and excuse you

3   for the day to have you return tomorrow to continue with your

4   deliberations.

5          [The jury retires to deliberate at 2:54 a.m]

6          THE COURT:   Ms. Rolle and Mr. Pacheco, I have these

7   statements from our Jury Pool Section indicating the dates that

8   you have been with us.   You may need those for your employer.

9          I will ask you not discuss this case because if the

10  jury needs to come back tomorrow and any juror is missing, we

11  will call you to rejoin the jury.

12         Thank you.   Have a good afternoon.

13           [Alternate jurors excused at 2:55 a.m]

14         THE COURT:   We need the exhibits.

15         MR. BROWN:   I notice the first name is incorrect.

16  It's not on the Indictment.   We agreed prior to the case to put

17  the correct spelling.

18         THE COURT:   Is that the Superseding Indictment?

19         MR. BROWN:   It is.

20         THE COURT:   I have the superseding right here.

21          [There was a short recess at 2:58 p.m]

22         THE COURT:   You have the jury's question?

23         MR. BROWN:   Yes, Your Honor.

24         THE COURT:   I'll hear from counsel.

25         MR. BEGUIRISTAIN:   Your Honor, I have the question as

## Miranda - Redirect

1              "What constitutes arrival in the United States?"

2              My position would be that since this does involve

3    Immigration, under Immigration law there are people that come

4    in to Miami International Airport, are released into the city

5    pending deferred proceedings and have still not arrived in the

6    United States under Immigration law.  But, at minimum, the Wet

7    Foot/Dry Foot policy for the Cubans, which is not at issue

8    here, is premised upon did the people arrive in the United

9    States or not.

10             So, in this case I would say the response would be "If

11       the people have touched dry land, that would be arrival.

12       If not, they haven't arrived yet."

13             MR. BROWN:   Your Honor, the physical arrival in the

14   United States is different than arrival under the Immigration &

15   Nationality Act as talked about by Mr. Beguiristain.

16             The jury has the facts and the evidence as to whether

17   they can make the determination as to whether they physically

18   arrived in the United States at Haulover Inlet.

19             As far as the Wet Foot/Dry Foot policy that applies,

20   piers which are attached to land, that are directly connected

21   to land, those, for all intents and purposes, are dry land.

22   Here the boat was tied up to a pier, clearly had access to the

23   land.   That would be feet dry under the Cuban policy if -- just

24   as an example, Your Honor.

25             So I think they have the facts and the evidence to

**November 4, 2008**

## Miranda - Redirect

1    make a factual determination as to whether they think they

2    arrived in the United States, a physical arrival versus a legal

3    determination under the Immigration & Nationality act, which is

4    separate, Your Honor.

5            THE COURT:   What do you propose?   How do you propose I

6    answer the question?

7            MR. BROWN:   I would propose that Your Honor, that we

8    come to an agreement that something along the lines of "You

9        have the facts and the evidence as to what they are and

10       have been admitted at trial that are necessary for you to

11       make this determination," something to that effect, Your

12   Honor.

13           THE COURT:   They don't because, in fact, we looked

14   back at the agent's testimony and you all had differing

15   recollections of how he described the aliens' arrival and the

16   questions weren't even posed with respect to the use of

17   arrival, but entering.

18           So I was left with the same question in my mind, "What

19       do we mean by 'arrival,'?" but I'm not answering it by

20   saying "You have the facts" because that doesn't answer the

21   question.   I give definitions for various terms in my

22   instructions.   I don't define "arrival."

23           MR. BEGUIRISTAIN:   If I may address one issue that

24   Mr. Brown brought up.

25           There was a case where there was a pier that was

**November 4, 2008**

# Miranda - Redirect

1  detached from land where Cubans had arrived and were on the

2  pier.  While they were on the pier, they were repatriated to

3  Cuba.

4            THE COURT:  I recall.

5            MR. BEGUIRISTAIN:  Now, that case the reason they were

6  repatriated to Cuba, it was the position of the Government that

7  that pier was not part of the United States.

8            THE COURT:  Right.

9            MR. BEGUIRISTAIN:  Subsequently it was overturned and

10 it was determined that that was part of the United States and

11 since they had made it on that pier, they had arrived.

12            In this case, these people had not made it on the land

13 yet.  Therefore, they have not arrived -- well, the question

14 for the jury is "What is an arrival?"  Well, if they hadn't

15 made it on land yet, it's not arrival.  If they had --

16            THE COURT:  I don't think either one of you is

17 actually answering the question.

18            Does the statute or the statutory history provide a

19 definition for the use of the word "arrived," and if there is

20 no such definition in the statute or in its history, I'm not

21 going to start inventing one because we have various

22 definitions for what we mean by "arrived."  Do you arrive by

23 being in territorial waters?  Do you arrive by being on a boat

24 that's attached to a dock or do you arrive when you step foot

25 on land?  There are various ways to define it and we could be

**November 4, 2008**

## Miranda - Redirect

1   here for days discussing the various permutations.

2          So, one, does the statute provide a definition?  Does

3   any case law interpreting the statute provide a definition, and

4   then, if not, I don't answer it and say to them "You have all

5       of the instructions on the law that I can give you," and

6   let them, using their common sense and the various definitions

7   that might apply, come up with a solution.  But it was not

8   addressed in any testimony that was presented and, so, they

9   really don't have an answer to the question they're asking.

10          So we won't resolve it today.  I suggest you all do

11   some research this evening and take a look at the matter and

12   let's gather together tomorrow morning -- why don't we gather

13   together at 9:15?  We'll tell the jury to return at 9:15, at

14   which time we continue with this discussion and they continue

15   wherever they are in their deliberations in the absence of any

16   guidance from us from the Court on what "arrival" means as used

17   in the statute, as used in the Indictment, as used in the

18   instructions.

19          I will ask the Court Security Officer to bring the

20   jury in.

21          [The jury returns to the courtroom at 4:58 a.m]

22          THE COURT:   Everyone please be seated.

23          Ladies and gentlemen, because of the late hour, I will

24   request that you stop your deliberations at this time and

25   return tomorrow morning at 9:15 to continue with those

**November 4, 2008**

## Miranda - Redirect

1  deliberations.

2          The attorneys and I will work on the question you have

3  given to us and, hopefully, have a response to you in the

4  morning upon your return.

5          I ask that you not discuss this case with anyone this

6  evening and that you wait until you all are gathered together

7  once more tomorrow morning to continue with your deliberations.

8          You have a good evening.  We'll see you at 9:15.

9          [The jury leaves the courtroom at 4:58 a.m.]

10          THE COURT:  All right.  I'll see everyone at 9:15.

11          MR. BROWN:  Thanks, Judge.

12          MR. BEGUIRISTAIN:  Thank you, Your Honor.

13

14

15

16

17

18

19

20

21

22

23

24

25

**November 4, 2008**

1   **C E R T I F I C A T E**

2       I hereby certify that the foregoing is an accurate

3   transcription of proceedings in the above-entitled matter.

4

5   __11/30/08_____          _____

        DATE                       BARBARA MEDINA

6                                  Official United States Court Reporter

                                   400 North Miami Avenue, Suite 12-2

7                                  Miami, FL  33128 - 305.523.5518

                                            (Fax) 305.523.5519

8                                  Email:  barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Quality Assurance by Proximity Linguibase Technologies**
**November 4, 2008**

**A**

abet 73:4
abets 87:18
abetted 72:21 88:4
abetting 5:8 12:23 14:22 72:23
Abiamel's 66:18
ability 56:15 80:3
Abimael 1:8 22:1,16 23:21 32:9
  33:21 36:12,14,19,25 37:4,8
  38:1,4,14 39:3,5 52:24 55:8,20
  56:5,9 57:6 58:8 59:6,23 61:21
  62:4,24 64:16,19 65:10,15
  66:4,7,20 67:8 70:25 72:10
able 13:19 17:13 26:1 45:25 46:7
  47:4 75:15 76:11
aboard 62:9
above-entitled 98:3
absence 96:15
absolutely 15:22 62:25 63:2
absurd 47:19 58:17 60:23
academic 17:12
accept 47:12 79:14
accepted 67:13,14
access 1:26 2:25 93:22
accident 82:9
accompany 41:7
accomplish 83:14
accomplished 87:13
accomplishing 83:9
account 6:7
accountable 12:8
accounting 52:9
accurate 60:21 79:15 98:2
accurately 59:10 80:3
accused 42:12,14
acquittal 36:10,17 39:15 74:24
act 7:1 11:6 15:25 39:6 64:9
  78:17 82:7,11 83:8 84:8 85:13
  85:15 87:11 89:8 93:15 94:3
acted 38:6 64:19 86:3 87:4
acting 65:24 87:14
action 85:9
actions 73:5
acts 6:24,25 46:11 72:25 87:16
actual 38:4 79:8
add 13:4 43:7 90:11
added 5:19 75:7
adding 15:9
additional 75:8
Additionally 75:25
address 3:25 13:5,19 89:20
  94:23
addressed 96:8
ADMINISTRATIVE 3:23
admitted 26:21 53:21,25 70:13
  70:24 78:22,23 94:10
adrift 16:24
advances 84:9
advantage 81:1
advice 42:25
advise 42:24 85:11
affairs 78:18
affect 85:12
affirmative 16:18
affirmatively 15:15
afford 47:19 71:20,21
afforded 12:6
afternoon 18:9 44:13 55:11
  92:12
agent 37:20,22 40:11 41:9,13
  62:15 64:3 65:2 73:6 82:23
  87:14,16
agents 33:13
agent's 94:14
ago 10:4 31:23
agree 12:3 26:15 77:21 82:17
  88:18

agreed 30:11 92:16
agreeing 57:25 63:10
agreement 26:10,15 27:3 31:20
  36:11,14 37:5 63:10 64:8,8
  82:21 83:3 88:21 89:13 94:8
agreements 63:7
agrees 55:21,23 56:20
Aha 15:17 28:2 31:11
ahead 11:22 45:10 60:8,13,25
aid 73:4 81:4
aided 72:21 88:4
aiding 5:8 12:23 14:22 38:3
  72:23
aids 87:18
aims 84:6
aircraft 86:13
Airport 93:4
alien 16:25 17:5 37:6 38:5,7,8
  41:7 57:4 64:16,22,25 65:17
  73:20 81:17,19,22 84:14,20,25
  85:4,21 86:1,4,6,7,8 87:3,5,7
aliens 7:5,11 8:12,24 9:1,3 12:1
  12:10 14:1 15:7 17:17 19:15
  19:19 21:8,13 31:8,13 35:15
  35:18,20 36:13,18,20 37:1,2
  37:12,14 38:2 39:12 40:5,9,12
  40:15,23 41:4 44:24 45:2
  54:15,18 56:4,24 64:10,20
  65:20,21 66:8,17,19,22 67:3
  68:10 70:2 73:9 74:21 75:16
  82:20 83:19 86:11,24 94:15
allegation 6:23
allege 6:25
alleged 7:14 46:6 47:13 82:3,5
  88:11
allegiance 85:8
allow 15:6 16:2 23:15,18 40:3
  55:23 65:8
allowed 11:22 12:9 15:9 38:9
  39:11 64:22 65:11 86:6 87:7
allowing 16:9 39:4
allows 51:10
Alternate 92:13
alternates 91:21
ALTONAGA 1:11
amazing 59:3
amend 16:3
Amendment 37:18 40:25 41:5
AMERICA 1:4
amount 60:4 82:18
Anderson 21:25 22:2 23:21
  24:12,15,17,19 29:4 32:9 34:4
  34:13 46:24 48:23 49:19 50:10
  50:11 55:21,23,23 56:2,2,7,16
  57:9 59:14,23 61:3,14 63:8,12
  63:17 65:9 66:16
Andollo 38:22 39:2 45:5,5,15,19
  48:18 53:11,13 54:10 65:8,12
and/or 85:11,14
animal 72:11
answer 37:23 42:8 56:13 59:3
  62:19 69:12 80:5 94:6,20 96:4
  96:9
answered 30:17,18 61:12
answering 61:13 94:19 95:17
answers 59:13 69:10
anybody 41:6 51:9 60:15 64:17
  65:9,16 90:10
anyone's 41:5
anyway 31:1
apart 69:18
apiece 59:22
apparently 67:17,18
appeal 8:17
appear 7:7 80:4
APPEARANCES 1:12
applies 93:19
apply 77:9 96:7

