```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    Case 08-20266-CR-Altonaga
```

THE UNITED STATES OF AMERICA,

        Plaintiff,

                              MIAMI, FLORIDA

   vs.

                              NOVEMBER 5, 2008

ABIMAEL CARABALLO,

        Defendant.

_____

```
                    TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                 BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                    UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:

                        JOSEPH H. HUYNH, A.U.S.A.
                        Office of the U.S. Attorney
                        99 NE 4th Street
                        Miami, FL 33132 - 305.961.93148
                        Email: joseph.huynh@usdoj.gov
                        russell.brown2@usdoj.gov

FOR THE DEFENDANT:

                        MARTIN J. BEGUIRISTAIN, ESQ.
                        12930 SW 128th Street, Ste. 103
                        Miami, FL 33186 - 305.251.2302
                        Email: martinblaw@aol.com

REPORTED BY:

                        BARBARA MEDINA,
                        Official United States Court Reporter
                        Wilkie D. Ferguson, Jr.
                        United States Courthouse
                        400 North Miami Avenue, Ste. 12-2
                        Miami, FL   3128 -   305.523.5518
                                 (Fax) 305.523.5519
                        Email: barbmedina@aol.com
       TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

**November 5, 2008**

1          **TABLE OF CONTENTS**
2                                                                 Page
3  Reporter's Certificate ................................... 15
4
5              **INDEX TO EXHIBITS**
6  Exhibits                      Marked for        Received
                                 Identification    in Evidence
7
   Description                   Page    Line      Page    Line
8
9
10                **CITATION INDEX**
11                                                                Page
   Chang versus INS ......................................... 3
12
13
14              **SIDEBAR CONFERENCE INDEX**
15 Descriptions                                                   Page
16              **ADMINISTRATIVE CONVENTIONS:**
17         When counsel does not identify themselves each time they
18 address the Court during a telephone conference, the
19 industry-standard speaker identification is indicated by
20 chevrons, i.e., >>>:
21
22
23
24
25

                     **November 5, 2008**

1          THE COURT:  Please be seated.  Good morning.
2          MR. HUYNH:  Good morning, Your Honor.
3          THE COURT:  I'll hear your suggested responses to the
4  question.
5          MR. HUYNH:  From the Government, Your Honor, we would
6  suggest that the Court give a response to the jury to their
7  question, again, "What constitutes arrival in the United
8     States?" the Government would argue that the Court should
9  say "Arrival occurs when the illegal aliens physically enter or
10       their mode of transportation enters the United States."
11         The reason for that, Your Honor, when we look at it,
12 because of the logic of the case law that has come out, for
13 example, Your Honor, in the case of Chang versus INS, the
14 situation there was a vehicle, an automobile came into the
15 United States, crossed the border at Canada.  The individuals
16 remained in the vehicle, traveled a quarter of a mile.  Then
17 were stopped.
18         Under that analysis, they said that they had entered
19 the United States, were in the United States, even though in
20 this case they never got out of the vehicle.  It's a logical
21 extension of what defense counsel argued yesterday that, you
22 know, they are not in the United States, unless they touched
23 foot doesn't make sense, especially in this case, Your Honor.
24 We had a boat that arrived at the dock.  We had a trailer that
25 backed up and the trailer started bringing the boat onto shore.

1        That's the testimony.  That's the evidence.  If that
2   boat stayed on the trailer and if that truck continued to
3   transport it 100 miles in, under the defendant's suggestion
4   that's still not an arrival into the in United States even
5   though the boat may be within the territorial bounds, clearly
6   within the territorial bounds of the United States.
7        That's why we would argue that under Chang and under
8   the logic of the case that it should be when the aliens arrived
9   onto U.S. soil or their mode of transportation enters the
10  United States.
11       THE COURT:  Thank you.
12       Mr. Beguiristain.
13       MR. BEGUIRISTAIN:  Your Honor, I would suggest the
14  response should be "Arrival in the U.S. is constituted by a
15      person touching dry land of the U.S.  Arrival in the U.S.
16      is not constituted by a person being on U.S. waters," and
17  the Office of Legal Counsel for The Department of Justice,
18  Deputy Assistant Attorney General, wrote to Immigration and
19  explained to them what arrival in the U.S. was using case law
20  and they joined the phrases "arrived, present and entry" when
21  they make their definition, which agent Stephen Rose used the
22  term "entry" or I used the term entry in my question and he
23  said "No, they had not entered."