appointed 24:6 28:17,18,21
apprehended 10:24 12:16
approach 13:12 26:4 89:25
approaches 45:13
appropriate 12:1 13:19 65:1,17
  75:16,22,24 86:9
approximate 19:4
approximately 18:23 19:10,13
  47:1,2,16 48:5
approximation 19:2
area 64:13
argue 8:11 12:6 15:6 16:9
arguing 9:15
argument 8:11 9:12 10:7,8 11:3
  11:8 15:9 16:13 36:6 37:19
  39:21 40:25 43:17 75:22 76:7
  76:17
arguments 36:7 44:6,7,10
arrest 22:11 25:23 28:16 29:7
  56:9
arrested 18:23 20:12 21:4,25
  22:2,25 23:2 24:6,19 28:1
  32:21 57:14 71:2,7,8 72:7,8
arrival 8:1,5 12:2 15:7 37:25
  38:13,16 41:10 55:5 64:25
  65:16 72:16 75:17 86:8 93:1
  93:11,13,14 94:2,15,17,19,22
  95:14,15 96:16
arrive 17:10 40:23 53:8 93:8
  95:22,23,24
arrived 37:23,24 38:17,19,19
  39:12,13,14,15,18 40:6,9,12
  40:16,18 93:5,12,18 94:2 95:1
  95:11,13,19,22
arriving 37:10 86:11
articulate 53:22
Aside 17:18
asked 10:19 23:21 30:4,6,16
  31:4,15 37:22 39:3 49:16
  52:12 53:23 56:11 58:9,23
  61:3,10 91:7
asking 67:21 68:4 69:6 96:9
asks 73:22
assembled 84:5
asserts 79:7
assistant 10:13 44:14
associate 87:17,25
associated 84:5
assume 17:6
attached 93:20 95:24
attempted 38:5 64:15 86:1 87:3
attempting 11:6 54:23
attention 8:10 89:18
attorney 1:15 24:6,9,9 28:14,17
  28:18,19,21,22,23,24,24,25
  29:9,12,14,15 31:4 42:17,24
  44:14
attorneys 30:8 44:5 56:20,23
  57:3 97:2
August 18:3 19:10 20:11 21:3
  22:23 24:13,14 25:23,23 27:23
  27:24 28:1,2,3,16,22,25 32:6
  35:10 44:24 47:1,1,6,15 48:3
  56:19 58:20
authorities 37:9,17 38:23
authority 37:22
authorization 14:1 38:7 64:21
  85:23 86:5,24 87:6
authorized 87:18
available 31:7
Avenue 1:23 98:6
avoid 9:4
aware 85:15
a.m 18:7,13 19:25 26:22 35:7,25
  36:5 42:7 43:23 74:6 76:25
  77:2 92:5,13 96:21 97:9
A.U.S.A 1:14,14

**B**

B 15:6
back 8:17 18:9 22:13 23:8,9 31:5
  48:2,21 49:2 50:1 51:4 52:15
  53:4 56:4 57:22 59:15,20,25
  63:5 77:7 91:3,6 92:10 94:14
backup 46:3
bad 71:19 82:13
Bahamas 19:14 28:9,12 45:2
  48:2,25 49:25 51:21 62:22
Bahamian 28:9,11
Bahamians 20:25 21:1
bait 50:23,23,23 60:19,20 61:2
Barbara 1:21 41:9 98:5
barbmedina@aol.com 1:25
  98:8
barely 51:14,18
bars 61:23 62:7
baseball 52:4,5
based 6:22 7:13 9:15 16:9,14
  36:10 49:11 78:13
basic 5:18
basically 64:7
basis 14:9 77:16
beginning 5:23 18:13 19:25 35:7
  45:20 67:1 73:12
begins 3:21 6:5 12:25
Beguiristain 1:18 3:5 5:15,21,22
  10:3,9,12 11:23 13:3,6 14:15
  14:16,20 15:3 17:20,21 26:4
  26:6,17,23 29:18 33:7 35:4
  36:7 41:22,25 42:2,3,9 43:11
  43:13,15,18 44:2,3 55:11 65:5
  74:9,15,23 75:1,4,11 76:8,14
  76:23 90:5 92:25 93:15 94:23
  95:5,9 97:12
Beguiristain's 41:11
behold 45:11
beliefs 89:3
believe 5:5 8:10 24:5 28:20,23
  37:20 40:11,16 42:9 49:14
  59:23 74:18 75:23 79:15,18,22
  79:22
better 57:1 58:15 63:4,5
beyond 12:21 17:22 44:18 54:19
  55:14 66:3 67:10 68:17 77:13
  78:6,10,15,19 82:4 83:11
  84:21 85:25 87:2 88:5
big 58:15,16
bigger 58:11,12
binding 79:2
black 31:4 33:16
blocked 38:21
blocks 23:13 65:8
board 17:7 35:15,18,20 45:18
boat 8:21 9:1 16:24 17:1 21:22
  22:13,19,22 23:2,4,5,9,10,12
  24:1 35:22 37:15 40:18 45:12
  45:17,18 46:8,11,14 47:13,16
  47:19,20 48:8,10,12,18 49:3,8
  49:16 50:8,12,20 51:2,8,10,10
  51:17 52:13,18 53:10 54:20
  59:14,19,25 60:15,16,18,21,24
  61:1 63:1,4,5 65:20,21 67:4,7
  69:20,23,25 70:2 71:13,15,19
  71:20,23 72:2,5,12 73:2,3,9
  93:22 95:23
boats 21:17
bond 26:1
Border 35:14 37:20,22 38:18
  39:13 40:11 46:4,20 64:3
  72:18
born 85:4
boss 47:23 49:21 50:4,5 53:3
bosses 47:23
bottom 7:25 8:4 26:13
bought 51:7

**box** 53:18
**break** 13:19
**breaking** 86:16
**brief** 36:4 74:4
**bring** 8:2,12 9:5 11:25 12:10
  13:9,10 18:5 28:10 33:17
  36:12 37:1,5,12 38:1,5,15
  43:22 45:1 49:2 50:1 54:24
  58:17 60:15 61:20,21 63:5,25
  64:16,17,25 65:17 72:18 74:21
  75:15 76:11,19 77:1 85:12,21
  86:1,8 87:3 89:18 96:19
**bringing** 10:21 14:1 22:19 36:18
  54:24 72:16 86:23
**brings** 56:4
**broken** 48:10
**broker** 47:13
**brought** 8:9,20 17:17 30:16
  31:19 38:5 41:1,4 46:8 64:15
  73:24 81:22 86:1 87:2 94:24
**Brown** 1:14 3:3,6 5:2,5,7,13,16
  5:23 6:3,10,13,15,18,21 7:8,10
  7:13,17,24 8:4,9 9:18,24 10:16
  11:1,13,17,20 12:25 13:14,16
  14:2,4,11,21 15:5,20 16:2,20
  17:4,14 18:6,14 19:21 26:19
  29:8,11,16 33:10,13 35:8,23
  36:1 39:22 40:7,10 41:21 43:6
  43:19 44:13,14 75:2,10 76:22
  90:4,8 92:15,19,23 93:13 94:7
  94:24 97:11
**building** 22:7 32:20,20 33:1,3
  57:9
**bunch** 23:5
**burden** 66:2 67:13,14,15,15 78:5
  78:8,9
**bury** 58:1,2,5 59:6 62:1 66:12
**burying** 58:3,4
**business** 71:19
**busy** 53:12
**buy** 51:8 60:19,20 61:1 71:15
**buying** 47:20 72:12
**bystander** 58:8

**C**

**C** 98:1,1
**cabin** 45:21,24
**call** 17:4 35:12,14 48:7,9,15,15
  48:15,15 49:6,9,20 53:5 60:14
  62:18,24 70:14,15,16,17,17,18
  73:6,7,8,10 77:11 92:11
**called** 40:20 46:2 52:24 64:6
  67:23 81:12 86:18
**calling** 42:13 68:18
**calls** 47:2,6,7,9,11,11 48:2,4,16
  50:4 51:22,23 53:5 63:1 70:18
  72:1,4,4,5 73:18
**Calvo** 72:11
**canal** 51:25
**cans** 23:5 50:8
**car** 41:2 49:19 67:6
**Caraballo** 1:8 23:9 31:7 32:9
  35:12 36:12,15,19 37:1,4,8
  38:1,4,14 39:3,5 42:12 47:2,3
  50:10,11,21 52:24 55:8,21
  56:5,9 57:6 58:8 59:6,23 62:4
  62:25 64:16,19 65:10,15 66:5
  66:20 67:9 70:25
**Caraballo's** 19:8 50:13 72:10
**care** 66:12
**careful** 78:14
**carefully** 44:9
**carelessly** 85:16
**cargo** 53:2
**carried** 54:22 82:18 83:4
**carry** 62:13
**case** 1:3 7:14 8:20,22 10:4 14:7

  15:11 16:14 17:12 20:15 24:9
  24:23 26:9,9 27:18 28:6 32:11
  36:4,18,21,25 38:25 39:2,5,11
  39:17 42:16 44:9,17,18 46:20
  55:14,20 57:12,14 62:13 66:3
  67:1,2 73:12,14 74:5 75:25
  77:10 78:15,22,25 80:2,24
  83:11 86:19 87:9 88:9,13,20
  88:22,25 89:4,6 92:16,19 93:10
  94:25 95:5,12 96:3 97:5
**cases** 86:15
**caught** 32:10 47:22 56:24 60:5
  68:13
**cause** 85:13
**causes** 10:18
**caution** 12:24 13:1 88:8 89:22
**CECILIA** 1:11
**cell** 46:22,24,25 47:10 49:7 53:6
  53:6 68:14 72:7
**center** 22:4 34:22 45:21 56:14
  57:21
**certain** 14:1 17:10 59:12 76:5
  82:1 84:4
**certainly** 41:24 76:17
**certainty** 82:2
**Certificate** 3:7
**certify** 98:3
**chain** 37:11 79:9
**change** 6:11 89:1
**changed** 23:2
**changes** 13:3
**character** 78:16
**charge** 14:7 15:17,18,23 53:19
  77:24 81:18,21
**charged** 7:21 14:5 16:16 44:19
  44:22,23 55:7,9 72:20 75:19
  75:20 77:14 83:14 84:11 85:19
  86:15,19 87:11 91:14
**charges** 5:25 81:12,15,25 83:4
**charging** 15:24
**chart** 70:16
**check** 58:10 60:9 71:20,21
**chevrons** 4:2
**Chinese** 18:18 19:7,17 20:23
  35:18 45:2,22 46:5 48:25 49:1
  52:11 54:13 58:17
**choice** 42:18,21
**Circuit** 8:18,25 10:1
**circumstances** 17:9,18 79:10
  85:16
**circumstantial** 79:6,9,12
**CITATION** 3:14
**cited** 38:25
**citizen** 85:5,6,7
**citizenship** 54:14
**city** 93:4
**claim** 39:9
**claiming** 32:6 34:1
**clean** 51:12
**clear** 38:24 49:16,21,23 50:3,6
  59:11 60:9 66:16,19 74:7
**clearly** 15:12 37:20 40:18 41:3
  46:12 48:23 64:4 80:5 85:17
  93:22
**clerical** 5:24 6:8
**client** 9:16 10:23 12:6 41:23
**client's** 68:17
**close** 74:8
**closed** 39:17
**closing** 8:11 43:17 44:6,7,10
  66:16
**coast** 48:2 49:20 50:6,24 60:9
**Code** 82:15,19 84:12 85:20
  86:13,3,24
**coercing** 42:21
**collaborated** 31:17
**colleague** 68:7
**come** 13:4 34:5,13,14 37:2,14