24       This is one of the statements and I'll pass it up to
25  Your Honor.  "Thus, aliens who are present in or have arrived

in the United States are to be deemed applicants for admission and must be accorded inspection, screening and attendant procedures that will result in either admission, asylum or removal.  That raises the question whether an alien interdicted on a vessel in the internal waters of the United States before he has disembarked on U.S. land shall be deemed present in the United States or to have arrived in the United States," which is the exact question.

"We conclude that the wording of § 235 yields a negative answer to that question."

What they're saying is until the person disembarks, they have not arrived in the United States, which "disembarking," of course, would be touching the land.

It goes on further, and just for a little background on what this is, the Attorney General's Office, of course, is the head of Immigration.  This is the Deputy Attorney General telling the Immigration what an arrival in the United States is.  They're the ones who make this decision.

Now, the reason they did this, I believe, and that they strongly worded it that the person has not arrived until he touches the United States is so that they could execute summary removal proceedings without affording them all the due process as if they were present in the United States.

This case goes on to where they're citing other laws stating -- oh, the background of this opinion also was at first

1  there was a question whether or not the U.S. territorial waters
2  that went out 12 miles was an arrival in the United States
3  under the Immigration laws, which is what we're here on.  We're
4  on criminal law, but it's based on Immigration.  That answer
5  was clearly "No."  The international waters, no, there's not an
6  arrival there.
7            Now they came to the part of "Well, what about the
8  internal waters of the United States, people that are on a
9  vessel coming to the internal waters of the United States."
10           The answer to that, in this opinion, is "No."  They
11 have not arrived in the United States until they have touched
12 the land.
13           Now, an example, a cruise ship that comes in to the
14 Port of Miami, the person is still on the cruise ship.  Until
15 they get off the cruise ship and get on land, they have not
16 arrived in the United States.
17           That's part of what this opinion is all about and the
18 Deputy Attorney General has cited case law in his opinion to
19 substantiate that position.
20           If you like, I could --
21           THE COURT:  Let me share with you a draft answer I've
22 come up with that incorporates both of your remarks.
23           MR. BEGUIRISTAIN:  Your Honor, I would have to request
24 that we add the disembarkment requirement of the opinion of the
25 Deputy Attorney General.

November 5, 2008

1    MR. HUYNH:  The Government would deeply oppose that.
2    I think he is, again, trying to apply an INA
3 classification analysis in a Wet Foot/Dry Foot policy very
4 particular to a unique circumstance inappropriately into a
5 criminal context of 1324.
6    Otherwise, Your Honor, we think that this appears to
7 be accurate.  It could be the question that comes back is "U.S.
8 waters, what is U.S. waters?"  That's open for
9 interpretation, the slippery slope of it, Your Honor, but we do
10 believe this addresses our concerns.  It may give them enough
11 information to make a determination based on the facts in this
12 case.
13    THE COURT:  I think the disembarkment requirement is
14 sort of redundant.  If your mode of transportation remains on
15 U.S. waters and that's where you are, you haven't disembarked.
16 It goes along with that concept.
17    So, understanding your objection, Mr. Beguiristain, I
18 will give this response to the jury.
19    Let me just read it into the record.
20    "In response to your question, 'What constitutes
21     arrival in the United States?' I provide you with the
22     following response:  Arrival occurs when the illegal
23     aliens physically enter or their mode of transportation
24     physically enters the United States.  Arrival does not
25     occur when an illegal alien remains on U.S. waters or his

November 5, 2008

```
 1            or her mode of transportation remains on U.S. waters."
 2            Patricia.
 3            Thank you very much.
 4            MR. BROWN:  Thanks, Judge.
 5            MR. HUYNH:  Thank you, Your Honor.
 6            MR. BEGUIRISTAIN:  Your Honor, I have a feeling this
 7  is going to be pretty quick.
 8            THE COURT:  I think so, too.
 9            MR. BEGUIRISTAIN:  I have a 10:00 Report Re:  Counsel
10  across the street.
11            THE COURT:  We'll wait for you.  We won't take a
12  verdict without you.
13            MR. BEGUIRISTAIN:  Okay.
14            [There was a short recess at 9:29 p.m.]
15            THE COURT:  Please be seated.
16            We have everyone.  Am I right?
17            MR. HUYNH:  I'm sorry?
18            THE COURT:  We have everyone?
19            MR. HUYNH:  Yes.  Mr. Brown can't be here.  He has a
20  family emergency.
21            THE COURT:  Patricia, do we have the forms for the
22  jury?