  38:7 44:11 49:21,22 50:5
  57:18,22 60:23 64:10,11,21
  73:6,7 81:17,20 84:14,23 86:5
  87:6 92:10 93:3 94:8 96:7
**comes** 16:21 23:13 57:17 58:2
**comfortable** 41:18
**coming** 35:20 40:20 63:1 84:16
  85:2,17
**commission** 83:7 87:11,20
**commit** 11:6 39:6 64:8 83:5
**committed** 9:17 11:11 37:7
  38:14 61:24 82:1,5,12 88:3
**committing** 72:21
**common** 27:14 71:25 73:23
  78:14 79:4 83:14 84:6 96:6
**commonly** 46:21
**communicate** 56:15 89:16
**communicating** 63:4
**communication** 17:8 22:18
  57:10
**compare** 47:4
**compared** 46:23,24
**complete** 6:4,4 11:7,23 12:9,19
  34:14 38:18 39:14 41:15 61:17
**completed** 37:3,15
**completely** 34:5
**complied** 11:13 26:12
**comply** 9:13 10:23 12:7,16
  15:14 16:18 17:13 72:17 74:20
**complying** 15:16 16:1,17
**comports** 41:18
**comprehend** 53:23
**concerned** 79:5
**concerning** 78:12 79:20 80:10
**conclusions** 79:4
**concocting** 34:17
**conduct** 85:13 87:16,21,22,24
**conducted** 45:19
**conference** 3:19,21,25
**confidence** 85:11
**confident** 55:6
**confirmed** 68:10
**confuse** 10:17 14:6 68:3
**confused** 68:5 69:5
**confusing** 10:22,25 15:2 64:5
**confusion** 10:18
**conjunctive** 7:21
**connected** 93:20
**connection** 62:17,18
**consciously** 85:16
**consider** 78:3,21 79:13 80:20
  91:18
**consideration** 44:1 78:14 88:23
**considered** 42:13 88:12
**considering** 79:3
**consist** 87:1
**consistent** 68:23
**consists** 91:3
**console** 45:21
**conspiracy** 6:22,23 7:4,10 36:9
  37:3,12,14 54:18,22 58:12
  64:6,6 82:21,24 83:6,18,20,25
  84:7,8
**conspirator** 84:10
**conspirators** 83:9
**conspire** 82:17
**conspired** 37:1 45:1 73:1 81:16
**conspiring** 44:23
**constitutes** 93:1
**Constitutional** 42:15 74:16
**constitutionality** 36:23
**consummate** 55:25
**contact** 29:3
**containers** 23:5 52:17 59:22,24
  60:1,3,5,16,18
**CONTENTS** 3:1
**continue** 51:20 76:24 92:3 96:14
  96:14,25 97:7

**controlling** 79:21
**controls** 79:1
**cont'd** 18:12
**convenience** 89:12
**CONVENTIONS** 3:23
**conversation** 70:20,21
**Conversations** 48:5
**convict** 83:25
**convicted** 20:2 57:1 88:14
**conviction** 90:7
**convinced** 78:18,20 84:19 85:24
  89:2
**convincing** 78:16
**cooperate** 25:1,3 30:11 63:10
**cooperated** 31:15,17
**cooperation** 56:23
**copies** 74:12
**copy** 11:18 13:13 81:13
**correct** 7:3 20:2,20 21:18,23,25
  22:2,5,9,11,16 23:13,16,22
  24:3,7,10,13,15 25:24 26:1
  27:15,17 28:17 29:1,4,15,20
  30:9,12 31:10,16 32:23 33:5
  35:1 44:2 92:17
**correctly** 45:15
**corroborated** 54:10 73:18
**corroborates** 54:8
**corroboration** 68:13
**cost** 59:21
**counsel** 3:24 67:12,16 68:4,16
  69:2,6,10 71:17 89:25 92:24
**count** 6:8,16,23 36:9,9 44:22
  55:18,18 64:5,6,7 81:15,22
  91:4
**country** 36:13,18,20 37:1,2,6,6
  37:10,14 64:11,11,12
**counts** 6:5 11:23 14:14,16 15:1
  36:16,22 39:16,21,23 54:17,24
  55:8,16 64:10,13,18 66:1
  75:13,19 81:12,18,20,21 84:11
  84:20 85:19 86:20 91:10
**County** 86:12
**couple** 10:4 46:10 47:25 49:14
  51:15 53:25 54:1 69:2 71:8,9
  71:10 72:6,12
**courage** 85:10
**course** 37:11 47:11 61:8 62:12
  75:20 80:14,25 84:3 85:13
**court** 1:1,22 3:22,25 5:1,3,6,12
  5:14,21 6:2,9,12,14,16,20 7:7
  7:9,12,16,23 8:3,8,15,15,17
  9:11,22 10:1,5,11,15,18 11:3
  11:10,16,19,21 12:3 13:2,13
  13:15,17,21,22,23 14:3,9,12
  14:18,23 15:4,13,22 16:6,24
  17:6,15,25 18:8 19:23 24:6
  26:5,21 28:17 29:17 31:13
  32:1,17 34:5,14 35:2,5,24 36:3
  36:6 38:20 39:19,24 40:1,2,3,5
  40:8 41:9,13,17,24 42:2,5,8,11
  42:20,23 43:3,10,14,16,21,24
  44:5 53:24 65:4 66:23 74:4,7
  74:12,18,25 75:6 76:3,9,16,24
  77:1,3 89:10 90:2,6,10 91:1,2
  92:2,6,14,18,20,22 94:9 94:5,13
  95:4,8,16 96:16,19,22 97:10
  98:6
**courthouse** 1:23 33:14
**courtroom** 1:26 2:25 18:7 36:5
  41:25 42:1 43:23 74:6 77:2
  89:15,20 96:21 97:9
**Court's** 77:23
**cover** 54:1
**covers** 86:16
**cramped** 45:23
**create** 66:10
**credibility** 53:17,20 68:21

**credible** 70:9
**crime** 15:10 37:3,7 38:18 39:14
54:16 61:24 64:8 66:5,7 68:11
69:16 82:16 83:5 84:13,18
85:21,24 87:11,20,25 88:2,3,5
**crimes** 37:15 44:19 77:14 86:16
86:21
**criminal** 63:23 64:9 66:3 82:22
87:9
**criminalized** 39:7,8
**criminally** 39:6 87:23
**critical** 62:3 64:14,24 65:15,25
66:2
**CROSS** 19:24
**cross-examination** 3:5 19:23
68:20,25
**Cuba** 95:3,6
**Cuban** 93:23
**Cubans** 93:7 95:1
**cured** 67:25
**custody** 15:25 16:17 65:19
**Customs** 22:8 46:19,20
**cut** 52:19,22 60:1
**Cutting** 60:3

**D**

**D** 1:22
**Daphne** 91:23
**dare** 17:9
**dark** 61:16
**date** 24:3,4 35:2 57:18 89:14
98:5
**dates** 27:25 82:1,3,5,5 92:7
**day** 20:12,14,20 21:14,16 22:22
22:24 23:2 28:6,16,20 31:19
32:21 53:12,12 71:8 92:3
**days** 19:5,10,12 31:13 44:15
51:15 71:8,9,10 72:6,12 96:1
**deal** 20:25 47:13 55:25
**debriefing** 56:21 58:22
**December** 24:3,13,14 34:22
58:15,20 59:5 61:24
**decide** 10:20 24:25 49:11 68:21
68:22 77:12 79:15 86:22 88:22
**decided** 30:22 31:1 39:25 69:15
**deciding** 11:11,13 77:9 79:22
88:13
**decision** 9:23 11:9 77:16 79:18
91:8
**deductions** 79:3
**defendant** 1:9,17 5:16 7:19 8:1
8:11,21 9:8,11 11:24 12:9,20
16:5 17:12,16,18 18:21 19:14
19:18 35:17 42:1,5,7,19,22
43:2 44:2,19,22,23 45:1,11,14
46:9,22 47:13,21 48:24 49:17
49:18,24 51:13 52:21,24 53:8
54:1,20 64:15,19,24 67:8,23
68:9,12 69:20,23 70:12,14,25
71:2,6 72:10,19 73:8,9,17,20
75:14,18 77:14,19,24,25 78:2
78:3,5,7,19 81:15,18,21 83:16
83:22,25 84:1,2,11,18,22 85:1
85:19,23 86:1,3,15,20,22 87:2
87:4,9,10,17,18,18,20,22,23
87:25 88:4,6,10,10,13 91:13
91:17
**defendants** 51:6
**defendant's** 9:5 10:6 12:15 14:8
36:6 47:10 48:3,19 49:3,15
52:13 70:14 74:1 75:21 78:9
78:12
**defense** 8:9,10 9:14,19 11:23
12:9,14,15,19 15:16 16:9 41:20
42:3 43:6 44:3 67:12,16 68:4
68:16 69:2,6,10 71:17 72:15
74:7 75:4,13 76:10,11,23

**deferred** 93:5
**define** 94:22 95:25
**defined** 86:13,21
**definitely** 25:20
**definition** 12:13 14:18 54:15
95:19,20 96:2,3
**definitions** 94:21 95:22 96:6
**delete** 7:12
**deliberate** 77:7 92:5
**deliberations** 77:11 78:4 81:3,14
88:18 89:9 91:23,25 92:4
96:15,24 97:1,7
**demanded** 73:25
**demeanor** 68:24
**denied** 74:18,25
**deny** 41:14
**depend** 80:22
**depending** 40:2
**describe** 51:25
**described** 94:15
**Description** 3:11
**Descriptions** 3:20
**designated** 9:6 12:2 14:19 16:19
37:9,17 38:2,16,23 55:3 65:1
65:18 75:17 86:9,11
**desire** 89:16
**desk** 10:14
**detached** 95:1
**detail** 66:11 68:7 80:23
**details** 61:18 66:22 83:3,21
**detained** 39:12 46:2 65:11 75:14
57:21
**determination** 9:25 93:17 94:1,3
94:11
**determine** 8:15 88:9,15
**determined** 95:10
**determining** 14:7
**dialing** 70:19
**differ** 80:6
**different** 36:8 38:24 41:11 52:3,4
52:10 80:12 93:14
**differently** 11:5 23:18 69:11 89:3
**differing** 94:14
**direct** 3:4 18:12 79:6,7,12
**directed** 68:12 87:17 88:4
**directing** 75:22
**direction** 87:13,15
**directly** 80:5 93:20
**disappear** 60:2,4
**disbelieve** 79:18
**discovering** 9:1
**discovers** 65:12
**discuss** 36:4 58:19 64:4 74:5
88:20 92:9 97:5
**discussed** 66:23 84:6
**discussing** 58:21 88:25 96:1
**discussion** 96:14
**discussions** 77:11
**disjunctive** 7:22
**dismiss** 36:23 74:16
**disobey** 82:14
**disprove** 79:10
**dispute** 19:20,20
**disregard** 17:17 38:6 64:20
77:23 82:14 84:15 85:1,15
86:4 87:4
**distinction** 79:11
**distract** 68:3
**distracted** 68:5
**distress** 16:25
**DISTRICT** 1:1,1,11
**division** 1:2 89:24
**dock** 11:7 67:5 95:24
**document** 26:8
**documents** 26:9
**doing** 39:7,8 48:20 49:23 53:2
58:11,24,25 63:6,20 67:20

72:3,5
**Don** 33:10,13
**Donald** 29:8,11
**doors** 67:13
**doubt** 12:21 17:22 44:18 54:19
54:20 55:15 66:4 67:11,12
69:16,17 77:13 78:6,10,11,13
78:13,15,20 82:4 83:12 84:21
85:25 87:2 88:5
**downstairs** 32:15 33:3,5,6
**drafted** 10:11,12
**drafting** 16:6
**drawn** 55:22
**drive** 17:2,11 38:22 51:11 60:10
**driven** 73:2
**driver** 49:16
**driver's** 71:18
**Drop** 52:22
**dropped** 62:18
**drums** 59:19,21
**dry** 93:11,21,23
**dumped** 52:19
**duration** 48:4
**duty** 77:8,12 88:20

**E**

**E** 98:1,1
**earlier** 44:7 78:21
**early** 34:25 70:4 72:4
**easier** 11:21
**Edel** 3:3 18:11 49:18 56:7,18
57:10,11 60:8 61:9 63:9,14
65:9 66:18
**edition** 5:11
**effect** 49:21,22 94:11
**effort** 83:5 87:15 88:21
**eight** 62:22
**either** 36:18 37:1 56:11 58:7
77:18 79:12 82:13 88:4 89:19
95:16
**elects** 78:3
**element** 7:3,18,25,25 15:10
38:11,13,15 55:15 72:15
**elements** 7:3 12:11 17:23 38:10
38:14 44:22 54:16 59:9
**Email** 1:16,20,25 98:8
**embolden** 85:10
**embraced** 67:14
**emphasize** 81:8
**employee** 87:16
**employees** 46:8 49:25 54:3,22
**employer** 46:9,10 50:2 54:3 92:8
**employer's** 54:22
**encourage** 7:4,11 44:23 54:18
81:16 83:19 84:14 85:9
**encouraged** 7:20 36:19 81:19
84:22
**encouraging** 54:23 82:19
**ended** 49:1 58:11
**endured** 68:24
**enforcement** 11:25 12:10 31:12
46:19 49:22 75:15
**engaged** 87:22
**engines** 51:12
**English** 26:24 27:1
**enjoy** 42:15
**enter** 7:5,11 36:20 38:8 64:7,21
81:17,20 82:20 83:19 84:14,23
85:23 86:5 87:6
**entered** 35:9 37:4 40:19 45:7
83:2
**entering** 94:17
**entire** 62:8
**entirety** 27:3
**entitled** 26:10 81:8
**entry** 9:1,7 12:2 14:19 16:19,21
17:2,10,11 37:10,18 38:2,16