23            MR. HUYNH:  Your Honor, can we raise one thing?  I
24  don't know if this is the appropriate time.  I wanted to remind
25  the Court we have a forfeiture count here as well.  I know
```

```
 1  Mr. Brown has spoken to defense counsel. I don't know if he
 2  has decided to waive it and let it go to the Judge versus the
 3  jury.
 4              THE COURT: Mr. Beguiristain, what is your preference?
 5              MR. BEGUIRISTAIN: We would waive jury on that.
 6              THE COURT: Thank you. Thank you for the reminder.
 7         [The jury returns to the courtroom at 10:38 p.m.]
 8              THE COURT: Everyone please be seated.
 9              Good morning, ladies and gentlemen. Welcome back.
10              It is my understanding the jury has reached a verdict.
11  I would ask the foreperson to hand the verdict form to my
12  courtroom deputy.
13              THE JURY FOREMAN: (Complied.)
14              THE DEPUTY CLERK: (Handing to the Court.)
15              THE COURT: There are no errors or omissions in the
16  filling out of the verdict form
17              I will publish the verdict at this time.
18              "Number 1. We, the jury, unanimously find the
19         defendant, Abimael Caraballo, as to Count I of the
20         Indictment, guilty.
21              "As to Count II of the Indictment, guilty.
22              "As to Count III of the Indictment, guilty.
23              "As to Count IV of the Indictment, guilty.
24              "As to Count V of the Indictment, guilty.
25              "As to Count VI of the Indictment, guilty.
```

November 5, 2008

```
 1            "As to Count VII of the Indictment, guilty.
 2            "As to Count VIII of the Indictment, guilty.
 3            "As to Count IX of the Indictment, guilty.
 4            "As to Count X of the Indictment, guilty.
 5            "As to Count XI of the Indictment, guilty.
 6            "As to Count XII of the Indictment, guilty.
 7            "As to Count XIII of the Indictment, not guilty.
 8            "As to the lesser included offense charged in Count
 9      XIII of the Indictment, guilty.
10            "As to Count XIV of the Indictment, not guilty.
11            "As to the lesser included offense charged in Count
12      XIV, guilty.
13            "As Count XV of the Indictment, not guilty.
14            "As to the lesser included offense charged in Count
15      XV, guilty.
16            "As to Count XVI of the Indictment, not guilty.
17            "As to the lesser included offense charged in Count
18      XVI, guilty.
19            "As to Count XVII of the Indictment, not guilty.
20            "As to the lesser included offense charged in Count
21      XVII, guilty.
22            "As to Count XVIII of the Indictment, not guilty.
23            "As to the lesser included offense charged in Count
24      XVIII, guilty.
25            "As to Count XIX, not guilty.
```

November 5, 2008

```
 1              "As to the lesser included offense charged in Count
 2      XIX, guilty.
 3              "As to Count XX, not guilty.
 4              "As to the lesser included offense charged in Count
 5      XX, guilty.
 6              "As to Count XXI, not guilty.
 7              As to the lesser included offense charged in Count
 8      XXI, guilty.
 9              "As to Count XXII, not guilty.
10              "As to the lesser included offense charged in Count
11      XXII, guilty.
12              "As to Count XXIII, not guilty.
13              As to the lesser included offense charged in Count
14      XXIII, guilty."
15              Dated on today's date and signed by the jury
16      foreperson.
17              Do counsel for either the Government or the defendant
18      desire the jury to be polled?
19              MR. HUYNH:  No, Your Honor.
20              MR. BEGUIRISTAIN:  No, Your Honor.
21              THE COURT:  Ladies and gentlemen, I wish to thank you
22      for your time and the consideration that you have given this
23      case.  I also wish to advise you of some special privileges
24      that are enjoyed by jurors.  No juror can ever be required to
25      talk about the discussions that occurred in the jury room
```

1  except by Court order.
2          For many centuries our society has relied upon juries
3  for the consideration of difficult cases.  We have recognized
4  for hundreds of years that a jury's deliberations, discussions
5  and votes should remain its private affair for as long as it
6  wishes.
7          Therefore, the law gives you a unique privilege not to
8  speak about the jury's work.  Although you are now at liberty
9  to speak with anyone about your deliberations, you continue to
10 be at liberty to refuse to speak to anyone.
11         A request may come from those who are simply curious
12 or from those who might seek to find fault with you.  I leave
13 it up to each of you individually to decide whether or not to
14 preserve your privacy as jurors.