38:23 54:25 55:3 65:1,18
75:17 84:16 85:2,17 86:9,11
**equipment** 17:6
**error** 5:24
**errors** 90:2
**especially** 63:5
**ESQ** 1:18
**essence** 83:6
**establish** 82:24 84:7 88:4
**established** 12:12
**estimates** 25:16
**evaluate** 73:24,24
**evening** 19:5 96:11 97:6,8
**event** 84:4 91:21
**events** 16:12
**eventually** 69:7
**everybody** 27:17,18 39:3 63:15
63:20 66:12
**evidence** 3:10 9:15 10:19 16:10
26:18,22 37:12 38:12 39:1
40:8 44:1,8,11,12,17 45:4,25
50:9 54:8,8,19 55:7 66:4 68:5
68:8 73:15,16,25 74:1 77:17
77:25 78:2,15,21,22,24 79:1,3
79:5,7,9,12,14,14 80:7,9,10
81:6,6 83:11 87:10 88:9,23
89:6 93:16,25 94:9
**exact** 13:9 38:12 52:1 82:2
**exactly** 39:13 52:2
**Examination** 3:4,6 18:12 19:24
35:6
**example** 91:15 93:24
**exclude** 78:11
**exclusion** 55:15 66:3
**excuse** 19:13 28:2 31:17,18
48:19 52:19 92:2
**excused** 35:24,25 91:25 92:13
**excuses** 17:10
**Exhibit** 3:12 26:8,18,20,22 63:8
70:16
**exhibits** 3:9,10 78:23 92:14
**expecting** 25:13
**explain** 55:19 77:20 81:11,24
88:19
**explained** 68:11
**extra** 50:8 52:17,21
**eyewitness** 79:8

**F**

**F** 98:1
**fabricate** 66:9
**fabricated** 34:5
**fabrication** 61:17
**facie** 36:17
**facing** 56:25
**fact** 17:15 36:10 38:6,12 46:13
46:14 48:14 64:20 67:17 68:17
75:23 79:8,10 80:10,22 84:4
84:15 85:1 86:4 87:5 94:13
**facts** 10:7 16:14,15 17:18 49:12
73:15,16,18 77:13 79:9 85:16
89:5 93:16,25 94:9,20
**factual** 9:25 11:15 39:9,9 52:9
94:1
**failed** 80:12
**failing** 54:25
**fails** 78:6
**failure** 39:6
**falsehood** 80:21
**falsely** 80:9
**familiar** 21:6 26:8
**far** 49:7 93:19
**fault** 6:21 7:19
**favorable** 40:9
**Fax** 1:24 98:7
**FDC** 24:12 27:17 32:15,20 61:19
67:17 69:3,15

**Federal** 22:4 34:22 56:14 57:21 82:16
**feel** 63:22
**feet** 93:23
**felon** 20:2
**felony** 90:7
**female** 20:24 28:24
**Ferguson** 1:22
**field** 52:7
**fifth** 6:3,10
**figure** 57:21
**figuring** 57:1
**fill** 62:13 89:14
**filling** 59:25
**find** 9:12,16 11:24 12:9,11,13,20 12:20,21 16:24 37:13 41:9 44:19 45:21 55:8 57:15 71:20 75:17,18,23 76:9 77:14 78:7 84:18 85:23 86:20 88:5 91:7 91:13,17
**finding** 91:15
**finds** 45:21
**fine** 13:1 26:19 35:2 58:5
**finish** 59:25
**finished** 77:10
**first** 7:2,18 21:14 22:6 28:18 29:23 30:18,21 32:2,18 38:9 38:14 48:23 49:3 56:7 63:12 64:17 70:13,22,23 76:5,15 83:12 84:22 85:25 87:2 89:7 92:15
**fish** 51:8 67:25,25
**fishery** 45:19
**fishes** 52:25
**fishing** 51:1,3,3 52:25
**fit** 48:17
**fits** 59:17
**five** 41:22 56:25 57:1,19 63:23 63:24 91:4
**FL** 1:16,19,24 98:7
**float** 60:4
**floor** 30:21,22 33:2
**floors** 33:4
**Florida** 1:1,6 62:23 86:12,14
**focusing** 68:5
**follow** 47:24 77:9,20,21 90:1 91:1
**followed** 53:3 54:4 83:7
**following** 12:21 47:21 54:2 84:19 85:25
**foot** 93:7,19 95:24
**Foot/Dry** 93:7,19
**forbids** 82:13
**force** 29:25
**forced** 30:19
**forcing** 42:20
**foregoing** 98:2
**foreperson** 89:8,8,14
**forget** 72:6 73:19 80:17
**form** 74:13 75:8 76:20 89:11,12 89:14 91:3,3
**formal** 77:24 83:2
**forth** 17:11 38:3 74:11
**forward** 85:11
**found** 20:22,25 46:3,23 47:6,10 53:14 65:16
**four** 7:7 19:12 70:7
**fourth** 7:5,12
**fox** 68:2
**free** 23:24 39:1
**freely** 31:3 42:18
**Freeport** 34:7 56:3 59:15,20
**front** 39:3 77:4
**fuel** 50:8 52:17 59:18,20,21,24 60:5,16,17 61:4,6,9,11,14 62:9 62:13,14 70:1
**fueling** 70:3
**full** 6:4 52:9 88:22

**fully** 53:22
**further** 14:6 19:22 31:7 35:4,23 58:13
**furtherance** 6:24

**G**

**gain** 32:5,12,14 33:20,23 34:2,15 34:16,25 56:12
**game** 52:4,5
**Gardino** 32:9 33:21 58:3,9,9 61:20
**gas** 23:5,5 52:17,21 67:4 69:20 69:22
**gasoline** 21:20,22 50:7
**gather** 96:12,12
**gathered** 97:6
**Gatorade** 51:7,9
**general** 83:23
**generally** 86:17
**gentleman** 28:9
**gentlemen** 16:11 18:9 36:3 43:25 44:13 45:22 46:12 47:7 48:1 50:18 51:7,19 52:3 53:7 53:16 54:6,11 55:6,12 62:24 67:21 68:21 69:21 70:16,20 71:1 72:13,19 73:23 74:4 77:4 91:2 96:23
**getting** 13:22 57:19,24 63:19
**give** 9:20 11:1,4,5,19 12:3,23 13:2 14:18 15:1,11,13 16:4,23 18:1 19:2 43:1 51:17 62:7 64:2 68:1 76:3,4,4,6,13,16 79:11 81:5 85:10 89:2 90:6 91:10 94:21 96:5
**given** 8:11 9:13 14:25 15:6 21:24 24:4 25:16 40:1 41:13 44:8 49:4,4 76:15 81:13 97:3
**gives** 72:24
**giving** 16:8 49:8
**go** 9:20 11:22 17:3 19:13 22:13 23:8 32:8 45:4,9 48:25 49:19 50:21 51:21 52:14 54:21 55:20 56:22 57:3 58:21 59:11 60:8 60:21 61:25 62:19 69:15 74:9 77:7,10 89:7 91:3
**God** 43:16 66:21
**goes** 57:17 58:13 65:12
**going** 8:10 10:9,19 12:5,6,18,18 13:7 15:1,18 31:8 32:7,8 33:17 41:14 43:6 44:16,17 45:9 46:16 48:9,14 49:11,17,24 51:8,16,23 52:3,5 53:17,19 54:21 55:25 56:5,25 57:14,15 57:21,24 59:6 60:4,8 61:11,20 61:21 62:12 64:1,14 66:14 68:12 71:14,19,23 75:3 76:9 95:21
**good** 5:1,2 18:9,15,16 34:23 43:13,15 44:13 47:21 50:5 54:2 55:11 56:17 61:23 62:6 80:2 92:12 97:8
**governing** 81:24
**Government** 1:13 3:12 5:7 6:25 7:2 9:8,24 11:1,4,5,19,20 13:5 13:13 15:11,20 16:2,4,22 17:16,19,21 25:1,3 26:20,22 30:12,14 31:15 36:1,10,17,25 38:25 39:17,24 40:3,4,5,9,23 41:16 46:9 55:14 56:21,22 58:22 62:6,6 67:2 73:22 75:10 75:11 76:1,22 77:12,19 78:5 82:2,4,25 83:8 84:19 85:24 95:6
**Government's** 6:22 7:19 8:13 10:16 13:25 15:8 18:11 26:7 26:18 39:20 44:16 74:19 78:8 78:11

**GPS** 49:4
**Grand** 14:5
**granted** 37:20 39:16
**granting** 41:18
**great** 68:7
**greater** 81:8
**ground** 14:5
**grounds** 36:23 74:16
**group** 36:7
**groups** 36:8
**Guard** 50:25
**Guedez** 58:3
**guess** 10:16
**guidance** 96:16
**guilt** 31:20 68:6,17 77:25 78:10 78:12 87:9
**guilty** 9:16 12:20,22 14:8 31:13 31:20 37:13 44:19 55:8,17 57:18 65:16 74:1 75:17 75:14 78:6,7,19 84:18 85:23 86:21 86:23,23 88:10,16,17 91:7 91:8,13,16,17
**guts** 57:4
**guy** 57:13 61:21
**Guyanese** 45:2,22 49:2 52:11 54:14

**H**

**H** 1:14
**half** 25:18 68:25 69:6
**halfway** 59:15
**half-hour** 63:3
**hand** 42:6
**handcuffed** 72:19
**handcuffs** 65:23
**hands** 10:6
**handwriting** 10:13
**Hang** 27:25 65:20
**happen** 66:15
**happened** 31:16,22 38:13,17 52:9 55:20 68:8 69:14
**happens** 52:5 84:8
**Haulover** 35:9,21 45:7,9 46:8 48:17,21 49:19 53:4 55:2 56:1 59:15 63:2 65:2,6 93:18
**hear** 13:24 36:6 39:20 41:21 48:11 71:22 74:13 92:24
**heard** 8:17 27:8 40:24 42:9 44:15,17,25 45:4,16 46:4,12 46:18 47:4,17 48:23 49:4,18 50:13 51:6,16 52:16,20,23 53:9,11,13 54:12 55:2 67:24 68:14,19,19,20 73:5,6 92:1
**hearing** 60:2
**heavy** 78:9
**held** 8:25 12:7 39:5 65:24 72:25 73:4 87:23
**help** 44:10 48:11 73:1,2,3 85:11
**helping** 67:6
**hem** 10:21
**herring** 67:23,24
**herrings** 69:19
**hesitate** 88:25
**hesitation** 78:17
**Hey** 52:24
**history** 95:18,20
**hitch** 67:6
**hold** 15:15
**holds** 87:20
**hole** 60:3
**home** 62:1
**honest** 89:2
**Honor** 5:5,7,9,11,15,16,20,20 6:1 6:8,10,15,18,21 7:2,6,13,14,17 8:7,9,14,18,22 9:24 10:3,10,16 11:15,17 12:25 13:12,14,16 14:2,4,8,11,17,21 15:8 16:20

**17:14,21 19:21,22 26:4,17,19 29:16 35:4,23 36:1,8 39:22,23 40:2,7,10,22 41:5 43:6,9,13,15 43:19 44:3 74:15 75:3,21,24 90:4 92:23,25 93:13,24 94:4,7 94:12 97:12
**Honorable** 1:11 8:16 39:24
**hopefully** 97:3
**horrible** 63:18
**hotel** 18:19,24 19:18
**hounds** 68:1
**hour** 63:3 96:23
**hours** 51:12 55:24 61:15 68:25 69:6
**house** 18:18,24 19:8 49:15 50:16 60:10,14
**housed** 24:12,19 27:14
**hunt** 68:2
**HUYNH** 1:14 67:1 75:21

**I**

**idea** 56:5 67:25
**identification** 3:10 4:1 26:20
**identified** 46:5
**identify** 3:24
**identifying** 41:3
**ignore** 85:16
**II** 36:16 64:10 81:18 84:11,20
**iii** 1:14 15:6
**illegal** 9:1 11:6 16:25 17:5 19:14 19:19 35:15,18,20 36:13 41:7 45:1 49:25 52:13
**imagine** 60:13
**immediate** 9:3
**immediately** 8:2,5,12 9:5,20 10:23 15:7 16:20,23 22:11 23:21 38:1 64:25 65:17 86:8
**immigrants** 9:6 40:22 50:1
**Immigration** 8:13,24 9:3,6,20 12:1 37:9,17,21 38:23 40:15 41:7 46:19 55:1,4 65:1,18,22 75:16 86:9 93:3,3,6,14 94:3
**impartial** 78:14
**impeachment** 90:6
**impeachment/inconsistent** 5:19
**implicate** 41:5
**implicit** 76:12
**important** 78:18 79:16 80:10,22
**importantly** 67:15
**impossibility** 39:9,9 75:23
**impress** 79:24
**impression** 81:9
**improper** 16:13
**inaccurately** 80:18
**incite** 85:9,14
**include** 16:4
**included** 8:5 13:8 14:2,6,13,24 18:2,4 43:5,7,8 75:7 76:21 86:18,23 87:1 91:11,13,17,19
**includes** 78:22 85:6
**inconsistencies** 69:16,18 70:6,9
**inconsistent** 76:6
**incorrect** 92:15
**independent** 81:5
**INDEX** 3:9,14,19
**indicated** 4:1 18:21 19:7 40:25 42:17
**indicates** 72:23 75:25
**indicating** 85:17 92:7
**indications** 5:17
**Indictment** 8:7 14:5 44:20 46:6 54:17 55:9,13,13,16 64:6 77:15,24 81:11,14,25 82:7,11 83:1,4,15 84:23 88:11 91:5,10 92:16,18 96:17
**individual** 48:10 72:25 73:1,5
**individuals** 9:10,21 45:6 46:1,3