15         I believe my courtroom deputy already gave you forms
16 from our Jury Pool Section indicating dates that you have been
17 here with us.  I will also ask her to pass out certificates
18 thanking you once more for your time.
19         You can leave your notepads and your papers in the
20 jury room  We will destroy those after you have gone.
21         Thank you very much.
22         [The jury leaves the courtroom at 10:44 p.m]
23         THE COURT:  Mr. Caraballo, based upon the jury's
24 verdict in this case, I do adjudicate you guilty of Counts I
25 through XII of the Indictment.

November 5, 2008

1  I find you and adjudicate you guilty of the lesser
2  included offenses contained in Counts XIII through XXIII of the
3  Indictment.
4  How would you all propose that we proceed?
5  MR. BEGUIRISTAIN:  I would propose that we set a
6  sentencing date, set a PSI, that my client remain released on
7  bond pending sentencing.
8  For the last six, seven months he has been facing a
9  five year minimum mandatory sentence.  At this point -- I mean,
10  I will say even home confinement may be an option at this
11  point.  Therefore, he's not a flight risk at all.
12  MR. HUYNH:  I have spoken to Russ Brown, Your Honor.
13  It is the Government's position that the defendant be remanded
14  to custody pending sentencing.
15  This is an individual who is facing approximately two
16  to three years, based on the Guidelines.  In addition, this is
17  a person who has both the resources and means to flee the
18  United States, including his knowledge and access to boats.
19  Additionally, I don't believe he's a United States
20  citizen, so we would suggest there's a risk of flight in this
21  case.
22  MR. BEGUIRISTAIN:  He is a lawful permanent resident.
23  He does have a $100,000 10 percent bond posted with the Court,
24  I believe co-signed with, I believe it's his sister.
25  For six, seven months, he has been facing five years

November 5, 2008

```
 1  in prison.  Even if the Government's position is true, he's
 2  facing two to three years.  That's substantially less than five
 3  years.
 4          My position, of course, is going to be his Guidelines
 5  are going to be much less, that there is no risk of flight at
 6  all.  When you're facing five years and the jury comes back not
 7  guilty on your five year min.-man. and you're facing something
 8  three years or less, how does that become a risk of flight?
 9          MR. HUYNH:  We would argue he is now facing jail time
10  and his access to boats is significant.
11          THE COURT:  I will remand the defendant at this time
12  to the custody of the U.S. Marshal and have him held pending
13  sentencing.  I'm in agreement with the Government, while he had
14  the prospect of a minimum mandatory, he now has the certainty
15  of a prison sentence.
16          The sentencing date is Wednesday, January 14 at 8:30.
17          You all have a good day.
18          MR. HUYNH:  Thank you, Your Honor.
19          MR. BEGUIRISTAIN:  Thank you, Your Honor.
20
21
22
23
24
25
```

November 5, 2008

1                    C E R T I F I C A T E

2         I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    ___11/30/08_____        _____