46:7,15 51:21 52:14 55:4
56:13 58:7 59:12 67:25 68:10
68:18 73:18
**induce** 7:4,11 44:24 54:18 81:16
83:19 84:14 85:12
**induced** 7:20 36:20 37:2 81:19
84:23
**inducing** 37:14 38:3 54:23 64:10
82:20
**industry-standard** 4:1
**influence** 85:13
**influenced** 77:18 81:7
**information** 53:7 55:22 71:17,19
71:22
**Inlet** 35:9,21 45:8 93:18
**innocence** 78:2
**innocent** 58:8 78:1 80:20
**inside** 32:23 50:8 59:19 65:13
**insignificant** 70:6
**inspection** 40:13,15,21 45:19
**inspirit** 85:10
**instigate** 85:9
**instruct** 14:14 54:17 64:1,15
75:6 77:8
**instructed** 44:21
**instruction** 5:8,9,18 10:10 11:18
12:4,14 13:7,11,25 14:25 16:3
16:3,7,8 18:2 41:14 43:8,9,11
75:22,24 76:3,10
**instructions** 5:4,10 6:22 44:8
64:2 66:1,18 74:13 76:16 77:5
77:22,23 82:7,11 86:21 90:3
91:10 94:22 96:5,18
**intended** 44:10 83:5
**intent** 17:16 82:12
**intentional** 80:21
**intentionally** 82:8
**intents** 93:21
**interest** 80:1 89:5
**interesting** 58:23
**interests** 84:6
**International** 93:4
**interpretation** 78:25
**Interpreter** 18:15 30:15 33:6
42:7,19
**interpreting** 96:3
**inventing** 95:21
**investigated** 46:20
**involve** 93:2
**involved** 54:21 73:20 76:13
87:11
**island** 20:23,24
**issue** 8:18 10:25 11:10 39:25
41:10 47:8 74:15 76:18 93:7
94:23
**issues** 5:3 8:20
**items** 49:5,6 50:22,22
**i.e** 4:2

**J**

**J** 1:18
**jail** 26:1
**Jan** 28:17,22
**job** 50:2 53:3 58:11 61:23
**joined** 83:17
**joining** 87:19
**joins** 83:24
**joint** 87:15
**JOSEPH** 1:14
joseph.huynh@usdoj.gov 1:16
**Jr** 1:22
**judge** 1:11 5:2,23 6:19 7:8 15:5
18:6 25:24 41:21 44:21 53:17
53:19,20 54:16 55:7,19 64:1
64:14 69:12,13 72:24 73:13
88:14 90:8 97:11
**judges** 89:5,5

**judgment** 36:10,16 39:15 74:23
**July** 47:5
**juror** 81:9 92:10
**jurors** 81:8 88:20 91:20,21,24
92:13
**jury** 1:10 5:4,10 6:22 9:12,15
10:6,17 11:11 12:24 14:5,6,14
15:9 18:1,3,7 20:8 31:23 36:5
37:13 40:1,4 42:14 43:9,22,23
45:25 65:25 66:24 74:6 75:6
76:7,17,19 77:1,2,8,10 88:8,13
88:16,24 89:7,12 92:5,7,10,11
93:16 95:14 96:13,20,21 97:9
**jury's** 40:2 92:22

**K**

**keep** 18:1 61:22 70:5 80:14
**keeping** 44:7
**kind** 60:5,6 71:21 73:14 75:5
82:22
**knew** 19:14,18 31:7 49:24 50:16
51:14 52:12 58:23 63:15,15
71:7 72:11,14 73:17,20 85:1
**know** 18:3 22:19 24:4 25:15 30:7
30:24 31:22 32:20,23 33:1,2
35:17,20,22 39:2 48:10 50:13
50:15 51:9 52:4,5,6 56:17,18
59:5,22 60:13 61:9 62:3,19,21
62:25 63:13,17 65:15 66:8
70:21 71:7 72:6 73:9
**knowing** 17:16 61:12 64:20
83:16,21,22 84:15
**knowingly** 7:19 36:19 38:6
81:16,18,22 82:6 83:24 84:13
84:22 85:21 86:3 87:4 88:6
**knowledge** 79:8 84:8 88:3
**knows** 51:18 58:25 61:12 63:20
71:11,12

**L**

**lack** 81:6
**ladies** 16:10 18:9 36:3 43:25
44:13 46:11 47:7 48:1 50:18
51:7,19 52:3 53:7,16 54:6,10
55:6,11 67:21 68:21 69:21
70:15,19 71:1 72:12,19 73:22
74:4 77:4 91:2 96:23
**lady** 28:21
**laid** 36:17,25 37:13
**land** 37:16 93:11,20,21,21,23
95:1,12,15,25
**landed** 65:7
**language** 6:25 7:21 8:6 38:4
43:10 75:3
**lapse** 80:20
**late** 31:9 72:4 96:23
**law** 7:14 9:17 11:10,25 12:5,7,10
12:19 15:11,20,24 16:16,22
17:2 31:12 49:22 63:23 64:1,2
64:4,13 74:20 75:14,25 77:9
77:20,21,23 78:1,1 79:11
81:24 82:13,14,21 84:13,17,24
85:3,18,21 86:15 87:11,20
93:3,6 96:3,5
**lawyers** 44:8 78:24 79:1
**lead** 79:4 85:13
**lead-in** 14:24 15:2 18:3 43:11
**leave** 23:24 24:1 39:1,4 60:10
65:9
**leaves** 36:5 74:6 97:9
**leaving** 58:14
**left** 18:17 19:13 41:25 42:1 52:7
94:18
**left-fielder** 19:1
**legal** 8:14,14 9:25 11:14 12:4
14:9 15:9 94:2
**legally** 11:13

**legitimately** 17:19
**length** 81:13
**lesser** 13:8 14:2,6,13,24 18:2,4
43:4,7,8 75:7 76:20 86:18,23
87:1 91:11,12,16,18
**letting** 62:25
**let's** 17:6,25 18:3,5 22:13 23:8
20:25 34:15 43:22 45:4
48:22 50:3 51:20 55:20 59:11
59:17 60:18 61:25 71:4,6 72:5
72:15 76:19 96:12
**liability** 9:4
**liable** 72:25 73:4
**liar** 20:4 63:17
**liars** 68:18
**license** 71:18
**lie** 20:10 28:8,11,13 31:25 32:2,7
32:12,14,18 33:20,23 53:15,15
56:16 63:18 66:6,24 69:3,4
**lied** 20:5,14 27:19,21 28:3,6
31:19,23 32:6,16 34:1 53:16
53:21,21,25 69:13 70:22,22,23
**lies** 27:20 34:19,24 59:11 63:21
66:10
**light** 40:8
**limping** 52:6
**line** 3:11,11 6:6
**lines** 94:8
**link** 37:11
**listed** 84:20
**listen** 44:9
**little** 23:18 32:15 44:21 45:24
46:3 50:22 54:16 62:9,13
69:18
**living** 63:14
**lo** 45:10
**load** 51:21 61:1
**loaded** 23:12 59:23
**loading** 60:24
**loads** 56:3
**lobster** 45:20
**long** 18:23 19:1,2 28:19 37:15
70:18 71:10
**longer** 16:18 39:17
**look** 13:17 16:12,13 26:10 41:16
45:25 48:1 50:18 53:5,7 54:7
62:16 63:7 68:24 70:10 71:4,6
96:11
**looked** 94:13
**looking** 25:20 45:8 63:16 66:1
**looks** 43:13,15
**Lopez** 21:25 22:2 24:13,15,17,19
29:4 32:10 34:4,13 45:6,13,16
46:16,24 47:2,5,18 48:19,22
48:23,23 49:13,19 50:11,11
52:16 53:15 55:21,23,23 56:2
56:2,7,16 57:9 59:14,23 61:3
61:14 63:9,12,15 65:9 66:16
69:3,11,19,19 71:5,18
**lose** 27:25
**lot** 21:17 45:10 66:21 68:19
**lots** 67:18,19
**Lower** 60:16
**lowered** 30:21
**lowers** 56:1
**Lucaya** 21:9,11,13,15,17,23
**Lucayan** 21:6 61:4,5,9
**lunch** 13:18
**lying** 20:8 34:17 56:12

**M**

**M** 1:11
**making** 9:11 31:12 37:16 42:18
71:15 76:7 79:18 83:7
**male** 28:24 31:4
**males** 33:16
**man** 28:11 67:3,3,5,8,9

**manner** 83:13
**man's** 68:6
**marina** 9:2 21:9,11,13,15,17,23
22:14,16,19 23:9 35:9 45:9
48:17,18,21 49:19,20 50:4,10
50:22 53:8,9 55:3 56:1 60:11
60:14 61:4,5,6,10,15 63:2 65:3
65:6 70:2,3
**Marine** 86:14
**Mark** 46:18 62:15
**marked** 3:10 26:7,20
**Marshal** 89:18
**MARTIN** 1:18
martinblaw@aol.com 1:20
**Martinez** 32:9 33:21 58:9,9
**massive** 61:6 66:10
**matter** 8:15 38:12 48:14 63:23
88:14 96:11 98:3
**ma'am** 5:13 7:24
**mean** 11:8 19:3 62:16,17,23
79:14 80:15 94:19 95:22
**means** 82:7,11 85:9,12,15 86:12
96:16
**MEDINA** 1:21 98:5
**meet** 33:13
**meeting** 29:8,11,14,25 30:4,6,19
32:15 33:16 48:18 49:13
**meetings** 49:14 57:3
**member** 82:22,23
**members** 12:24 77:8 83:1,2,3,22
88:8,23 89:8
**memory** 80:2,20 81:4,9
**mens** 17:17,20,21
**mention** 51:24
**mentioned** 32:2 67:12
**mentioning** 61:22
**mere** 84:3,4 88:2
**merely** 88:6 89:3
**Mesa** 58:3
**meshing** 61:18
**mess** 58:9,11
**message** 89:17,22
**met** 28:8,11 31:4 33:9 51:14,25
58:9 67:5,15 70:23
**Miami** 1:2,6,16,19,23,24 17:3
22:8 31:5,9 45:5 46:8 59:15
86:14 93:4 98:6,7
**Miami-Dade** 86:12
**microphone** 65:4
**midday** 53:12
**middle** 6:6 70:3
**midnight** 66:17
**miles** 28:12
**mind** 80:14 89:1 94:18
**Mine** 35:11
**minimum** 93:6
**minor** 42:2
**minute** 45:7 62:21 66:9
**minutes** 10:4 31:23 41:22 43:18
43:19 62:22
**Miranda** 3:3 18:11 45:6,13,16
46:23 47:3,17 48:22 49:18
50:21 52:16,23 53:15 56:8,18
57:10,11 61:9 63:9,15 65:9
66:18 69:8,11
**Miranda's** 46:16 48:20 71:5
**Mirandized** 47:14
**missing** 9:18 92:10
**mission** 57:5 58:5
**missions** 58:16
**misstatement** 80:19
**mistake** 80:15 82:8
**mode** 56:23
**moment** 19:21
**money** 21:24 47:18,19 50:2,2,3
53:2 59:21 60:5
**month** 19:4 29:7
**months** 57:20 66:11 70:7

moot 40:1
morning 5:1,2 10:13 18:15,16
  34:7 48:3,7,9,17 51:24 66:20
  70:4 72:4 96:12,25 97:4,7
motion 36:23 41:14,19 74:8,16
  74:23
motions 74:10
motive 85:14
motorboat 17:3
mouths 59:2
move 26:17 36:9,16 65:10
moved 39:2
moving 18:1 65:23
mutual 83:13