        DATE                   BARBARA MEDINA
6                              Official United States Court Reporter
                               400 North Miami Avenue, Suite 12-2
7                              Miami, FL  33128 - 305.523.5518
                                         (Fax) 305.523.5519
8                              Email:   barbmedina@aol.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**Abimael** 1:8 9:19
**above-entitled** 15:3
**access** 1:25 13:18 14:10
**accorded** 5:2
**accurate** 7:7 15:2
**add** 6:24
**addition** 13:16
**Additionally** 13:19
**address** 2:18
**addresses** 7:10
**adjudicate** 12:24 13:1
**ADMINISTRATIVE** 2:16
**admission** 5:2,3
**advise** 11:23
**affair** 12:5
**affording** 5:22
**agent** 4:21
**agreement** 14:13
**alien** 5:5 7:25
**aliens** 3:9 4:8,25 7:23
**ALTONAGA** 1:11
**AMERICA** 1:4
**analysis** 3:18 7:3
**answer** 5:10 6:4,10,21
**APPEARANCES** 1:12
**appears** 7:6
**applicants** 5:1
**apply** 7:2
**appropriate** 8:24
**approximately** 13:15
**argue** 3:8 4:7 14:9
**argued** 3:21
**arrival** 3:7,9 4:4,14,15,19 5:17
  6:2,6 7:21,22,24
**arrived** 3:24 4:8,20,25 5:7,12,20
  6:11,16
**Assistant** 4:18
**asylum** 5:4
**attendant** 5:3
**Attorney** 1:14 4:18 5:15,16 6:18
  6:25
**automobile** 3:14
**Avenue** 1:23 15:6
**A.U.S.A** 1:14

## B

**back** 7:7 9:9 14:6
**backed** 3:25
**background** 5:14,25
**BARBARA** 1:21 15:5
**barbmedina@aol.com** 1:24
  15:8
**based** 6:4 7:11 12:23 13:16
**Beguiristain** 1:18 4:12,13 6:23
  7:17 8:6,9,13 9:4,5 11:20 13:5
  13:22 14:19
**believe** 5:19 7:10 12:15 13:19,24
  13:24
**boat** 3:24,25 4:2,5
**boats** 13:18 14:10
**bond** 13:7,23
**border** 3:15
**bounds** 4:5,6
**bringing** 3:25
**Brown** 8:4,19 9:1 13:12

## C

**C** 15:1,1
**Canada** 3:15
**Caraballo** 1:8 9:19 12:23
**case** 1:3 3:12,13,20,23 4:8,19
  5:24 6:18 7:12 11:23 12:24
  13:21
**cases** 12:3
**CECILIA** 1:11
**centuries** 12:2
**certainty** 14:14
**Certificate** 2:3
**certificates** 12:17
**certify** 15:2
**Chang** 2:11 3:13 4:7
**charged** 10:8,11,14,17,20,23
  11:1,4,7,10,13
**chevrons** 2:20
**circumstance** 7:4
**CITATION** 2:10
**cited** 6:18
**citing** 5:24
**citizen** 13:20
**classification** 7:3
**clearly** 4:5 6:5
**CLERK** 9:14
**client** 13:6
**come** 3:12 6:22 12:11
**comes** 6:13 7:7 14:6
**coming** 6:9
**Complied** 9:13
**concept** 7:16
**concerns** 7:10
**conclude** 5:9
**conference** 2:14,18
**confinement** 13:10
**consideration** 11:22 12:3
**constituted** 4:14,16
**constitutes** 3:7 7:20
**contained** 13:2
**CONTENTS** 2:1
**context** 7:5
**continue** 12:9
**continued** 4:2
**CONVENTIONS** 2:16
**counsel** 2:17 3:21 4:17 8:9 9:1
  11:17
**count** 8:25 9:19,21,22,23,24,25
  10:1,2,3,4,5,6,7,8,10,11,13,14
  10:16,17,19,20,22,23,25 11:1
  11:3,4,6,7,9,10,12,13
**Counts** 12:24 13:2
**course** 5:13,15 14:4
**Court** 1:1,21 2:18 3:1,3,6,8 4:11
  6:21 7:13 8:8,11,15,18,21,25
  9:4,6,8,14,15 11:21 12:1,23
  13:23 14:11 15:6
**Courthouse** 1:22
**courtroom** 1:25 9:7,12 12:15,22
**co-signed** 13:24
**criminal** 6:4 7:5
**crossed** 3:15
**cruise** 6:13,14,15
**curious** 12:11
**custody** 13:14 14:12

## D

**D** 1:22
**date** 11:15 13:6 14:16 15:5
**Dated** 11:15
**dates** 12:16
**day** 14:17
**decide** 12:13
**decided** 9:2
**decision** 5:18
**deemed** 5:1,7
**deeply** 7:1
**defendant** 1:9,17 9:19 11:17
  13:13 14:11