**N**

name 44:14 71:18 72:9,10 92:15
named 28:17 81:19,22 83:1
  84:23
national 85:5,6
Nationality 93:15 94:3
nationals 19:7,17 45:22 46:5
  49:1,1 52:11 54:13
natural 85:4
naturalized 85:5
naturally 61:4 80:17
navigate 49:5
NE 1:15
near 82:5
nearby 50:22
necessarily 74:21 80:15
necessary 77:13 78:9 82:25
  83:8 87:24 94:10
need 17:3,4 18:1 38:15 40:21
  42:16 48:11 49:5,6 50:7,23,23
  52:15,15 54:5 65:4,21 75:6
  80:19 92:8,14
needed 8:23 29:15,19 59:16 66:9
needs 37:20 42:8 60:6 75:8
  92:10
negative 39:7,10
neither 25:19 27:2 41:18 65:15
  81:7
never 12:6 16:10 21:7 32:22
  36:13 69:22 88:12,19
new 50:17,17
nickname 72:13
night 70:4 72:4
nondesignated 16:21 17:10
  54:25
nonport 9:1 73:6
normal 24:21 47:11 50:8
normally 17:1
North 1:23 45:5 98:6
note 66:16 75:25 81:25 89:18
notes 44:7 80:24 81:2,2,5,7,8
notice 92:15
NOVEMBER 1:7
number 5:9 7:9 43:8 47:3,5
  70:15,16,19 72:8 79:19 91:9
numbers 46:25 63:8
numerical 89:24

**O**

oath 18:10 73:13
object 7:4,10 14:4 75:12 83:18
objection 5:14,15,21,22 14:10
  15:5 29:16
objections 74:10 76:20
objective 34:19
objects 11:20
obligated 15:21,22 16:4
obligation 8:14 9:5 11:4,5,14
  15:10,12,13 16:22 55:17
observe 80:3
occasion 83:24
occasions 47:25 53:25

occur 18:25
occurred 32:4 49:13 52:8 69:17
  75:18
occurring 48:6
October 57:17
offense 12:11,13 14:25 72:22
  82:16,24 83:6 86:18,23 87:1
  91:11,13,14
offenses 5:25 9:13 11:12 43:8
  72:20,21 74:2 81:12,24 82:1,3
  82:4 86:19 88:11
offered 21:1 28:9
office 11:15 22:8
officer 8:13,24 12:1 13:22 20:24
  23:13 38:22 39:2 40:15,16,25
  41:8 45:4,5,15,19 46:4,12,18
  46:19 48:18 51:16 53:11,13
  54:9,10,12 55:1,2,4 65:1,8,12
  65:18 75:16 86:9 92:2 96:19
officers 9:9,19 11:25 20:19,22
  28:13 29:11,22 30:9 33:10
  56:8,20 60:10,25 65:23 66:7
  70:23 71:2,5 75:15
official 1:22 9:21 38:7 85:22 86:5
  87:5 98:6
officials 9:4,6
offshore 49:6,7,9
oh 6:16 10:15,18 11:22 23:7
  57:10,11 61:16
okay 6:16 13:2 14:12 21:10 23:1
  25:12 28:5 29:6,24 32:19,25
  33:12,15,25 34:12,21 57:18
  61:24 62:25 63:2 75:1
old 33:14
omissions 90:2
once 20:5 27:21 31:23 49:19
  52:16 58:16 59:24 97:7
one's 87:12
open 3:22 91:1
opening 68:20
opens 45:20
operations 73:21
opinion 89:1
opportunity 8:12,22,23 9:3,10
  9:13,20 10:22 11:2,4,7 12:7
  15:7,11,14 16:5,10,23 24:17
  65:19 73:10 76:1,2 80:3 81:1
opposite 38:12
orally 89:21
order 8:24 82:24
orders 47:21,24 53:3 54:2
ordinarily 87:12
organizers 58:5
outcome 80:1
outside 41:23 50:7
overboard 52:19,20 60:2 62:11
overnight 51:11,18 71:14,24
overrule 42:25
overt 6:25 7:1 83:8
overturned 95:9
owes 85:8
owner 35:22

**P**

Pacheco 91:24 92:6
packed 45:23
page 3:2,11,11,15,20 5:10,12,18
  5:23 6:19 7:7,18 8:1,4 12:24
  14:19 26:11 43:9 86:10
pages 91:4
paid 49:17 68:12
paperwork 55:22
paragraph 5:20,23 6:3,4,9,10
  12:25
parking 45:10,11
parks 45:10
part 49:10 50:24 68:11 76:14,15

79:19 83:20 84:2 86:14 90:10
  95:7,10
participant 88:6
participate 84:1 88:1 91:23
particular 10:20 14:14 39:11
  79:20,25
particularly 53:12
parties 36:11 44:11
partner 82:23
partnership 82:22
parts 72:20
party 37:5
pass 89:17
passports 52:12
Patrol 35:14 37:20,22 38:18
  39:13 40:11 46:4 64:3 72:18
pattern 51:10 43:9
pay 21:1 28:9 33:17 54:21 68:13
payment 71:22
pending 93:5
people 8:20 18:18 28:10 31:5
  33:17 34:7 37:5,9,17,23 38:22
  40:20 41:1 45:18 48:6 49:25
  51:5,13,18,24,25 53:1,14,22
  56:11 58:12 62:1,7 63:10 64:7
  65:2,6,12 66:6,13 67:3 69:17
  71:7 72:6,18 80:17 82:25 93:3
  93:8,11 95:12
Perez 31:6 8:16 38:25
perfect 70:6,8
permanent 85:8
permission 81:23
permitted 80:24
permutations 96:1
person 15:15 21:1 28:10 56:5
  72:14 83:20 84:7,23,25 85:4,7
  87:12,14,15,19,19,21
personal 80:1
personally 87:10,22
persons 83:12 84:4 85:17 87:15
person's 85:2
perspective 44:11
perspectives 52:10
persuaded 10:5 11:16
persuasion 85:14
phase 91:23
phone 22:18 35:10,12,14 46:22
  46:24,25 47:5,6,6,8,9,9,10,10
  47:10,11 48:1,2,3,4,16 49:5,9
  49:10 51:22 53:5,5,6,6 54:9
  62:15,17,24,24 63:1 68:14
  70:10,14,14 72:5,8 73:5,18
phones 49:7 53:6 72:7
phrase 12:17,18 15:2
physical 93:13 94:2
physically 15:25 93:17
pick 21:8 34:6,9 45:12,17 48:25
  49:25 52:11,14 53:9 66:17,19
picked 21:13
picking 19:14 49:1 51:24 66:22
  70:5
pickup 52:23
picture 45:24 50:9 52:18 62:10
pictures 46:7
pier 50:20 93:22 94:25 95:2,2,7
  95:11
piers 93:20
place 22:6 39:25 42:25 57:24
  63:14
placed 65:19
places 69:9
Plaintiff 1:5
plan 60:7 67:19 83:10,14,17,23
  83:24
planned 83:3
plastic 59:18,21 60:3
played 84:2
plea 26:10,15 63:7,9

plead 57:18
please 5:1 13:23 18:5,8 36:4
  39:21 42:11 43:22,24 44:9
  57:13 76:19 77:1,3 89:17,25
  96:22
pled 31:13
pocket 53:2
point 8:10,15 9:6 12:2 16:8,17
  17:1,15 22:20 23:19,24 29:20
  30:11 35:17 39:16 46:2 56:12
  56:23 64:24 65:7,11,14 68:25
  69:15
pointblank 61:10
pointed 69:2
police 8:25 9:9,19 20:19,22,24
  23:13 27:21 28:3,8,13 29:11
  29:22 30:8,22 32:6 33:10
  35:22 45:6 50:25 56:8,20
  60:10,25 62:4,4 66:6
policy 93:7,19,23
Pool 92:7
port 14:19 16:19,21 17:1,2,3,10
  17:11 37:10,17 38:2,16,23
  54:25 55:3 65:1,18 75:17 86:9
  86:11
portion 41:12
posed 94:16
position 8:13 9:25 10:17 13:25
  15:8 74:14 93:2 95:6
possible 27:12 70:5 78:10 89:19
possibly 61:8 71:14
post-Miranda 47:14 51:14 53:14
pour 61:14
precedence 81:5
preclude 9:11,19
precluded 9:9,14
prejudice 77:19
prejudices 73:15
premised 93:8
prepared 13:11 60:24 89:11
presence 84:3 88:2
present 8:2,12,22,24 9:3,5,10,21
  11:25 12:10 13:9,10 15:7 16:7
  18:21 19:18 29:1,11 38:1 44:5
  49:16 55:1,4 64:25 65:17
  73:10 74:21 75:16 76:12 86:8
presented 9:16 10:7 16:10 40:13
  44:1 73:16 77:17 96:8
presenting 10:21
presentment 41:2,7
preside 89:9
pressuring 42:20
presumed 77:25
presuming 38:2
pretrial 74:10
pretty 58:22
prevail 85:14
prevent 15:15
prevented 16:1,16
prima 36:17
prior 27:6 37:15 38:7 39:12 41:6
  47:5 64:21 72:7,9 81:23 85:22
  86:5 87:5 92:16
prison 56:25 57:13 58:14 66:13
  66:13
Privilege 29:16
probably 10:14
problem 14:24 58:3,4,6
proceed 17:25 40:3 86:22
proceedings 1:10 3:22 90:1 91:1
  93:5 98:3
produce 78:2
professional 69:12
progression 59:13
prolonged 68:2
promise 67:2 73:12
promised 25:9 67:9
promptly 17:11 89:19

**proof** 78:8,11,15,16 79:9 84:7 87:1
**proper** 39:25
**propose** 94:5,5,7
**proposed** 13:25 16:7 18:2 20:25 43:12 75:3
**prosecute** 37:11
**prosecutors** 61:22
**Protection** 46:20
**prove** 6:25 7:22 17:16,20,22 40:5 55:14 72:14 78:2 79:10 80:9 82:2,25 83:8
**proved** 40:4,23 44:18 45:1 54:14 77:13 78:10,19 84:19 85:24 87:10
**proven** 37:4 67:8,8,10
**proves** 68:6 82:4
**provide** 9:2,10 76:2 95:18 96:2,3
**provided** 67:4
**providing** 37:11
**province** 11:11
**proving** 78:5
**provision** 15:14,16
**provisions** 12:16
**pull** 23:15 67:7
**pulled** 23:19 45:14
**pulling** 22:13 23:8
**pulls** 50:21
**punch** 72:8
**punishment** 88:12,14
**purchase** 49:10
**purpose** 82:13,22 83:17,23 84:9
**purposely** 82:12
**purposes** 93:21
**put** 21:22 39:17 41:1 43:6 50:12 50:20,20 52:16 59:19 61:23 62:7 65:23 66:11,13,13 68:9 69:20,23,25 71:5 72:13 73:3 73:13 92:16
**puts** 58:14
**p.m** 13:20 19:6 92:1,21

**Q**

**question** 9:17 11:8 23:18 34:15 37:22 47:22 53:23 56:11 58:24 59:4 61:10 75:2 88:12 89:17 89:23 91:4,7,8,15 92:22,25 94:6,18,21 95:13,17 96:9 97:2
**questioned** 56:8 57:6 62:3
**questioning** 59:11
**questions** 30:17,17 69:13 79:23 80:5 91:18 94:16
**quickly** 45:15,17 53:9

**R**

**R** 1:14 98:1
**raise** 42:5 85:10
**raised** 68:16
**ramp** 23:10 40:18 45:17 46:8,14
**rat** 63:21
**rea** 17:17,20,21
**reach** 79:4 88:16,21 91:8,12
**reached** 89:13
**reaching** 28:12
**read** 6:7 7:3 10:2 11:22 27:1,3 41:12,18 43:10 65:25 72:22,22 72:24 75:11 77:5,6 81:12 90:10
**reading** 8:3 13:14
**ready** 45:12
**real** 25:7 78:13 89:4
**realized** 54:5
**realizes** 45:8
**really** 59:17,17 61:17 62:23 67:22 96:9
**REALTIME** 1:26 2:25
**reason** 9:17 25:5,7 56:17 60:6