**defendant's** 4:3
**defense** 3:21 9:1
**definition** 4:21
**deliberations** 12:4,9
**Department** 4:17
**deputy** 4:18 5:16 6:18,25 9:12
  9:14 12:15
**Description** 2:7
**Descriptions** 2:15
**desire** 11:18
**destroy** 12:20
**determination** 7:11
**difficult** 12:3
**discussions** 11:25 12:4
**disembarked** 5:6 7:15
**disembarking** 5:13
**disembarkment** 6:24 7:13
**disembarks** 5:11
**DISTRICT** 1:1,1,11
**DIVISION** 1:2
**dock** 3:24
**draft** 6:21
**dry** 4:15
**due** 5:22

## E

**E** 15:1,1
**either** 5:3 11:17
**Email** 1:16,19,24 15:8
**emergency** 8:20
**enjoyed** 11:24
**enter** 3:9 7:23
**entered** 3:18 4:23
**enters** 3:10 4:9 7:24
**entry** 4:20,22,22
**errors** 9:15
**especially** 3:23
**ESQ** 1:18
**evidence** 2:6 4:1
**exact** 5:8
**example** 3:13 6:13
**execute** 5:21
**Exhibits** 2:5,6
**explained** 4:19
**extension** 3:21

## F

**F** 15:1
**facing** 13:8,15,25 14:2,6,7,9
**facts** 7:11
**family** 8:20
**fault** 12:12
**Fax** 1:24 15:7
**feeling** 8:6
**Ferguson** 1:22
**filling** 9:16
**find** 9:18 12:12 13:1
**first** 5:25
**five** 13:9,25 14:2,6,7
**FL** 1:15,19,23 15:7
**flee** 13:17
**flight** 13:11,20 14:5,8
**FLORIDA** 1:1,6
**following** 7:22
**foot** 3:23 7:3
**Foot/Dry** 7:3
**foregoing** 15:2
**FOREMAN** 9:13
**foreperson** 9:11 11:16
**forfeiture** 8:25
**form** 9:11,16
**forms** 8:21 12:15
**further** 5:14

## G

**General** 4:18 5:16 6:18,25
**General's** 5:15
**gentlemen** 9:9 11:21
**give** 3:6 7:10,18
**given** 11:22
**gives** 12:7
**go** 9:2
**goes** 5:14,24 7:16
**going** 8:7 14:4,5
**good** 3:1,2 9:9 14:17
**Government** 1:13 3:5,8 7:1
  11:17 14:13
**Government's** 13:13 14:1
**Guidelines** 13:16 14:4
**guilty** 9:20,21,22,23,24,25 10:1
  10:2,3,4,5,6,7,9,10,12,13,15
  10:16,18,19,21,22,24,25 11:2
  11:3,5,6,8,9,11,12,14 12:24
  13:1 14:7

## H

**H** 1:14
**hand** 9:11
**Handing** 9:14
**head** 5:16
**hear** 3:3
**held** 14:12
**home** 13:10
**Honor** 3:2,5,11,13,23 4:13,25
  6:23 7:6,9 8:5,6,23 11:19,20
  13:12 14:18,19
**HONORABLE** 1:11
**hundreds** 12:4
**HUYNH** 1:14 3:2,5 7:1 8:5,17,19
  8:23 11:19 13:12 14:9,18

## I

**identification** 2:6,19
**identify** 2:17
**II** 9:21
**III** 9:22
**illegal** 3:9 7:22,25
**Immigration** 4:18 5:16,17 6:3,4
**INA** 7:2
**inappropriately** 7:4
**included** 10:8,11,14,17,20,23
  11:1,4,7,10,13 13:2
**including** 13:18
**incorporates** 6:22
**INDEX** 2:5,10,14
**indicated** 2:19
**indicating** 12:16
**Indictment** 9:20,21,22,23,24,25
  10:1,2,3,4,5,6,7,9,10,13,16,19
  10:22 12:25 13:3
**individual** 13:15
**individually** 12:13
**individuals** 3:15
**industry-standard** 2:19
**information** 7:11
**INS** 2:11 3:13
**inspection** 5:2
**interdicted** 5:5
**internal** 5:5 6:8,9
**international** 6:5
**interpretation** 7:9
**IV** 9:23
**IX** 10:3
**i.e** 2:20

## J

**J** 1:18
**jail** 14:9
**January** 14:16
**joined** 4:20
**JOSEPH** 1:14
**joseph.huynh@usdoj.gov** 1:16
**Jr** 1:22
**Judge** 1:11 8:4 9:2
**juries** 12:2
**juror** 11:24
**jurors** 11:24 12:14
**jury** 1:10 3:6 7:18 8:22 9:3,5,7
  9:10,13,18 11:15,18,25 12:16