**66:6** 71:25 73:23 78:13 79:4 79:25 95:5
**reasonable** 12:21 17:22 44:18 54:19 55:15 66:4 67:11,12 77:13 78:6,11,13,15,19 82:4 83:12 84:21 85:25 87:2 88:5
**reasonably** 82:5
**reasoning** 85:14
**rebuttal** 43:10
**recall** 95:4
**received** 9:10 10:3 26:22 38:7 64:21 70:15 72:1 85:22 86:4 87:5
**recess** 13:20 36:4 74:5 76:25 92:21
**reckless** 17:17 38:6 64:20 84:15 85:1,15 86:4 87:4
**recognizes** 87:12
**recollection** 41:11,17 69:22 78:25 81:6
**recollections** 94:15
**record** 10:19 41:12,19 62:17 78:24
**records** 46:21,21,22 53:5 54:9 62:15,21,23 68:14 70:10 71:20 73:19
**recruited** 67:3
**red** 62:9 67:23,24 68:1 69:18
**Redirect** 3:6 35:5,6
**reduce** 57:25
**reduced** 25:13 57:2 59:1,7 63:19
**reduction** 25:8,9,10,20 27:13 31:16 58:6 62:7 63:11,22
**reexamine** 89:1
**refer** 91:5
**reference** 20:14 81:14
**referred** 46:21
**refuel** 52:15 59:16
**refueled** 53:4
**regard** 5:3 86:19 89:22
**regarding** 5:18
**regardless** 38:8 64:22 86:6 87:7
**registration** 46:13
**Regulations** 86:14
**rejoin** 92:11
**release** 24:3 35:2 92:2
**released** 93:4
**rely** 73:13,14,15 78:17
**remain** 38:9 42:15 46:1 64:23 86:7 87:7 91:20,24
**remained** 52:18
**remember** 22:14 28:20 45:14 70:13 78:24 80:17 89:4
**remembers** 80:16
**renew** 15:5 36:23 74:10
**renews** 74:7
**repairs** 58:10
**repatriated** 95:2,6
**Repeat** 30:15
**rephrase** 7:9
**replaced** 7:20
**report** 17:4
**REPORTED** 1:20
**reporter** 1:22 41:17 98:6
**Reporter's** 3:7
**represent** 58:7
**represented** 31:3
**request** 5:8 9:8 26:17 96:24
**requests** 7:2 90:11
**require** 6:24 15:1 78:1
**required** 9:2 11:1 37:8,16 40:22 78:10
**requirement** 13:9,10
**requirements** 15:19
**requires** 7:1 12:5,13,20 37:25 63:24
**rescued** 17:19
**research** 96:11

**reserve** 74:17
**reside** 81:17,20 84:14
**residence** 84:16
**resolve** 96:10
**resort** 21:6
**respect** 10:10 13:25 39:21,23 41:10 76:18 94:16
**respective** 6:7,8,16 81:19,22
**respond** 9:1,11 89:19
**response** 39:20 61:5,7,8 93:10 97:3
**responsible** 39:6 65:24 87:21,24
**rest** 91:25
**rests** 36:2 44:2,4
**Resume** 3:22
**RESUMED** 18:11
**retires** 92:5
**return** 55:17 73:25 88:17 89:15 92:3 96:13,25 97:4
**returned** 89:20
**returns** 18:7 43:23 77:2 96:21
**review** 55:6
**revised** 74:12
**revisions** 74:13 75:7
**rid** 52:21
**ridiculous** 60:12,23 61:2,2
**right** 5:6,14 6:2,10 7:23 8:8 12:12,24 13:1,6,15 22:5 25:23 27:14,20 30:24 39:5 41:25 42:15 43:16 56:13 60:7 66:5 66:18 70:7 74:8 75:9 92:20 95:8 97:10
**rights** 37:18 41:5
**ring** 68:23
**River** 22:8
**Roberto** 91:24
**rods** 51:3,3
**Rolando** 58:3 61:21
**Rolando's** 18:18,24
**Rolle** 91:23 92:6
**room** 30:9 33:5,7 45:25 77:10 88:16 89:7,12
**rooms** 33:9
**Rose** 37:21 40:11,17,25 41:13 46:4 54:12 55:2 65:2 73:6
**Rose's** 41:9
**rule** 27:8,10,11,14 39:24 63:12 63:16,18 75:12
**rules** 77:9
**ruling** 74:17
**run** 51:12 58:16 60:13,18,25 62:13
**Russ** 44:14
russell.brown2@usdoj.gov 1:17

**S**

**Salbaje** 72:11
**Samples** 46:12,18 51:16 62:15
**Samples's** 54:9
**sardines** 45:23
**sat** 57:11 66:10
**satellite** 47:9,9,9 48:1 49:5,9,9 51:22 53:5 54:9 62:17,22,24 72:5
**satisfied** 38:11
**saw** 32:21 45:6 50:16 51:3 53:17 69:8,20,23
**saying** 8:21 9:14 11:9 12:19 15:23 17:12 32:16 57:10,11,25 58:18 62:12 79:13 94:20
**says** 5:24 6:6 16:15 38:19 55:14 69:19 70:10,22
**scene** 9:9 46:2 68:9 84:3 88:2
**scent** 68:2
**scheme** 83:1,4,7,21
**score** 52:5

**sea** 17:20 20:23
**season** 45:20
**seat** 66:5
**seated** 5:1 13:23 18:8 42:11 43:24 77:3 96:22
**second** 27:25 37:19 62:17 64:19 76:4,8,14 83:16 86:3 87:4
**Secondly** 38:21
**seconds** 48:5,5 70:11,15,17,17 70:18
**secret** 88:19
**section** 64:4 65:25 92:7
**Security** 13:22 92:2 96:19
**see** 8:23 11:21,22 18:3 24:20 45:13 46:7 51:11,22 52:10 53:5,19 55:24 59:13,17 60:15 62:16 63:25 90:4,5 91:9,11 97:8,10
**seek** 63:10 89:5
**seen** 19:7 21:15 24:18 32:22 50:9 60:17 74:20
**sees** 65:20
**seized** 15:19
**select** 89:7
**selected** 91:21
**self** 87:13
**sell** 21:20 55:21 71:19,23
**selling** 47:16 49:8 51:8,10
**send** 41:2 60:8 89:23
**sending** 49:24
**sense** 51:18 60:6,6,7 61:8 62:12 68:23 69:25 70:4 71:25 73:23 78:14 79:4 96:9
**sentence** 6:4,5,6,13 18:3 25:8,9 25:10,13,16,21 27:12 31:16 57:1,2 58:1,6,13,14 59:1,7 62:7 63:11,19 76:4,5,8
**sentencing** 27:11 57:18
**separate** 5:25 55:18 81:12 82:16 84:12 86:16 94:4
**separately** 84:20 91:5
**September** 29:8 56:21,22 57:8,8 57:17,19
**sequence** 16:12
**serious** 86:17
**serve** 35:3 43:11 63:24,24 91:21
**serving** 63:22
**set** 77:5
**sets** 77:7
**seven** 5:25
**share** 13:5
**she'll** 64:2
**short** 13:20 76:25 92:21
**shot** 64:17
**show** 70:11,11 71:9,10 72:14 76:24 83:11
**showed** 65:2,6
**showing** 26:7
**shown** 36:11,14 37:4 54:19
**shows** 73:17
**side** 23:22 33:9 39:4 43:21 65:10
**sidebar** 3:19,21 74:10 90:1
**sign** 89:14
**signature** 26:13
**signed** 31:20
**significance** 80:21
**signing** 27:6
**silent** 42:15
**similar** 8:18
**simple** 80:14
**simply** 16:8 80:20
**single** 77:22
**sir** 18:15 21:2 23:14 35:9
**sit** 30:14 58:18 59:3
**sitting** 10:14 25:5 52:4,7 53:18 57:9,13 60:19
**six** 61:15
**skip** 91:16

**Smith** 28:17,22
**smuggle** 67:3
**smuggled** 69:17
**smugglers** 67:5
**smuggling** 9:2 31:13 57:5 67:5
  72:2 73:21
**snitch** 63:21
**sold** 71:16
**soldier** 50:5
**soldiers** 47:21,24 54:2
**solely** 89:3
**solution** 96:7
**somebody** 15:23 17:19,20 27:3
  29:25 47:12 48:7 49:6,8 58:1
  58:15,16 60:20
**someone's** 72:13
**somewhat** 76:6
**soon** 16:20
**sooner** 66:14
**sorry** 6:15 21:11 40:7 41:21
  43:14 65:5
**sort** 18:3 76:12
**SOUTHERN** 1:1
**Spanish** 27:4
**speak** 26:24 67:18 89:9
**speaker** 4:1
**special** 5:9 10:10 11:18 43:7
**specific** 61:18 64:2 77:13 82:12
  88:11
**specifically** 15:19 37:3 63:9
**spectator** 88:7
**speculate** 67:21
**spelled** 68:14
**spelling** 92:17
**spill** 57:4
**spoke** 24:21 69:8 70:11,21 71:9
  71:10
**spots** 52:4
**spotted** 74:20
**square** 39:10
**stand** 32:5 37:21 40:12 42:25
  43:1 45:5 46:17,25 47:4 54:12
  62:16
**standing** 84:6
**start** 5:7 6:12,14 13:18 43:5 54:5
  57:1,22 66:12 70:3 95:21
**started** 68:18
**stated** 31:7 59:14 73:19
**statement** 5:19 9:22 11:9 47:14
  51:14 60:21
**statements** 31:12 53:14 56:19
  92:7
**States** 1:1,4,11,22,23 3:16 7:5
  7:11 8:16 28:10 33:18 37:24
  38:1,5,8,9 40:12,19,21,24 41:4
  44:14,24 45:3 49:2 50:1 54:15
  54:19,24 64:16,17,22,23 81:7
  81:20,23 82:15,19,20 83:19
  84:12,15,24 85:2,5,6,7,8,18,22
  86:2,6,7 87:3,6,8 93:1,6,9,14
  93:18 94:2 95:7,10 98:6
**statute** 6:24 7:14,15,22 10:20
  11:14,14 13:10 36:24 37:25
  41:6 72:17,22,23 95:18,20
  96:2,3,17
**statutory** 7:21 8:6 95:18
**staying** 34:21
**Ste** 1:19,23
**step** 23:21 39:3 65:10 95:24
**steps** 16:18
**Steve** 40:11 46:4 65:2
**Steven** 37:21
**stipulate** 26:19
**stood** 67:14
**stop** 65:23 68:5 96:24
**stopped** 17:7 50:24 51:3
**store** 60:18 61:1
**stories** 52:9 54:1 57:22 58:21

**61:**18,19 66:21 69:15,16
**story** 21:3 34:5,14,17 47:20,22
  50:24,25 51:2,5,20 54:3 59:9
  59:17,18 60:23 62:8 66:11
  67:19 69:24 70:6,25,25 71:1,3
  71:4
**straight** 66:21
**strange** 70:8
**street** 1:15,19 22:5 24:12 56:14
  57:9 66:10
**streets** 66:14
**strict** 78:9
**strongly** 42:24
**struck** 7:6
**stuffed** 45:22
**submit** 47:12 49:10 69:5,21 70:5
  70:19 72:9 75:3
**submits** 46:9
**subpoenaed** 46:21
**Subsequently** 95:9
**succeeded** 83:9
**sufficient** 82:3 83:25 88:3
**suggest** 76:4 79:23 96:10
**Suite** 98:6
**summary** 6:15 81:15
**superseding** 92:18,20
**supplies** 51:21
**supposed** 34:6,9 49:20 66:17,19
**supposedly** 48:8,8
**sure** 13:4 20:17 34:6,9 56:17
  60:9,17,25 63:15
**surely** 63:15,15
**suspect** 9:2
**suspiciously** 45:8
**Sustained** 29:17
**SW** 1:19
**sworn** 42:7
**sympathy** 73:14 77:18
**system** 61:25,25

**T**

**T** 98:1,1
**TABLE** 3:1
**tags** 50:17,18
**take** 9:24 13:18 15:15 16:12,12
  16:18,19,25 31:5 36:3 37:8,16
  38:15,22 40:14 41:22 42:24
  44:6 48:7,9,14 51:10,11,17
  53:7 54:7 55:23 58:12,15,16
  59:25 62:16 63:7 65:21 69:18
  71:22 74:4 80:24 89:12 96:11
**taken** 22:4,22 25:24 81:1
**takes** 11:10 13:10 56:1,3,3
**talk** 24:17,20,21,23 30:22,24
  31:1 45:7 48:22 51:16 57:14
  57:15 72:2,15,16
**talked** 20:19 24:18 57:11 61:18
  93:15
**talking** 48:6 53:18 56:18 67:20
**tank** 50:8 62:9,13
**tanks** 52:21 61:14
**taxi** 41:2
**telephone** 3:25 46:21
**tell** 12:18 25:2,4 26:13 27:11
  29:15,19,22 31:8,18 35:15
  44:16,17 47:22 50:25 51:5
  52:9 57:4 63:21 70:24 71:1
  79:25 89:23 96:13
**telling** 18:17 25:6 34:17,18,19,24
  54:5 64:11 79:24 80:16
**tells** 27:19
**temporary** 50:18
**tend** 80:17
**tending** 79:10 80:9
**term** 27:8 68:19 78:22 82:6,10
  85:5
**terminology** 41:13 45:23