  12:20,22 14:6
**jury's** 12:4,8,23
**Justice** 4:17

### K
**know** 3:22 8:24,25 9:1
**knowledge** 13:18

### L
**ladies** 9:9 11:21
**land** 4:15 5:6,13 6:12,15
**law** 3:12 4:19 6:4,18 12:7
**lawful** 13:22
**laws** 5:24 6:3
**leave** 12:12,19
**leaves** 12:22
**Legal** 4:17
**lesser** 10:8,11,14,17,20,23 11:1 11:4,7,10,13 13:1
**liberty** 12:8,10
**Line** 2:7,7
**little** 5:14
**logic** 3:12 4:8
**logical** 3:20
**long** 12:5
**look** 3:11

### M
**M** 1:11
**man** 14:7
**mandatory** 13:9 14:14
**Marked** 2:6
**Marshal** 14:12
**MARTIN** 1:18
**martinblaw@aol.com** 1:19
**matter** 15:3
**mean** 13:9
**means** 13:17
**MEDINA** 1:21 15:5
**Miami** 1:2,6,15,19,23,23 6:14 15:6,7
**mile** 3:16
**miles** 4:3 6:2
**min** 14:7
**minimum** 13:9 14:14
**mode** 3:10 4:9 7:14,23 8:1
**months** 13:8,25
**morning** 3:1,2 9:9

### N
**NE** 1:15
**negative** 5:10
**never** 3:20
**North** 1:23 15:6
**notepads** 12:19
**NOVEMBER** 1:7
**Number** 9:18

### O
**objection** 7:17
**occur** 7:25
**occurred** 11:25
**occurs** 3:9 7:22
**offense** 10:8,11,14,17,20,23 11:1,4,7,10,13
**offenses** 13:2
**Office** 1:14 4:17 5:15
**Official** 1:21 15:6
**oh** 5:25
**Okay** 8:13
**omissions** 9:15
**once** 12:18
**ones** 5:18
**open** 7:8
**opinion** 5:25 6:10,17,18,24
**oppose** 7:1
**option** 13:10
**order** 12:1

### P
**Page** 2:2,7,7,11,15
**papers** 12:19
**part** 6:7,17
**particular** 7:4
**pass** 4:24 12:17
**Patricia** 8:2,21
**pending** 13:7,14 14:12
**people** 6:8
**percent** 13:23
**permanent** 13:22
**person** 4:15,16 5:11,20 6:14 13:17
**phrases** 4:20
**physically** 3:9 7:23,24
**Plaintiff** 1:5
**please** 3:1 8:15 9:8
**point** 13:9,11
**policy** 7:3
**polled** 11:18
**Pool** 12:16
**Port** 6:14
**position** 6:19 13:13 14:1,4
**posted** 13:23
**preference** 9:4
**present** 4:20,25 5:7,23
**preserve** 12:14
**pretty** 8:7
**prison** 14:1,15
**privacy** 12:14
**private** 12:5
**privilege** 12:7
**privileges** 11:23
**procedures** 5:3
**proceed** 13:4
**proceedings** 1:10 5:22 15:3
**process** 5:23
**propose** 13:4,5
**prospect** 14:14
**provide** 7:21
**PSI** 13:6
**publish** 9:17
**p.m** 8:14 9:7 12:22

### Q
**quarter** 3:16
**question** 3:4,7 4:22 5:4,8,10 6:1 7:7,20
**quick** 8:7

### R
**R** 15:1
**raise** 8:23
**raises** 5:4
**reached** 9:10
**read** 7:19
**REALTIME** 1:25
**reason** 3:11 5:19
**Received** 2:6
**recess** 8:14
**recognized** 12:3
**record** 7:19
**redundant** 7:14
**refuse** 12:10
**released** 13:6
**relied** 12:2
**remain** 12:5 13:6
**remained** 3:16
**remains** 7:14,25 8:1
**remand** 14:11
**remanded** 13:13
**remarks** 6:22
**remind** 8:24
**reminder** 9:6
**removal** 5:4,22
**Report** 8:9
**REPORTED** 1:20
**Reporter** 1:21 15:6
**Reporter's** 2:3
**request** 6:23 12:11
**required** 11:24
**requirement** 6:24 7:13
**resident** 13:22
**resources** 13:17
**response** 3:6 4:14 7:18,20,22
**responses** 3:3
**result** 5:3
**returns** 9:7
**right** 8:16
**risk** 13:11,20 14:5,8
**room** 11:25 12:20
**Rose** 4:21
**Russ** 13:12
**russell.brown2@usdoj.gov** 1:16

### S
**saying** 5:11
**screening** 5:2
**seated** 3:1 8:15 9:8
**Section** 12:16
**seek** 12:12
**sense** 3:23
**sentence** 13:9 