**terms** 94:21
**territorial** 40:19 95:23
**test** 51:11 55:24 71:24
**testified** 32:1 68:8,11,18 80:4,9
**testifies** 5:17,20
**testify** 25:6 27:11 34:14 42:13
  42:18 78:3
**testifying** 79:20
**testimony** 9:15 16:9 23:4,6
  38:24 40:14,16,24 41:10 42:13
  43:1,25 44:20 46:15,16 47:17
  48:12,19,20 54:8,9,10 55:2
  64:3 68:22 70:22 71:5 73:17
  73:24 74:1,18 77:17 78:23
  79:7,16 80:6,6,13 81:10 94:14
  96:8
**testing** 48:8
**Thank** 6:17 18:6 35:24 55:10
  66:25 74:3 92:12 97:12
**Thanks** 97:11
**theory** 12:14,15 75:4,13 76:10
  76:11
**thing** 26:3 27:15 29:23 32:1,17
  56:7 58:17 60:12 71:13
**things** 24:21 38:17 68:16,17
  69:3,14 80:4,17,18
**think** 5:16,25 6:17 10:18 18:17
  24:4 45:23 48:4 59:9 60:20
  89:3 90:8 93:25 94:1 95:16
**third** 7:3,25 25:16 36:22 38:11
  38:13,14 64:24 83:18 84:25
  86:7
**THOMAS** 1:14
**thoroughly** 58:19
**thought** 53:1
**three** 36:8 46:1,25
**threw** 52:19
**throw** 60:1 67:22,25 68:1
**thrown** 62:11
**Thursday** 32:21
**tie** 10:5
**tied** 93:22
**ties** 66:4
**time** 3:24 5:24 19:3,4 20:6 21:14
  29:3 31:18 34:6,9 35:3 36:1
  41:15 43:17 44:5,16 47:12
  49:3 58:2,18 62:3 66:22 67:18
  67:19 69:14 70:23,23 71:6
  80:11 81:2,2,11 89:17,24
  96:14,24
**timeline** 16:13 48:18
**times** 71:11
**title** 5:8 6:23 46:13 82:15,18
  86:13
**today** 25:5 32:23 44:25 46:11
  58:24,25 96:10
**token** 15:23
**told** 20:22,24 28:8,13 29:15,23
  29:23 31:3,21,23 32:3,9 33:16
  33:17,21 34:24 46:1,25 48:24
  48:24,25 49:13 52:13,21,24
  53:3,15,23 54:4,20 56:24
  57:18 62:4 66:6 68:8 70:24,25
  71:2 73:13
**toll** 46:22 54:9
**tolls** 71:9,10
**tomorrow** 92:3,10 96:12,25 97:7
**tools** 67:4
**top** 7:18
**TOTAL** 1:26 2:25
**totally** 56:4
**touched** 93:11
**track** 67:22
**tracks** 7:1
**trailer** 23:10,12 45:12 50:16 67:6
**transaction** 84:3
**transcript** 1:10 41:15
**transcription** 1:26 2:25 98:3

**translate** 27:4
**translation** 42:10
**transpired** 48:24 52:7
**transportation** 18:24 86:12
**transporting** 18:18 19:17
**trial** 1:10 13:18 17:25 36:21
  42:12 67:22 68:19 74:8 77:17
  80:13,25 88:10 94:10
**trigger** 58:23
**trip** 32:8 48:8 51:4
**trouble** 48:12
**truck** 23:9,13,15,19 24:1 38:21
  39:3 45:12,14 46:23 47:10
  48:3 50:11,14,15,15,17,19,21
  53:9 65:8 67:6
**true** 51:2 62:12 68:23 79:15
**truth** 25:2,4,6 27:12,19 29:15,19
  31:18,21 32:3 34:18,24 53:24
  54:5 59:8 62:5 70:24 79:24,25
  80:16 89:6
**truthfully** 59:4
**try** 8:10 23:18 64:17 70:1 83:13
**trying** 45:16 47:13 64:12 70:7
**turn** 15:16,23 68:1
**Turning** 86:10
**twice** 32:1,17 34:1
**two** 7:3 20:25 21:1 22:1 31:13
  33:16 36:11 38:10,14,17 44:15
  45:6 46:15 51:20 57:20 58:4,7
  64:7 66:6,10 67:3,16 68:10,18
  68:24,24 69:6 83:12 84:25
  86:16 91:20
**type** 10:13 40:14 41:2 83:2

**U**

**unanimous** 88:17 89:13 91:8
**unbeknownst** 56:4 63:6
**unboarded** 65:13
**uncovered** 74:22
**understand** 31:22 42:23 43:2
  44:10 53:22 66:2 69:5 80:5
**understanding** 83:13,23
**understood** 29:19
**unduly** 81:7
**unimportant** 80:23
**Unit** 86:14
**United** 1:1,4,11,22,23 3:16 7:5
  7:11 8:16 28:10 33:18 37:24
  37:25 38:5,8,9 40:12,19,21,24
  41:4 44:14,24 45:3 49:2 50:1
  54:14,18,24 64:16,17,21,23
  81:17,20,23 82:15,19,20 83:19
  84:12,15,24 85:2,5,6,7,8,18,22
  86:2,5,7 87:3,6,8 93:1,6,8,14
  93:18 94:2 95:7,10 98:6
**unlawful** 83:10,14,16,21,23
**urge** 39:24 40:3
**USC** 5:9
**use** 35:12 36:21 65:4 71:14
  73:23 81:3 94:16 95:19
**U.S** 1:15 29:9 40:19 85:20 86:24

**V**

**various** 94:21 95:21,25 96:1,6
**verdict** 40:2 41:16 55:17 73:25
  74:13 75:8,23 76:20 88:16,18
  88:19 89:11,12,14 91:2,3
**versus** 3:16 8:16 17:20 94:2
**vessel** 36:21 55:21,24,24 56:1,3
  56:4 58:10,10 59:24 62:10
  65:7,13,13
**violated** 10:20 16:23
**violating** 16:16 17:2
**violation** 12:8 15:24 16:21 37:18
  82:18 84:17,24 85:3,18,20
  86:24
**violations** 84:12

visiting 33:5,7
voluntarily 30:2 31:3 42:18 82:8
  82:12
vs 1:7

### W

wait 13:24 97:6
waiting 22:16
waking 48:6
walked 67:13
want 7:9 12:17,23 13:4 14:13
  25:7,10 34:5 43:5,10 58:1 59:4
  59:6,7 60:15 63:24 64:4,9
  69:10 70:3 76:6,13,15 90:10
wanted 21:22 56:17 62:6 69:24
wants 35:2 48:7 67:19 68:4
  69:18 70:5 72:15
wasn't 41:13 49:3 53:11 58:22
  62:5 76:11
water 23:15,19 50:12,20 51:7,8
  56:2 60:17,19,22,24 61:1 67:7
  70:21
waters 40:20 95:23
way 26:3 30:17 35:9 36:11,12,19
  48:2,16 49:9 51:4,4 52:8,15
  53:4 56:16 57:2,15 58:11
  59:25 62:9 63:2,19 74:19,21
  77:18 78:4 83:13 84:8 87:25
  88:13 89:4
ways 24:25 95:25
week 29:7 58:16 71:15
weight 79:11 81:9
Welcome 18:9
went 8:17 21:14,16 30:2 31:20
  32:3,17 46:5 49:14 54:13 57:5
  59:23 61:1 68:7
weren't 28:1 31:8 47:19 72:1
  94:16
Wet 93:6,19
we'll 26:19 36:3 45:7 61:23 73:7
  74:4 76:24 96:13 97:8
we're 46:16 51:23,23 52:5,6,25
  57:23,24 60:8 61:20,20
whips 53:9
wild 59:17,18 72:11
Wilkie 1:22
willful 88:6
willfully 81:16 82:10 83:17,24
  87:17,19,25 88:1
willing 78:17
wish 42:17
wishes 54:22
witness 13:21,24 18:10,11 35:24
  35:25 37:21 39:18 42:14,16,24
  43:1 53:18 62:16 63:12 68:22
  79:16,19,23,24,25 80:1,2,3,4,6
  80:9,11,13,15,15,19 90:6
witnesses 36:14 41:20 42:4
  67:16 68:9,21 69:12 74:19
  78:23 79:19
wonder 67:19
word 54:7 58:23 82:6,10 95:19
words 8:1,5 49:21 81:4 88:17
work 16:6 49:7 97:2
working 17:7 75:5
world 58:18 60:12 61:6
wouldn't 61:3 69:24 70:1,8
write 15:3 89:17
writing 43:5 89:19
wrong 62:2 89:2

### X

XII 36:16 64:10 81:18 84:11,20
XIII 6:5 11:24 14:16 36:22 39:16
  39:21,23 54:25 64:13,18 66:1
  75:13,19 81:21 85:19 86:20
XXIII 6:5 11:24 14:16 36:22

39:16,21,23 54:25 64:13,18
66:1 75:14,19 81:21 85:19
86:20

### Y

yachts 61:5
yeah 57:11 66:23 69:25
year 57:1
years 56:25 57:19 63:23,24
yesterday 18:17 44:25

### $

$10 59:22 60:1
$25,000 47:17,19 51:17 71:16
$5 59:22
$500 71:15
$600 21:1 28:10
$7,000 49:17,17

### 0

08-20266-CR-Altonaga 1:3

### 1

1:00 48:6,9
1:11 42:7
1:14 43:23
10 43:8 45:2,22 49:1 54:13
10th 28:22
10:00 19:5
10:54 48:16
100.4(c)(2) 86:14
103 1:19
11 28:10 33:17 37:5 52:25 54:13
  54:23 56:24 65:2,6,12
11th 8:18,25 10:1 58:15
11/5/08 18:13 19:25 35:7
11:30 53:13
11:44 13:20
12 3:12 26:8,18,20,22 59:18 63:8
12-2 1:23 98:6
12:11 18:7
12:12 18:13
12:15 19:25
12:30 26:22
12:49 35:7
12:50 35:25
12:51 36:5
128th 1:19
12930 1:19
13 59:18 63:8 91:9,9,11,15,16,18
1324 6:23
1324(a)(1)(A)(iv) 82:19 84:13
1324(a)(1)(A)(v)(I) 82:15
1324(a)(2)(A) 13:9 86:25
1324(a)(2)(B)(iii) 13:8 36:24
  38:10 75:20 85:20
14 5:18 33:4 91:12
14th 29:8 56:21 57:8
15 28:12 43:19 48:5 62:17 70:11
  70:15 91:12
15th 24:3
16 47:2
17th 57:17,19
18 3:3,4 5:8
19 3:5

### 2

2 5:9 15:6 17:24
2:12 74:6
2:19 76:25
2:31 77:2
2:54 92:5
2:55 92:13
2:58 92:21
20 3:12 19:5 28:12
2003 5:11
2006 8:17

2007 24:13 29:8 44:25
2008 1:7
2011 24:3 34:22 59:5 61:24
22 3:12
23 5:25 54:17 55:8 81:12 91:9,18
238 70:17
24 55:24
24th 56:22 57:8,17
248 48:5
25th 47:5
26 3:12,12
29 39:24

### 3

3 5:23 7:9 70:17
3rd 47:6
30 31:22 43:18,19
305.251.2302 1:19
305.523.5518 1:24 98:7
305.523.5519 1:24 98:7
305.961.93148 1:16
3128 1:24
33128 98:7
33132 1:16
33186 1:19
35 3:6 27:8,10,11,14 63:12,16,18
371 7:1

### 4

4 1:7 5:23 6:19 7:7
4th 1:15 47:1 49:14
4:58 96:21 97:9
400 1:23 98:6
45 43:21
46 70:16
48 5:10,12

### 5

5 7:18 8:1,4 60:1
5th 37:18 40:25 41:5
5:00 34:7 66:19 92:1
52 43:9
58 47:6,6

### 6

6 12:24 14:19 86:10
6th 20:11 22:23 27:24 49:15

### 7

7 5:9 70:17
7th 18:24 19:10 21:3 22:25 23:8
  25:23 27:23 28:1,2,3 32:6
  35:10 44:24 47:1,15 48:3
  56:19 58:20

### 8

8 3:16 6:23 47:9,10 48:1,16
  82:15,18 84:12 85:20 86:13,24
8th 25:23 28:16,25

### 9

9:00 19:5
9:15 96:13,13,25 97:8,10
90 3:21
91 3:22
97 70:17
98 3:7
99 1:15 70:18