14:15
**sentencing** 13:6,7,14 14:13,16
**set** 13:5,6
**seven** 13:8,25
**share** 6:21
**ship** 6:13,14,15
**shore** 3:25
**short** 8:14
**SIDEBAR** 2:14
**signed** 11:15
**significant** 14:10
**simply** 12:11
**sister** 13:24
**situation** 3:14
**six** 13:8,25
**slippery** 7:9
**slope** 7:9
**society** 12:2
**soil** 4:9
**sorry** 8:17
**sort** 7:14
**SOUTHERN** 1:1
**speak** 12:8,9,10
**speaker** 2:19
**special** 11:23
**spoken** 9:1 13:12
**started** 3:25
**statements** 4:24
**States** 1:1,4,11,21,22 3:8,10,15 3:19,19,22 4:4,6,10 5:1,6,7,8 5:12,17,21,23 6:2,8,9,11,16 7:21,24 13:18,19 15:6
**stating** 5:25
**stayed** 4:2
**Ste** 1:18,23
**Stephen** 4:21
**stopped** 3:17
**street** 1:15,18 8:10
**strongly** 5:20
**substantially** 14:2
**substantiate** 6:19
**suggest** 3:6 4:13 13:20
**suggested** 3:3
**suggestion** 4:3
**Suite** 15:6
**summary** 5:22
**SW** 1:18

### T
**T** 15:1,1
**TABLE** 2:1
**take** 8:11
**talk** 11:25
**telephone** 2:18
**telling** 5:17
**term** 4:22,22
**territorial** 4:5,6 6:1
**testimony** 4:1
**thank** 4:11 8:3,5 9:6,6 11:21 12:21 14:18,19
**thanking** 12:18
**Thanks** 8:4
**thing** 8:23
**think** 7:2,6,13 8:8
**three** 13:16 14:2,8
**time** 2:17 8:24 9:17 11:22 12:18 14:9,11
**today's** 11:15
**TOTAL** 1:25
**touched** 3:22 6:11
**touches** 5:21
**touching** 4:15 5:13
**trailer** 3:24,25 4:2
**TRANSCRIPT** 1:10
**transcription** 1:25 15:3
**transport** 4:3
**transportation** 3:10 4:9 7:14,23 8:1
**traveled** 3:16
**TRIAL** 1:10
**truck** 4:2
**true** 14:1
**trying** 7:2
**two** 13:15 14:2

### U
**unanimously** 9:18
**understanding** 7:17 9:10
**unique** 7:4 12:7
**United** 1:1,4,11,21,22 3:7,10,15 3:19,19,22 4:4,6,10 5:1,6,7,8 5:12,17,21,23 6:2,8,9,11,16 7:21,24 13:18,19 15:6
**U.S** 1:14 4:9,14,15,15,16,19 5:6 6:1 7:7,8,15,25 8:1 14:12

### V
**V** 9:24
**vehicle** 3:14,16,20
**verdict** 8:12 9:10,11,16,17 12:24
**versus** 2:11 3:13 9:2
**vessel** 5:5 6:9
**VI** 9:25
**VII** 10:1
**VIII** 10:2
**votes** 12:5
**vs** 1:7

### W
**wait** 8:11
**waive** 9:2,5
**wanted** 8:24
**waters** 4:16 5:5 6:1,5,8,9 7:8,8 7:15,25 8:1
**Wednesday** 14:16
**Welcome** 9:9
**went** 6:2
**Wet** 7:3
**We'll** 8:11
**we're** 6:3,3
**Wilkie** 1:22
**wish** 11:21,23
**wishes** 12:6
**worded** 5:20
**wording** 5:9
**work** 12:8
**wrote** 4:18

### X

**X** 10:4
**XI** 10:5
**XII** 10:6 12:25
**XIII** 10:7,9 13:2
**XIV** 10:10,12
**XIX** 10:25 11:2
**XV** 10:13,15
**XVI** 10:16,18
**XVII** 10:19,21
**XVIII** 10:22,24
**XX** 11:3,5
**XXI** 11:6,8
**XXII** 11:9,11
**XXIII** 11:12,14 13:2

### Y
**year** 13:9 14:7
**years** 12:4 13:16,25 14:2,3,6,8
**yesterday** 3:21
**yields** 5:9

### $
**$100,000** 13:23

### 0
**08-20266-CR-Altonaga** 1:3

### 1
**1** 9:18
**10** 13:23
**10:00** 8:9
**10:38** 9:7
**10:44** 12:22
**100** 4:3
**103** 1:18
**12** 6:2
**12-2** 1:23 15:6
**128th** 1:18
**12930** 1:18
**1324** 7:5
**14** 14:16
**15** 2:3

### 2
**2008** 1:7
**235** 5:9

### 3
**3** 2:11
**305.251.2302** 1:19
**305.523.5518** 1:23 15:7
**305.523.5519** 1:24 15:7
**305.961.93148** 1:15
**3128** 1:23
**33128** 15:7
**33132** 1:15
**33186** 1:19

### 4
**4th** 1:15
**400** 1:23 15:6

### 5
**5** 1:7

### 8
**8:30** 14:16

### 9
**9:29** 8:14
**99** 1:15